# EXHIBIT A

# Re: your company info

| | |
|---|---|
| **From:** | Ali Sadr |
| **To:** | Pegah Sadr                           > |
| **Date:** | Mon, 18 Jul 2011 06:11:02 -0400 |

SPAN Group is a real estate development firm established in 2005, and has had an active role till 2010 before it was desolved into the REIT as an investment fund of Perse Swiss Finance & Asset Management S.A. as the investor for the development project where Stratus Intl Contracting acts as the Construction Manager of such developmetn projects.

Stratus Inetrnational Contracting J.S. is a construction management company established in Istanbul, Turkey in 2010 with a registered capital of $35 Million. And is currently involved in mass housing projects in South America & Middle East.

A&R Capital Partners LLC, is a private equity firm established in 2008 and is primarily active in the medical technology, trade finance, and structured products in the emerging markets.

Perse Swiss Finance & Asset Management S.A. is a swiss asset management company regulated by the centeral bank of Switzerland (FINMA) and has about $200 Million under management.

Clarity Trade & Finance S.A. founded in 2009 is also a swiss company that is strickly invloved in trade and finance of soft commodities from major sources such as, Brazil, Uruguay, India, and Thailand. Clarity has had a turnover of more than $25 Mill in 2010.

All of these companies belong to our family including you, me and negarin

Let me know if you need more


On Mon, Jul 18, 2011 at 4:12 AM, Pegah Sadr <                           > wrote:
> For now I need full name of your company and a

> Also please explain the activity of the company's below:

> Span Group

> A&R Capital.
> p


--
-Ali