USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/24/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

- v -

**ALI SADR HASHEMI NEJAD,**

            **Defendant.**

**18-cr-224 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It is hereby ORDERED that the "Letter by USA as to Ali Sadr Hashemi Nejad," ECF No. 27, which was inadvertently filed without appropriate redactions be removed from the public docket.

**SO ORDERED.**

Dated:    May 24, 2018
             New York, New York

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**