USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-7-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -v.-

ALI SADR HASHEMI NEJAD,

                Defendant.

------------------------------------------------------------- x

18-cr-00224 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

After consideration of the parties' submissions, the Defendant's motion regarding privilege review is **GRANTED**. ECF No. 49. The Government is to halt review, and to produce the complete data set of discovery that is reasonably free of technical problems to defense counsel by September 21, 2018. Any technical problems that arise with the data set shall be addressed by Government IT personnel who have already worked on this matter. Parties should file a joint status report with the Court on October 15, 2018 outlining the privilege review plan going forward. Between September 21, 2018 and the Court's approval of the proposed plan, the Government is to refrain from reviewing the document set.

**SO ORDERED.**

Dated:     September 7, 2018
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**