USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-2-18

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SADR HASHEMI NEJAD,<br><br>Defendant. | No. 18 Cr. 224 (ALC)<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that attorneys Baruch Weiss, Andrew Bauer, and Tal R. Machnes, from the firm Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby respectfully request permission to withdraw their appearances in the above-referenced action as counsel on behalf of Defendant Ali Sadr Hashemi Nejad, and further request to be removed from the docket and electronic service list accordingly. Defendant Ali Sadr Hashemi Nejad consents to these withdrawals, and the withdrawals will leave the Defendant with other attorneys of record who intend to serve as counsel in this case. *See* Dkt. 54, 55, 62. Pursuant to Local Rule 1.4, we report that Arnold & Porter has determined not to assert a retaining or charging lien at this time.

Dated: September 28, 2018

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
10/2/18

Respectfully submitted,

| /s/ Baruch Weiss | /s/ Andrew Bauer | /s/ Tal R. Machnes |
|---|---|---|
| Baruch Weiss | Andrew Bauer | Tal R. Machnes |
| ARNOLD & PORTER | ARNOLD & PORTER | ARNOLD & PORTER |
| 601 Massachusetts Ave., NW | 250 West 55th Street | 250 West 55th Street |
| Washington, DC 0001-3743 | New York, NY 10019-9710 | New York, NY 10019-9710 |
| (202) 942-6819 | (212) 836-7669 | (212) 836-7442 |
| Baruch.Weiss@arnoldporter.com | Andrew.Bauer@arnoldporter.com | Tal.Machnes@arnoldporter.com |