USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-16-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -v.-

ALI SADR HASHEMI NEJAD,

                        Defendant.

------------------------------------------------------------------- x

18-cr-00224 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Per to the status conference held before the Court on October 16, 2018, parties are ordered to submit a Joint Status Report by November 15, 2018. Parties are also ordered to appear for a status conference on January 9, 2019 at 10:00 a.m. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Dated:    October 16, 2018
            New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                              United States District Judge