UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SADR HASHEMI NEJAD,<br><br>*Defendant*. | Case No. 18 Cr. 224 (ALC)<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT ALI SADR HASHEMI NEJAD'S NOTICE OF MOTION FOR SUPPRESSION OF SEARCH WARRANT EVIDENCE AND FOR A *FRANKS* HEARING
(Pretrial Motion No. 8)**

Defendant Ali Sadr Hashemi Nejad, through counsel, respectfully moves pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C), *Franks v. Delaware*, 438 U.S. 154 (1978), and the Fourth Amendment of the U.S. Constitution for a suppression hearing and to suppress evidence derived from the government's improper search warrants.

A proposed Order is attached.

                                          Respectfully submitted,

                                          */s/ Brian M. Heberlig*
                                          Reid H. Weingarten
                                          STEPTOE & JOHNSON LLP
                                          1114 Avenue of the Americas
                                          New York, New York 10036
                                          Tel: (212) 506-3900
                                          Fax: (212) 506-3950
                                          rweingarten@steptoe.com

                                            Brian M. Heberlig (*Pro Hac Vice*)
                                            STEPTOE & JOHNSON LLP
                                            1330 Connecticut Avenue, N.W.
                                            Washington, DC  20036
                                            Tel: (202) 429-3000
                                            Fax: (202) 429-3902
                                            bheberlig@steptoe.com

                                            *Counsel for Defendant*
                                            *Ali Sadr Hashemi Nejad*

Dated: February 25, 2019