UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SADR HASHEMI NEJAD,<br><br>*Defendant*. | Case No. 18 Cr. 224 (ALC) |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion for Suppression of Search Warrant Evidence and for a *Franks* Hearing, all memoranda in support and opposition thereof, and the entire record in this matter it is hereby ORDERED:

1. The Motion is GRANTED for the reasons stated by Defendant Ali Sadr Hashemi Nejad;

2. A *Franks* Hearing is hereby scheduled for _____ at ___ in Courtroom 1306.

SO ORDERED.


**Dated**:   _____, 2019                              _____
          **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**