UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SADR HASHEMI NEJAD,<br><br>*Defendant*. | Case No. 18 Cr. 224 (ALC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that David M. Fragale, a member in good standing of the Bar of this Court and a member of the law firm Steptoe & Johnson LLP, hereby enters his appearance as counsel of record for Defendant Ali Sadr Hashemi Nejad, in the above-captioned action.

Dated: Washington, D.C.
April 11, 2019

Respectfully submitted,

By: /s/ *David M. Fragale*
David M. Fragale
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
E-mail: dfragale@steptoe.com

*Counsel for Defendant
Ali Sadr Hashemi Nejad*