UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Ali Sadr Hashemi Nejad,

                Defendant.

18-cr-0224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that a status conference will be held on August 15, 2019, at 3:00 p.m. in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Prior to the status conference, the parties should familiarize themselves with the undersigned's Individual Practices in Criminal Cases, available at http://www.nysd.uscourts.gov/judge/Nathan. Per Rule 2.B. of the undersigned's Individual Practices in Criminal Cases, communications with the Court shall be submitted by letter filed on ECF unless there is a request to seal the communication, in which case it shall be submitted by email as described in Rule 2.B.

SO ORDERED.

Dated: August ___, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge