

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2019

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

    At the conference today, the Court set a trial date of March 2, 2020. The Government respectfully requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the start of trial, March 2, 2020. The Government submits that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because it will allow time for: (1) the Court to resolve the defendant's pending pre-trial motions; (2) both sides to prepare for trial; and (3) the parties to discuss possible pre-trial resolutions. The defendant, through counsel, has consented to this request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

        by:  /s/
            David W. Denton Jr.
            Jane Kim
            Michael Krouse
              Assistant United States Attorneys
            Garrett Lynch
              Special Assistant United States Attorney
            (212) 637-2744/2038/2279

cc:    All Defense Counsel (by ECF)