

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2019

SO ORDERED: 9/11/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States* v. *Ali Sadr Hashemi Nejad*, **18 Cr. 224 (AJN)**

Dear Judge Nathan:

At the conference today, the Court set a trial date of March 2, 2020.  The Government respectfully requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the start of trial, March 2, 2020.  The Government submits that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial, because it will allow time for: (1) the Court to resolve the defendant's pending pre-trial motions; (2) both sides to prepare for trial; and (3) the parties to discuss possible pre-trial resolutions.  The defendant, through counsel, has consented to this request.

The Court finds that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because it will allow for the Court to resolve pending pre-trial motions, both sides to prepare for trial, and the parties to discuss possible pre-trial resolutions. Accordingly, time is excluded under the Speedy Trial Act, 8 U.S.C. § 3161(h)(7)(A), from September 10, 2019 to March 2, 2020. SO ORDERED.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:  /s/
     David W. Denton Jr.
     Jane Kim
     Michael Krouse
       Assistant United States Attorneys
     Garrett Lynch
       Special Assistant United States Attorney
     (212) 637-2744/2038/2279

cc:     All Defense Counsel (by ECF)