UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

          Defendant.



18-cr-0224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court hereby reserves November 8, 2019 at 1 p.m. for oral argument on Defendant's pretrial motions. The parties shall inform the Court by October 25, 2019 whether they request oral argument at that time.

    SO ORDERED.

Dated: September 16, 2019
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge