

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2019

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United State Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

    The Government respectfully writes at the Court's direction to respond to defendant Ali Sadr Hashemi Nejad's request to modify his bail conditions. The parties conferred and reached the following agreement for the Court's consideration: (1) the defendant withdraws his request to remove electronic monitoring; and (2) the parties move to extend the curfew to 10:00 p.m., in order to accommodate later meetings between the defendant and counsel.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    by:    /s/
        Michael Krouse / Jane Kim
            Assistant United States Attorneys
        Garrett Lynch
            Special Assistant United States Attorney
        (212) 637-2279 / 2038

cc: Defense Counsel (by ECF)