

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2019

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:  *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

On October 2, 2019, the Court endorsed an agreed-upon schedule to brief issues surrounding the email review conducted by the Manhattan District Attorney's Office ("DANY"). Under that schedule, the defendant filed, on October 10, 2019, a motion to suppress and motion to exclude. The Government's response to these motions are due today, October 28, 2019.

The Government writes to request a short extension to file its response. The purpose of the extension is to allow the Government additional time to engage with DANY regarding the search and review at issue, and to address, to the fullest extent possible, the factual issues raised in the defendant's supplemental motions. The defendant opposes this request on the grounds that these motions should be fully briefed and argued at the motion hearing set for November 6, 2019. The Government respectfully submits, however, that an extension to this Thursday, October 31, 2019, would still allow the defense time to file a reply by November 5, 2019, which would permit the Court to hear argument on these motions on November 6, 2019.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Jane Kim / Michael Krouse / Stephanie Lake
  Assistant United States Attorneys
Garrett Lynch
  Special Assistant United States Attorney
(212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)