*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2019

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

      Re:    *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

      The Government respectfully writes to note its opposition to one aspect of the defendant's proposed order, which was filed on December 9, 2019 at Docket Number 165 (the "Proposed Order").

      The defendant's proposed order requests the return of property seized from the defendant's seven email accounts (the "Sadr Email Accounts"), *and* from two email accounts that do not belong to the defendant. These two email accounts belong to the defendant's business partner, Robert Klingensmith (the "Klingensmith Accounts"). Although the defendant's letter accompanying the Proposed Order states that the Government "agrees with the form of the proposed order," the Government was not aware that the defendant intended to seek the return of non-Sadr emails, such as the emails in the Klingensmith Accounts. The Government does not consent to their return. The defendant has not established that he has standing to seek the return (or suppression) of the Klingensmith Accounts, nor does the Government believe that he would be able to establish such standing. *See United States v. Mendlowitz*, 17 CR. 248 (VSB), 2019 WL 1017533, at *5 (S.D.N.Y. Mar. 2, 2019) (rejecting claim by the co-owner, president, and CEO of a company that he had a reasonable expectation of privacy over computers seized from the company, which were not located in his own office).

The Honorable Alison J. Nathan, U.S.D.J.
December 11, 2019
Page 2

  The Government therefore respectfully requests that the Court modify the first paragraph of the defendant's Proposed Order to remove reference to the Klingensmith Accounts.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

         By: _____/s/_____
            Jane Kim / Michael Krouse / Stephanie Lake
             Assistant United States Attorneys
            Garrett Lynch
             Special Assistant United States Attorney
            (212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)