**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019                                    DEC 1 9 2019

                                                    12/19/19

**FILED BY ECF**

SO ORDERED:

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse                    HON. ALISON J. NATHAN
40 Foley Square, Courtroom 1306             UNITED STATES DISTRICT JUDGE
New York, New York 10007

Re:    *United States v. Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

      The Government respectfully writes regarding the schedule for filing opposition and reply briefs to the motions in limine in the above-captioned case. The parties' motions in limine are due by December 20, 2019. Under the current schedule, any oppositions are due by January 3, 2020, and replies are due by January 10, 2020. The final pretrial conference is scheduled for February 10, 2020, and trial is scheduled to begin on March 2, 2020.

      The parties jointly request a two-week extension of the deadlines to file opposition and reply briefs. Under the parties' proposed schedule, opposition briefs will be filed by January 17, 2020, and reply briefs will be filed by January 24, 2020. This is the parties' first request for relief sought herein.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

---
The parties' request is hereby granted. No further extensions will be allowed.
SO ORDERED.
---

By:  _____/s/_____
     Jane Kim / Michael Krouse / Stephanie Lake
         Assistant United States Attorneys
     Garrett Lynch
         Special Assistant United States Attorney
     (212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)