UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Due to a change in the Court's calendar, the final pretrial conference scheduled for 2 p.m. on February 10, 2020 is hereby adjourned to 4 p.m. on February 10, 2020.

SO ORDERED.

Dated: February 6, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge