UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties' briefing on their *motions in limine* indicate several areas of potential agreement with respect to the resolution of evidentiary issues. Prior to the conference scheduled for February 10, 2020 at 4 p.m., the parties shall meet and confer and come prepared to identify those issues upon which they have reached agreement and those that remain contested.

SO ORDERED.

Dated: February 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge