UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

FEB 1 9 2020

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Trial will commence at 9 a.m. on Monday, March 2, 2020.

For planning purposes, the Court informs the parties that it will not be available to sit on Friday, March 20, 2020 and Monday, March 23, 2020. The Court will sit on Friday, March 6, 2020 and will inform the parties during trial whether it will sit on Friday, March 13, 2020.

If the trial has not concluded by Thursday, March 19, 2020, it will resume on Tuesday, March 24, 2020.

SO ORDERED.

Dated: February 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge