# Exhibit B-1



003334



# Iranian Int'l. Housing Co.

Establishment Date : 2007

Capital : US$4.1 million

Field of Activities : Design & Execution of civil and building projects, …

Main projects : Construction of 12,000 residential units in 'Ojeda New City' in Venezuela

Iranian Int'l. Housing Co. was awarded the prize of "the Premier Exporter of the Year 2011" (Silver Grade) – a remarkable stance in contracting industry – by Iran Ministry of Industry, Mine & Trade.

www.samanehstratus.com



003347



# Stratus Int'l. Contracting Co.

Establishment Date : 1978

Employees : over 2,000 persons

Specialized Machinery : more than 450 sets

Projects Value : US$ 3.1 Billion

Paid up Capital : US$ 1.4 Billion

www.samanehstratus.com

003348



# Stratus Int'l. Contracting Co.

Stratus Int'l. Contracting Company is the first established company of the Group, with 35 years of successful performance and implementation of different projects in Iran, Middle East, CIS, Africa and Latin America.

Stratus is a multi-disciplinary contracting company supplying first class EPCM services (Engineering, Procurement, and Construction Management) in various projects such as:

❖ Airport, road, tunnel, bridge, railway, etc.

❖ Dam, irrigation, waste water and other water works

❖ Buildings of different types of residential, commercial, recreational, educational, etc.

❖ Oil, gas, petrochemical and other industrial installations

www.samanehstratus.com

# Stratus Int'l. Contracting Co.

Since 1994, undertaking construction of a road project in Pakistan, Stratus became pioneer in export of engineering and technical services.

In 1999, Stratus was awarded "Exemplary Exporter of the Year" –the most remarkable prize in contracting industry– from Mr. President Khatami.

www.samanehstratus.com

## STRATUS Construction Co.

2f'd October of each year is celebrated as "National Export Day", it is a day for insight monitorization of export; day for blossoming of the national economy; day for development of the export mentality; day for national determination for export; day of appreciation of the exporters; day for selection of the Iranian workmen in the international trade area; day of introducing of those who have struggled to spin the wheels of the economy of the country.

Now, at the threshold of "The Third Economic, Social & Cultural Development plan of Islamic Republic of Iran" that has spelled out noble targets to the country's non-oil export development through adopting "Export Upsurge policy", your company has been selected as "Exemplary Exporter" of the year 1999.

We hope that the community of the producers and exporters of the country shall make every effort to fulfil the objectives of the mentioned plan.

Since this selection has been made in accordance with "By-law for Encouraging of the Exemplary Exports", you are hereby entitled to enjoy the privileges and facilities foreseen in the Cabinet's written authorization No. H20077/40968 dated october 19th, 1998.

Seyed Mohammad Khatami
President of Islamic Republic of Iran

003350



# Specialized Manpower

Specialized manpower is the most critical asset of any successful entity.

We are proud of having the most experienced, educated and dedicated team of management, technical and engineering.

| Title | Number |
|---|---|
| Managing Director | 1 |
| Project Manager | 6 |
| ISO, HSE, QC, QA Committee | 5 |
| Engineering & Technical Department | 53 |
| Contracts Department | 2 |
| Business Development Department | 5 |
| IT Department | 14 |
| Financial Department | 34 |
| Admin Department | 53 |
| Site Manager | 6 |
| Deputy Site Manager | 4 |
| Operation Manager | 4 |
| Site Engineer | 38 |
| Surveyor | 10 |
| Surveyor Assistant | 27 |
| Laboratory | 14 |
| Installation & Commissioning | 40 |
| Driver | 346 |
| worker | 444 |
| Skilled worker | 123 |
| Subcontractors Personnel | 365 |
| Machinery & Logistic | 441 |
| **Total** | **2035** |

www.samanehstatus.com

003351

# Modern Machinery

Our inventory of various modern machinery and equipments help us in smoother execution of the projects.

| Sr. | Owned Machinery | Qty |
|---|---|---|
| 1 | Bull Dozer | 23 |
| 2 | Excavator | 22 |
| 3 | Grader | 8 |
| 4 | Loader | 34 |
| 5 | Tractor | 8 |
| 6 | Truck | 57 |
| 7 | Drill Wagon | 10 |
| 8 | Jumbo Drill | 4 |
| 9 | Dump Truck | 12 |
| 10 | Crane | 6 |
| 11 | Lift Truck | 2 |
| 12 | Tipper | 4 |
| 13 | Transit Mixer | 11 |
| 14 | Water Tanker | 13 |
| 15 | Hammer | 57 |
| 16 | Generator | 26 |
| 17 | Compressor | 12 |
| 18 | Welding Machine | 32 |
| 19 | Compactor | 17 |
| 20 | Jaw & Crusher | 7 |
| 21 | Concrete Batching Plant | 10 |
| 22 | Asphalt Paver | 1 |
| 23 | Bitumen Sprayer | 13 |
| 24 | Asphalt Plant | 1 |
| 25 | Dumper | 1 |
| 26 | Vehicle | 64 |
| | **Total** | **455** |

www.samanehstatus.com



# Stratus Int'l. Contracting Co.

## Grades, Awards & Certificates

- First Grade (highest) in road, railroad, airport,...
- First Grade (highest) in dam and side utilities.
- First Grade (highest) in building.
- First Grade in EPC (Design & Build).
- Iran "Exemplary Exporter" of the year 1999.

www.samanehstratus.com

003353



# Stratus Int'l. Contracting Co.

## Grades, Awards & Certificates

- MIC (Moody Int'l. Certificate) ISO 9001:2008 in design and construction of building and infrastructure projects.

- MIC (Moody Int'l. Certificate) BS-OHSAS 18001:2007 in design and construction of building and infrastructure.

- Being approved by UNIDO, World Bank, African Development Bank, Islamic Development Bank and our clients.

www.samanehstratus.com



Karun III Dam Road Replacement
Islamic Republic of Iran

An everlasting monument for generations.
A masterpiece where men conquered high mountains
through deep valleys.

www.samanehstratus.com

003371





003373



003374



Torugart-Arpa-Karasu
Railroad Project
Kyrgyzstan Republic

Signing the Agreement for
construction of Torugart-Arpa-
Karasuu Railroad Project in the
length of 100Km with

Kyrgyzstan State Directorate of
Design & Construction of the
Railroad.

www.samanehstratus.com

003375



## Our Keys to Success

- By experience, we learnt how to combine local opportunities with int'l. know-how to protect and increase our market share in contracting industry.

- We have our expertise and well-trained executives who are specialized in their own professions.

- The technology, equipments and materials used in our projects are from the best ones.

We are glad our clients entrust their projects to us for these many reasons.

www.samanehstratus.com

003376



## Our Vision

We are determined to continue our uptrend success by:

- Employing extra workforces for new projects.
- Training workers with more new technologies.
- Expanding our Export and International Dept.
- Maintaining our modernized equipments.
- Expanding our technical and engineering services.
- Exploring more international markets.

www.samanehstratus.com



## Our Mission

We are decisive in delivering qualified and specialized EPCM services to the global markets in order to improve the human being's living condition by valuing:

- Quality excellence and customer satisfaction
- Creating an appropriate work environment
- Improving the work health and safety
- Protecting the environment and species

www.samanehstratus.com

003378



Exhibit B-2



GOVERNMENT
EXHIBIT
1001A
18 Cr. 224 (AJN)

www.samanehstratus.com

Stratus Holding Group

History of Achievements

*Int'l. Affairs Dept.*

**September 2013**

# Iranian Int'l. Housing Co.





**Establishment Date** : 2007

**Capital** : US$4.1 million

**Field of Activities** : Design & Execution of civil and building projects, …

**Main projects** : Construction of 12,000 residential units in 'Ojeda New City' in Venezuela

Iranian Int'l. Housing Co. was awarded the prize of "the Premier Exporter of the Year 2011" (Silver Grade) – a remarkable stance in contracting industry – by Iran Ministry of Industry, Mine & Trade.

www.samanehstratus.com

# Iranian Int'l. Housing Co.





This mass housing production project is constructed for 60,000 inhabitants in **an area of 318 hectares** on the outskirts of Ojeda in Solia province.

www.samanehstratus.com

# Stratus Int'l. Contracting Co.

| | |
|---|---|
| Establishment Date | : 1978 |
| Employees | : over 2,000 persons |
| Specialized Machinery | : more than 450 sets |
| Projects Value | : US$ 3.1 Billion |
| Paid up Capital | : US$ 1.4 Billion |

www.samanehstratus.com

# Stratus Int'l. Contracting Co.

**Stratus Int'l. Contracting Company** is the first established company of the Group, with 35 years of successful performance and implementation of different projects in Iran, Middle East, CIS, Africa and Latin America.

Stratus is a multi-disciplinary contracting company supplying **first class EPCM services** (Engineering, Procurement, and Construction Management) in various projects such as:

❖ Airport, road, tunnel, bridge, railway, etc.

❖ Dam, irrigation, waste water and other water works

❖ Buildings of different types of residential, commercial, recreational, educational, etc.

❖ Oil, gas, petrochemical and other industrial installations

www.samanehstratus.com

# Stratus Int'l. Contracting Co.

www.samanehstratus.com





**STRATUS** Construction Co.

2nd of October of each year is celebrated as "National Export Day".
It is a day for insight manifestation of export: day for blossoming of the national economy; day for development of the export mentality; day for national determination for export; day or appreciation of the exporters; day for selection of the Iranian worthies in the international trade area; day of introducing of those who have struggled to spin the wheels of the economy of the country...

Now, at the threshold of "The Third Economic, Social & Cultural Development plan of Islamic Republic of Iran" that has spelled out noble targets for the country's non-oil export development through adopting "Export Upsurge policy", your company has been selected as "Exemplary Exporter" of the year 1999.

We hope that the community of the producers and exporters of the country shall make every effort to fulfill the objectives of the mentioned plan.

Since this selection has been made in accordance with "By-law for Encouraging of the Exemplary Exports", you are hereby entitled to enjoy the privileges and facilities foreseen in the Cabinet's written authorization No. H20077/4096å dated october 19th, 1998.

Seyyed Mohammad Khatami
President of Islamic Republic of Iran

Since 1994, undertaking construction of a road project in Pakistan, Stratus became pioneer in export of engineering and technical services.

In 1999, Stratus  was awarded "Exemplary Exporter of the Year" –the most remarkable prize in contracting industry– from Mr. President Khatami.

# Specialized Manpower

Specialized manpower is the most critical asset of any successful entity.

We are proud of having the most experienced, educated and dedicated team of management, technical and engineering.

| Title | Number |
|---|---|
| Managing Director | 1 |
| Project Manager | 6 |
| ISO, HSE, QC, QA Committee | 5 |
| Engineering & Technical Department | 53 |
| Contracts Department | 2 |
| Business Development Department | 5 |
| IT Department | 14 |
| Financial Department | 34 |
| Admin Department | 53 |
| Site Manager | 6 |
| Deputy Site Manager | 4 |
| Operation Manager | 4 |
| Site Engineer | 38 |
| Surveyor | 10 |
| Surveyor Assistant | 27 |
| Laboratory | 14 |
| Installation & Commissioning | 40 |
| Driver | 346 |
| worker | 444 |
| Skilled worker | 123 |
| Subcontractors Personnel | 365 |
| Machinery & Logistic | 441 |
| **Total** | **2035** |

www.samanehstratus.com

# Modern Machinery

**Our inventory of various modern machinery and equipments help us in smoother execution of the projects.**

| Sr. | Owned Machinery | Qty |
|---|---|---|
| 1 | Bull Dozer | 23 |
| 2 | Excavator | 22 |
| 3 | Grader | 8 |
| 4 | Loader | 34 |
| 5 | Tractor | 8 |
| 6 | Truck | 57 |
| 7 | Drill Wagon | 10 |
| 8 | Jumbo Drill | 4 |
| 9 | Dump Truck | 12 |
| 10 | Crane | 6 |
| 11 | Lift Truck | 2 |
| 12 | Tipper | 4 |
| 13 | Transit Mixer | 11 |
| 14 | Water Tanker | 13 |
| 15 | Hammer | 57 |
| 16 | Generator | 26 |
| 17 | Compressor | 12 |
| 18 | Welding Machine | 32 |
| 19 | Compactor | 17 |
| 20 | Jaw & Crusher | 7 |
| 21 | Concrete Batching Plant | 10 |
| 22 | Asphalt Paver | 1 |
| 23 | Bitumen Sprayer | 13 |
| 24 | Asphalt Plant | 1 |
| 25 | Dumper | 1 |
| 26 | Vehicle | 64 |
| | **Total** | **455** |

www.samanehstratus.com

# Stratus Int'l. Contracting Co.

## Grades, Awards & Certificates

- First Grade (highest) in road, railroad, airport,...

- First Grade (highest) in dam and side utilities.

- First Grade (highest) in building.

- First Grade in EPC (Design & Build).

- Iran "Exemplary Exporter" of the year 1999.



www.samanehstratus.com

# Stratus Int'l. Contracting Co.

## Grades, Awards & Certificates

Certificate of Registration
MOODY
Stratus International Contracting Co.
ISO 9001:2008
Certificate of Registration
MOODY
Stratus International Contracting Co.
BS-OHSAS 18001:2007

- **MIC (Moody Int'l. Certificate) ISO 9001:2008 in design and construction of building and infrastructure projects.**
- **MIC (Moody Int'l. Certificate) BS-OHSAS 18001:2007 in design and construction of building and infrastructure.**
- **Being approved by UNIDO, World Bank, African Development Bank, Islamic Development Bank and our clients.**

**Esfarayen-Sankhast Road**
**Islamic Republic of Iran**

www.samanehstratus.com



# Karun III Dam Road Replacement
## Islamic Republic of Iran



karoon 3dam Replacement road

An everlasting monument for generations.
A masterpiece where men conquered high mountains through deep valleys.

www.samanehstratus.com





Dalbandin-Nokundi Highway
Pakistan Republic

www.samanehstratus.com



www.samanehstratus.com

Torugart-Arpa-Karasuu
Railroad Project
Kyrgyzstan Republic

Signing the Agreement for
construction of Torugart-Arpa-
Karasuu Railroad Project in the
length of 100Km with
Kyrgyzstan State Directorate of
Design & Construction of the
Railroad.

## Our Keys to Success

- By experience, we learnt how to combine local opportunities with int'l. know-how to protect and increase our market share in contracting industry.

- We have our expertise and well-trained executives who are specialized in their own professions.

- The technology, equipments and materials used in our projects are from the best ones.

We are glad our clients entrust their projects to us for these many reasons.

www.samanehstratus.com

# Our Vision

We are determined to continue our uptrend success by:

⋏ Employing extra workforces for new projects.

⋏ Training workers with more new technologies.

⋏ Expanding our Export and International Dept.

⋏ Maintaining our modernized equipments.

⋏ Expanding our technical and engineering services.

⋏ Exploring more international markets.

www.samanehstratus.com

# Our Mission

We are decisive in delivering qualified and specialized EPCM services to the global markets in order to improve the human being's living condition by valuing:

- Quality excellence and customer satisfaction
- Creating an appropriate work environment
- Improving the work health and safety
- Protecting the environment and species

www.samanehstratus.com

