# Exhibit C-1

**Subject:** ارسال تاییدیه سوییفت ها
**From:** Hamid reza Tabatabaei <shrt1960@yahoo.com>
**Date:** Mon, 16 Jan 2012 21:06:42 -0800 (PST)
**To:** "ali.sadr.h@gmail.com" <ali.sadr.h@gmail.com>

با سلام        تاییدیه دو فقره سوییفت    مبالغ واریزی به میزان 1,500,000 یورو    جهت اطلاع ارسال میگردد

----001.jpg----

16/01/12-15:18:34

Possible Duplicate Delivery
Network        : APPLI
Session Holder : Africa
Session        : 5441
Sequence       : 000001
Delivery Status : Network A...

Notification (Transmission) of
Network Delivery Status   : Net
Priority/Delivery : Normal
Message Input Reference : 14...

Swift Input
Sender   : BEGNIRTHAFG
           BANK EGHTESAD NOVIN
           (AFRIGHA)
           TEHRAN IR
Receiver : TRHBTR2AXXX
           TURKIYE HALK BANKAS
           ANKARA TR

20: Sender's Reference
    102/90/PO/1575
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Se
     Date          : 05 January 201

---2 001.jpg---

ارسال تاییدیه سوییفت ها

16/'01/12-15:18:34

---

Category      : Network Report
Creation Time : 11/01/12 14:4
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21BEGNIRTHAAFG343308

4 001.jpg

002258

16/01/12-15:18:34

```
Category      : Network Report
Creation Time : 16/01/12 12:4(
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21BEGNIRTHAAFG3435086
```

16/01/12-15:18:34

```
Possible Duplicate Delivery
    Network         : APPLI
    Session Holder  : Africa
    Session         : 5468
    Sequence        : 000002
    Delivery Status : Network Ack
    ---------------------
Notification (Transmission) of O
Network Delivery Status   : Netw
Priority/Delivery : Normal
Message Input Reference : 1245

Swift Input                      :
Sender  : BEGNIRTHAFG
          BANK EGHTESAD NOVIN
          (AFRIGHA)
          TEHRAN IR
Receiver : TRHBTR2AXXX
           TURKIYE HALK BANKASI
           ANKARA TR
           ---------------------
 20: Sender's Reference
     102/90/PO/1576
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Setl
      Date      : 17 January 2012
```



# Exhibit C-2

**Sent:** Mon, 16 Jan 2012 21:06:42 -0800 (PST)
**From:** Hamid reza Tabatabaei <shr1960@yahoo.com>
**Subject:** ارسال تاییدیه سوییفت ها
**To:** "ali.sadr.h@gmail.com" <ali.sadr.h@gmail.com>

001.jpg
2 001.jpg
4 001.jpg
9 001.jpg

با سلام      تاییدیه دو فقره سوییفت   مبالغ واریزی به میزان 1,500,000 یورو   جهت اطلاع ارسال میگردد

GOVERNMENT EXHIBIT 2100
18 Cr. 224 (AJN)

```
16/01/12-15:18:34                        Reprint From MFA-0000-000000

            Possible Duplicate Delivery
               Network         : APPLI
               Session Holder  : Africa
               Session         : 5441
               Sequence        : 000001
               Delivery Status : Network Ack
                        --------------------- Instance Type and Transmission --------------
            Notification (Transmission) of Original sent to SWIFT (ACK)
            Network Delivery Status   : Network Ack
            Priority/Delivery : Normal
            Message Input Reference : 1440 120111BEGNIRTHAAFG3433085932
                              --------------------------- Message Header ---------------------------
            Swift Input                       : FIN 103 Single Customer Credt Transfer
            Sender  : BEGNIRTHAFG
                    BANK EGHTESAD NOVIN
                    (AFRIGHA)
                    TEHRAN IR
            Receiver : TRHBTR2AXXX
                    TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
                    ANKARA TR
                              --------------------------- Message Text ---------------------------
             20: Sender's Reference
                102/90/PO/1575
             23B: Bank Operation Code
                CRED
             32A: Val Dte/Curr/Interbnk Settld Amt
                Date         : 05 January 2012
                Currency     : EUR (EURO)
                Amount       :            #750000,#
             33B: Currency/Instructed Amount
                Currency     : EUR (EURO)
                Amount       :            #750000,#
             50K: Ordering Customer-Name & Address
                /102-2-179503-3
                ORCHID INTERNATIONAL HOUSING CO.
                NO.18,MINA BLV,AFRICA
                AVE,TEHRAN,I.R.OF IRAN.
                TEL:+982188675237FAX:+982188675240
             53A: Sender's Correspondent - FI BIC
                /4R000616 /EUR
                TRHBTR2AXXX
                TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
                ANKARA  TR
             57A: Account With Institution - FI BIC
                TRHBTR2AXXX
                TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
                ANKARA  TR
             59: Beneficiary Customer-Name & Addr
                /TR900001200128200058100210
                STRATUS INTERNATIONAL CONTRACTING
                INSAAT VE TAAHHUT A.S.ATATURK
                MAH.GARDENYA PLAZA5 K:3
                D:3,34758 ATASEHIR/ISTANBUL/TURKEY.
             70: Remittance Information
                /RFB/AGREEMENT NO.2011-101,PARTIAL
                2ND ADVANCE PAYMENT.
             71A: Details of Charges
                BEN
             71F: Sender's Charges
                Currency    : EUR (EURO)
                Amount      :           #0,#
                              ---------------------------- Message Trailer -----------------
            {CHK:3C3CFC2D7BC5}
            PKI Signature: MAC-Equivalent
```

GOVERNMENT EXHIBIT 2100A 18 Cr. 224 (AJN)

------------------------------ Interventions ------------------------------
Category      : Network Report
Creation Time : 11/01/12 14:41:59
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21BEGNIRTHAAFG3433085932}{4:{177:1201111440}{451:0}}

GOVERNMENT EXHIBIT 2100B  18 Cr. 224 (AJN)

```
16/01/12-15:18:34                    Reprint From MFA-0000-000000

                       ----------------------------- Interventions ------------------------
          Category      : Network Report
          Creation Time : 16/01/12 12:46:38
          Application   : SWIFT Interface
          Operator      : SYSTEM
          Text
          {1:F21BEGNIRTHAAFG3435086189}{4:{177:1201161245}{451:0}}
```

GOVERNMENT EXHIBIT 2100C 18 Cr. 224 (AJN)

```
16/01/12-15:18:34                    Reprint From MFA-0000-000000
```

```
Possible Duplicate Delivery
    Network        : APPLI
    Session Holder : Africa
    Session        : 5468
    Sequence       : 000002
    Delivery Status : Network Ack
    ---------------------- Instance Type and Transmission --------------
    Notification (Transmission) of Original sent to SWIFT (ACK)
    Network Delivery Status  : Network Ack
    Priority/Delivery : Normal
    Message Input Reference : 1245 120116BEGNIRTHAAFG3435086189
    --------------------------- Message Header ------------------------
    Swift Input                : FIN 103 Single Customer Credt Transfer
    Sender  : BEGNIRTHAFG
              BANK EGHTESAD NOVIN
              (AFRIGHA)
              TEHRAN IR
    Receiver : TRHBTR2AXXX
               TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
               ANKARA TR
    --------------------------- Message Text --------------------------
 20: Sender's Reference
     102/90/PO/1576
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 17 January 2012
      Currency   : EUR (EURO)
      Amount     :         #750000,#
 33B: Currency/Instructed Amount
      Currency   : EUR (EURO)
      Amount     :         #750000,#
 50K: Ordering Customer-Name & Address
      /102-2-179503-3
      ORCHID INTERNATIONAL HOUSING CO.
      NO.18,MINA BLV,AFRICA
      AVE,TEHRAN,I.R.OF IRAN.
      TEL:+982188675237FAX:+982188675240
 53A: Sender's Correspondent - FI BIC
      /4R000616 /EUR
      TRHBTR2AXXX
      TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
      ANKARA  TR
 57A: Account With Institution - FI BIC
      TRHBTR2AXXX
      TURKIYE HALK BANKASI A.S. (HEAD OFFICE)
      ANKARA  TR
 59: Beneficiary Customer-Name & Addr
     /TR900001200128200058100210
     STRATUS INTERNATIONAL CONTRACTING
     INSAAT VE TAAHHUT A.S.ATATURK
     MAH.GARDENYA PLAZA5 K:3
     D:3,34758 ATASEHIR/ISTANBUL/TURKEY.
 70: Remittance Information
     /RFB/AGREEMENT NO.2011-101,PARTIAL
     2ND ADVANCE PAYMENT.
 71A: Details of Charges
      BEN
 71F: Sender's Charges
      Currency   : EUR (EURO)
      Amount     :             #0,#
      --------------------------- Message Trailer ---------------------
 {CHK:A53CFC2D7BC5}
 PKI Signature: MAC-Equivalent
```

GOVERNMENT EXHIBIT 2100D
18 Cr. 224 (AJN)