UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ali Sadr Hashemi Nejad,

     Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 20, 2020, Sadr filed a letter setting forth his continuing objections to the proffered expert testimony of Mark Dubowitz. *See* Dkt. No. 220. By February 24, 2020, the Government shall respond to the continuing objections to Mr. Dubowitz's testimony Sadr makes in his February 20 letter.

SO ORDERED.

Dated: February 22, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge