UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

-v-

Ali Sadr Hashemi Nejad,

            Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 22, 2020, Sadr filed a letter setting forth his objections to Government exhibits obtained from the email search warrant raw returns. *See* Dkt. No. 222. By February 25, 2020, the Government shall respond to Sadr's February 22 letter.

SO ORDERED.

Dated: February 23, 2020
New York, New York

2/23/20

_____
ALISON J. NATHAN
United States District Judge