UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ali Sadr Hashemi Nejad,

             Defendant.



18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 24, 2020, Sadr filed a motion *in limine*. *See* Dkt. No. 228. By February 26, 2020, the Government shall respond to Sadr's February 24 motion.

    SO ORDERED.

Dated: February 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge