Nicholas P. Silverman
202 429 8096
nsilverman@steptoe.com

# Steptoe

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 2 2020
```

March 1, 2020

By ECF

3/1/20

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Hon. Alison J. Nathan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States of America v. Ali Sadr Hashemi Nejad* (Case No. 18-cr-224)

Dear Judge Nathan:

Pursuant to Standing Order M10-468, we respectfully submit the attached proposed order seeking authorization from the Court for members of our trial team to bring certain personal electronic devices and general purpose computing devices to the trial beginning on Monday, March 2, 2020.

This request is denied.  Pursuant to Standing Order M10-468, *attorneys* may be authorized to bring personal eletronic devices or general purpose computing devices into the Courthouse.
SO ORDERED.

Respectfully,

/s/ *Nicholas P. Silverman*
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

Hon. Alison J. Nathan
March 1, 2020
Page 2

**Steptoe**

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
nsilverman@steptoe.com