UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 2 2020

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Government is ordered to file a reply to Sadr's response to the supplemental motions *in limine* by 8:30 p.m. this evening. Specifically, in light of the relevance proffered by Sadr with respect to several of the categories of evidence objected to by the Government, the Government shall indicate whether it withdraws any of its previous objections. To the extent the Government does withdraw objections but seeks to have a limiting instruction given to the jury, it shall propose language for such an instruction. To the extent the Government maintains any of its previous objections, it shall state specifically what objections remain in light of Sadr's response and its basis for continuing objection.

SO ORDERED.

Dated: March ___1___, 2020
New York, New York

3/1/20

_____
ALISON J. NATHAN
United States District Judge