USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Mr. Sadr has communicated to the Court that he intends to file a letter this evening objecting to "significant portions of the testimony the Government intends to elicit from a State Department witness." He shall file such a letter no later than 10 p.m. on March 3, 2020. The Government shall file its response no later than 12 a.m. on March 4, 2020.

    SO ORDERED.

Dated: March 3, 2020
New York, New York

3/3/20

_____
ALISON J. NATHAN
United States District Judge