UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The parties shall be prepared to begin this morning, March 6, 2020, at **9:00 a.m**.

SO ORDERED.

Dated: March 6, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge