USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

To afford adequate time to address objections raised in the Government's March 4, 2020 letter, *see* Dkt. No. 262, the parties shall be prepared to begin tomorrow morning, March 5, 2020, at 8:45 a.m.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

3/4/20

_____
ALISON J. NATHAN
United States District Judge