# Exhibit B

```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
 2

 3     THE UNITED STATES OF AMERICA,)
                                    )
 4                Plaintiff,        )
                                    )
 5     vs.                          )    File No:  CR 08-360
                                    )
 6     Paul Alvin Slough,           )
       Evan Shawn Liberty,          )
 7     Dustin Laurent Heard,        )
                                    )
 8                Defendants.       )    Date:  August 5, 2014
                                         Time:  2:09 p.m.
 9
       ------------------------------      DAY 33 - P.M. Session
10
       THE UNITED STATES OF AMERICA,)
11                                  )
                  Plaintiff,        )
12                                  )    File No:  CR 14-107
       Vs.                          )
13                                  )
       Nicholas Abram Slatten,      )
14                                  )
                  Defendant.        )
15
       _____
16

17                      TRANSCRIPT OF JURY TRIAL
                              HELD BEFORE
18                  THE HONORABLE ROYCE C. LAMBERTH
                      UNITED STATES DISTRICT JUDGE
19
       _____
20

21

22
       Court Reporter:            Vicki Eastvold, RMR, CRR
23                                Official Court Reporter
                                  U.S. Courthouse, Room 6722
24                                333 Constitution Avenue, NW
                                  Washington, DC  20001
25                                202-354-3242
```

```
 1    APPEARANCES:

 2
      For the Plaintiff:     Mr. Anthony Asuncion
 3                           Mr. John Crabb, Jr.
                             Mr. T. Patrick Martin
 4                           Mr. Christopher R. Kavanaugh
                             UNITED STATES ATTORNEY'S OFFICE
 5                           Criminal Division
                             555 Fourth Street, NW
 6                           Washington, DC   20530

 7
      For Defendant Slough:  Mr. Brian M. Heberlig
 8                           Ms. Linda C. Bailey
                             Mr. Michael J. Baratz
 9                           Mr. Scott P. Armstrong
                             STEPTOE & JOHNSON, LLP
10                           1330 Connecticut Avenue, NW
                             Washington, DC   20036
11

12    For Defendant Liberty: Mr. William F. Coffield, IV
                             COFFIELD LAW GROUP, LLP
13                           1330 Connecticut Avenue, NW
                             Suite 220
14                           Washington, DC   20036

15
      For Defendant Heard:   Mr. David Schertler
16                           Ms. Janet Foster
                             SCHERTLER & ONORATO, LLP
17                           575 7th Street, NW, Suite 300 South
                             Washington, DC   20004
18

19    For Defendant Slatten: Mr. Thomas G. Connolly
                             Mr. Steven A. Fredley
20                           HARRIS, WILTSHIRE & GRANNIS, LLP
                             1200 18th Street, NW, Suite 1200
21                           Washington, DC   20036

22

23

24

25
```

I N D E X

Record Made............................................    4

JEREMY KRUEGER
    (Continuing) Direct Examination by Mr. Martin.......    6
    Cross-Examination by Mr. Heberlig...................    8
    Cross-Examination by Mr. Coffield...................   63
    Cross-Examination by Mr. Schertler..................   69
    Redirect Examination by Mr. Martin..................   81
    Recross-Examination by Mr. Heberlig................. 100
    Recross-Examination by Mr. Schertler................ 102

```
 1                  (Upon resuming at 2:09 p.m. outside the presence
 2      of the jury.)
 3                  MR. KAVANAUGH:  Your Honor, shall we excuse the
 4      witness?
 5                  THE COURT:  Yes.
 6                  (NOTE:  Witness exiting the courtroom.)
 7                  THE COURT:  Based on the defendant's request for
 8      action on the Brady question that was argued last night, I
 9      have determined that no further opening statement needs to
10      be made as a curative measure, but that an instruction to
11      the jury is appropriate.  And I propose to do the
12      instruction now so that if the defendant wants to show the
13      witness these photographs or any subsequent witness these
14      photographs, they may do so.  And also so that I can advise
15      the jury that I'm requiring the government to re-call any
16      witness who testified before July 23 at the request of any
17      defendant who wishes to ask the witness questions about
18      these photographs.  So that I will, basically, give the
19      first two paragraphs as proposed by the defendants and as
20      agreed to by the government, except that I'll add the phrase
21      the defendants had that the government failed to turn it
22      over before trial as required by law.  And then I'll
23      substitute that language about my requiring the government
24      to re-call any witness at the end of that.
25                  Then if you want to use those photographs in
```

```
 1   confronting any subsequent witness, you can do so.  And if
 2   you want any prior witness to be re-called, you can raise it
 3   if the government declines to do it.  So we'll go ahead and
 4   bring the jury down, I'll give them that instruction.
 5             MR. COFFIELD:  Your Honor, we would also ask as
 6   quickly as possible we get some report as to who put these
 7   montages together.
 8             THE COURT:  Right.  Do we know?  Yes, Mr. Crabb?
 9             MR. CRABB:  Your Honor, we don't know anything
10   more than we did yesterday afternoon at this point.
11             THE COURT:  Okay.
12             MR. MARTIN:  Your Honor, I believe defense counsel
13   are going to allow me to introduce this exhibit and also
14   just ask a couple questions of the witness.
15             MR. HEBERLIG:  Your Honor, would it be
16   appropriate, just so the jury understands what the
17   instruction is in reference to, to display the photographs
18   while the instruction is given?
19             THE COURT:  You can.
20             MR. HEBERLIG:  Okay.  Thank you.
21
22             (NOTE:  The jury entering the courtroom at
23   2:13 p.m.)
24             THE COURT:  Ladies and gentlemen, from time to
25   time throughout the trial I will give you some instructions.
```

1             On July 24 during the examination of Special Agent
2    David Farrington, the defense introduced into evidence as
3    Defense Exhibits 2413 and 2414 two pictures of eight shell
4    casings from behind the bus stop to the south of Nisur
5    Square.  You saw that evidence then because the government
6    failed to turn it over before trial as required by law.
7             The defendants learned of that evidence on the
8    evening of July 23, 2014, when the government disclosed it.
9    As a result of the delay, the Court will require the
10   government to re-call any witness who testified before July
11   23 at the request of any defendant who wishes to ask the
12   witness questions about these particular photographs.
13            They're on display for you now.  You can jot down
14   their numbers, 2413 and 2414.  You can take those down.
15            MR. HEBERLIG:  Thank you, Your Honor.
16            THE COURT:  The witness now will resume the stand.
17   Mr. Krueger.  And I understand the government has a couple
18   more questions before he steps down.
19            MR. MARTIN:  Yes.  Thank you.
20            (NOTE:  The witness resuming the witness stand.)
21            MR. MARTIN:  May I proceed, Your Honor?
22            THE COURT:  You may.
23            MR. MARTIN:  Thank you.
24   BY MR. MARTIN:
25   Q.  Mr. Krueger, just a few more questions.  I'm approaching

```
1    UNITED STATES DISTRICT COURT.)
                                  ) ss.
2    FOR THE DISTRICT OF COLUMBIA )
```

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, VICKI EASTVOLD, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 5th day of August, 2014.

```
                              _____s/Vicki Eastvold_____
                              Official Court Reporter
                              United States Courthouse
                              Room 6722
                              333 Constitution Avenue, NW
                              Washington, DC   20001
                              202-354-3242
```

## 0

**08-360** [1] - 1:5

## 1

**1** [6] - 42:8, 68:22, 74:2, 91:25, 92:4, 97:1
**10** [5] - 22:20, 22:21, 32:19, 32:23, 68:22
**100** [11] - 3:7, 35:9, 35:13, 35:24, 36:17, 44:9, 68:21, 78:5, 84:12, 89:5, 90:3
**102** [1] - 3:8
**10:00** [1] - 106:14
**12** [1] - 11:9
**1200** [2] - 2:20
**1330** [2] - 2:10, 2:13
**14** [1] - 22:21
**14-107** [1] - 1:12
**146** [1] - 100:19
**147** [1] - 100:19
**148** [3] - 100:16, 100:18, 101:10
**15** [3] - 32:23, 57:1, 57:3
**16** [10] - 8:11, 9:11, 9:22, 56:25, 60:21, 71:16, 102:12, 104:4, 104:22, 105:10
**18** [7] - 21:23, 70:25, 77:24, 91:23, 92:4, 93:5, 101:9
**180** [2] - 72:10, 73:1
**18th** [1] - 2:20
**19** [2] - 36:2, 52:22

## 2

**2** [4] - 42:8, 74:2, 78:3, 96:23
**2-3** [1] - 9:12
**20** [5] - 21:5, 52:22, 56:20, 57:7, 57:16
**20001** [2] - 1:24, 107:16
**20004** [1] - 2:17
**20036** [3] - 2:10, 2:14, 2:21
**2007** [21] - 8:24, 9:11, 14:16, 15:5, 21:23, 26:6, 70:11, 70:20, 70:25, 73:22, 76:21, 99:11, 100:14, 102:12, 102:14, 102:22, 103:2, 104:4, 104:12, 104:23, 105:10
**2014** [3] - 1:8, 6:8, 107:12
**202-354-3242** [2] - 1:25, 107:17
**203** [3] - 68:20, 68:25, 69:16
**20530** [1] - 2:6
**21** [1] - 28:10
**2122** [6] - 14:7, 15:1, 28:11, 40:8, 73:13, 78:10
**2128** [2] - 25:25, 102:17

**22** [1] - 96:23
**220** [1] - 2:13
**23** [12] - 4:16, 6:8, 6:11, 34:22, 52:17, 59:18, 72:22, 75:15, 82:5, 83:6, 92:13
**24** [2] - 6:1, 96:20
**240** [2] - 20:23, 58:4
**2413** [2] - 6:3, 6:14
**2414** [2] - 6:3, 6:14
**25** [9] - 64:21, 65:7, 65:12, 65:18, 68:1, 68:3, 68:4, 77:25, 92:13
**2:09** [2] - 1:8, 4:1
**2:13** [1] - 5:23

## 3

**3** [7] - 42:21, 74:5, 77:3, 77:18, 78:25, 79:12, 93:18
**30** [6] - 21:5, 59:16, 64:21, 65:7, 65:12, 65:19
**300** [1] - 2:17
**33** [1] - 1:9
**330** [1] - 71:24
**333** [2] - 1:24, 107:16
**3992** [1] - 37:24
**3:23** [1] - 63:19
**3:42** [1] - 63:21

## 4

**4** [16] - 3:3, 22:1, 42:22, 74:7, 74:10, 77:3, 77:18, 78:25, 79:12, 82:6, 82:9, 82:11, 83:8, 83:13, 97:1, 103:13
**42** [1] - 32:17
**48** [1] - 21:23
**49** [7] - 68:1, 68:3, 91:22, 91:23, 92:4, 92:13, 93:5
**4:40** [1] - 106:17

## 5

**5** [3] - 1:8, 80:18, 80:19
**50** [12] - 36:16, 59:16, 68:2, 78:4, 78:18, 79:3, 79:6, 79:11, 91:24, 92:4, 92:21, 93:22
**500-B2** [2] - 13:10, 42:4
**500-B3** [1] - 74:24
**500-D1** [1] - 66:21
**500-H** [3] - 7:1, 7:5, 78:10
**5000** [1] - 71:23
**53** [2] - 64:11, 65:11
**555** [1] - 2:5
**556** [1] - 64:24
**575** [1] - 2:17
**58** [2] - 68:22, 80:10
**59** [1] - 80:18
**5th** [1] - 107:12

## 6

**6** [11] - 3:5, 14:16, 15:5, 26:5, 26:6, 73:22, 76:21, 99:11, 102:14, 103:2, 104:12
**63** [1] - 3:6
**6722** [2] - 1:23, 107:15
**69** [1] - 3:6

## 7

**73** [1] - 77:24
**74** [1] - 36:1
**7th** [1] - 2:17

## 8

**8** [3] - 3:5, 22:1, 80:19
**81** [1] - 3:7
**83** [1] - 52:16
**86** [2] - 56:24, 56:25
**87** [2] - 57:1, 57:3

## 9

**9** [5] - 36:2, 52:17, 91:25, 93:22, 96:25
**92** [1] - 22:19
**98** [2] - 96:20, 96:22
**99** [2] - 96:23, 97:1

## A

**abdomen** [1] - 58:23
**ability** [1] - 107:11
**able** [18] - 20:20, 26:8, 34:10, 44:7, 49:19, 49:20, 56:4, 60:9, 62:2, 77:17, 78:2, 79:1, 84:10, 84:12, 91:9, 98:14, 98:18, 100:22
**Abram** [1] - 1:13
**abutting** [1] - 57:24
**accompanied** [1] - 62:19
**according** [1] - 97:8
**accurate** [11] - 9:3, 15:17, 18:21, 22:8, 33:7, 36:10, 37:1, 40:16, 46:6, 81:24, 107:8
**accurately** [1] - 36:22
**action** [1] - 4:8
**actions** [1] - 101:6
**activate** [1] - 26:22
**actual** [2] - 60:4, 98:5
**Adam** [1] - 45:22
**add** [3] - 4:20, 62:11, 62:13
**addition** [4] - 25:21, 26:15, 35:6, 36:5
**additional** [3] - 43:1, 93:7, 93:8
**admin** [1] - 60:1

**admitted** [1] - 7:1
**advise** [1] - 4:14
**affirmatively** [1] - 67:13
**aftermath** [1] - 62:16
**afternoon** [5] - 5:10, 8:5, 8:6, 63:17, 70:1
**Agent** [3] - 6:1, 103:2
**agents** [5] - 102:14, 102:25, 104:12, 104:21
**ago** [2] - 70:8, 102:13
**agree** [3] - 39:9, 50:8, 55:2
**agreed** [2] - 4:20, 75:14
**ahead** [2] - 5:3, 103:22
**air** [1] - 10:6
**AK-47** [7] - 34:11, 96:15, 97:5, 97:7, 97:11, 97:12, 105:20
**AK-47s** [4] - 33:25, 34:4, 99:15, 99:18
**allow** [1] - 5:13
**allowed** [1] - 101:16
**alluded** [1] - 50:22
**almost** [3] - 24:9, 70:8, 82:22
**altogether** [1] - 33:15
**Alvin** [1] - 1:6
**Amanant** [5] - 60:24, 61:2, 61:11, 97:17, 97:21
**AMERICA** [2] - 1:3, 1:10
**amount** [3] - 23:16, 65:14, 85:12
**analysis** [1] - 85:22
**analyzing** [1] - 92:10
**and-a-half** [4] - 15:6, 40:10, 41:2, 96:7
**Andrej** [8] - 16:21, 37:7, 38:21, 51:2, 59:3, 73:16, 103:13, 103:14
**angle** [6] - 29:17, 30:8, 39:19, 49:25, 55:9, 85:21
**ankle** [1] - 41:20
**answer** [12] - 36:10, 36:13, 36:19, 62:11, 62:13, 78:18, 80:21, 93:8, 93:21, 104:9, 104:14, 105:1
**answered** [2] - 101:13, 101:15
**Anthony** [1] - 2:2
**anti** [1] - 98:10
**anti-personnel** [1] - 98:10
**apologize** [2] - 96:12, 102:3
**apparel** [1] - 41:20
**aPPEARANCES** [1] - 2:1
**appeared** [4] - 32:12, 32:24, 63:6, 68:16
**approach** [3] - 31:24, 71:8, 98:23
**approached** [1] - 12:22
**approaching** [7] - 6:25, 21:1, 23:8, 23:9, 23:20, 25:2,

75:10
**appropriate** [2] - 4:11, 5:16
**approximate** [1] - 39:21
**approximation** [3] - 16:16, 76:17, 76:22
**approximations** [1] - 39:19
**Arabic** [1] - 41:19
**area** [13] - 7:19, 17:21, 19:23, 31:15, 38:6, 39:10, 40:9, 46:23, 46:25, 47:21, 58:23, 79:4, 81:23
**argued** [1] - 4:8
**armor** [1] - 62:8
**arms** [4] - 33:24, 34:3, 99:13, 104:7
**Armstrong** [1] - 2:9
**arrow** [1] - 103:20
**arrows** [1] - 42:17
**assess** [1] - 85:12
**assume** [2] - 81:6, 104:24
**assumed** [2] - 20:23, 65:23
**assumption** [3] - 66:1, 66:5, 81:8
**Asuncion** [1] - 2:2
**attempt** [1] - 25:2
**attempting** [4] - 22:8, 36:24, 40:15, 53:19
**attention** [3] - 54:18, 54:20, 55:1
**ATTORNEY'S** [1] - 2:4
**August** [2] - 1:8, 107:12
**auto** [1] - 59:22
**automatic** [5] - 20:21, 53:4, 92:18, 93:13, 93:16
**Avenue** [4] - 1:24, 2:10, 2:13, 107:16

**B**

**backed** [5] - 46:13, 47:13, 47:14, 48:2, 83:4
**backing** [2] - 45:16, 47:24
**Baghdad** [6] - 13:21, 70:13, 73:23, 102:15, 102:23, 103:2
**Bailey** [1] - 2:8
**ballpark** [1] - 49:10
**BARATZ** [1] - 69:21
**Baratz** [1] - 2:8
**based** [16] - 4:7, 43:6, 43:8, 47:7, 64:23, 64:24, 65:6, 65:7, 65:19, 66:2, 77:15, 78:23, 89:19, 95:11, 95:17, 95:19
**basing** [1] - 80:7
**basis** [1] - 25:1
**bear** [3] - 26:10, 32:17, 81:16
**Bearcat** [4] - 60:15, 61:21, 63:1, 97:14
**became** [3] - 12:3, 20:7, 20:8

**beers** [1] - 64:5
**BEFORE** [1] - 1:17
**began** [3] - 48:22, 50:5, 50:16
**beginning** [1] - 81:18
**behind** [9] - 6:4, 16:13, 19:11, 19:14, 38:17, 49:12, 49:16, 50:1, 56:2
**belief** [2] - 87:6, 96:14
**believes** [3] - 99:13, 103:25, 104:7
**bench** [5] - 17:12, 17:15, 19:13, 99:1, 99:22
**beside** [1] - 51:25
**best** [11] - 9:2, 15:16, 16:16, 16:25, 39:3, 41:1, 44:24, 46:20, 54:9, 83:17, 107:10
**better** [1] - 8:16
**between** [5] - 11:11, 47:16, 72:1, 98:15, 99:16
**beyond** [4] - 25:15, 34:18, 37:3, 84:5
**big** [2] - 7:16, 47:19
**billboard** [3] - 38:18, 38:19, 39:24
**bit** [17] - 14:8, 31:20, 33:22, 37:4, 38:6, 38:7, 38:8, 38:17, 49:24, 50:2, 71:1, 74:12, 75:3, 83:25, 88:8, 89:9, 94:4
**black** [1] - 86:2
**Blackwater** [5] - 9:20, 24:10, 26:19, 59:24, 60:12
**blocking** [1] - 15:22
**blood** [1] - 58:20
**blue** [2] - 40:3
**body** [4] - 32:13, 66:5, 91:10, 91:14
**bomb** [3] - 10:18, 24:5, 26:23
**bottle** [1] - 25:11
**bottom** [5] - 7:13, 14:9, 26:7, 91:24, 103:1
**box** [1] - 27:2
**Brady** [1] - 4:8
**Bravo** [1] - 88:14
**Break** [1] - 63:19
**breaking** [1] - 24:1
**Brian** [2] - 2:7, 8:9
**bridge** [1] - 71:5
**brief** [2] - 99:3, 100:3
**briefed** [1] - 24:12
**briefly** [1] - 13:9
**bring** [1] - 5:4
**brown** [1] - 40:2
**bullet** [1] - 63:6
**bullets** [3] - 29:15, 30:8, 54:14
**burst** [7] - 54:6, 54:8, 89:1, 89:3, 89:4, 93:8

**bursted** [2] - 101:15, 101:20
**bursts** [2] - 29:1, 99:6
**bus** [2] - 6:4, 40:3
**BY** [21] - 6:24, 7:6, 8:4, 12:5, 15:2, 39:14, 44:15, 63:25, 68:11, 69:25, 71:10, 81:15, 84:9, 87:5, 88:20, 93:4, 102:2, 104:10, 104:20, 105:3, 105:7

**C**

**camp** [1] - 59:13
**cannot** [2] - 74:19, 74:21
**car** [55] - 21:1, 22:24, 23:4, 23:9, 23:17, 23:25, 24:5, 25:2, 25:8, 25:16, 27:12, 27:17, 27:19, 27:23, 28:14, 29:10, 29:15, 29:17, 30:22, 31:23, 31:25, 32:3, 33:14, 34:16, 34:17, 41:5, 41:10, 42:9, 43:4, 51:24, 52:20, 54:3, 54:10, 54:17, 54:21, 54:22, 54:24, 55:2, 55:3, 55:7, 57:7, 58:14, 58:18, 67:8, 67:11, 75:8, 75:10, 75:14, 92:9, 92:18, 93:12, 99:6, 101:16, 101:21
**car's** [1] - 25:11
**carries** [1] - 26:8
**carry** [2] - 68:1, 68:4
**carrying** [1] - 88:1
**cars** [1] - 16:17
**case** [6] - 27:12, 48:2, 68:21, 101:23, 106:13, 106:14
**cases** [1] - 76:24
**casings** [1] - 6:4
**caused** [6] - 58:9, 61:12, 61:14, 61:22, 88:5, 97:22
**certain** [12] - 9:16, 19:16, 31:10, 33:6, 33:8, 42:14, 46:12, 46:15, 48:23, 52:15, 56:9, 74:21
**certainty** [3] - 84:11, 84:13, 89:5
**CERTIFICATE** [1] - 107:5
**certify** [1] - 107:7
**chair** [1] - 69:21
**channel** [1] - 44:24
**characterization** [1] - 50:8
**characterize** [1] - 50:7
**charge** [1] - 59:19
**check** [1] - 27:1
**Checkpoint** [1] - 11:9
**checks** [1] - 78:20
**chicken** [1] - 64:5
**chinks** [1] - 62:8
**chipped** [1] - 62:8
**Christopher** [1] - 2:4
**chronology** [2] - 70:10, 75:4

**circle** [48] - 7:10, 7:14, 12:8, 12:11, 12:25, 13:5, 13:6, 14:20, 15:4, 16:25, 17:23, 17:25, 37:19, 38:1, 38:11, 39:25, 40:1, 44:19, 48:7, 49:1, 49:23, 50:7, 50:13, 50:17, 50:23, 51:4, 76:3, 76:6, 76:25, 77:4, 77:6, 78:5, 81:25, 82:2, 82:6, 82:10, 82:21, 82:22, 83:3, 83:7, 83:10, 83:13, 87:14, 90:21, 100:6, 100:21, 101:6
**city** [5] - 60:24, 61:2, 61:11, 97:17, 97:21
**civilian** [2] - 51:15, 52:5
**clarifying** [2] - 29:14, 43:3
**clean** [1] - 62:21
**clear** [9] - 19:21, 22:11, 31:16, 64:12, 64:13, 64:19, 70:6, 75:4
**clearly** [1] - 7:18
**client** [3] - 28:16, 50:24, 71:12
**clockwise** [1] - 49:1
**close** [6] - 23:20, 54:1, 86:6, 86:9, 86:19, 86:20
**closer** [1] - 45:17
**Coffield** [5] - 2:12, 63:22, 79:18, 90:24, 94:12
**COFFIELD** [8] - 2:12, 5:5, 63:23, 63:25, 68:11, 69:20, 69:23, 92:23
**Coffield..................** [1] - 3:6
**color** [3] - 56:16, 87:10, 87:12
**COLUMBIA** [2] - 1:1, 107:2
**coming** [17] - 12:11, 15:23, 19:11, 19:23, 25:18, 27:17, 29:9, 29:18, 29:21, 38:3, 68:15, 75:18, 82:22, 83:4, 104:13, 106:2, 106:5
**command** [32] - 16:13, 28:19, 29:18, 30:1, 35:19, 39:3, 44:19, 45:3, 45:17, 45:23, 49:6, 49:14, 49:16, 56:1, 59:9, 61:7, 61:25, 62:17, 63:1, 63:9, 64:8, 64:25, 65:19, 66:7, 66:17, 74:16, 93:18, 94:2, 97:19, 97:22, 98:16, 98:17
**commander** [3] - 24:15, 24:16, 24:21
**company** [3] - 60:8, 60:14, 60:17
**compartment** [1] - 25:16
**complete** [1] - 107:10
**completely** [1] - 35:20
**complying** [1] - 7:15
**computer** [2] - 14:5, 26:3

**concern** [1] - 88:6
**concluded** [2] - 19:10, 30:9
**confidence** [1] - 44:9
**confident** [2] - 43:11, 44:10
**confirm** [2] - 100:19, 100:25
**confronting** [1] - 5:1
**confusing** [1] - 82:19
**confusion** [1] - 99:16
**connected** [3] - 45:22, 59:17, 96:8
**Connecticut** [2] - 2:10, 2:13
**connecting** [1] - 96:10
**CONNOLLY** [2] - 81:12, 84:5
**Connolly** [1] - 2:19
**consistent** [2] - 19:3, 29:6
**constitutes** [1] - 107:8
**Constitution** [2] - 1:24, 107:16
**construed** [1] - 21:14
**Contact** [4] - 34:22, 34:24, 35:6, 36:5
**contact** [4] - 35:4, 36:14, 36:18, 83:10
**contained** [1] - 76:2
**context** [4] - 92:7, 92:8, 92:22, 92:24
**continued** [2] - 92:17, 93:11
**continuing** [1] - 3:5
**controlled** [1] - 29:1
**convoy** [42] - 13:5, 13:25, 16:24, 18:5, 21:1, 21:5, 21:8, 21:11, 22:6, 23:8, 23:17, 23:21, 24:15, 24:16, 34:25, 38:10, 42:13, 46:18, 46:21, 46:24, 48:3, 48:11, 48:22, 49:3, 50:12, 51:4, 51:13, 51:16, 52:10, 52:21, 53:16, 53:23, 55:24, 59:6, 75:10, 75:18, 86:6, 86:10, 86:19, 104:13, 105:9, 106:5
**convoy's** [2] - 52:2, 56:21
**copy** [2] - 14:6, 26:4
**corner** [1] - 14:10
**correct** [280] - 7:3, 7:19, 7:20, 8:18, 9:3, 9:4, 9:13, 10:9, 10:21, 11:1, 11:12, 11:17, 11:21, 12:12, 12:15, 12:20, 12:21, 13:4, 13:7, 13:17, 15:7, 15:11, 15:12, 15:23, 16:1, 16:11, 16:14, 17:1, 17:2, 17:13, 17:25, 18:3, 18:13, 18:14, 18:18, 18:19, 18:24, 19:8, 19:15, 20:1, 20:5, 20:12, 20:18, 20:19, 20:21, 21:2, 22:9, 22:13, 23:4, 23:5, 23:9, 23:14, 23:18, 23:22, 24:1, 24:5, 24:6, 24:10, 25:3, 25:4, 25:8, 25:14, 25:19, 25:20, 25:22, 26:18, 26:19, 26:23, 27:3, 27:6, 27:10, 27:13, 27:20, 27:21, 27:23, 27:24, 28:5, 28:8, 28:17, 28:22, 29:11, 29:15, 29:16, 29:24, 29:25, 30:7, 30:12, 30:15, 30:24, 31:21, 32:4, 32:5, 32:8, 33:4, 33:5, 33:15, 33:16, 33:18, 34:8, 34:19, 34:20, 34:22, 35:1, 38:11, 39:3, 39:6, 40:11, 40:12, 40:24, 42:5, 42:10, 42:16, 42:19, 42:23, 43:6, 43:7, 43:15, 43:16, 43:18, 43:19, 43:21, 43:22, 43:24, 44:2, 44:3, 44:5, 44:20, 45:4, 46:18, 46:19, 47:3, 47:6, 48:7, 48:8, 48:16, 48:17, 49:1, 49:7, 49:12, 50:20, 51:5, 51:6, 51:16, 51:19, 51:22, 51:25, 52:3, 52:7, 52:10, 53:21, 54:1, 54:4, 54:6, 54:8, 54:11, 54:23, 55:11, 55:12, 55:17, 55:24, 56:5, 56:11, 56:14, 57:23, 58:1, 58:4, 58:7, 58:10, 58:15, 58:18, 58:20, 59:7, 59:22, 61:17, 61:22, 61:25, 62:17, 62:22, 63:1, 63:3, 63:6, 63:12, 64:15, 64:16, 64:17, 64:21, 65:1, 65:8, 65:16, 65:17, 65:20, 65:24, 66:1, 66:8, 66:10, 66:13, 66:14, 66:17, 66:18, 66:22, 67:2, 67:3, 67:5, 67:6, 67:12, 67:18, 68:17, 68:20, 68:25, 69:8, 69:9, 69:11, 69:12, 70:8, 70:9, 70:13, 70:20, 70:22, 71:2, 71:3, 71:13, 71:14, 71:18, 72:2, 72:7, 72:14, 72:20, 73:7, 73:18, 73:20, 74:3, 74:7, 74:8, 74:13, 74:20, 74:21, 75:5, 75:6, 75:8, 75:11, 75:16, 75:17, 75:18, 75:19, 76:3, 76:8, 76:13, 76:18, 76:25, 77:14, 77:18, 78:12, 78:13, 78:21, 78:22, 79:5, 79:13, 79:16, 79:21, 79:23, 80:8, 80:14, 81:9, 86:15, 86:22, 95:17, 98:7, 100:8, 101:1, 101:12, 101:18, 101:22, 102:10, 102:23, 103:3, 103:4, 103:16, 105:24, 106:5
**correctly** [1] - 12:2
**Cory** [1] - 24:23
**counsel** [1] - 5:12
**couple** [12] - 5:14, 6:17, 28:25, 30:17, 70:4, 70:5, 83:24, 93:25, 99:3, 99:10, 102:3, 103:16
**course** [5] - 36:19, 39:19, 39:22, 47:10, 74:14
**COURT** [38] - 1:1, 4:5, 4:7, 5:8, 5:11, 5:19, 5:24, 6:16, 6:22, 7:4, 7:23, 8:1, 11:25, 14:25, 39:13, 44:12, 63:17, 63:22, 68:9, 69:22, 71:9, 81:13, 84:8, 87:4, 88:19, 93:2, 98:24, 99:21, 99:24, 104:9, 104:18, 105:1, 105:5, 106:8, 106:10, 106:12, 107:1, 107:5
**Court** [4] - 1:22, 1:23, 6:9, 107:14
**Court's** [1] - 63:13
**Courthouse** [2] - 1:23, 107:15
**courtroom** [3] - 4:6, 5:22, 106:16
**cover** [2] - 47:15, 47:16
**covering** [1] - 47:5
**CR** [2] - 1:5, 1:12
**Crabb** [2] - 2:3, 5:8
**CRABB** [1] - 5:9
**Criminal** [1] - 2:5
**CROSS** [3] - 8:3, 63:24, 69:24
**Cross** [3] - 3:5, 3:6, 3:6
**cross** [5] - 84:6, 87:3, 89:11, 96:13, 99:21
**CROSS-EXAMINATION** [3] - 8:3, 63:24, 69:24
**Cross-Examination** [3] - 3:5, 3:6, 3:6
**crossed** [2] - 99:19, 99:20
**crouch** [1] - 49:24
**CRR** [1] - 1:22
**curative** [1] - 4:10
**curb** [9] - 31:19, 41:10, 41:23, 42:9, 42:23, 44:4, 58:25, 89:21, 90:10

**D**

**damage** [10] - 58:9, 61:8, 61:12, 61:13, 61:21, 61:24, 62:2, 62:25, 97:18, 97:22
**date** [2] - 14:15, 70:20
**Date** [1] - 1:8
**Dated** [1] - 107:12
**David** [3] - 2:15, 6:2, 70:3
**DAY** [1] - 1:9
**days** [2] - 83:20, 83:24
**DC** [8] - 1:24, 2:6, 2:10, 2:14, 2:17, 2:21, 70:21, 107:16
**deadly** [3] - 25:3, 27:10, 80:11
**dear** [1] - 83:25
**December** [6] - 8:24, 21:22, 70:20, 70:24, 70:25, 80:24
**decent** [1] - 49:22
**declines** [1] - 5:3
**deduce** [3] - 20:20, 43:5, 43:20
**deducted** [1] - 43:1
**deduction** [1] - 30:11
**Defendant** [5] - 1:14, 2:7, 2:12, 2:15, 2:19
**defendant** [3] - 4:12, 4:17, 6:11
**defendant's** [1] - 4:7
**defendants** [3] - 4:19, 4:21, 6:7
**Defendants** [1] - 1:8
**defense** [7] - 5:12, 6:2, 7:24, 14:5, 44:17, 73:15, 76:20
**Defense** [7] - 6:3, 14:7, 25:25, 37:24, 73:13, 78:10, 102:17
**definitely** [3] - 30:3, 47:20, 98:19
**degree** [2] - 72:7, 84:11
**degrees** [2] - 72:11, 73:1
**delay** [1] - 6:9
**departed** [1] - 11:8
**Department** [1] - 80:12
**describe** [2] - 62:5, 95:16
**described** [18] - 18:20, 29:5, 33:4, 45:19, 48:25, 50:15, 50:23, 51:24, 54:6, 55:20, 57:19, 58:22, 59:9, 72:19, 88:25, 89:10, 90:5, 91:2
**describing** [4] - 36:16, 58:13, 62:7, 92:7
**designated** [1] - 59:19
**detail** [2] - 10:17, 61:10
**detecting** [1] - 23:25
**determine** [2] - 84:19, 85:13
**determined** [1] - 4:9
**detonator** [1] - 26:22
**diagram** [8] - 13:10, 13:17, 14:1, 17:19, 19:17, 42:5, 71:23, 73:21
**dictated** [1] - 27:5
**difference** [3] - 98:15, 98:18, 98:20
**different** [7] - 20:17, 78:19, 82:19, 98:6, 98:12, 99:2, 105:22
**difficult** [1] - 8:20
**direct** [14] - 21:4, 30:17, 30:18, 32:15, 35:10, 56:22, 56:23, 65:6, 77:12, 77:24, 88:17, 91:2, 94:1, 100:21
**Direct** [1] - 3:5
**directed** [3] - 30:23, 46:21, 105:9
**direction** [36] - 12:24, 13:3, 16:7, 19:7, 19:14, 19:22,

20:8, 20:25, 21:8, 25:11, 27:16, 29:10, 29:13, 31:13, 32:23, 33:17, 43:12, 43:24, 43:25, 44:2, 46:5, 51:8, 52:10, 52:14, 52:15, 52:21, 53:2, 53:14, 53:16, 67:23, 74:12, 76:8, 77:13, 78:15, 79:1, 82:22
**directly** [3] - 49:25, 51:25, 73:4
**discern** [2] - 98:18, 98:19
**discharged** [1] - 65:2
**disclosed** [1] - 6:8
**discussed** [1] - 88:8
**discussion** [3] - 11:22, 36:11, 99:22
**Discussion** [1] - 99:1
**dishdasha** [4] - 41:13, 41:16, 41:23, 90:4
**display** [3] - 5:17, 6:13, 26:9
**distance** [1] - 57:20
**distinct** [1] - 33:8
**distinguish** [1] - 106:4
**distorting** [1] - 89:12
**distress** [1] - 81:23
**DISTRICT** [5] - 1:1, 1:1, 1:18, 107:1, 107:2
**diverted** [1] - 83:13
**dividing** [1] - 11:11
**diving** [1] - 41:22
**Division** [1] - 2:5
**Doc** [1] - 45:25
**document** [1] - 13:13
**documenting** [1] - 40:1
**done** [1] - 22:2
**door** [15] - 55:17, 58:6, 58:9, 65:24, 67:7, 67:8, 67:11, 67:16, 68:15, 69:15, 93:19, 94:2, 95:25
**dotted** [1] - 42:8
**doubt** [1] - 29:8
**dove** [1] - 44:4
**down** [33] - 5:4, 6:13, 6:14, 6:18, 12:7, 16:20, 26:25, 33:14, 35:12, 35:14, 36:16, 36:17, 37:16, 40:6, 43:9, 45:3, 50:2, 53:1, 58:14, 58:25, 59:3, 77:13, 78:5, 79:1, 81:20, 81:25, 82:2, 82:21, 91:24, 91:25, 101:17, 103:1, 106:10
**downed** [2] - 47:16, 60:6
**draw** [1] - 54:18
**drawn** [2] - 50:6, 55:2
**dress** [4] - 41:15, 90:6, 90:11
**dresses** [2] - 90:17, 90:22
**drew** [4] - 40:10, 42:8, 54:20, 73:21
**driver** [14] - 25:19, 25:21, 26:15, 55:10, 55:13, 58:17,

64:8, 65:23, 91:14, 91:18, 93:18, 93:19, 93:21, 94:2
**driver's** [7] - 55:16, 58:6, 65:15, 65:24, 66:3, 68:16, 91:11
**driving** [6] - 38:4, 51:21, 52:9, 52:12, 56:13, 86:20
**due** [1] - 55:9
**during** [15] - 6:1, 9:5, 13:14, 13:23, 33:23, 34:2, 34:7, 34:10, 37:5, 46:7, 50:10, 50:19, 96:6, 96:13, 105:9
**Dustin** [3] - 1:7, 70:3, 71:12
**duty** [3] - 9:15, 24:10, 60:1

**E**

**east** [8] - 12:23, 12:25, 17:24, 39:25, 77:6, 77:7, 77:9
**EASTVOLD** [1] - 107:7
**Eastvold** [2] - 1:22, 107:14
**easy** [1] - 82:10
**effect** [1] - 99:8
**egress** [1] - 82:6
**eight** [2] - 6:3, 63:4
**either** [6] - 20:4, 39:2, 47:15, 56:20, 83:21
**elements** [2] - 82:5, 83:6
**Elmo** [5] - 7:16, 13:12, 42:3, 66:20, 74:23
**embassy** [2] - 102:15, 102:23
**emergency** [2] - 10:25, 39:11
**end** [6] - 4:24, 30:18, 32:20, 64:4, 67:18, 68:14
**End** [1] - 99:22
**engage** [6] - 22:15, 80:13, 84:23, 85:6, 85:9, 85:14
**engaged** [12] - 21:13, 27:20, 34:16, 34:25, 83:10, 85:16, 86:18, 92:18, 93:12, 93:15, 93:19, 93:20
**engagement** [6] - 33:23, 34:13, 34:15, 36:19, 37:6, 61:2
**engaging** [3] - 28:4, 28:22, 75:16
**engine** [1] - 25:16
**enlarge** [1] - 73:16
**entail** [1] - 60:2
**enter** [2] - 21:11, 22:6
**entered** [2] - 11:23, 13:5
**entering** [1] - 5:22
**entire** [1] - 93:6
**entry** [1] - 12:24
**envisioned** [1] - 19:13
**ERV** [12] - 16:1, 45:9, 45:16, 47:16, 47:19, 66:9, 66:21, 76:7, 87:1, 87:7, 87:15,

88:5
**escalate** [1] - 27:9
**escalating** [1] - 25:1
**escalation** [1] - 24:3
**essentially** [2] - 90:11, 99:6
**establish** [1] - 53:19
**estimate** [1] - 7:9
**estimated** [2] - 21:4, 77:15
**estimation** [3] - 65:4, 65:5, 89:19
**evacuation** [1] - 12:14
**Evan** [4] - 1:6, 66:3, 69:14, 93:21
**evening** [1] - 6:8
**event** [4] - 9:18, 9:25, 13:21, 41:2
**events** [6] - 8:11, 8:14, 8:15, 8:17, 70:16, 75:4
**everyday** [1] - 24:25
**evidence** [10] - 6:2, 6:5, 6:7, 7:5, 15:1, 37:24, 66:21, 73:14, 96:8, 96:9
**evident** [1] - 58:12
**exactly** [7] - 12:1, 15:14, 29:5, 50:3, 72:12, 96:19
**Examination** [7] - 3:5, 3:5, 3:6, 3:6, 3:7, 3:7, 3:8
**EXAMINATION** [6] - 8:3, 63:24, 69:24, 81:14, 100:1, 102:1
**examination** [4] - 6:1, 9:5, 13:14, 21:4
**examine** [1] - 62:16
**example** [3] - 82:12, 96:3, 98:9
**except** [1] - 4:20
**exception** [1] - 32:2
**excuse** [3] - 4:3, 42:13, 97:2
**excused** [1] - 106:11
**execute** [3] - 45:7, 45:14, 45:20
**exercise** [1] - 13:24
**Exhibit** [13] - 7:5, 13:10, 14:7, 15:1, 25:25, 37:24, 42:4, 71:23, 71:24, 73:13, 74:24, 78:10, 102:17
**exhibit** [4] - 5:13, 28:10, 37:8, 76:20
**Exhibits** [1] - 6:3
**exit** [2] - 44:19, 48:22
**exited** [3] - 50:7, 50:17, 51:4
**exiting** [4] - 4:6, 49:22, 50:10, 106:16
**exits** [1] - 17:23
**expand** [1] - 38:8
**expect** [3] - 64:1, 91:18, 94:5
**expended** [1] - 65:14
**experience** [2] - 34:25, 98:14
**exploded** [1] - 10:12

**explosion** [3] - 10:6, 12:15, 12:19
**explosions** [3] - 69:3, 79:16, 80:8
**extending** [1] - 17:23
**extent** [3] - 55:1, 78:3, 79:3
**extra** [1] - 60:1
**eyes** [2] - 54:13, 54:16

**F**

**face** [1] - 66:3
**facility** [2] - 59:12, 60:4
**facing** [11] - 17:4, 17:7, 17:9, 17:12, 52:12, 53:9, 53:24, 57:11, 57:12, 61:25, 66:9
**fact** [10] - 13:20, 31:1, 35:3, 42:15, 79:3, 86:12, 90:21, 99:17, 102:10, 102:22
**factor** [1] - 30:3
**factors** [1] - 23:24
**facts** [1] - 27:5
**failed** [2] - 4:21, 6:6
**fair** [32] - 8:12, 8:25, 12:24, 18:16, 18:22, 19:19, 20:9, 31:2, 31:3, 33:11, 45:11, 70:15, 71:5, 72:10, 72:25, 73:9, 74:9, 77:2, 77:12, 78:24, 81:3, 81:24, 83:24, 84:24, 85:3, 85:11, 85:17, 87:15, 88:2, 95:9, 100:11, 100:12
**fairly** [3] - 19:16, 46:15, 56:9
**familiar** [6] - 24:7, 60:7, 60:10, 98:8, 98:10, 100:17
**far** [10] - 14:8, 23:15, 37:15, 49:19, 51:16, 52:24, 80:15, 80:20, 83:5, 83:9
**Farrington** [1] - 6:2
**fashion** [1] - 16:4
**fast** [1] - 33:19
**FBI** [11] - 13:21, 15:9, 26:2, 69:10, 70:12, 73:22, 102:14, 102:25, 104:12, 104:21
**feet** [1] - 46:15
**felt** [3] - 28:6, 85:15, 89:22
**few** [13] - 6:25, 13:18, 13:20, 46:15, 48:23, 67:19, 67:24, 69:1, 70:20, 80:25, 90:24, 99:24, 102:13
**field** [2] - 78:18, 78:19
**fight** [1] - 61:17
**File** [2] - 1:5, 1:12
**fine** [1] - 51:3
**finger's** [1] - 74:1
**finished** [1] - 26:12
**fire** [37] - 11:3, 20:21, 25:15, 27:22, 33:24, 34:3, 43:3, 44:5, 45:25, 57:25, 58:2,

61:17, 65:11, 67:1, 96:15, 96:18, 97:7, 97:11, 97:12, 99:13, 99:15, 99:17, 102:6, 103:7, 104:3, 104:7, 104:13, 104:22, 105:9, 105:12, 105:14, 105:19, 105:24, 106:4, 106:5
**fired** [20] - 28:25, 30:19, 31:1, 41:4, 41:7, 42:12, 46:18, 54:22, 55:14, 58:13, 64:8, 68:20, 68:25, 69:16, 80:3, 84:11, 86:18, 87:7, 95:25, 99:6
**firing** [22] - 28:21, 29:23, 42:18, 42:22, 42:24, 43:6, 43:11, 44:1, 58:4, 79:20, 80:20, 80:22, 81:1, 81:4, 82:5, 83:7, 88:22, 89:3, 99:4, 100:5, 100:20, 101:21
**first** [24] - 4:19, 10:14, 13:16, 14:9, 21:25, 22:12, 30:23, 31:4, 31:15, 32:3, 32:22, 39:18, 70:7, 75:22, 80:11, 84:15, 84:19, 84:22, 92:3, 101:4, 102:18, 102:21, 104:18
**five** [6] - 10:22, 18:7, 18:10, 18:11, 23:13, 96:24
**flare** [1] - 25:13
**flares** [1] - 83:22
**flash** [1] - 36:16
**flashes** [3] - 35:23, 36:6, 36:13
**fleet** [1] - 60:13
**floor** [2] - 65:15, 65:19
**flow** [2] - 53:11, 56:13
**focus** [4] - 31:4, 50:4, 100:4, 101:9
**focused** [2] - 50:16, 60:23
**focusing** [2] - 30:22, 46:23
**follow** [22] - 16:14, 29:10, 29:21, 29:23, 30:2, 30:8, 30:10, 30:14, 35:20, 39:3, 43:17, 49:12, 56:2, 56:8, 57:9, 57:24, 70:5, 71:13, 80:1, 80:4, 93:25, 97:13
**follow-on** [1] - 97:13
**follow-up** [1] - 93:25
**followed** [3] - 27:14, 83:21, 93:8
**following** [1] - 24:3
**football** [3] - 64:2, 83:1, 86:13
**FOR** [1] - 1:1
**force** [3] - 24:4, 25:3, 27:10
**foregoing** [1] - 107:8
**forget** [1] - 96:13
**formulation** [1] - 27:1
**forth** [1] - 60:3

**forward** [13] - 17:4, 17:12, 22:19, 33:22, 44:16, 47:15, 50:21, 53:24, 57:12, 59:2, 61:25, 66:9, 89:13
**Foster** [1] - 2:16
**four** [2] - 13:17, 13:25
**fourth** [3] - 43:5, 71:13, 81:8
**Fourth** [1] - 2:5
**fraction** [7] - 66:16, 66:25, 67:24, 68:6, 68:13, 92:5, 92:8
**fractions** [3] - 91:22, 92:16, 93:14
**fragmentation** [3] - 61:14, 61:15, 61:22
**frame** [1] - 30:5
**frankly** [2] - 94:13, 102:7
**Fredley** [1] - 2:19
**frequency** [1] - 35:8
**fresh** [3] - 40:13, 40:14, 40:15
**fresher** [2] - 70:17, 71:1
**front** [18] - 21:20, 40:3, 43:23, 49:3, 56:7, 57:14, 57:21, 67:25, 71:19, 72:13, 72:14, 72:18, 72:25, 73:1, 73:4, 74:12, 77:22
**Frost** [3] - 45:22, 46:1, 48:15
**full** [2] - 93:22, 107:9
**fully** [3] - 92:18, 93:13, 93:16
**fuzzy** [1] - 14:15

## G

**game** [4] - 64:2, 64:4, 83:1, 86:13
**gap** [1] - 47:16
**gate** [1] - 59:16
**gear** [1] - 10:22
**general** [1] - 37:16
**generally** [24] - 7:9, 7:19, 10:16, 15:13, 15:14, 15:22, 16:4, 20:8, 20:10, 25:5, 25:6, 38:20, 38:23, 42:22, 43:14, 46:4, 51:15, 72:16, 72:17, 72:18, 73:1, 73:10, 82:1, 86:5
**gentlemen** [1] - 5:24
**given** [3] - 5:18, 30:7, 76:17
**Government** [3] - 13:10, 42:4, 74:24
**government** [12] - 4:15, 4:20, 4:21, 4:23, 5:3, 6:5, 6:8, 6:10, 6:17, 69:8, 94:13, 96:9
**government's** [1] - 71:23
**grand** [33] - 8:24, 9:6, 21:19, 32:16, 33:7, 35:10, 36:11, 64:11, 64:19, 65:10, 67:25, 68:5, 69:14, 70:22, 77:20,

77:21, 78:2, 78:14, 78:23, 80:10, 80:24, 91:8, 91:21, 94:17, 94:23, 95:7, 95:10, 95:14, 96:17, 97:5, 99:5, 99:11, 100:14
**GRANNIS** [1] - 2:20
**great** [3] - 16:23, 28:11, 61:10
**Green** [3] - 11:11, 12:18, 59:4
**grenade** [11] - 61:14, 61:15, 97:18, 97:22, 98:1, 98:2, 98:3, 98:5, 98:8, 98:13, 98:15
**grenades** [3] - 80:20, 97:25
**grille** [1] - 25:16
**GROUP** [1] - 2:12
**guess** [5] - 9:16, 31:19, 41:17, 81:6, 81:9
**guessing** [2] - 41:18, 64:17
**guesstimate** [1] - 7:10
**guesstimation** [1] - 64:18
**gun** [9] - 72:1, 85:3, 85:5, 88:14, 93:10, 99:7, 101:13, 101:14, 101:22
**gunfire** [22] - 19:4, 20:15, 20:17, 29:21, 34:11, 35:1, 35:4, 43:1, 48:4, 50:11, 50:19, 53:4, 54:4, 54:18, 54:20, 55:11, 67:18, 68:17, 90:2, 92:18, 93:13, 97:5
**gunner** [9] - 30:10, 30:14, 43:17, 71:16, 71:19, 71:22, 72:13, 72:25, 73:9
**gunners** [6] - 28:1, 28:4, 42:18, 42:21, 42:25, 43:5
**gunshots** [1] - 18:16
**guy** [3] - 59:21, 101:16
**guys** [1] - 93:18

## H

**half** [4] - 15:6, 40:10, 41:2, 96:7
**hall** [5] - 60:24, 61:2, 61:12, 97:18, 97:21
**hand** [13] - 14:10, 17:4, 17:8, 17:9, 17:13, 17:15, 19:15, 25:8, 66:10, 66:12, 98:2, 98:5, 98:12
**handle** [1] - 45:10
**hands** [3] - 32:8, 32:10, 33:3
**handwriting** [1] - 14:13
**hard** [2] - 14:6, 98:16
**HARRIS** [1] - 2:20
**hasty** [1] - 78:20
**hazy** [1] - 52:11
**head** [3] - 50:2, 53:1, 92:10
**headed** [4] - 11:19, 51:5, 53:16, 86:12

**heading** [4] - 21:8, 49:23, 56:14, 82:25
**hear** [13] - 36:12, 36:18, 43:1, 43:6, 46:18, 46:20, 66:25, 75:4, 79:16, 97:7, 97:11, 97:12, 105:8
**heard** [37] - 10:14, 10:16, 11:22, 12:2, 18:12, 18:15, 19:6, 19:10, 20:14, 20:17, 33:23, 34:3, 34:6, 34:10, 34:21, 35:7, 36:5, 36:17, 36:19, 44:18, 44:24, 79:25, 84:3, 93:9, 95:11, 97:5, 99:13, 99:17, 103:6, 103:7, 103:25, 104:3, 104:7, 104:12, 104:22, 105:17, 105:20
**Heard** [4] - 1:7, 2:15, 70:3, 71:12
**hearing** [7] - 10:5, 35:6, 35:11, 83:12, 96:18, 97:9, 105:23
**hearsay** [1] - 11:24
**heat** [1] - 93:15
**HEBERLIG** [20] - 5:15, 5:20, 6:15, 7:3, 7:24, 8:2, 8:4, 12:5, 14:22, 15:2, 39:14, 44:13, 44:15, 63:13, 63:15, 87:2, 88:17, 99:2, 100:2, 101:24
**Heberlig** [8] - 2:7, 8:9, 73:25, 75:13, 81:19, 86:5, 88:12, 90:4
**Heberlig................** [1] - 3:7
**Heberlig...................** [1] - 3:5
**HELD** [1] - 1:17
**Hello** [1] - 70:2
**help** [5] - 36:4, 37:23, 38:13, 46:1, 52:20
**helped** [1] - 62:20
**helpful** [1] - 9:8
**helps** [2] - 26:2, 32:16
**hereby** [1] - 107:7
**highlight** [5] - 14:8, 26:7, 40:9, 103:14, 103:22
**hit** [5] - 54:3, 55:7, 55:10, 55:16, 58:6
**hitting** [5] - 29:10, 29:17, 90:2, 98:16, 98:17
**hold** [3] - 53:12, 89:11, 90:9
**holding** [2] - 89:20, 91:13
**hole** [3] - 85:3, 85:5, 85:20
**Honor** [32] - 4:3, 5:5, 5:9, 5:12, 5:15, 6:15, 6:21, 7:2, 7:21, 7:25, 11:24, 14:23, 39:12, 44:14, 63:23, 69:20, 69:21, 71:8, 84:5, 84:7, 87:2, 88:17, 92:23, 93:1, 98:22, 98:23, 99:9, 99:19, 104:8, 104:15, 104:16,

106:9
**HONORABLE** [1] - 1:18
**hooked** [1] - 62:23
**hope** [1] - 74:1
**hopefully** [1] - 89:12
**hour** [1] - 106:12
**hours** [1] - 64:2

**I**

**idea** [1] - 96:1
**identify** [2] - 95:24, 97:10
**immediate** [1] - 62:15
**immediately** [3] - 8:16, 45:2, 50:13
**imminent** [1] - 27:8
**impact** [2] - 43:4, 63:4
**impacted** [2] - 54:22, 55:9
**impacting** [5] - 28:14, 29:15, 30:9, 54:14, 80:9
**impacts** [3] - 29:12, 43:8, 63:6
**impeded** [1] - 30:5
**important** [2] - 102:7, 105:13
**IN** [1] - 1:1
**inching** [1] - 86:22
**incident** [16] - 15:6, 16:17, 34:2, 34:8, 34:10, 40:10, 42:6, 55:20, 60:20, 60:21, 61:16, 70:25, 74:18, 80:25, 103:6, 105:10
**incidents** [1] - 50:22
**include** [1] - 78:19
**including** [1] - 25:2
**incoming** [24] - 33:24, 34:3, 34:11, 35:1, 35:4, 46:21, 48:4, 96:15, 96:18, 99:13, 99:14, 99:17, 102:6, 103:7, 104:3, 104:7, 104:13, 104:22, 105:9, 105:12, 105:14, 105:19, 105:23, 106:4
**indicated** [7] - 7:19, 19:7, 19:14, 20:3, 31:14, 40:23, 42:17
**indicating** [1] - 57:16
**indication** [1] - 46:6
**indicators** [1] - 23:24
**indulgence** [1] - 63:13
**information** [1] - 47:7
**initial** [7] - 19:8, 26:1, 34:13, 34:15, 83:16, 84:3
**initials** [2] - 14:11, 83:21
**injured** [2] - 58:22, 101:16
**inoperable** [1] - 45:3
**inside** [4] - 11:6, 28:5, 49:15, 59:16
**instance** [3] - 30:22, 48:6, 95:23
**instruction** [5] - 4:10, 4:12,
5:4, 5:17, 5:18
**instructions** [1] - 5:25
**insurgents** [1] - 61:19
**intending** [1] - 12:10
**interchange** [1] - 53:9
**interested** [1] - 100:22
**internal** [1] - 35:7
**interpret** [1] - 53:14
**interview** [5] - 13:23, 26:1, 26:6, 103:5, 103:11
**interviewed** [7] - 13:21, 15:9, 70:12, 73:22, 102:11, 102:14, 102:22
**interviews** [1] - 69:8
**introduce** [1] - 5:13
**introduced** [2] - 6:2, 73:14
**involved** [4] - 24:3, 50:24, 60:19, 61:1
**involving** [2] - 55:20, 60:20
**IP** [5] - 35:13, 35:24, 39:1, 39:23, 40:4
**Iraq** [1] - 103:3
**Iraqi** [1] - 32:7
**issue** [8] - 22:18, 26:3, 32:17, 96:3, 99:2, 99:4, 100:13, 102:8
**itself** [1] - 86:9
**IV** [1] - 2:12

**J**

**James** [1] - 69:13
**jams** [1] - 90:17
**Janet** [1] - 2:16
**Jeremy** [4] - 30:15, 43:18, 55:20, 71:18
**jEREMY** [1] - 3:4
**Jimmy** [5] - 44:22, 94:14, 95:6, 96:3, 96:4
**JNK** [1] - 14:11
**John** [1] - 2:3
**JOHNSON** [1] - 2:9
**join** [1] - 28:5
**jot** [1] - 6:13
**Jr** [1] - 2:3
**JUDGE** [1] - 1:18
**July** [4] - 4:16, 6:1, 6:8, 6:10
**jump** [1] - 8:11
**jury** [42] - 4:2, 4:11, 4:15, 5:4, 5:16, 5:22, 8:24, 9:6, 21:19, 32:16, 33:7, 35:11, 36:11, 64:1, 64:11, 64:19, 65:10, 67:25, 68:5, 69:14, 70:22, 77:20, 77:21, 78:2, 78:14, 78:23, 80:10, 80:24, 91:8, 91:21, 94:17, 94:24, 95:7, 95:10, 95:14, 95:19, 96:17, 97:5, 99:5, 99:11, 100:14, 106:16
**JURY** [1] - 1:17

**K**

**Kavanaugh** [1] - 2:4
**KAVANAUGH** [1] - 4:3
**KBR** [3] - 60:8, 60:10, 60:17
**keep** [2] - 8:20, 105:5
**kept** [1] - 25:18
**Kevin** [1] - 45:25
**Kia** [7] - 30:24, 31:13, 34:18, 37:4, 41:5, 41:7, 84:14
**kicked** [1] - 9:25
**kind** [14] - 10:5, 57:11, 57:20, 70:5, 70:10, 74:10, 74:14, 80:7, 90:5, 97:24, 98:1, 100:19, 106:1
**knowledge** [3] - 95:17, 95:20, 95:22
**known** [1] - 60:8
**Krieger** [1] - 8:7
**Krueger** [17] - 6:17, 6:25, 8:7, 8:8, 14:9, 26:7, 70:1, 73:19, 81:16, 95:6, 99:12, 99:14, 100:3, 102:21, 103:25, 104:6
**KRUEGER** [1] - 3:4

**L**

**ladies** [1] - 5:24
**LAMBERTH** [1] - 1:18
**lane** [5] - 15:23, 35:13, 38:3, 51:5, 78:6
**lanes** [2] - 16:11, 78:12
**language** [2] - 4:23, 92:13
**large** [3] - 47:11, 47:20, 65:14
**last** [3] - 4:8, 96:6, 96:12
**Laurent** [1] - 1:7
**LAW** [1] - 2:12
**law** [3] - 4:22, 6:6, 94:24
**lead** [13] - 15:20, 24:13, 24:14, 30:9, 30:14, 39:24, 43:17, 44:1, 46:12, 47:8, 47:13, 47:14, 49:3
**leader** [3] - 44:19, 44:22, 45:6
**leaned** [1] - 69:15
**leaning** [1] - 58:14
**learn** [1] - 10:11
**learned** [2] - 6:7, 45:3
**least** [9] - 23:13, 33:2, 48:10, 57:19, 69:2, 72:12, 85:1, 93:15, 99:20
**leave** [5] - 16:21, 37:8, 38:22, 51:3, 66:25
**left** [23] - 17:4, 17:8, 17:13, 17:15, 40:5, 50:13, 53:23, 57:13, 57:14, 57:21, 58:22, 62:23, 63:1, 66:10, 66:12, 69:23, 72:8, 87:14, 87:22,
87:24, 88:5, 96:10
**left-hand** [6] - 17:4, 17:8, 17:13, 17:15, 66:10, 66:12
**length** [2] - 41:20, 49:9
**less** [1] - 95:5
**level** [1] - 50:1
**Liberty** [9] - 1:6, 2:12, 69:14, 90:25, 91:6, 93:21, 95:24, 96:8, 96:10
**Liberty's** [1] - 66:3
**light** [1] - 106:12
**likely** [2] - 12:17, 30:10
**Linda** [1] - 2:8
**line** [36] - 11:11, 15:19, 21:24, 30:2, 32:18, 32:19, 37:12, 42:8, 44:5, 50:6, 50:18, 52:17, 52:22, 53:12, 56:24, 56:25, 57:1, 57:2, 68:1, 68:3, 68:4, 73:3, 77:12, 80:19, 86:6, 92:4, 92:24, 93:22, 96:20, 96:23, 96:25, 101:9
**lined** [1] - 38:24
**lines** [7] - 22:1, 22:20, 36:2, 68:22, 77:24, 92:13, 96:24
**LLP** [4] - 2:9, 2:12, 2:16, 2:20
**located** [6] - 16:18, 40:24, 59:14, 61:24, 72:5, 77:3
**location** [10] - 10:19, 12:14, 13:17, 13:25, 15:10, 15:17, 15:20, 18:6, 20:12, 38:10
**locations** [1] - 13:11
**lock** [1] - 12:7
**locked** [1] - 82:21
**locking** [3] - 81:20, 81:25, 82:2
**logic** [1] - 74:14
**Look** [1] - 64:20
**look** [20] - 14:13, 19:25, 22:19, 32:19, 53:12, 63:11, 64:11, 64:13, 65:10, 67:1, 67:4, 67:16, 67:23, 68:1, 75:7, 76:7, 87:22, 92:12, 101:5, 102:20
**looked** [26] - 12:23, 17:6, 19:22, 23:3, 23:16, 28:12, 29:12, 32:3, 32:6, 33:20, 62:5, 62:13, 66:7, 66:15, 68:6, 68:12, 68:13, 71:11, 76:11, 76:21, 84:15, 84:19, 84:22, 85:11
**looking** [27] - 18:3, 19:7, 19:14, 20:3, 22:24, 27:16, 33:17, 39:17, 40:4, 46:4, 46:7, 47:3, 49:25, 53:1, 54:17, 55:3, 55:23, 65:13, 67:4, 67:14, 72:19, 73:1, 79:12, 87:18, 87:19, 97:14
**looks** [1] - 73:24
**lower** [4] - 14:10, 50:2, 56:2,

56:3

# M

**M-203** [8] - 79:16, 80:13, 81:1, 81:4, 98:3, 98:6, 98:8, 98:15
**M-203s** [3] - 79:20, 79:25, 80:3
**M-240** [8] - 28:22, 30:19, 58:10, 88:13, 88:22, 99:4, 100:5, 101:21
**M-240s** [1] - 72:4
**M-4** [8] - 19:4, 30:18, 30:24, 31:2, 46:10, 83:18, 88:23, 93:20
**ma'am** [1] - 42:3
**machine** [7] - 72:1, 88:14, 93:10, 99:7, 101:13, 101:21
**Made....................................
........** [1] - 3:3
**magnification** [1] - 37:7
**magnified** [1] - 38:9
**main** [2] - 14:18, 30:3
**maintenance** [6] - 59:12, 59:20, 60:4, 60:11, 60:15, 62:20
**man** [27] - 31:6, 31:8, 31:12, 31:23, 32:2, 32:9, 32:24, 33:3, 41:9, 41:12, 41:22, 42:9, 42:23, 44:4, 44:8, 45:22, 46:24, 89:9, 89:11, 89:16, 89:20, 90:6, 90:9, 90:12, 90:17, 91:10
**man-jams** [1] - 90:17
**management** [1] - 24:19
**manner** [4] - 23:7, 23:9, 82:11, 91:15
**map** [16] - 12:23, 13:17, 13:24, 14:19, 15:9, 15:14, 15:19, 19:7, 31:14, 40:2, 40:9, 40:24, 42:17, 46:3, 51:2, 79:7
**marked** [3] - 13:11, 13:14, 42:5
**markings** [2] - 7:8, 14:20
**marks** [5] - 19:21, 62:8, 63:4, 63:9, 63:12
**MARTIN** [25] - 5:12, 6:19, 6:21, 6:23, 6:24, 7:6, 7:21, 11:24, 14:24, 39:12, 44:11, 68:8, 81:15, 84:7, 84:9, 87:5, 88:20, 92:25, 93:3, 93:4, 98:21, 99:19, 104:8, 104:15, 106:9
**Martin** [9] - 2:3, 64:6, 64:14, 65:5, 75:2, 76:6, 76:10, 100:10, 102:6
**Martin......** [1] - 3:5

**Martin.................** [1] - 3:7
**mattered** [1] - 90:18
**mean** [8] - 9:18, 19:15, 31:16, 47:12, 49:24, 60:10, 67:8, 98:12
**meant** [8] - 11:6, 17:11, 29:14, 34:25, 38:8, 52:24, 57:6, 57:8
**measure** [2] - 4:10, 79:7
**mechanic** [1] - 59:22
**mechanics** [3] - 59:24, 60:7, 60:13
**median** [4] - 31:13, 31:20, 37:19, 38:23
**member** [7] - 9:11, 11:3, 11:4, 24:18, 24:20, 61:1, 72:22
**members** [4] - 35:4, 46:1, 75:15, 77:18
**memory** [26] - 8:13, 8:16, 8:23, 11:9, 12:2, 14:3, 21:18, 25:25, 26:2, 26:14, 29:6, 33:8, 34:12, 35:21, 36:4, 37:20, 38:19, 47:9, 52:11, 66:2, 69:19, 71:1, 83:25, 87:8, 97:9, 104:5
**men** [5] - 31:24, 45:19, 90:16, 90:21, 90:22
**men's** [1] - 41:19
**mention** [2] - 33:2, 65:12
**mentioned** [1] - 102:12
**mess** [1] - 102:4
**met** [1] - 69:10
**metal** [1] - 72:2
**meters** [12] - 21:5, 32:23, 35:13, 35:24, 36:17, 56:20, 57:8, 57:16, 58:15, 59:16, 78:5
**Michael** [1] - 2:8
**mid** [1] - 17:24
**middle** [1] - 57:1
**might** [15] - 23:25, 25:10, 25:15, 26:22, 30:4, 30:5, 33:7, 70:17, 73:7, 76:15, 79:20, 79:25, 90:1, 90:21, 99:2
**mind** [6] - 8:21, 40:13, 70:17, 89:16, 90:14, 90:19
**minor** [2] - 62:7
**minute** [2] - 23:13, 50:14
**minutes** [6] - 10:22, 18:7, 18:10, 18:11, 23:13, 102:13
**missions** [1] - 24:12
**moment** [8] - 21:24, 26:10, 35:11, 36:2, 40:8, 47:23, 53:7, 93:15
**monitoring** [1] - 9:24
**montages** [1] - 5:7
**month** [2] - 70:11

**months** [3] - 70:20, 70:25, 80:25
**morning** [1] - 24:12
**most** [2] - 52:5, 60:13
**motor** [3] - 59:10, 60:4, 64:25
**mouth** [3] - 16:10, 29:3, 98:4
**move** [5] - 33:22, 34:18, 44:13, 50:21, 62:21
**moved** [2] - 30:19, 87:16
**moving** [12] - 21:13, 23:17, 47:9, 52:21, 52:24, 53:2, 53:8, 53:10, 53:13, 87:21, 89:24, 89:25
**MR** [70] - 4:3, 5:5, 5:9, 5:12, 5:15, 5:20, 6:15, 6:19, 6:21, 6:23, 6:24, 7:3, 7:6, 7:21, 7:24, 8:2, 8:4, 11:24, 12:5, 14:22, 14:24, 15:2, 39:12, 39:14, 44:11, 44:13, 44:15, 63:13, 63:15, 63:23, 63:25, 68:8, 68:11, 69:20, 69:21, 69:23, 69:25, 71:8, 71:10, 81:11, 81:12, 81:15, 84:5, 84:7, 84:9, 87:2, 87:5, 88:17, 88:20, 92:23, 92:25, 93:3, 93:4, 98:21, 98:23, 99:2, 99:9, 99:19, 100:2, 101:24, 102:2, 104:8, 104:10, 104:15, 104:16, 104:20, 105:3, 105:7, 106:7, 106:9
**multiple** [2] - 58:2, 87:16
**Murphy** [1] - 103:2
**muzzle** [6] - 35:23, 36:12, 36:15, 36:18, 67:18, 68:14
**Muzzle** [1] - 36:6

# N

**name** [1] - 70:3
**near** [3] - 41:5, 83:25, 89:10
**nearly** [1] - 24:25
**necessarily** [1] - 73:3
**need** [6] - 26:4, 73:14, 85:9, 85:10, 85:14, 103:15
**needed** [2] - 48:19, 85:16
**needs** [1] - 4:9
**neglected** [1] - 65:12
**neutralized** [3] - 28:1, 85:23, 86:1
**neutralizing** [1] - 85:25
**never** [2] - 69:18, 97:24
**new** [1] - 62:21
**next** [7] - 25:10, 26:8, 38:14, 68:4, 86:14, 86:25, 87:7
**Nicholas** [1] - 1:13
**night** [1] - 4:8
**Nisur** [15] - 6:4, 11:19, 11:21, 11:23, 12:19, 12:22, 14:20,

38:4, 52:6, 56:14, 60:21, 61:5, 62:10, 62:15, 63:10
**noon** [1] - 9:22
**normal** [4] - 45:9, 56:13, 67:8, 67:11
**normally** [1] - 67:10
**north** [25] - 7:10, 7:13, 49:1, 49:23, 50:15, 50:17, 50:23, 51:5, 51:21, 52:3, 55:20, 57:12, 66:13, 82:10, 82:11, 82:25, 86:12, 86:17, 87:13, 87:14, 87:22, 99:5, 100:5, 100:20, 101:6
**northbound** [3] - 35:12, 78:6, 78:12
**northeast** [1] - 12:23
**northwest** [1] - 17:24
**northwesterly** [1] - 13:2
**nose** [2] - 16:6, 53:15
**NOTE** [4] - 4:6, 5:22, 6:20, 106:16
**note** [2] - 18:12, 28:24
**notes** [2] - 103:11, 107:9
**nothing** [1] - 80:16
**notice** [4] - 38:16, 63:12, 93:17, 94:7
**noticed** [6] - 21:12, 58:20, 92:9, 92:17, 93:12, 94:9
**number** [17] - 21:24, 32:18, 56:25, 64:7, 64:20, 64:24, 69:7, 74:2, 74:5, 74:7, 74:10, 79:6, 101:15, 101:20, 102:11
**numbers** [1] - 6:14
**NW** [7] - 1:24, 2:5, 2:10, 2:13, 2:17, 2:20, 107:16

# O

**object** [1] - 98:17
**objection** [12] - 7:2, 11:24, 14:24, 39:12, 44:11, 68:8, 84:5, 87:2, 92:23, 93:1, 104:8, 104:15
**objects** [1] - 78:19
**obligation** [1] - 94:24
**observation** [3] - 47:11, 47:21, 80:22
**observe** [5] - 27:13, 42:24, 42:25, 62:2, 81:6
**observed** [4] - 31:6, 37:3, 68:24, 97:24
**obstruct** [1] - 47:20
**obstructed** [4] - 47:10, 78:4, 78:19, 79:12
**obstruction** [1] - 79:4
**obstructions** [2] - 37:14, 77:16
**obviously** [7] - 8:16, 9:2, 9:11, 15:16, 16:9, 52:2,

59:22
**occurred** [7] - 23:14, 41:6, 61:15, 70:8, 70:12, 80:25, 102:12
**occurring** [2] - 69:5, 80:8
**October** [11] - 14:16, 15:5, 26:6, 70:11, 73:22, 76:21, 99:11, 102:14, 102:22, 103:2, 104:12
**odd** [3] - 93:17, 94:1, 94:9
**OF** [6] - 1:1, 1:3, 1:10, 1:17, 107:2, 107:5
**offer** [1] - 14:22
**OFFICE** [1] - 2:4
**OFFICIAL** [1] - 107:5
**Official** [1] - 1:23
**official** [1] - 107:14
**once** [8] - 11:8, 11:16, 17:7, 48:21, 83:6, 89:24
**one** [25] - 7:7, 10:17, 11:13, 11:14, 16:6, 18:7, 18:10, 18:11, 22:17, 23:11, 23:24, 26:10, 35:22, 41:23, 43:25, 44:2, 47:23, 59:18, 60:9, 66:11, 67:23, 73:7, 76:7, 88:13, 90:19
**ONORATO** [1] - 2:16
**open** [6] - 65:24, 67:8, 67:17, 68:15, 69:15
**opened** [3] - 93:19, 94:2, 95:25
**opening** [2] - 4:9, 67:10
**opens** [2] - 67:7, 67:11
**operable** [1] - 45:11
**operating** [1] - 48:1
**opportunity** [2] - 62:16, 85:19
**opposite** [1] - 27:16
**option** [3] - 25:13, 83:8, 83:11
**order** [2] - 16:14, 48:16
**ordered** [1] - 69:14
**orient** [3] - 37:25, 102:20, 103:1
**orientation** [4] - 54:14, 54:15, 73:10, 74:9
**oriented** [18] - 15:22, 16:3, 20:7, 20:8, 43:15, 52:6, 53:15, 57:9, 57:13, 71:21, 72:13, 72:18, 73:5, 73:7, 74:10, 76:16, 76:18
**outgoing** [2] - 50:11, 50:18
**outside** [4] - 4:1, 10:18, 47:19, 48:18
**overhead** [4] - 13:24, 14:19, 37:25, 40:2
**overruled** [4] - 11:25, 39:13, 68:9, 87:4
**overview** [1] - 61:11
**own** [3] - 7:10, 95:17, 98:14

**P**

**p.m** [6] - 1:8, 4:1, 5:23, 63:19, 63:21, 106:17
**P.M** [1] - 1:9
**pack** [1] - 24:1
**page** [37] - 21:23, 22:19, 22:20, 26:5, 26:8, 32:17, 32:18, 32:20, 52:16, 56:24, 56:25, 57:1, 57:3, 64:11, 64:13, 65:10, 68:1, 68:3, 68:22, 77:24, 80:10, 80:18, 91:22, 91:23, 91:24, 92:4, 92:13, 93:22, 96:20, 97:1, 100:16, 101:9, 102:18, 103:13
**pages** [1] - 101:4
**paint** [1] - 62:8
**paragraph** [3] - 26:7, 102:19, 102:21
**paragraphs** [1] - 4:19
**paraphrase** [1] - 81:22
**parked** [4] - 18:2, 38:10, 52:13
**parking** [5] - 10:8, 11:8, 59:6, 59:15, 82:15
**part** [11] - 17:24, 23:6, 26:1, 47:11, 65:9, 65:21, 82:18, 85:22, 91:17, 92:3, 97:17
**particular** [4] - 6:12, 23:11, 72:19, 72:23
**particularly** [1] - 35:18
**passage** [1] - 33:2
**passed** [1] - 23:16
**passenger** [3] - 26:16, 26:21, 87:15
**passengers** [1] - 25:22
**passing** [1] - 52:5
**past** [1] - 56:4
**Pat** [1] - 74:11
**Patrick** [1] - 2:3
**Patriots** [2] - 59:6, 59:14
**pattern** [1] - 98:9
**Paul** [10] - 1:6, 8:9, 28:16, 42:24, 43:3, 43:14, 49:20, 50:24, 54:10, 56:4
**Pause** [2] - 63:14, 101:2
**pen** [2] - 25:13, 83:21
**people** [5] - 32:4, 36:5, 78:25, 94:13, 95:12
**perceive** [8] - 22:14, 22:25, 29:20, 50:11, 50:18, 76:2, 76:5, 80:7
**perceived** [5] - 22:25, 23:7, 24:4, 75:15, 80:11
**perceiving** [1] - 22:12
**percent** [9] - 35:9, 44:9, 68:21, 78:18, 79:3, 79:11, 84:12, 89:5, 90:3
**percent's** [1] - 79:6
**perform** [1] - 46:13
**performed** [1] - 60:14
**performing** [1] - 47:24
**perhaps** [6] - 9:23, 21:16, 21:17, 23:13, 31:20, 39:7
**period** [3] - 50:10, 50:16, 50:19
**permissible** [1] - 80:12
**permit** [1] - 99:21
**permitted** [2] - 27:8, 99:7
**person** [5] - 39:1, 42:14, 44:7, 59:19, 91:17
**personal** [3] - 95:17, 95:20, 95:22
**personally** [4] - 22:5, 27:13, 27:22, 62:3
**personnel** [1] - 98:10
**Peterman** [1] - 103:2
**photograph** [2] - 37:23, 38:22
**photographs** [6] - 4:13, 4:14, 4:18, 4:25, 5:17, 6:12
**phrase** [1] - 4:20
**phraseology** [1] - 89:1
**physical** [2] - 96:7, 96:9
**picture** [3] - 38:8, 39:18
**pictures** [1] - 6:3
**place** [15] - 8:14, 8:17, 11:9, 12:19, 13:21, 15:6, 18:8, 34:10, 40:21, 40:23, 60:24, 61:4, 63:10, 81:18, 82:6
**placed** [3] - 40:16, 40:18, 40:19
**placement** [1] - 39:20
**places** [1] - 9:6
**placing** [1] - 15:13
**Plaintiff** [3] - 1:4, 1:11, 2:2
**plan** [2] - 11:23, 12:7
**point** [40] - 5:10, 12:24, 17:20, 18:12, 19:22, 20:17, 20:21, 21:13, 28:3, 33:23, 34:2, 37:5, 42:1, 44:18, 50:5, 51:24, 55:23, 60:9, 66:11, 67:20, 70:19, 72:20, 75:3, 75:4, 75:25, 76:12, 78:3, 79:15, 80:21, 81:9, 83:12, 87:16, 92:11, 92:19, 93:13, 96:6, 96:13
**pointed** [2] - 16:7, 16:9
**pointing** [1] - 58:14
**points** [2] - 74:18, 74:21
**policeman** [1] - 32:7
**pool** [4] - 59:10, 60:4, 62:20, 64:25
**pop** [10] - 18:21, 18:22, 93:9, 93:10
**pops** [4] - 83:16, 83:21, 84:3, 84:11
**port** [3] - 85:3, 85:5, 85:20
**portion** [9] - 13:6, 37:6, 42:6, 47:20, 50:24, 60:1, 103:11, 103:15, 103:18
**posed** [1] - 51:19
**position** [9] - 10:25, 24:23, 28:19, 35:13, 37:5, 43:23, 45:16, 56:21, 57:16
**positioned** [1] - 91:14
**positioning** [2] - 30:4, 30:7
**positions** [2] - 47:9, 78:20
**positive** [1] - 83:5
**positively** [1] - 97:9
**possible** [4] - 5:6, 15:17, 35:13, 40:16
**possibly** [14] - 8:22, 25:7, 29:7, 32:13, 33:24, 34:4, 36:15, 47:9, 53:9, 79:2, 79:3, 85:19, 99:15
**post** [2] - 83:1, 86:13
**potential** [4] - 23:21, 23:24, 24:4, 51:19
**precisely** [1] - 76:16
**prefer** [1] - 14:6
**prepared** [2] - 10:3, 10:9
**presence** [1] - 4:1
**present** [1] - 104:17
**presumably** [1] - 72:3
**pretty** [6] - 40:6, 45:18, 54:20, 62:9, 62:23, 67:10
**prevented** [2] - 37:15, 77:17
**primary** [1] - 9:14
**principal** [2] - 10:13, 10:18
**printed** [1] - 7:8
**private** [1] - 10:17
**problem** [1] - 50:4
**procedure** [1] - 48:1
**procedures** [1] - 45:9
**proceed** [3] - 6:21, 7:25, 63:22
**proceeded** [1] - 25:15
**proceeding** [2] - 87:13, 94:18
**proceedings** [2] - 63:19, 107:10
**process** [1] - 96:6
**progress** [1] - 89:13
**propose** [1] - 4:11
**proposed** [1] - 4:19
**prosecution** [1] - 94:12
**prosecutor** [3] - 17:19, 19:17, 101:12
**prosecutors** [2] - 69:11, 79:19
**protection** [1] - 48:3
**protocol** [5] - 24:4, 24:7, 24:25, 26:25, 27:14
**provide** [4] - 46:1, 81:22, 82:6, 94:25
**provided** [1] - 48:3
**providing** [1] - 46:5

**pull** [3] - 28:9, 38:7, 66:19
**pulled** [4] - 18:2, 47:15, 48:11, 62:24
**pulling** [1] - 47:8
**purely** [2] - 105:15
**purpose** [4] - 12:13, 26:21, 81:20, 81:24
**push** [1] - 82:10
**put** [6] - 5:6, 15:10, 29:3, 47:6, 50:17, 76:24

**Q**

**questioning** [3] - 64:9, 75:13, 97:17
**questions** [37] - 4:17, 5:14, 6:12, 6:18, 6:25, 7:22, 22:16, 30:17, 30:20, 41:4, 64:6, 70:4, 76:10, 81:11, 81:12, 81:19, 84:14, 84:16, 86:5, 86:7, 88:13, 90:24, 93:25, 96:12, 97:13, 99:3, 99:8, 99:10, 99:24, 100:7, 100:18, 100:19, 102:3, 102:5, 103:8, 106:7
**quickly** [4] - 5:6, 33:10, 48:14, 74:23
**quite** [1] - 16:22
**quote** [1] - 101:12

**R**

**radio** [13] - 9:24, 10:2, 10:6, 11:22, 34:22, 34:24, 35:3, 35:12, 35:17, 36:5, 36:13, 39:2, 83:12
**raise** [1] - 5:2
**ran** [2] - 41:10, 90:1
**ratio** [1] - 90:16
**Raven** [8] - 9:12, 34:22, 59:18, 72:22, 75:15, 82:5, 83:6
**re** [4] - 4:15, 4:24, 5:2, 6:10
**re-call** [3] - 4:15, 4:24, 6:10
**re-called** [1] - 5:2
**read** [17] - 21:25, 26:11, 32:19, 36:9, 36:22, 52:17, 57:2, 64:14, 91:23, 92:3, 92:25, 93:6, 97:1, 103:18, 103:21, 103:24
**reading** [1] - 93:22
**ready** [1] - 10:23
**realized** [1] - 89:24
**really** [3] - 70:4, 79:8, 82:8
**rear** [17] - 16:9, 17:1, 20:4, 42:25, 49:17, 55:24, 57:11, 57:13, 67:1, 67:4, 71:15, 71:22, 73:9, 73:11, 74:15, 74:17, 74:19
**reason** [7] - 23:6, 30:23,

37:1, 37:22, 53:1, 54:24, 63:11
**reasonably** [1] - 48:23
**reasons** [1] - 23:11
**recalled** [1] - 90:10
**recap** [1] - 93:9
**received** [6] - 7:4, 7:5, 14:25, 15:1, 26:19, 98:4
**recess** [2] - 63:17, 106:13
**recognize** [1] - 13:13
**recollection** [26] - 16:25, 36:14, 39:4, 41:1, 44:25, 46:20, 47:22, 47:23, 48:10, 64:7, 66:3, 68:5, 69:4, 70:16, 71:15, 83:15, 83:17, 91:10, 91:12, 103:10, 104:2, 104:25, 105:12, 105:14, 105:19, 105:23
**recollections** [1] - 105:23
**record** [3] - 3:3, 64:15, 99:1
**recross** [2] - 99:4, 99:10
**Recross** [2] - 3:7, 3:8
**RECROSS** [2] - 100:1, 102:1
**Recross-Examination** [2] - 3:7, 3:8
**RECROSS-EXAMINATION** [2] - 100:1, 102:1
**red** [4] - 56:17, 86:25, 87:6, 87:8
**Red** [5] - 9:19, 10:9, 10:13, 11:12, 11:17
**redirect** [1] - 81:13
**Redirect** [1] - 3:7
**REDIRECT** [1] - 81:14
**refer** [3] - 9:6, 9:8, 91:21
**reference** [5] - 5:17, 41:9, 92:5, 92:15, 102:21
**referring** [3] - 83:21, 93:19, 101:5
**refresh** [14] - 14:3, 21:18, 25:24, 26:2, 26:14, 32:16, 36:1, 36:4, 36:7, 68:5, 69:4, 103:10, 104:2, 104:5
**regard** [1] - 32:25
**regarding** [1] - 90:25
**regardless** [2] - 76:15, 77:2
**relation** [1] - 57:9
**rely** [1] - 95:3
**remember** [67] - 10:5, 12:1, 13:20, 13:23, 14:1, 16:3, 24:14, 25:5, 25:24, 30:20, 32:11, 32:12, 32:22, 35:3, 35:5, 35:10, 35:11, 35:15, 35:16, 35:18, 35:19, 35:23, 35:25, 36:8, 37:18, 37:22, 38:13, 38:15, 38:16, 38:17, 38:23, 39:23, 41:7, 45:1, 45:18, 50:2, 52:25, 53:3, 53:21, 54:15, 58:24, 61:4, 61:7, 61:13, 62:6, 62:7,

64:8, 67:7, 67:10, 72:12, 81:20, 82:13, 84:16, 85:5, 86:6, 87:10, 87:12, 88:9, 88:15, 88:24, 89:1, 90:25, 91:4, 94:15, 97:14, 97:19, 100:13
**repairs** [1] - 60:5
**repeat** [3] - 34:1, 39:16, 42:20
**replacement** [1] - 60:6
**replacing** [1] - 60:5
**report** [1] - 5:6
**reported** [1] - 35:4
**REPORTER** [1] - 107:5
**Reporter** [3] - 1:22, 1:23, 107:14
**represent** [3] - 8:9, 15:20, 70:3
**represents** [2] - 15:25, 16:16
**request** [3] - 4:7, 4:16, 6:11
**require** [1] - 6:9
**required** [4] - 4:22, 6:6, 9:19, 27:1
**requiring** [2] - 4:15, 4:23
**respect** [2] - 65:5, 102:11
**response** [4] - 9:7, 10:25, 39:11, 102:5
**responsibilities** [1] - 59:18
**responsibility** [5] - 19:8, 45:13, 45:14, 87:21, 88:1
**responsible** [1] - 72:23
**rest** [1] - 92:21
**result** [2] - 6:9, 61:16
**resume** [1] - 6:16
**resuming** [3] - 4:1, 6:20, 63:21
**review** [1] - 92:21
**reviewed** [3] - 24:11, 24:25, 91:8
**revisit** [2] - 67:19, 67:21
**Rhodes** [1] - 45:25
**Ridgeway** [22] - 30:15, 43:18, 44:7, 55:21, 56:4, 56:10, 57:9, 57:20, 57:25, 58:13, 71:18, 86:18, 87:9, 88:9, 88:14, 88:22, 99:4, 100:5, 100:20, 100:25, 101:5
**Ridgeway's** [1] - 89:3
**rifle** [2] - 20:23, 84:4
**right-hand** [3] - 14:10, 17:9, 19:15
**rigid** [1] - 27:1
**RMR** [1] - 1:22
**road** [9] - 12:22, 16:10, 17:23, 35:14, 36:16, 36:17, 40:7, 43:9, 52:14
**robe** [1] - 41:20
**rolling** [2] - 33:9, 93:20
**room** [2] - 9:23, 10:1

**Room** [2] - 1:23, 107:15
**rough** [3] - 13:11, 13:25, 49:10
**roughly** [16] - 12:24, 13:1, 17:21, 17:22, 17:24, 18:6, 19:3, 20:11, 21:7, 38:10, 47:6, 50:6, 50:17, 57:17, 57:18, 60:20
**round** [2] - 93:12, 98:3
**rounds** [16] - 58:2, 58:6, 58:10, 64:7, 64:24, 65:11, 65:14, 68:20, 68:25, 69:16, 80:9, 81:1, 81:4, 93:9, 101:15, 101:20
**route** [3] - 12:14, 12:17, 48:25
**ROYCE** [1] - 1:18
**rules** [1] - 80:12
**run** [5] - 33:10, 42:23, 89:17, 89:20, 90:10
**running** [8] - 31:6, 31:12, 31:18, 31:23, 32:2, 32:23, 32:24

**S**

**s/Vicki** [1] - 107:14
**safe** [2] - 81:23, 82:6
**sat** [2] - 56:3, 58:25
**saw** [67] - 6:5, 7:11, 21:1, 21:6, 22:4, 22:5, 22:12, 23:17, 27:14, 27:19, 28:13, 28:14, 28:21, 29:12, 31:5, 31:11, 31:12, 31:15, 31:23, 32:2, 32:4, 32:9, 33:10, 33:13, 34:18, 36:12, 41:22, 42:9, 42:23, 43:4, 43:14, 51:24, 52:9, 54:16, 56:10, 57:24, 58:2, 58:6, 58:9, 58:17, 62:25, 63:3, 64:5, 64:24, 65:19, 65:24, 67:16, 67:17, 67:18, 68:7, 68:14, 68:15, 68:17, 68:19, 68:25, 80:9, 85:6, 85:15, 88:21, 89:10, 90:9, 91:17, 93:11, 95:16
**scene** [1] - 96:10
**scheduled** [1] - 60:4
**Schertler** [3] - 2:15, 70:3, 99:3
**SCHERTLER** [14] - 2:16, 69:25, 71:8, 71:10, 81:11, 98:23, 99:9, 102:2, 104:10, 104:16, 104:20, 105:3, 105:7, 106:7
**Schertler...............** [1] - 3:8
**Schertler................** [1] - 3:6
**scope** [1] - 84:6
**Scott** [1] - 2:9
**screen** [6] - 7:7, 7:17, 26:3,

46:3, 102:4, 102:18
**seat** [5] - 49:25, 66:4, 91:3, 91:11, 91:19
**seated** [5] - 17:1, 17:3, 17:15, 87:23
**second** [8] - 37:11, 37:12, 53:12, 67:15, 67:16, 67:24, 68:13, 91:22
**secondary** [2] - 9:15, 9:17
**seconds** [18] - 48:24, 66:16, 66:24, 66:25, 67:19, 67:24, 68:6, 68:12, 69:1, 92:5, 92:8, 92:15, 92:16, 93:14, 93:17
**secret** [1] - 94:18
**section** [2] - 22:18, 73:17
**sector** [11] - 17:20, 19:8, 46:6, 47:2, 47:11, 66:13, 66:16, 66:25, 72:19, 72:23, 93:11
**secure** [1] - 12:13
**secured** [3] - 82:18, 93:10, 93:11
**security** [4] - 10:17, 46:1, 46:5, 47:5
**see** [82] - 14:3, 14:7, 14:9, 14:10, 14:15, 14:17, 14:19, 15:14, 15:19, 21:18, 22:17, 25:24, 26:2, 26:3, 28:12, 28:16, 29:9, 29:14, 29:23, 31:24, 32:6, 32:15, 32:16, 32:25, 33:1, 36:1, 37:12, 37:23, 38:1, 42:12, 42:13, 42:17, 42:21, 43:3, 46:24, 47:12, 49:17, 49:20, 49:21, 52:23, 53:5, 54:21, 55:7, 55:13, 55:16, 56:4, 56:7, 64:4, 65:2, 67:14, 71:22, 74:15, 74:19, 74:24, 75:7, 75:22, 76:13, 77:9, 77:17, 77:18, 77:25, 78:3, 78:7, 78:15, 79:1, 79:4, 79:5, 80:3, 85:2, 87:23, 88:5, 91:10, 92:3, 92:5, 92:11, 92:15, 93:23, 94:2, 94:5, 106:14
**seeing** [10] - 22:24, 33:3, 37:15, 38:15, 53:3, 63:8, 64:23, 65:7, 66:3, 69:2
**self** [1] - 58:12
**self-evident** [1] - 58:12
**semiautomatic** [3] - 19:4, 83:18, 83:22
**sentence** [1] - 53:10
**sentences** [1] - 103:16
**separate** [1] - 60:14
**September** [9] - 8:11, 9:11, 9:22, 60:21, 71:16, 102:12, 104:4, 104:22, 105:10
**sequencing** [1] - 8:20

**series** [1] - 25:1
**serves** [1] - 12:2
**serviced** [2] - 59:24, 60:13
**Session** [1] - 1:9
**set** [6] - 13:6, 46:13, 46:17, 48:13, 48:15, 96:12
**setup** [1] - 46:7
**seven** [2] - 63:4, 70:8
**several** [2] - 37:14, 69:10
**shack** [7] - 35:13, 35:24, 37:18, 38:14, 39:2, 39:23, 40:4
**shall** [1] - 4:3
**Shawn** [1] - 1:6
**shell** [1] - 6:3
**shells** [1] - 65:7
**shield** [1] - 71:22
**shift** [5] - 24:13, 24:14, 44:19, 44:22, 45:6
**shirt** [1] - 58:20
**shoot** [7] - 7:11, 25:18, 25:22, 26:15, 42:14, 46:24, 56:10
**shooter** [1] - 30:10
**shooting** [12] - 25:21, 28:16, 34:18, 43:21, 66:4, 75:5, 75:7, 75:22, 76:2, 76:5, 88:4, 88:25
**shoots** [1] - 7:13
**short** [2] - 48:16, 61:11
**shortly** [3] - 11:16, 44:18, 45:2
**shot** [12] - 42:15, 44:8, 51:25, 52:9, 54:10, 54:18, 55:3, 69:15, 85:17, 86:25, 88:9, 90:1
**shots** [24] - 18:18, 19:6, 25:15, 27:14, 28:14, 29:9, 30:23, 41:4, 41:6, 43:4, 43:23, 46:18, 46:20, 54:22, 55:2, 55:7, 55:9, 55:14, 55:16, 57:25, 58:12, 58:13, 83:18
**shoulder** [3] - 19:15, 20:1, 33:18
**shouldering** [1] - 91:6
**show** [5] - 4:12, 13:9, 22:17, 26:1, 66:20
**showed** [3] - 73:25, 75:2, 103:11
**shown** [3] - 19:17, 71:23, 73:18
**shows** [1] - 7:18
**shrapnel** [2] - 98:10, 98:15
**shrubberies** [1] - 78:20
**shrubbery** [1] - 79:13
**shrubs** [1] - 38:24
**sic** [1] - 79:5
**side** [37] - 17:4, 17:8, 17:9, 17:13, 17:16, 17:17, 20:5,

33:9, 40:5, 47:15, 47:16, 48:3, 48:7, 48:11, 52:14, 55:16, 58:6, 61:24, 62:8, 63:1, 63:9, 65:15, 65:24, 66:10, 66:12, 68:16, 73:7, 76:25, 87:14, 87:15, 87:17, 87:18, 87:19, 87:22, 87:24, 98:16, 98:17
**sight** [2] - 30:2, 77:13
**signals** [1] - 25:8
**significance** [1] - 18:7
**signs** [1] - 25:7
**similar** [1] - 13:24
**simultaneously** [1] - 69:1
**single** [3] - 18:18, 54:8, 93:9
**sit** [11] - 84:10, 84:18, 88:11, 88:21, 91:9, 91:18, 95:23, 96:2, 101:17, 105:8, 105:11
**sitting** [13] - 8:13, 17:8, 19:13, 48:10, 49:15, 66:8, 66:9, 66:12, 66:24, 67:15, 91:3, 91:10, 91:18
**situated** [2] - 16:25, 39:7
**situation** [7] - 27:5, 51:12, 51:21, 72:15, 85:13, 92:11, 94:5
**six** [1] - 96:6
**sketch** [1] - 77:15
**skim** [1] - 100:19
**skip** [4] - 86:17, 86:24, 92:21, 92:24
**sky** [1] - 39:20
**slabs** [1] - 72:1
**Slatten** [2] - 1:13, 2:19
**slightly** [2] - 37:10, 37:25
**Slough** [12] - 1:6, 2:7, 7:11, 7:13, 8:9, 42:24, 86:17, 86:24, 87:7, 87:11, 88:4, 88:25
**slow** [2] - 51:10, 93:20
**slow-rolling** [1] - 93:20
**slowing** [1] - 33:14
**slowly** [2] - 21:13, 89:23
**small** [6] - 33:24, 34:3, 59:12, 69:3, 99:13, 104:7
**smaller** [1] - 56:3
**smoke** [1] - 97:25
**sniper** [1] - 84:4
**someone** [4] - 24:18, 30:19, 34:21, 35:19
**sometime** [1] - 34:12
**somewhat** [4] - 8:13, 12:3, 56:1, 74:11
**somewhere** [10] - 17:24, 19:11, 19:18, 21:5, 49:9, 56:20, 57:20, 63:3, 73:10, 83:13
**SOP** [1] - 83:9
**sorry** [19] - 16:20, 17:7,

22:20, 31:16, 34:1, 34:14, 37:11, 40:3, 40:5, 40:22, 42:20, 62:12, 62:14, 77:6, 78:10, 80:18, 87:10, 103:15, 103:22
**sort** [6] - 16:10, 19:15, 32:7, 38:6, 38:14, 48:1
**sorts** [2] - 90:12, 94:4
**sound** [4] - 20:18, 20:21, 56:21, 105:16
**sounded** [8] - 18:18, 18:21, 19:3, 19:4, 31:1, 33:24, 34:3, 46:21
**sounds** [4] - 18:12, 18:15, 19:10, 19:23
**south** [21] - 6:4, 20:11, 21:1, 31:20, 34:19, 35:24, 37:4, 37:15, 38:4, 39:10, 40:5, 42:22, 43:15, 43:21, 44:1, 44:5, 52:6, 56:14, 76:2, 76:5, 82:5
**South** [1] - 2:17
**southbound** [1] - 16:11
**southeast** [1] - 20:11
**southern** [2] - 13:6, 48:6
**space** [2] - 21:11, 22:6
**speaking** [5] - 10:16, 72:16, 72:17, 72:18, 73:10
**Special** [1] - 6:1
**specific** [6] - 35:7, 37:20, 38:19, 66:2, 103:8, 104:24
**specifically** [13] - 41:9, 46:23, 52:23, 60:23, 71:11, 84:12, 86:24, 88:24, 92:12, 94:14, 99:11, 100:4, 100:21
**speculate** [1] - 65:12
**speculating** [3] - 64:15, 64:20, 65:18
**speculation** [5] - 39:12, 44:11, 64:14, 65:21, 89:24
**split** [2] - 67:15, 67:16
**square** [1] - 81:20
**Square** [15] - 6:5, 11:19, 11:21, 11:23, 12:20, 12:22, 14:20, 38:4, 52:6, 56:14, 60:21, 61:5, 62:10, 62:15, 63:10
**SR-25** [1] - 84:4
**ss** [1] - 107:1
**stand** [3] - 6:16, 6:20, 94:11
**standard** [1] - 48:1
**start** [14] - 22:20, 37:9, 47:22, 50:24, 52:17, 56:25, 57:6, 71:7, 81:17, 81:18, 91:23, 96:22, 96:23, 103:20
**started** [6] - 25:7, 34:13, 34:16, 48:22, 82:5, 83:7
**starters** [1] - 41:17

**starting** [1] - 81:17
**State** [1] - 80:13
**statement** [4] - 4:9, 81:3, 81:24, 83:20
**States** [1] - 107:15
**STATES** [6] - 1:1, 1:3, 1:10, 1:18, 2:4, 107:1
**stationary** [2] - 12:3, 52:24
**stayed** [2] - 89:22, 89:25
**steel** [2] - 46:14, 47:24
**stenographic** [1] - 107:9
**step** [4] - 25:10, 27:2, 48:14, 106:10
**steps** [5] - 6:18, 25:1, 25:5, 27:5, 27:13
**STEPTOE** [1] - 2:9
**Steven** [1] - 2:19
**stick** [2] - 54:25, 85:3
**sticking** [1] - 85:5
**still** [13] - 19:6, 21:20, 49:4, 52:2, 56:7, 77:21, 83:8, 83:11, 87:14, 87:21, 88:1, 89:23, 90:2
**stood** [1] - 94:10
**stop** [12] - 6:4, 12:10, 23:12, 25:2, 25:8, 32:14, 33:9, 34:18, 78:9, 82:21, 89:25, 91:25
**stopped** [8] - 17:8, 18:6, 24:1, 33:14, 73:3, 75:20, 82:24, 101:16
**stopping** [1] - 89:23
**story** [4] - 94:24, 95:10, 95:11, 95:15
**straight** [2] - 8:20, 70:10
**strange** [2] - 23:11, 53:10
**strap** [5] - 45:23, 46:17, 48:15, 49:9, 62:24
**Street** [3] - 2:5, 2:17, 2:20
**street** [2] - 78:5, 78:12
**strength** [3] - 32:13, 89:12, 89:13
**stricken** [1] - 104:9
**struck** [1] - 53:3
**structure** [1] - 37:18
**stuck** [3] - 85:20, 90:14, 90:19
**subject** [1] - 12:15
**subsequent** [2] - 4:13, 5:1
**substitute** [1] - 4:23
**suggested** [1] - 88:13
**suicide** [2] - 23:21, 51:19
**Suite** [3] - 2:13, 2:17, 2:20
**summary** [2] - 26:1, 26:5
**summoned** [1] - 10:2
**supplies** [1] - 62:21
**support** [2] - 9:20
**suspected** [2] - 25:22, 26:15
**sustained** [6] - 44:12, 61:8,
 61:22, 84:8, 104:9, 105:5
**switch** [3] - 7:24, 13:12, 74:23
**swivel** [2] - 92:17, 93:12
**swiveled** [1] - 92:10
**swivels** [2] - 72:7, 72:10
**system** [2] - 7:25, 44:17
**systems** [1] - 93:16

**T**

**tactical** [2] - 9:20, 24:21
**tailgate** [1] - 64:2
**targets** [1] - 83:7
**Team** [5] - 82:6, 82:9, 82:11, 83:8, 83:13
**team** [22] - 9:14, 9:15, 9:20, 10:12, 10:22, 11:3, 11:8, 11:19, 11:22, 12:10, 12:14, 12:18, 24:18, 24:20, 35:3, 35:7, 44:24, 45:25, 61:1, 61:16, 81:22
**teams** [1] - 10:17
**technically** [2] - 31:19, 47:4
**ten** [1] - 10:22
**tense** [2] - 51:12, 51:21
**term** [1] - 36:15
**terms** [3] - 36:20, 46:4, 84:3
**terrific** [2] - 15:4, 26:9
**testified** [24] - 4:16, 6:10, 8:24, 16:24, 18:5, 22:24, 28:21, 32:16, 33:13, 34:17, 39:2, 41:12, 46:4, 56:16, 57:7, 62:19, 69:14, 74:18, 79:15, 84:22, 87:3, 94:17, 96:19, 99:5
**testify** [2] - 9:23, 70:21
**testifying** [6] - 22:4, 32:22, 52:25, 56:19, 96:17, 100:13
**testimony** [35] - 9:6, 21:15, 21:19, 21:23, 32:25, 33:3, 35:11, 36:22, 41:7, 50:11, 64:12, 65:6, 65:10, 67:19, 67:25, 77:21, 79:7, 79:19, 80:6, 80:11, 81:7, 88:11, 90:25, 91:8, 94:18, 94:19, 94:20, 94:21, 94:25, 96:15, 97:4, 97:8, 99:12, 100:22, 101:18
**THE** [43] - 1:1, 1:1, 1:10, 1:18, 4:5, 4:7, 5:8, 5:11, 5:19, 5:24, 6:16, 6:22, 7:4, 7:23, 8:1, 11:25, 12:1, 14:25, 39:13, 44:12, 63:17, 63:22, 68:9, 68:10, 69:22, 71:9, 81:13, 84:8, 87:4, 88:19, 93:2, 98:24, 99:21, 99:24, 104:9, 104:18, 105:1, 105:2, 105:5, 106:8,
 106:10, 106:12, 107:2
**thereabout** [2] - 18:24, 18:25
**thereafter** [2] - 11:16, 45:2
**therefore** [2] - 40:4, 57:23
**thinking** [1] - 105:12
**third** [2] - 30:1, 40:23
**Thomas** [1] - 2:19
**threat** [23] - 21:11, 21:14, 22:5, 22:13, 22:14, 23:1, 23:7, 24:5, 27:8, 27:25, 35:12, 35:17, 39:1, 76:1, 80:12, 80:13, 84:15, 84:20, 85:2, 85:14, 85:15, 87:24, 93:11
**threats** [4] - 23:21, 35:7, 51:18, 76:13
**three** [12] - 15:6, 16:17, 40:10, 40:14, 40:15, 41:2, 45:19, 69:3, 70:25, 99:8, 102:13, 103:6
**threw** [1] - 79:6
**throughout** [1] - 5:25
**throw** [1] - 25:10
**tight** [2] - 16:23, 49:20
**tightly** [1] - 15:3
**title** [1] - 24:14
**today** [19] - 8:13, 8:23, 55:5, 66:2, 70:17, 78:24, 79:15, 83:17, 84:10, 84:18, 88:11, 88:21, 88:24, 91:9, 95:19, 95:23, 96:2, 105:8, 105:11
**together** [1] - 5:7
**tomorrow** [1] - 106:15
**took** [15] - 8:14, 8:17, 13:21, 15:6, 18:8, 18:12, 28:24, 60:23, 63:10, 84:18, 85:1, 85:12, 91:13, 93:16, 93:17
**top** [2] - 27:3, 27:9
**topic** [2] - 21:15, 100:4
**topics** [1] - 16:22
**touching** [1] - 57:24
**tow** [16] - 44:16, 45:7, 45:10, 45:14, 45:20, 45:22, 46:7, 46:16, 46:17, 48:13, 48:21, 49:9, 50:5, 50:14, 50:16, 62:24
**tow-out** [1] - 45:7
**toward** [16] - 23:17, 31:13, 31:20, 38:4, 41:10, 41:22, 42:9, 42:22, 43:15, 44:4, 55:24, 56:14, 72:13, 76:24, 76:25, 104:3
**towards** [6] - 31:19, 52:6, 67:12, 89:21, 104:13, 105:9
**towing** [2] - 49:6, 49:14
**traditional** [3] - 41:19, 90:6, 90:22
**traffic** [48] - 12:8, 12:10, 12:11, 13:5, 13:6, 14:20,
 15:4, 15:23, 16:25, 17:23, 17:25, 23:12, 24:1, 32:7, 35:3, 35:12, 37:19, 38:1, 38:3, 38:11, 38:14, 39:25, 40:1, 44:19, 48:7, 50:7, 50:23, 51:4, 51:5, 51:7, 53:11, 56:14, 64:4, 75:20, 82:3, 82:9, 82:15, 82:16, 82:22, 82:24, 83:1, 83:3, 83:12, 86:13, 100:6, 100:20, 101:6
**trail** [4] - 47:8, 47:14, 57:13, 57:15
**trained** [5] - 23:20, 24:9, 25:18, 25:21, 26:15
**training** [4] - 24:3, 26:18, 27:9, 29:20
**TRANSCRIPT** [1] - 1:17
**transcript** [8] - 21:19, 22:18, 22:19, 36:2, 52:16, 100:17, 107:9, 107:10
**traveling** [4] - 13:2, 42:9, 52:2, 53:17
**trees** [3] - 38:24, 78:20, 79:13
**trial** [3] - 4:22, 5:25, 6:6
**TRIAL** [1] - 1:17
**tried** [1] - 82:11
**truck** [5] - 17:1, 50:1, 63:4, 72:14, 73:2
**trucks** [3] - 10:3, 10:8, 10:11
**true** [3] - 72:22, 107:8, 107:9
**trunk** [5] - 53:3, 54:3, 54:22, 55:7, 55:9
**trust** [1] - 94:25
**truth** [2] - 9:3, 36:24
**truthful** [1] - 22:9
**try** [4] - 9:9, 25:8, 46:5, 94:8
**trying** [7] - 7:9, 21:11, 22:5, 32:13, 33:9, 89:11, 90:9
**turn** [6] - 4:21, 6:6, 19:25, 21:22, 22:18, 100:16
**turned** [4] - 20:25, 31:4, 32:22, 33:18
**turning** [1] - 20:14
**turret** [17] - 28:1, 28:3, 28:19, 30:10, 30:14, 42:21, 43:17, 44:1, 49:20, 56:7, 71:15, 71:19, 71:22, 72:7, 72:13, 72:25, 73:9
**turrets** [2] - 42:18, 72:4
**two** [18] - 4:19, 6:3, 15:6, 16:13, 16:17, 19:1, 20:4, 35:22, 40:10, 41:1, 50:22, 59:17, 61:16, 69:2, 72:1, 93:15, 99:7, 105:22
**two-way** [1] - 61:16
**type** [2] - 84:11, 97:21
**typically** [3] - 24:13, 30:19, 45:10

## U

**U.S** [3] - 1:23, 102:15, 102:23
**ultimately** [1] - 82:25
**umbrella** [1] - 38:15
**unable** [2] - 35:20, 79:4
**unaware** [1] - 79:23
**uncommon** [1] - 52:13
**under** [7] - 27:9, 45:9, 48:1, 71:4, 79:6, 80:11, 80:12
**understood** [8] - 12:16, 12:17, 39:17, 55:1, 61:18, 81:25, 95:2, 97:23
**unfair** [1] - 95:9
**uniform** [1] - 31:9
**unique** [2] - 98:9, 98:12
**United** [1] - 107:15
**UNITED** [6] - 1:1, 1:3, 1:10, 1:18, 2:4, 107:1
**unobstructed** [2] - 39:10, 40:6
**unusual** [2] - 23:8, 23:18
**up** [39] - 7:16, 7:18, 7:19, 13:6, 13:14, 16:21, 25:3, 28:10, 37:8, 38:22, 39:21, 42:5, 42:18, 42:25, 45:16, 46:13, 46:15, 46:17, 47:13, 47:14, 47:24, 48:2, 48:11, 48:13, 48:14, 48:15, 62:24, 66:19, 70:5, 70:6, 82:2, 83:4, 86:17, 87:13, 91:18, 93:25, 102:4, 103:16
**upper** [1] - 91:10
**upright** [1] - 91:3

## V

**vague** [4] - 8:13, 36:14, 83:15, 105:11
**vaguely** [2] - 88:16, 105:11
**van** [1] - 40:3
**vantage** [5] - 17:20, 37:5, 76:12, 78:3, 92:11
**various** [1] - 74:18
**VBIED** [6] - 10:12, 23:21, 23:25, 26:16, 75:15, 86:10
**VBIEDs** [2] - 25:22, 51:19
**vehicle** [207] - 11:1, 11:6, 15:20, 15:22, 15:25, 16:1, 16:3, 16:6, 16:10, 17:4, 17:9, 17:10, 17:11, 17:17, 20:5, 22:4, 22:12, 23:8, 24:4, 25:18, 28:4, 28:5, 28:13, 28:17, 28:19, 29:10, 29:18, 29:21, 29:24, 30:1, 30:4, 30:5, 30:8, 30:9, 30:14, 31:5, 31:6, 32:4, 32:8, 32:9, 32:10, 32:14, 32:24, 32:25, 33:3, 33:9, 33:14, 33:19, 37:11, 37:12, 39:3, 39:11, 39:19, 40:16, 42:21, 42:25, 43:6, 43:17, 45:3, 45:10, 45:17, 45:20, 45:23, 46:9, 46:13, 47:8, 47:13, 47:14, 47:17, 47:19, 48:2, 48:15, 48:21, 48:24, 49:3, 49:6, 49:7, 49:12, 49:14, 49:15, 49:16, 49:18, 51:25, 52:9, 52:11, 53:15, 53:23, 54:1, 55:10, 55:13, 55:17, 56:1, 56:2, 56:3, 56:8, 56:10, 56:13, 56:16, 56:17, 56:19, 57:10, 57:12, 57:14, 57:15, 57:17, 57:19, 57:23, 57:24, 58:2, 58:14, 59:9, 59:19, 59:21, 60:5, 60:6, 60:15, 61:7, 61:14, 61:21, 61:25, 62:17, 62:20, 62:21, 62:25, 63:1, 63:9, 64:8, 64:25, 65:13, 65:15, 65:19, 65:23, 66:7, 66:9, 66:17, 67:23, 69:16, 71:13, 71:16, 73:4, 73:5, 73:11, 74:1, 74:2, 74:5, 74:7, 74:10, 74:15, 74:16, 74:17, 74:19, 76:1, 76:12, 76:24, 77:3, 77:18, 78:3, 78:15, 80:1, 80:4, 80:9, 81:8, 84:23, 85:6, 85:9, 86:9, 86:14, 86:25, 87:6, 87:8, 87:9, 87:11, 87:12, 87:13, 87:22, 87:24, 88:4, 88:9, 88:22, 89:4, 89:10, 89:13, 89:17, 89:21, 89:23, 90:2, 90:9, 91:14, 93:18, 93:20, 94:2, 97:19, 97:22, 98:16, 98:17, 104:3
**vehicle's** [4] - 37:5, 40:6, 40:24, 45:13
**vehicles** [37] - 13:11, 13:17, 13:25, 15:10, 16:13, 16:14, 23:20, 35:20, 35:22, 39:6, 39:9, 47:24, 48:11, 48:18, 51:16, 52:5, 52:13, 59:10, 59:25, 60:3, 60:13, 60:19, 60:20, 71:11, 73:3, 76:15, 76:17, 76:22, 77:3, 78:25, 86:5, 86:14, 86:18, 86:19, 86:20
**verbal** [1] - 25:7
**viable** [5] - 21:11, 21:14, 22:5, 83:8, 83:11
**vicinity** [7] - 19:18, 37:16, 38:18, 39:7, 41:5, 59:14, 63:3
**Vicki** [1] - 1:22
**VICKI** [1] - 107:7
**view** [14] - 17:16, 20:7, 30:6, 37:11, 37:15, 37:25, 39:10, 39:11, 39:20, 49:15, 49:22, 51:3, 78:4, 79:11
**view's** [1] - 40:6
**viewed** [3] - 21:10, 23:6, 27:25
**violate** [1] - 94:25
**Virginia** [3] - 64:2, 83:1, 86:13
**visibly** [1] - 54:16
**visually** [2] - 81:5, 93:11
**vs** [2] - 1:5, 1:12

## W

**Wainscott** [1] - 24:23
**wall** [2] - 46:13, 47:24
**wants** [1] - 4:12
**warning** [1] - 25:7
**Washington** [8] - 1:24, 2:6, 2:10, 2:14, 2:17, 2:21, 70:21, 107:16
**water** [2] - 25:10, 71:4
**Watson** [7] - 44:22, 69:13, 79:20, 94:14, 95:7, 96:3, 96:4
**weapon** [9] - 27:22, 42:24, 65:2, 66:4, 84:11, 85:20, 91:6, 93:16, 106:1
**wearing** [8] - 31:8, 41:13, 41:23, 41:25, 90:11, 90:16, 90:22
**week** [2] - 60:20, 61:4
**weeks** [9] - 13:20, 15:6, 16:17, 40:10, 40:14, 40:15, 41:2, 102:13, 103:6
**weight** [1] - 32:13
**west** [6] - 15:23, 31:20, 77:4, 77:7, 83:3, 83:4
**West** [3] - 64:2, 82:25, 86:13
**westerly** [1] - 76:25
**white** [37] - 21:1, 23:9, 23:17, 27:12, 27:17, 27:19, 27:23, 28:13, 28:16, 29:10, 29:15, 30:9, 30:22, 31:5, 31:13, 31:23, 31:24, 32:4, 34:16, 34:17, 34:18, 37:4, 41:5, 41:7, 43:4, 69:15, 75:8, 75:10, 75:14, 84:14, 84:23, 85:6, 86:2, 89:10, 92:9, 92:18, 93:12
**whole** [3] - 9:25, 92:10, 92:25
**wider** [1] - 37:10
**William** [1] - 2:12
**WILTSHIRE** [1] - 2:20
**window** [11] - 20:4, 40:4, 49:17, 55:17, 55:24, 67:1, 67:4, 67:15, 68:13, 85:2
**windows** [4] - 17:16, 20:4, 40:6, 76:7
**windshield** [2] - 67:17, 68:14
**wings** [1] - 64:5
**wishes** [2] - 4:17, 6:11
**withdraw** [1] - 88:12
**Witness** [2] - 7:15, 106:11
**witness** [19] - 4:4, 4:6, 4:13, 4:16, 4:17, 4:24, 5:1, 5:2, 5:14, 6:10, 6:12, 6:16, 6:20, 14:4, 102:19, 103:14, 104:17
**WITNESS** [3] - 12:1, 68:10, 105:2
**witnessed** [1] - 32:24
**witnesses** [2] - 94:14, 95:1
**word** [3] - 28:24, 53:9, 98:4
**words** [6] - 7:10, 28:25, 29:3, 47:5, 89:12, 96:4
**works** [1] - 14:7
**write** [2] - 7:13, 13:24

## Y

**Yarmouk** [2] - 78:5, 78:12
**years** [2] - 70:8, 96:7
**yesterday** [2] - 5:10, 65:13
**yourself** [4] - 22:1, 26:12, 32:20, 84:23
**yup** [1] - 45:18

## Z

**Zone** [8] - 9:19, 10:9, 10:13, 11:11, 11:12, 11:17, 12:18, 59:4
**zoom** [5] - 15:3, 16:22, 38:6, 38:21, 51:2