Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



March 8, 2020

<u>By ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

  Re: *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

  We respectfully submit the attached Exhibit B to our letter response to the government's explanation for its Saturday afternoon production of GX 411. Exhibit B is a more complete version of Exhibit A.

          Respectfully submitted,

          <u>/s/ Brian M. Heberlig</u>
          Reid H. Weingarten
          STEPTOE & JOHNSON LLP
          1114 Avenue of the Americas
          New York, NY 10036
          Tel: (212) 506-3900
          Fax: (212) 506-3950
          rweingarten@steptoe.com

          Brian M. Heberlig (*Pro Hac Vice*)
          Bruce C. Bishop (*Pro Hac Vice*)
          David M. Fragale
          Nicholas P. Silverman (*Pro Hac Vice*)
          STEPTOE & JOHNSON LLP
          1330 Connecticut Avenue, N.W.
          Washington, DC 20036
          Tel: (202) 429-3000Bishop
          Fax: (202) 429-3902



The Honorable Alison J. Nathan
March 8, 2020
Page 2

bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:   Counsel of Record (via ECF)