UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2020

ALISON J. NATHAN, District Judge:

The parties shall jointly submit a draft verdict sheet no later than 6 p.m. on Monday, March 9, 2020. To the extent the parties disagree as to specific aspects of the draft verdict sheet, such disagreement and the parties' respective positions with respect to it shall be noted.

SO ORDERED.

Dated: March 7, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge