UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 8, 2020, the Government filed a letter regarding its motion to preclude proposed expert testimony on the concept of "de-risking." See Dkt. No. 272. Mr. Sadr shall respond to the Government's March 8 letter by no later than 2 p.m. on March 8, 2020.

SO ORDERED.

Dated: March 8, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge