UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 8, 2020, Mr. Sadr filed a letter requesting a curative instruction with respect to Government Exhibit 411. *See* Dkt. No. 274. The Government shall respond to Mr. Sadr's March 8 letter by no later than 7 p.m. on March 8, 2020.

SO ORDERED.

Dated: March 8, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge