USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 8, 2020, the Government filed a letter objecting to various exhibits Mr. Sadr may seek to introduce in his case-in-chief, if any. *See* Dkt. No. 276. Mr. Sadr shall respond to this letter by no later than 11 p.m. on March 8, 2020.

SO ORDERED.

Dated: March 8, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge