USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ordered to meet and confer regarding whether specific passages of Mr. Kim's testimony should be struck. They shall submit a joint letter outlining their respective positions by 9 p.m.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge