USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has reviewed the parties' proposals as to testimony of Mr. Kim that should be struck in light of the Government's late disclosures. The Court will adopt the Government's more limited striking proposal, coupled with the curative instruction and stipulation regarding GX 411 already given to the jury. To the extent the defense also wishes to recall Mr. Kim to cross-examine him further on the late disclosed materials, it may do so. The Government shall forthwith arrange for Mr. Kim to be available to testify tomorrow afternoon. If the defense decides not to recall Mr. Kim, defense counsel shall inform the Government immediately.

SO ORDERED.

Dated: March ___10___, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge