USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

        Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record at trial on March 16, 2020, any post-trial motions shall be filed by April 16, 2020. The Government's opposition shall be due by May 18, 2020. Mr. Sadr's reply shall be due by June 1, 2020.

    SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge