UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

United States of America,

—v—

Ali Sadr Hashemi Nejad,

                    Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As stated on the record at trial on March 16, 2020, the Court hereby modifies Mr. Sadr's

bail conditions to include home detention and GPS location monitoring.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge