USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ali Sadr Hashemi Nejad,

          Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The sentencing for Ali Sadr Hashemi Nejad is set for August 17, 2020 at 1:00 p.m.

    Pursuant to this Court's Individual Practices in Criminal Cases, sentencing submissions from the Defendant are due on or before August 10, 2020. The Government's submission is due on or before August 12, 2020.

    SO ORDERED.

Dated: March __19__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge