# EXHIBIT B

Bahram Karimi · [1/22/2020]

Present: Michael Krouse, Jane Kim, SA Leigh Ann Pond, SA Robert Depresco, Constable Christine Larsen (RCMP), Joseph Saulnier (defense counsel), Farsi interpreter (Arash Androdi)

- Born in Iran
- Graduated U. of Tehran in civil engineering in 1990
- Worked in various construction jobs before graduating and after
- Joined Stratus in 1994 (or 1993) - started as a site engineer, later became a site manager
    - Manager of tenders and project control - managed complex projects
    - Manager of the technical side of the company (Technical and Engineering Department)
- Stratus Contracting
    - Founded by Mohammed Sadr in 1977 or 1978 - had a different name (Manifest)
    - Was a family company - Mohammed Sadr was the primary decision-maker
    - Large & successful construction company (100% private and based in Iran)
    - After 1995, Sadr expanded into other companies
        - Founded the first Iranian private bank (EN Bank)
    - Created Stratus Holding to manage all of his companies → M. Sadr was in charge
    - Abbas [redacted] was the managing director of Stratus Contracting - died in 2011
    Taheri
        ↳ Also Iranian and resided in Iran
        ↳ Reported to Mohammed Sadr - Karimi reported to Taheri
    - Stratus Contracting had a Board of Directors - Bahrooz Zanganeh was on the Board before he went to the Venezuela project for 2 years
        - Zanganeh was the head of marketing - also reported to M. Sadr
    - Most of the Stratus construction projects were in Iran
- In 2009, began working on the Venezuela project
    - Sadr & Taheri decided to pursue large-scale construction projects
    - Needed to implement project management procedures - Karimi was chosen to lead this

- Karimi applied to immigrate to Canada in 2008
- Became the project manager in May 2009
    - Visited the project site in Venezuela beforehand
    - Saw that there were English-language schools his children could attend
- Karimi and his family moved to Venezuela in May 2009
- Contract had been awarded to this other company: (also Iranian)
    - Iranian International Contracting (Housing) Company  (also owned by M. Sadr)  ("IIHC")
    - Stratus had agreed w/ that company to implement the project
- In 2009, Zanganah was the head of this company - based in Iran
- Karimi was in charge on the ground in Venezuela with building the project
    - Started with 40 Iranian staff
        - 160-170 Iranians at the peak of the project  ⎤
        - 80-90 Turkish staff at the peak                      ⎬  2010-2011 was the peak
        - 2500-3000 Venezuelan staff at the peak       ⎦
            - Also 50-60 Venezuelan subcontractors
            2 Turkish sub-contractors (companies)
                - Alper (he thinks)
                - Doesn't remember the other names
- Venezuelan named "Luisa" was involved in administration
    Saim Yazdi - Iranian also involved in administration
- The Gov't of Venezuela was the client   -  DUCOLSA (under the Petroleum company)  (PDVSA)
    - They controlled the project, made the payments, conducted quality control
      and had around 120 people on the staff
    - PDVSA & DUCOLSA - Manager was Jose Luis Sanchez Parada (Chairman of DUCOLSA)
        - Karimi had 3-4 meetings w/ Parada
- To his knowledge, Iranian Gov't did not have an interest in the Venezuela project
    - Is aware of a Memorandum of Understanding b/t Iran & Venezuela
      to cooperate in various fields
    - Does not know how the IIHC was awarded the contract - happened
      before Karimi was involved in the project

- Always had issues with getting payments
    - Second half of 2013 to 2014, dollar payments were not honored
    - Company tried to collect the payments
        - Even suspended the project for a period
    - Went to the Iranian Embassy
        - A manager at the company contacted the Embassy (Khosro Mobasar)
        - Karimi didn't contact the Embassy
        - Later, another person was the contact w/ the Embassy (Ahmad Safaverdi)
- Meeting over a $20 million payment — Ambassador participated in the meeting and spoke
    - Safaverdi, Parada, Karimi, 2 DVCOLSA reps, the Ambassador from Iran to Venezuela
    - Discussed the project during the meeting (thinks his name was Soltani)
    - Main issue was receiving the overdue payments — after the meeting, the Ambassador asked to speak to Parada alone
    - Took place around May, June or July of 2014
- Karimi heard after the meeting (from Safaverdi, he thinks) — in person that the Ambassador proposed to move the project to Kayson (another Iranian company)
- Safaverdi was the company's contact w/ the Embassy — reported to Zanganeh & to the Board of IIHC
    - Need contact w/ the Embassy when working in a foreign country
    - Also reported to M. Sadr
    - Another of his responsibilities was to develop new business in the region
- Iran wanted the project to be successful — was part of the MOU
- Neither gov't was satisfied — payment dispute, suspended the project
    - Safaverdi and others who dealt w/ the Embassy were told that the Iranian gov't was not satisfied with the project
    - Chairman of PDVSA and his deputies also participated in meetings, as did Parada, the chairman of DVCOLSA    ↳ or site visits
- Board for the IIHC — did not deal w/ them directly
- Venezuela Committee was formed b/c this project was a much bigger project & new systems were supposed to be implemented
    - Board members of IIHC, Board members of Stratus and the team managing the project

, IIHC  , Stratus     , based in Tehran

(Members included) Zagaheh , Tehari , Reza Moayed (from Stratus - claims & contracts manager)
Board member of Stratus (Shariat) , Kazerani (Exec. Dep. Manager of Stratus)
Karimi was also a member                                   ↳ Reported to Tehari - based in Tehran
   ↳ thinks he was added        Also based in Tehran    ↳ Kazerani became managing director
     to the committee                                      of Stratus after Tehari's death
   Safaverdi worked for 7 months toward the end of the project
   Mohammed Sadr and Ali Sadr also were on the Venezuela Committee
       ↳ M. Sadr actually made the decisions

■ Karimi has known Ali Sadr since he was a child.
   - A. Sadr did high school and one year of college in Iran
   - Moved to the U.S. when he was 19 or 20
   - A. Sadr was 31 or 32 when he joined the Venezuela Committee

(Cetinel)
   - Karimi has known him since 2000
   - Attended many tenders with him for projects in Turkey (Middle Asia)
   - Did projects jointly with him
   - Stratus previously launched an office in Kazakstan
   - Cetinel also worked with Seynur — they managed the company formed by Stratus in Kazakstan
       ↳ They reported to Tehari.
       ↳ Karimi did not work with them until the Venezuela project

Stratus & IIHC were separate entities — but M. Sadr controlled both
   ↳ signed contract w/ PUCOLSA in 2007
   ↳ IIHC contracted w/ Stratus in late 2008 or early 2009 to execute the Venezuela project
   - So Tehari was in charge of the project (since he was the head of Stratus)
   - But IIHC was the contracted party — so all comms were under IIHC
       with the client — constant coordination b/t Stratus and IIHC

- Venezuela committee met regularly in the first 3-4 months, but then met 1-2 times a
  year while the work was running smoothly  — started meeting more when there were
  payment issues
   - The committee met by video conference
   - Did meet in Iran for a committee meeting — traveled there

- Contract b/t IIHC and DUCOLSA were specified in U.S. dollars
    - Invoiced them & payments were made through banks
    - Int'l agreement, so based on dollars
        Rial & Bolivar are not stable currencies
- Karimi was paid in Rials before he moved to the Venezuela project was equivalent to about $10,000
    - Paid in U.S. dollars during the Venezuela project  (paid in deposits to a bank account)
    - Centrel & Ceynar were also paid in dollars

- DUCOLSA wanted to change the currency to partly U.S. dollars & partly Bolivars (in early 2011)   ↳ Also wanted to add 5,000 units
    - Karimi went to Tehran to discuss these changes    to Venezuela also
    - was going to back to Venezuela   (Tehari was supposed to go with, but he died)
        - Feb. 28, 2011
        - Stayed for his funeral and then returned to Venezuela
    - Did not agree to the Bolivar payment proposal in 2011
- In late 2013, addendum to the contract was agreed to - part payments in Bolivar
    - Issued invoices monthly
        - 55% in Bolivars  (at 6.3 exchange rate)
        - 45% in U.S. dollars - but would reduce this by the payment made at the outset
    [ Received 35% of total payment at the outset of the project ]
- When Karimi left, around $22 million was still owed for the project
- The management team in Venezuela were paid in U.S. dollars
- Last time in Iran was 2015
    - Immigrated to Canada in 2014
- Karimi left Venezuela in Sept. 2014 - stopped working for Stratus
    - Only went to Iran for work once b/t 2009 & 2014 -   (in 2011)
    - Went to Iran 2-3 times during that time for vacation
- Is involved with construction in Canada and a daycare business

Ali Sadr's role - was the financial manager on the Venezuela project
- Became involved in late 2010
- Karimi submitted budgets and A. Sadr provided the funding
- A. Sadr made the payments to the accounts Karimi needed to run the project
- A. Sadr was responsible for collecting the payments from DUCOLSA
    - Submitted invoices to DUCOLSA (w/ a progress report)
        ↳ Also contained bank information
        ↳ Karimi signed the invoices that were submitted to DUCOLSA
    - Showed Bates #1577 - that is an invoice signed by Karimi
- Does not know where A. Sadr was based
    - Came to Venezuela 3-4 times to check on how the project was progressing
- Bates #1923 - showed to Karimi
    - Does not recognize the document
Did not discuss sanctions in the Venezuela Committee meetings that he participated in
    - IIHC's name was not officially changed - did not notify DUCOLSA of the name change - does recall that IIHC changed its name once in Iran but thinks it reverted back
- It was mentioned in one of the Venezuela Committee meetings that the abbreviation should be used instead of the full name (IIHC) - both M. Sadr and A. Sadr gave this instruction (around 2011 or 2012)
    - Karimi did not know why this instruction was given
- Karimi knew about the existence of sanctions against Iran - but did not know the details - did not think private companies or people were subject to sanctions at the time
    - Had difficulty receiving his pay in dollars - took longer
    - His bank account was closed by T.D. Bank - says he did not know why
- Bates #951 - showed email to Karimi
    - bKarimi_66 @ yahoo.com  ⎤ Used these personal email accounts
    - _51 @ yahoo.com          ⎦
    - Seldom used his Stratus email - does not remember the address
    - Mainly used his two yahoo accounts while in Venezuela

Bates #951 — Does not recognize the email
- Did not have a financial relationship w/ A. Sadr at that time

Asked about the Stratus & IIHC email addresses under Karimi's name
- Acknowledges that he had email addresses for these companies
- Does not recall using the accounts (if he did use them, only did so rarely)

Bates #950 — Showed document

Bates #2549 — Showed document
- Acknowledges sending this email — Jalil Zargoosh was his representative (power of attorney)
- Acknowledges seeing the attachment. — Said he thought TD Bank was being more conservative in deciding to close his account
- Mr. Amini was his immigration representative (consultant)