

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

Re:   United States v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

On March 31, 2020, the Government informed the Court that it had provided to the defense a recording of a January 22, 2020 interview by AUSAs assigned to this case of co-defendant Bahram Karimi (the "Recording"). *See* Dkt. 303. On April 1, 2020, the defense sent the Government a letter, which was also filed on ECF, requesting further information concerning the interviews of Karimi and the events surrounding the Government's disclosure of the Recording. *See* Dkt. 304. Today, the Government sent defense counsel the enclosed letter and attachments.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ____/s/_____
Jane Kim / Michael Krouse / Stephanie Lake
  Assistant United States Attorneys
Garrett Lynch
  Special Assistant United States Attorney
(212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)