March 16, 2020

I, Ali Sadr Hashemi Nejad, knowingly and willingly agree to proceed with jury deliberations with 11 jurors, including one juror who will participate in deliberations by video conference. I have discussed this issue with my counsel and am prepared to proceed as outlined above. ~~[crossed out]~~ I will waive my right to appeal any adverse verdict based on this issue.

*[signature]*