UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ALI SADR HASHEMI NEJAD,

Defendant.

18-cr-224 (AJN)

# FINAL VERDICT FORM

March 12, 2020

**Please check (√) each answer.**

## The Jury's verdict must be unanimous on each question.

Please answer the following questions. Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

## COUNT ONE

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count One, which charges the defendant with conspiring to defraud the United States from at least in or about 2006, up to and including at least in or about May 2014?

Not Guilty _____        Guilty \_\_✓\_\_\_\_\_

## COUNT TWO

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count Two, which charges the defendant with conspiring to violate the International Emergency Economic Powers Act, from at least in or about 2006, up to and including at least in or about May 2014?

Not Guilty _____        Guilty \_\_✓\_\_\_\_\_

## COUNT THREE

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count Three, which charges the defendant with bank fraud, from at least in or about 2006, up to and including at least in or about May 2014?

Under § 1344(1):        Not Guilty _____        Guilty _____

Under § 1344(2):        Not Guilty _____        Guilty \_\_✓\_\_\_\_\_

## COUNT FOUR

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count Four, which charges the defendant with participating in a bank fraud conspiracy, from at least in or about 2006, up to and including at least in or about May 2014?

Under § 1344(1):          Not Guilty _____          Guilty _____

Under § 1344(2):          Not Guilty _____          Guilty ___✓___

## COUNT FIVE

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count Five, which charges the defendant with money laundering from at least in or about 2006, up to and including at least in or about May 2014?

Not Guilty _____          Guilty ___✓___

## COUNT SIX

How do you find the defendant ALI SADR HASHEMI NEJAD with respect to Count Six, which charges the defendant with participating in a money laundering conspiracy from at least in or about 2006, up to and including at least in or about May 2014?

Not Guilty ___✓___          Guilty _____

*Proceed to the Final Instruction.*

## Final Instruction

Please stop. Please sign the form and notify the Marshal that you have reached a verdict.

3

_____     3/16/20

FOREPERSON                     DATE