UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALI SADR HASHEMI NEJAD,<br><br>*Defendant*. | Case No. 18 Cr. 224 (AJN)<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT'S POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL
OR IN THE ALTERNATIVE FOR A NEW TRIAL**

Defendant Ali Sadr Hashemi Nejad, through counsel, respectfully moves for a judgment of acquittal, or in the alternative for a new trial and related relief as detailed in the attached Memorandum of Law.

      Respectfully submitted,

      */s/ Brian M. Heberlig*
      Reid H. Weingarten
      STEPTOE & JOHNSON LLP
      1114 Avenue of the Americas
      New York, NY 10036
      Tel: (212) 506-3900
      rweingarten@steptoe.com

      Brian M. Heberlig (*Pro Hac Vice*)
      Bruce C. Bishop (*Pro Hac Vice*)
      David M. Fragale
      Nicholas P. Silverman (*Pro Hac Vice*)
      STEPTOE & JOHNSON LLP
      1330 Connecticut Avenue, N.W.
      Washington, DC 20036
      Tel: (202) 429-3000
      bheberlig@steptoe.com

      *Counsel for Defendant Ali Sadr Hashemi Nejad*

Dated:  May 1, 2020