# Exhibit E

*to*

*Memorandum in Support of Defendant's Post-Trial Motion for Judgment of Acquittal or in the Alternative for a New Trial*

# Milione, Shawn (USANYS) [Contractor]

| | |
|---|---|
| **From:** | Transaction Surveillance |
| **Sent:** | Friday, April 22, 2011 3:30 PM |
| **To:** | Financial Institutions Regulatory Requests |
| **Cc:** | Transaction Surveillance; GM-CO_SUS-RFI |
| **Subject:** | Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 |
| **Attachments:** | SAM116698 - RFI Transactions.xls; SAM116698 - GPS Screenshots.doc |

<div align="center">

## REQUEST FOR INFORMATION

</div>

**Alert Number:**         SAM116698
**Alert Name:**           BT/ FIDEICOMISO / FONDO CHINO

**Commerzbank Branch:**   BANCO DEL TESORO, C.A. BANCO UNIVERSAL

*\*Please note that due to the confidential nature of this query, the background of this request should not be disclosed to the respective parties and/or banks.*

Dear Colleagues:

Commerzbank is conducting a review of transactions, and the information requested about the entity noted below and the attached transactions stem from that review.

**Please provide your response by *May 7, 2011.***

The attached transactions are a representative sample of transactions about which additional information is requested.

Please ask your customer to provide the following information:

1. Please provide the full address of the Beneficiary, Stratus International Contracting?
2. Please provide the country of registration for Stratus International Contracting?
3. Please provide the beneficial owners and citizenship of the owners of Stratus International Contracting?
4. Please provide a detailed purpose of the payment?
5. Was this payment for services provided? If so, what type of services and please provide a copy of the invoice(s)?
6. Please provide the countries in which Stratus does business?

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | GPS_Key | Gps Source Key | Transfer Type | Amount | Account No. | MT202COV | Originator |
| 2 | 4/4/2011 | <a href=javascript:performDrillDownToExternalWindow("DK_CST_Wire_Details","21331820")>21331820</a> | GP20110404MS-MQGP-000615-00 | 1006 - Outgoing International Wire | $29,442,967.57 | EXT-18569 | COV | BT/ FIDEICOMISO / FONDO CHINO |

| | I | J | K | L | M | N |
|---|---|---|---|---|---|---|
| 1 | Originator Country | Beneficiary | Beneficiary Country | Order Institution 52A | Order Party Name | Order Bank Name |
| 2 | VE VENEZUELA | STRATUS INTERNATIONAL CONTRACTING | XX UNKNOWN | BANCO DEL TESORO, C.A. BANCO UNIVERSAL | COMMERZBANK AG FRANKFURT | COMMERZBANK A.G. |

|   | O | P | Q | R | S |
|---|---|---|---|---|---|
| 1 | Sender Name | Intermediary Bank Name | Beneficiary Bank Name | Beneficiary Name | Payment Details |
| 2 | COMMERZBANK AG FRANKFURT |   | J.P. MORGAN CHASE AND CO. | SCHWEIZERISCHE HYPOTHEKEN-UND |   |

|   | T | U |
|---|---|---|
| 1 | Payment Details 70A | Payment Details 72A |
| 2 | REF: DESEMBOLSO NRO. 386 FONDO CHINO VENEZOLANO. CODIGO NRO. 00579. | |



```
                Current Program GENAPP, Screen 32154, Field 5, Push 2
Key:   GP20110404MS-MQGP-000615-00
       :LT Address                       :COBAUS3XA
       :transaction type                 :202 COVER bank tfr favour 3rd bank
       :input from                       :COBADEFF
                                          COMMERZBANK AG FRANKFURT
                                          HEAD OFFICE
                                          32-36 NEUE MAINZERSTRASSE
                                          60261 FRANKFURT GERMANY
       :Validation Flag                  :COV}
-----------------------------------------------------------------------------
{4: Text block:
       :20 /transaction reference number :FAAS109400150500
       :21 /related reference            :FAAS109400150500
       :32A/value date                   :040411 USD 29,442,967.57
       :52A/ordering institution - BIC   :COBADEFF
                                          COMMERZBANK AG
                                          FRANKFURT AM MAIN
       :57A/account with inst - BIC      :CHASUS33
                                          JPMORGAN CHASE BANK, N.A.
                                          NEW YORK,NY
       :58A/beneficiary inst - BIC       :SHHBCHZZ
                                          :
```

```
                Current Program GENAPP, Screen 32154, Field 5, Push 2
Key:   GP20110404MS-MQGP-000615-00
                                          HYPOSWISS PRIVATBANK AG, ZURICH
                                          ZURICH
       :50K/ordering customer            :/400887746602USD
                                          BT/ FIDEICOMISO / FONDO CHINO
                                          VENEZOLANO. AV GUICAIPURO. URB EL
                                          ROSAL. TORRE BANCO DEL TESORO.
                                          CARACAS - VENEZUELA.
       :52A/ordering institution - BIC   :BDTEVECA
                                          BANCO DEL TESORO, C.A. BANCO
                                           UNIVERSAL
                                           CARACAS
       :59 /beneficiary customer         :/CH7708530519663100203
                                          STRATUS INTERNATIONAL CONTRACTING
                                          J.S.
       :70 /details of payment           :REF: DESEMBOLSO NRO. 386 FONDO
                                          CHINO VENEZOLANO. CODIGO NRO.
                                          00579.
       :33B/amount                       :USD 29,442,967.57}
-----------------------------------------------------------------------------
Entry   :           /SWIFT/ Date:110404 Time:02:44:17
                                          :
```