# Exhibit F

*to*

*Memorandum in Support of Defendant's Post-Trial Motion for Judgment of Acquittal or in the Alternative for a New Trial*

**Milione, Shawn (USANYS) [Contractor]**

| | |
|---|---|
| **From:** | Jepal, Vinay |
| **Sent:** | Thursday, May 12, 2011 12:54 PM |
| **To:** | Carbonaro, Donna |
| **Cc:** | Ibrahim, Asim (Sam); Cole, Ashley T.; Keswani (Teckchandani), Deepa |
| **Subject:** | FW: RFI RESPONSE: BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698   - done - |
| **Attachments:** | SAM116698 - RFI Transactions.xls; SAM116698 - GPS Screenshots.doc; Stratus_Registration_confirmation.pdf; stratus international contracting.pdf |
| **Importance:** | High |

Thanks Donna for the information.  Answer to question 3 is still not clear. The remaining RFI response clearly conflicts with the information available on the internet. (See attached) Website of Stratus lists its company as founded and based in Tehran, Iran.  Website also lists the 7000 unit apartment project in Venezuela as theirs with same address and information provided in RFI, which conflicts further.

My thought is that Stratus may have registered a special purpose vehicle in Istanbul for this and other projects however it still remains an Iran based entity and appears to be owned and controlled by Iranian individuals.

You may proceed with your actions in relations to AML.  We will analyze and discuss it further from the Sanctions side and decide any future course of action.

Thanks & Regards,
Vinay Jepal

Commerzbank AG
Sanctions Compliance Officer
New York, NY 10281-1050

T: (212) 895-6771
F: (212) 266-7235

Vinay.Jepal@commerzbank.com

http://www.commerzbank.us

---

**From:** Carbonaro, Donna
**Sent:** Thursday, May 12, 2011 12:28 PM
**To:** Jepal, Vinay
**Cc:** Ibrahim, Asim (Sam)
**Subject:** FW: RFI RESPONSE: BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 - done -
**Importance:** High

Please let me know your thoughts on this matter.

Donna Carbonaro

Commerzbank AG
US Compliance

2 World Financial Center
New York, NY 10281-1050

T: 212-895-1655
F: 212-895-5544

Donna.Carbonaro@commerzbank.com

http://www.commerzbank.us

---

**From:** Carbonaro, Donna
**Sent:** Thursday, May 12, 2011 12:14 PM
**To:** Jepal, Vinay
**Subject:** FW: RFI RESPONSE: BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 - done -
**Importance:** High

Hi Vinay,

Please see the reply below and attached documentation.

Donna Carbonaro

Commerzbank AG
US Compliance

2 World Financial Center
New York, NY 10281-1050

T: 212-895-1655
F: 212-895-5544

Donna.Carbonaro@commerzbank.com

http://www.commerzbank.us

---

**From:** Ortiz, Michelle (Compliance)
**Sent:** Wednesday, May 04, 2011 3:24 PM
**To:** Carbonaro, Donna
**Subject:** FW: RFI RESPONSE: BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 - done -
**Importance:** High


Michelle Ortiz

Commerzbank AG
US Compliance

2 World Financial Center
New York, NY 10281-1050

T: (212) 266-7208
F: (212) 266-7734

michelle.ortiz2@commerzbank.com

http://www.commerzbank.us

---

**From:** Transaction Surveillance
**Sent:** Wednesday, May 04, 2011 11:43 AM

**To:** Ortiz, Michelle (Compliance)
**Subject:** RFI RESPONSE: BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 - done -
**Importance:** High

See RFI response below and a attached form.

Yorick Kemp

Commerzbank AG
US Compliance

2 World Financial Center
New York, NY 10281-1050

T: (212) 266-7260
F: (212) 266-7235

yorick.kemp@commerzbank.com

http://www.commerzbank.us

---

**From:** Financial Institutions Regulatory Requests
**Sent:** Wednesday, May 04, 2011 11:14 AM
**To:** Transaction Surveillance
**Cc:** GM-CO_SUS-RFI; Muehlbauer, Christian
**Subject:** BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698 - done -
**Importance:** High

Dear All,

Please find enclosed the answer for Reference: SAM 116698.

Best regards,

**MSB FI Relationship Services III**

**Cipriano Cugnigni, 136-86087**

---

**From:** Rep. Caracas
**Sent:** Wednesday, May 04, 2011 3:09 PM
**To:** Financial Institutions Regulatory Requests
**Cc:** Rode, Burkhard
**Subject:** FW: Commerzbank-BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698
**Importance:** High

Dear Mr. Cugnigni:

Enclosed please find the requestet Information to Banco del Tesoro, Caracas/Venezuela.

Quote
**From:** Mariangelina Urbina [mailto:mariangelina.urbina@bt.gob.ve]
**Sent:** Tuesday, May 03, 2011 5:39 PM
**To:** Rep. Caracas; Rode, Burkhard; Mariela; Sergio Gloria Cerrada
**Subject:** Commerzbank-BDTEVE-20110426-CC-Actimize RFI - BT/ FIDEICOMISO / FONDO CHINO - SAM116698

3

Adjunto las respuestas con su respectivo número correspondientes a cada items solicitado referente a la transferencia realizada a la empresa Stratus International Contracting J.S.

1. Physical Address stratus International Contracting: Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite 3). 34758 Atasehir, Istanbul

2. Country of registration: Istanbul, Turkey

3. Adjunto archivo PDF.

4.5.6. Stratus provides Construction Services in Turkey, Dubai, Venezuela. Stratus International Contracting J.S. receives the payments product of the Construction of 7000 apartments unit project, "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Ciudad Ojeda, Estado Zulia, Venezuela.

Espero les ayude la información que se remite respecto a esta transferencia ejecutada VD 04.04.2011.

Unquote

Best regards,

Commerzbank AG
Oficina de Representación Caracas

**Irúa Rosales de Díaz**
Financial Institutions Assistant

Postal Address/dirección de correo: Apdo. 5074, Caracas 1010-A / Venezuela
Office address/domicilio:  Av. Principal de la Castellana, Torre La Castellana, Piso 9, Caracas

Telf.         +58-212-264 7380
Fax.          +58-212-264 6474

e-mail: fi.caracas@commerzbank.com

www.commerzbank.com
www.fi.commerzbank.com

/ Partnership meets expertise /
_____

Commerzbank Aktiengesellschaft, Frankfurt am Main
Commercial Register: Amtsgericht Frankfurt am Main, HRB 32000
Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing, Chairman
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges, Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz

---

**REQUEST FOR INFORMATION**

**Alert Number:**         SAM116698
**Alert Name:**            BT/ FIDEICOMISO / FONDO CHINO
**Commerzbank Branch:**    BANCO DEL TESORO, C.A. BANCO UNIVERSAL
**Please provide your response by** *May 2, 2011.*

The attached transactions are a representative sample of transactions about which additional information is requested.

Please ask your customer to provide the following information:
1. Please provide the full address of the Beneficiary, Stratus International Contracting
2. Please provide the country of registration for Stratus International Contracting?

4

18

3. Please provide the beneficial owners and citizenship of the owners of Stratus International Contracting?
4. Please provide a detailed purpose of the payment?
5. Was this payment for services provided? If so, what type of services and please provide a copy of the invoice(s)?
6. Please provide the countries in which Stratus does business?

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Date | GPS_Key | Gps Source Key | Transfer Type | Amount | Account No. |
| 2 | 4/4/2011 | <a href=javascript | GP20110404MS-MQGP-000615-00 | 1006 - Outgoing International Wire | $29,442,967.57 | EXT-18569 |

| | G | H | I | J | K |
|---|---|---|---|---|---|
| 1 | MT202COV | Originator | Originator Country | Beneficiary | Beneficiary Country |
| 2 | COV | BT/ FIDEICOMISO / FONDO CHINO | VE VENEZUELA | STRATUS INTERNATIONAL CONTRACTING | XX UNKNOWN |

|   | L | M | N |
|---|---|---|---|
| 1 | Order Institution 52A | Order Party Name | Order Bank Name |
| 2 | BANCO DEL TESORO, C.A. BANCO UNIVERSAL | COMMERZBANK AG FRANKFURT | COMMERZBANK A.G. |

|   | O | P | Q |
|---|---|---|---|
| 1 | Sender Name | Intermediary Bank Name | Beneficiary Bank Name |
| 2 | COMMERZBANK AG FRANKFURT | | J.P. MORGAN CHASE AND CO. |

18-1

|   | R | S |
|---|---|---|
| 1 | Beneficiary Name | Payment Details |
| 2 | SCHWEIZERISCHE HYPOTHEKEN-UND | |

| | T | U |
|---|---|---|
| 1 | Payment Details 70A | Payment Details 72A |
| 2 | REF: DESEMBOLSO NRO. 386 FONDO CHINO VENEZOLANO. CODIGO NRO. 00579. | |

18-1



T.C.
İSTANBUL
Ticaret Sicil Memurluğu

(KADIKÖY)
370857 - 2010

## SİCİL TASDİKNAMESİ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber, merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM   2010 - 39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

18-3



فارسي | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr. president.

### 7000 Units 'New Ojeda' Housing Development Project

| | |
|---|---|
| Main Technical Features | Site Gross Area : 318 Hec.<br>Concrete works : 520,000 m³<br>Net Construction Area : 850.000 m²<br>Water & Sewage network : 150 Km<br>Electrical network : 200 Km<br>Communication network : 220 Km<br>Gas network : 30 Km |
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |

  

[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved

18-4

18-4



فارسي | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

*Road & Railway*



- STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
  STRATUS is Graded in three major categories:  Read more...

*Dam*



- STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

*Building*

- Our memberships:
  • Federation of Contractors of Islamic Countries (F.C.I.C.)
  • Pakistan Engineering Council
  • International Chamber of Commerce (I.C.C.)
  • Iran – UK Chamber of Commerce
  • Iran – Canada Chamber of Commerce    Read more...





Copyright © 2010 Stratus Group Company. All rights reserved

18-4