**Milione, Shawn (USANYS) [Contractor]**

| | |
|---|---|
| **From:** | Jepal, Vinay |
| **Sent:** | Monday, June 20, 2011 1:35 PM |
| **To:** | ofac_feedback@do.treas.gov |
| **Cc:** | CBNA Sanctions |
| **Subject:** | Emailing: Stratus International Contracting - Final |
| **Attachments:** | Stratus International Contracting - Final.pdf |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Attn: OFAC Compliance @ US Treasury

We like to share the attached information with the OFAC.

While performing the Transaction Review on an alert generated by our Transaction Surveillance system, we noted that one of the party to the transaction may be an Iranian or an Iranian Origin.

Please review the attached letter and the documents. If you have any questions or require any additional details, please let us know.

Thanks & regards,
Vinay Jepal

Commerzbank AG
Sanctions Compliance Officer
New York, NY 10281-1050

T: +1 (212) 895-6771
F: +1 (212) 266-7235
email: vinay.jepal@commerzbank.com
website: http://www.commerzbank.us

Commerzbank Aktiengesellschaft, Frankfurt am Main Handelsregister/Commercial Register: Amtsgericht Frankfurt am Main, HRB 32000 Vorsitzender des Aufsichtsrates/Chairman of the Supervisory Board: Klaus-Peter Müller
Vorstand/Board of Managing Directors: Martin Blessing (Vorsitzender/Chairman), Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges, Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke



The message is ready to be sent with the following file or link attachments:

Stratus International Contracting - Final


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.



**COMMERZBANK**

**NEW YORK BRANCH**

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

Vinay Jepal
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

### Re: Information Sharing – Stratus International Contracting Company

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela. The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's physical address is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Cuidad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



**NEW YORK BRANCH**

### Re: Information Sharing – Stratus International Contracting Company– Page 2

We have added Stratus into our sanctions filter to monitor any future payments. Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.

Respectfully,

Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

```
                                stratus intl payment
    :LT Address                  :COBAUS3XA
    :transaction type            :202 COVER bank tfr favour 3rd bank
    :input from                  :COBADEFF
                                  COMMERZBANK AG FRANKFURT
                                  HEAD OFFICE
                                  32-36 NEUE MAINZERSTRASSE
                                  60261 FRANKFURT GERMANY
    :Validation Flag             :COV}
 --------------------------------------------------------------------------
 {4: Text block:
    :20 /transaction reference number  :FAAS109400150500
    :21 /related reference             :FAAS109400150500
    :32A/value date                    :040411 USD 29,442,967.57
    :52A/ordering institution - BIC    :COBADEFF
                                        COMMERZBANK AG
                                        FRANKFURT AM MAIN
    :57A/account with inst - BIC       :CHASUS33
                                        JPMORGAN CHASE BANK, N.A.
                                        NEW YORK,NY
    :58A/beneficiary inst - BIC        :SHHBCHZZ
                                        HYPOSWISS PRIVATBANK AG, ZURICH
                                        ZURICH
    :50K/ordering customer             :/400887746602USD
                                        BT/ FIDEICOMISO / FONDO CHINO
                                        VENEZOLANO. AV GUICAIPURO. URB EL
                                        ROSAL. TORRE BANCO DEL TESORO.
                                        CARACAS - VENEZUELA.
    :52A/ordering institution - BIC    :BDTEVECA
                                        BANCO DEL TESORO, C.A. BANCO
                                          UNIVERSAL
                                          CARACAS
    :59 /beneficiary customer          :/CH7708530519663100203
                                        STRATUS INTERNATIONAL CONTRACTING
                                        J.S.
    :70 /details of payment            :REF: DESEMBOLSO NRO. 386 FONDO
                                        CHINO VENEZOLANO. CODIGO NRO.
                                        00579.
    :33B/amount                        :USD 29,442,967.57}
 --------------------------------------------------------------------------
  Entry    :      /SWIFT/ Date:110404 Time:02:44:17
                  Info:1111/001781
```



فارسي | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



*Road & Railway*

- STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
  STRATUS is Graded in three major categories:  Read more...



*Dam*

- STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...



*Building*

- Our memberships:
    • Federation of Contractors of Islamic Countries (F.C.I.C.)
    • Pakistan Engineering Council
    • International Chamber of Commerce (I.C.C.)
    • Iran – UK Chamber of Commerce
    • Iran – Canada Chamber of Commerce     Read more...



Copyright © 2010 Stratus Group Company. All rights reserved

27-1



فارسی | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Contact Us**

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved

27-1



فارسي | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



**Branch Offices**

| **Middle East** | **C I S** | **South America** |
|---|---|---|
| Iran | Kazakhstan | Venezuela |
| Iraq | | |

Copyright © 2010 Stratus Group Company. All rights reserved

27-1



فارسي | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr. president.



27-1

### Sister Companies List

 1. Samaneh Stratus (INVESTMENT CO.)

 2. Iran Construction Investment Co.

 3. Eghtesad - Novin Bank

 4. Pishgaman Bazar Novin (BROKERAGE CO.)

 5. Novin Insurance Co.

 6. Pars Shahr Co.

 7. Global Petro Tech CO.

 8. Keyhan Tabadol Co.

 9. Pars Hanza Aluminium CO.

 10. Azarbaijan Industry Development Co.

11. Eghtesad Novin Investment CO.

 12. Samaneh Gostar Novin

27-1

Copyright © 2010 Stratus Group Company. All rights reserved

27-1



فارسی | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr. president.



### 7000 Units 'New Ojeda' Housing Development Project

| | |
|---|---|
| Main Technical Features | Site Gross Area : 318 Hec. |
| | Concrete works : 520,000 m³ |
| | Net Construction Area : 850.000 m² |
| | Water & Sewage network : 150 Km |
| | Electrical network : 200 Km |
| | Communication network : 220 Km |
| | Gas network : 30 Km |
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |

  

[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved

27-1



فارسي | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr. president.



| | | |
|---|---|---|
|  | **Dalbandin – Nokkundi Highway - Section III-B** | Details >> |
|  | **Socotra Airport** | Details >> |
|  | **Design & Construction of Parliament Building & Commercial Center in Djibouti City** | Details >> |
|  | **7000 Units "New Ojeda" Housing Development Project** | Details >> |

Copyright © 2010 Stratus Group Company. All rights reserved

27-1

Case 1:18-cr-00224-AJN   Document 336-13   Filed 05/01/20   Page 12 of 13

27-1

T.C.
İSTANBUL
Ticaret Sicil Memurluğu

(KADIKÖY)
370857 - 2010

## SİCİL TASDİKNAMESİ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber,merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM    2010 - 39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

27-1