# Exhibit N

*to*

*Memorandum in Support of Defendant's Post-Trial Motion for Judgment of Acquittal or in the Alternative for a New Trial*

# Milione, Shawn (USANYS) [Contractor]

| | |
|---|---|
| **From:** | OFAC_Feedback@treasury.gov |
| **Sent:** | Wednesday, June 22, 2011 2:25 PM |
| **To:** | Jepal, Vinay |
| **Cc:** | CBNA Sanctions |
| **Subject:** | RE: Emailing: Stratus International Contracting - Final |
| **Sensitivity:** | Confidential |

Vinay,

We have received your correspondence, and we'll be in touch if further action is required.

Regards,

Leslie

OFAC Compliance

-----Original Message-----
From: Jepal, Vinay [mailto:Vinay.Jepal@commerzbank.com]
Sent: Monday, June 20, 2011 1:35 PM
To: OFAC_Feedback
Cc: CBNA Sanctions
Subject: Emailing: Stratus International Contracting - Final
Importance: High
Sensitivity: Confidential


Attn: OFAC Compliance @ US Treasury

We like to share the attached information with the OFAC.

While performing the Transaction Review on an alert generated by our Transaction Surveillance system, we noted that one of the party to the transaction may be an Iranian or an Iranian Origin.

Please review the attached letter and the documents.  If you have any questions or require any additional details, please let us know.

Thanks & regards,
Vinay Jepal

Commerzbank AG
Sanctions Compliance Officer
New York, NY 10281-1050

T: +1 (212) 895-6771
F: +1 (212) 266-7235
email: vinay.jepal@commerzbank.com

website: http://www.commerzbank.us

Commerzbank Aktiengesellschaft, Frankfurt am Main Handelsregister/Commercial Register: Amtsgericht Frankfurt am Main, HRB 32000 Vorsitzender des Aufsichtsrates/Chairman of the Supervisory Board: Klaus-Peter Müller
Vorstand/Board of Managing Directors: Martin Blessing (Vorsitzender/Chairman), Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges, Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke


The message is ready to be sent with the following file or link attachments:

Stratus International Contracting - Final


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

"This communication may contain confidential/proprietary information. It is intended only for the person(s) to whom it is addressed. If you are not the intended recipient you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is not permitted. If you have received this communication in error, please notify postmaster@cbkna.com immediately by e-mail and delete/destroy the original message, together with any and all copies in your possession. Views expressed in this e-mail do not necessarily reflect the views of Commerzbank AG  or its affiliates, including Commerz Markets LLC . All e-mails sent to or received from this address will be received by the Commerzbank AG corporate e-mail system and are subject to archival and review by someone other than the recipient."