# Exhibit O

*to*

*Memorandum in Support of Defendant's Post-Trial Motion for Judgment of Acquittal or in the Alternative for a New Trial*

# Milione, Shawn (USANYS) [Contractor]

| | |
|---|---|
| **From:** | Jepal, Vinay |
| **Sent:** | Thursday, June 16, 2011 2:19 PM |
| **To:** | Hofmann, Stefan (Dresdner Bank) |
| **Cc:** | Cole, Ashley T.; Keswani (Teckchandani), Deepa |
| **Subject:** | Manual User entries in Prime.pdf - Adobe Acrobat Professional |
| **Attachments:** | Manual User entries in Prime |

As requested.

![Metavante]

| Party Id | Full Name | List Type | Program | Remarks | Create Date | Party Type |
|---|---|---|---|---|---|---|
| 10001445 | ▇▇▇ | USER | BSA-KYCC | Another variation of ▇▇▇▇▇▇▇▇▇ Based on an email from Group Compliance FFT dated May 31, 2011, please return all transactions involving ▇▇▇▇▇▇▇ with following text "Due to internal compliance risk decisions, Commerzbank is unable to process this transaction." Upon returning please advise Sam Ibrahim of TSU of Compliance | 6/16/2011 12:17:09 PM | Other |
| 10001444 | ▇▇▇ | USER | BSA-KYCC | Based on an email from Group Compliance FFT dated May 31, 2011, please return all transactions involving ▇▇▇▇▇▇▇ with following text "Due to internal compliance risk decisions, Commerzbank is unable to process this transaction." Upon returning please advise Sam Ibrahim of TSU of Compliance | 5/31/2011 7:36:41 PM | Other |
| 10001443 | ▇▇▇ | USER | SYRIA | ▇▇▇▇▇▇▇ For Syria monitoring only, waive item if there are no SDNs, Syrian government involvement, or indications of possible terrorist finance. Otherwise refer to GM-CO Sanctions. | 5/25/2011 6:14:29 PM | Other |
| 10001442 | STRATUS INTERNATIONAL CONTRACTING | USER | IRAN | Iranian construction company with extensive overseas operations. HQ in Tehran, subsidiary in Turkey possibly just for handling of USD. Email exchange between Donna Carbonaro TSU and Vinay Jepal on 5/12/11 refers. | 5/19/2011 5:51:16 PM | Other |
| 10001441 | ▇▇▇ | USER | 311 | Notice of proposed ruling published 8/24/04, Federal Register V. 69 #163. Fifth Special Measure (prohibition of correspondent accounts) proposed but no update so far. The bank changed its name to ▇▇▇▇▇▇ and SWIFT code to ▇▇▇▇▇▇ as announced in FinCEN advisory FIN-2006-G002 4/10/06. Until further notice this entry is intended for monitoring only. | 5/11/2011 6:13:08 PM | Other |
| 10001440 | ▇▇▇ | USER | IRAN | See case 462607. German company but attempted to pay $22,861.00 to ▇▇▇▇▇▇▇, an Iranian company. Refer to CBNA Sanctions, any payments should be reviewed until 5/30/11 to avoid resubmissions. Payments without Iranian nexus (or other issues, of course) are OK. | 3/31/2011 3:08:55 PM | Other |
| 10001439 | ▇▇▇ | USER | IRAN | Account of ▇▇▇▇▇▇▇ with ▇▇▇▇▇▇ ▇▇▇ is an Iranian company. | 3/31/2011 3:04:58 PM | Other |
| 10001438 | ▇▇▇ | USER | IRAN | Tehran-based airfield services and forwarding company. Has an account No. 0024108591100 with ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ and has been shown deceptively with address in Sharjah. Rejectable. | 3/31/2011 3:03:29 PM | Other |
| 10001437 | ▇▇▇ | USER | LIBYA2 | See party id ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇ (LIBYA2). Deleted acronym SOC as alternate name because of false positives on abbreviations for "Society", "Societé". Creating separate compensatory sanctioned party names for SOC in conjunction with geography: Marsa al Brega, Tripoli, Libya. | 3/23/2011 11:09:58 AM | Other |
| 10001436 | ▇▇▇ | USER | LIBYA2 | See party id ▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇ (LIBYA2). Deleted acronym SOC as alternate name because of false positives on abbreviations for "Society", "Societé". Creating separate compensatory sanctioned party names for SOC in conjunction with geography: Marsa al Brega, Tripoli, Libya. | 3/23/2011 11:09:33 AM | Other |
| 10001435 | ▇▇▇ | USER | LIBYA2 | See party id ▇▇▇▇▇▇▇▇▇▇▇▇▇ (LIBYA2). Deleted acronym SOC as alternate name because of false positives on abbreviations for "Society", "Societé". Creating separate compensatory sanctioned party names for SOC in conjunction with geography: Marsa al Brega, Tripoli, Libya. | 3/23/2011 11:08:58 AM | Other |
| 10001434 | ▇▇▇ Cartago, Colombia | USER | SDNT | See party ▇▇▇▇▇▇▇▇▇▇▇ " Continuous hits on single word S.A. because incorporation term S.A. is a noise word. Deleting that party record and creating more specific name/address combinations to catch the SDN name without so many false positives. | 3/18/2011 3:41:00 PM | Other |

24-1

| ID | | List Type | List | Notes | Date | Category |
|---|---|---|---|---|---|---|
| 10001433 | ▇▇▇ | USER | SDNT | See party No. ▇▇▇ Continuous hits on single word S.A. because incorporation term S.A. is a noise word. Deleting that party record and creating more specific name/address combinations to catch the SDN name without so many false positives. | 3/18/2011 2:58:45 PM | Other |
| 10001432 | ▇▇▇ | USER | LIBYA2 | Refer to record ▇▇▇. Full name ▇▇▇ designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:27:28 PM | Other |
| 10001431 | ▇▇▇ | USER | LIBYA2 | Refer to record 603321. Full name ▇▇▇ designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:26:57 PM | Other |
| 10001430 | ▇▇▇ | USER | LIBYA2 | Refer to record 603321. Full name ▇▇▇, designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:26:30 PM | Other |
| 10001429 | ▇▇▇ | USER | LIBYA2 | Refer to record 603321. Full name ▇▇▇ designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:26:09 PM | Other |
| 10001428 | ▇▇▇ | USER | LIBYA2 | Refer to record ▇▇▇. Full name ▇▇▇, designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:25:30 PM | Other |
| 10001427 | ▇▇▇ | USER | LIBYA2 | Refer to record 603321. Full name ▇▇▇ designated by US Treasury on 3/15/11. The simple name hits any ▇▇▇ and created 127 false positive cases from 20:45 3/15/11 to 13:15 3/18/11. Deleted original SDN record and created new, more specific entries; preferable to excluding names of the various foreign ▇▇▇. All names created as parties since alternate names for user SPNs appear ineffective at present. | 3/18/2011 1:24:48 PM | Other |
| 10001426 | ▇▇▇ | USER | BSA-KYCC | Cancel/return any payments involving this company with the narrative: "Due to internal compliance risk decisions, Commerzbank is unable to process this transaction." Decision of Global Surveillance Committee 2/17/2011 emails from Tanja Kaul 2/17 and Dieter Gohl 2/18/2011 refer. Effective date 2/21/2011. On 2/25/11 emails from Tanja Kaul and Deepa Keswani temporarily rescinded the decision with 3/11/11 as target date for reimplementation. Final decision 3/11/11. all transactions for ▇▇▇ to be rejected as of 3/14/11 citing the above reason. | 3/17/2011 9:56:08 AM | Other |
| | | | BSA- | As per email from Thomas Weyer dated 3/16/11, Cancel/Return any payment with this party quoting "Due to corporate business policy we regret to inform you that | 3/16/2011 | |

| ID | | Type | List | Note | Date/Time | Category |
|---|---|---|---|---|---|---|
| 10001425 | ██████████ | USER | KYCC | Commerzbank is not in position to complete this transaction on your behalf" For any questions or upon cancel/return, advice GM-CO via email box "GM-CO_GwG_Verdachtsmeldungen" | 5:40:02 PM | Other |
| 10001424 | ██████████ | USER | BSA-KYCC | As per email from Thomas Weyer dated 3/16/11, Cancel/Return any payment with this party quoting "Due to corporate business policy we regret to inform you that Commerzbank is not in position to complete this transaction on your behalf" For any questions or upon cancel/return, advice GM-CO via email box "GM-CO_GwG_Verdachtsmeldungen" | 3/16/2011 5:39:35 PM | Other |
| 10001423 | ██████████ | USER | BSA-KYCC | As per email from Thomas Weyer dated 3/16/11, Cancel/Return any payment with this party quoting "Due to corporate business policy we regret to inform you that Commerzbank is not in position to complete this transaction on your behalf" For any questions or upon cancel/return, advice GM-CO via email box "GM-CO_GwG_Verdachtsmeldungen" | 3/16/2011 5:39:04 PM | Other |
| 10001422 | ██████████ | USER | BSA-KYCC | As per email from Thomas Weyer dated 3/16/11, Cancel/Return any payment with this party quoting "Due to corporate business policy we regret to inform you that Commerzbank is not in position to complete this transaction on your behalf" For any questions or upon cancel/return, advice GM-CO via email box "GM-CO_GwG_Verdachtsmeldungen" | 3/16/2011 5:38:27 PM | Other |
| 10001421 | ██████████ | USER | BSA-KYCC | As per email from Thomas Weyer dated 3/16/11, Cancel/Return any payment with this party quoting "Due to corporate business policy we regret to inform you that Commerzbank is not in position to complete this transaction on your behalf" For any questions or upon cancel/return, advice GM-CO via email box "GM-CO_GwG_Verdachtsmeldungen" | 3/16/2011 5:37:40 PM | Other |