# Exhibit Q

*to*

*Memorandum in Support of Defendant's Post-Trial Motion for Judgment of Acquittal or in the Alternative for a New Trial*



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 9, 2018

Baruch Weiss, Esq.
Andrew Bauer, Esq.
Arnold & Porter
601 Massachusetts Avenue, NW
Washington, DC 20001

      Re:    *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (ALC)

Dear Mr. Weiss and Mr. Bauer:

    This letter provides discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."), and seeks reciprocal discovery. Based on your request for discovery in this case, we have enclosed copies of the following materials, which are stamped with control numbers 000452 through 000715:

- Search warrants and affidavits;
- Immigration files.

    The Government recognizes its obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny. To date, the Government is unaware of any *Brady* material regarding your client, but will provide timely disclosure if any such material comes to light.

                                  Very truly yours,

                                  GEOFFREY S. BERMAN
                                  United States Attorney

                    by: /s/ Matthew Laroche
                         Andrew DeFilippis
                         Matthew Laroche
                         Garrett Lynch
                         Assistant United States Attorneys
                         (212) 637-2420