# Exhibit C
*to May 22, 2020 Letter from Ali Sadr*

| From: | Hochhauser, Rachel |
|---|---|
| To: | Lynch, Garrett; Conroy, Christopher |
| Cc: | Maloney, Christina |
| Subject: | Re: Karimi |
| Date: | Wednesday, September 14, 2016 4:43:20 PM |

Thanks for letting us know. We were just about to email and ask.

Sent from my BlackBerry 10 smartphone.

**From:** Lynch, Garrett
**Sent:** Wednesday, September 14, 2016 9:19 PM
**To:** Conroy, Christopher; Hochhauser, Rachel
**Cc:** Maloney, Christina
**Subject:** Karimi

Christina and Ben just met with him. In summary, he agreed to go to the consulate to get a visa but essentially said he wouldn't use it and wouldn't come. Aside from his safety, etc. concerns it became clear that he doesn't want to get his former colleagues and friends in trouble. He also firmly believes he and others did nothing wrong. The way they left it is Ben would call him in a couple days to follow up (in theory, they left open the possibility of him coming, but, for all intents and purposes he said he wouldn't). They didn't explicitly tell him that he also is exposed, but he seemed to get it and also seemed to indicate that he'd rather be charged then come testify. Last, at the end he apparently privately asked the RCMP agent what he should do, and the agent told him he may want to get a lawyer. Wouldn't be the worst thing at this point.

At the end of the day, sort of what we expected, and not a big blow. Our case is what it is – if he was never going to testify at trial, there really is no use in him only testifying in the grand jury. Back to assessing the case based on the docs and analysis.

Garrett A. Lynch
Deputy Bureau Chief
Major Economic Crimes Bureau
New York County District Attorney's Office
(212) 335-4335
lynchg@dany.nyc.gov