# Exhibit E

*to May 22, 2020 Letter from Ali Sadr*

420X-NY-4186159 Serial 43

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ███ FARSHID KAZERANI  **Date:** 06/07/2016

**CC:** Zachary Delecki

**From:** NEW YORK
███████
**Contact:** Benjamin Denk, ███████

**Approved By:** SSA William I Wikstrom

**Drafted By:** Benjamin Denk

**Case ID #:** 420U-NY-4186159  ███ STRATUS GROUP of IRAN; Iran Counter-proliferation

**Synopsis:** ███ FBI New York requests FBI Seattle conduct logical investigative steps to locate and, pending further instruction, facilitate an interview of FARSHID KAZERANI.



**Full Investigation Initiated:** 01/23/2014

**Enclosure(s):** Enclosed are the following items:
1. ███ Kazerani Facebook Photo
2. ███ Kazerani Passport

**Details:**

███ The purpose of this Electronic Communication is to request FBI Seattle conduct logical investigative steps to locate and, pending further instruction from FBI New York, facilitate an interview of FARSHID KAZERANI, DOB: ███████, POB: Tehran, Iran, SSN: ███████

420X-NY-4186159 Serial 43

Title: ███ FARSHID KAZERANI
Re: 420U-NY-4186159, 06/07/2016

### Background

███ FBI NY has been coordinating with the Manhattan District Attorney's Office (DANY) regarding an identified counter-proliferation threat posed by Stratus Group of Iran (Stratus). Stratus is an Iran-based conglomerate involved in numerous industries, including construction, finance, investment and banking. The company maintains offices throughout the world and includes contacts in multiple U.S. industries including banking, finance, and emergency preparedness. FBI NY is investigating Stratus for violations of IEEPA (Iran Sanctions), Money Laundering, Bank Fraud, Wire Fraud and other violations to be determined.

███ Information obtained during the course of the investigation indicates Stratus' involvement in suspicious currency transactions between Venezuela and Iran. The source of these transactions are related to the construction of a multimillion dollar housing development in Venezuela involving Stratus and Venezuela's state owned oil company Petroleos de Venezuela (PDVSA). It is believed some of these transactions transited New York banks, including the Federal Reserve Bank.

### Farshid Kazerani

███ Investigation revealed KAZERANI works as a US based consultant for Stratus and may have knowledge related to the suspicious currency transactions between Venezuela and Iran. KAZERANI may also be in violation of US law with respect to his work on behalf of an Iranian entity as he achieved Legal Permanent Resident status in the US as of 07/03/2012.

USAO_00510

Title:      FARSHID KAZERANI
Re:  420U-NY-4186159, 06/07/2016

▉ KAZERANI formed R&F CONSULTANT, LLC, date of formation 08/24/2014, UBI Number 603-430-627. KAZERANI is believed to continue to conduct business on behalf of Stratus and its related entities using this company.

▉ KAZERANI is married to DOLAT RAKHSHANDEH SALEH, DOB: ▉ SSN: ▉ and is believed to live and work in the FBI SE AOR. FBI NY identified the following addresses where KAZERANI may reside:

▉
Bothell, WA 98021
Dates: 9/2013 - 12/2015

▉
Kirkland, WA 98033
Dates: 8/2013 - 10/2015

▉
Dates: 3/2013 - 02/2014

▉
Kirkland, WA
Dates: 7/2013

▉ Pending FBI SE successfully locating KAZERANI, FBI NY intends to interview KAZERANI to obtain statements implicating members of the STRATUS network in conducting USD denominated financial transactions in violation of US sanctions law.

♦♦

3

Title: ▮▮ FARSHID KAZERANI
Re: 420U-NY-4186159, 06/07/2016

4

USAO_00512

Redacted to remove personal image

Redacted to remove personal image

420X-NY-4186159 Serial 78

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ▮ FARSHID KAZERANI  **Date:** 06/04/2018

**CC:** ▮

**From:** NEW YORK
▮
**Contact:** URBANOWICZ MICHAEL, ▮

**Approved By:** SSA William I Wikstrom

**Drafted By:** URBANOWICZ MICHAEL

**Case ID #:** 420U-NY-4186159   ▮ STRATUS GROUP of IRAN;
Iran Counter-proliferation

**Synopsis:** ▮ FBI New York requests FBI Seattle to confirm present location FARSHID KAZERANI for possible interview pending further instruction.

▮

**Enclosure(s):** Enclosed are the following items:
1. ▮ KAZERANI Passport

**Details:**

▮ The purpose of this Electronic Communication is to request FBI Seattle to confirm present location of FARSHID KAZERANI, DOB: ▮ POB: Tehran, Iran, SSN: ▮ for possible interview pending further instruction from FBI-NY.

**Background**

▮

420X-NY-4186159 Serial 78

**SECRET**

Title: ███ FARSHID KAZERANI
Re: 420U-NY-4186159, 06/04/2018

███ FBI NY has been coordinating with the Manhattan District Attorney's Office (DANY) and Southern District of New York (SDNY) regarding an identified counter-proliferation threat posed by Stratus Group of Iran (Stratus). Stratus is an Iran-based conglomerate involved in numerous industries, including construction, finance, investment and banking. The company maintains offices throughout the world and includes contacts in multiple U.S. industries including banking, finance, and emergency preparedness. FBI NY is investigating Stratus for violations of IEEPA (Iran Sanctions), Money Laundering, Bank Fraud, Wire Fraud and other violations to be determined.

███ Information obtained during the course of the investigation indicates Stratus' involvement in suspicious currency transactions between Venezuela and Iran. The source of these transactions are related to the construction of a multimillion dollar housing development in Venezuela involving Stratus and Venezuela's state owned oil company Petroleos de Venezeula (PDVSA). It is believed some of these transactions transited New York banks, including the Federal Reserve Bank.

<u>**Farshid Kazerani**</u>

███ Investigation revealed KAZERANI works as a US based consultant for Stratus and may have knowledge related to the suspicious currency transactions between Venezuela and Iran. KAZERANI may also be in

2

Title: ▮  FARSHID KAZERANI
Re:  420U-NY-4186159, 06/04/2018

violation of US law with respect to his work on behalf of an Iranian entity as he achieved Legal Permanent Resident status in the US as of 07/03/2012.

▮ KAZERANI formed R&F CONSULTANT, LLC, date of formation 08/24/2014, UBI Number 603-430-627. KAZERANI is believed to continue to conduct business on behalf of Stratus and its related entities using this company.

▮ KAZERANI is married to DOLAT RAKHSHANDEH SALEH, DOB: ▮ SSN: ▮ and is believed to live and work in the FBI SE AOR. FBI NY previously sent a lead to FBI Seattle in June 2016 and FBI Seattle was able to identify address ▮ as KAZERANI's place of residence. Since there has been a lapse in time, FBI NY requests FBI Seattle confirm that this address is still the location of KAZERANI.

▮ Pending FBI Seattle successfully locating KAZERANI, FBI NY intends to interview KAZERANI to obtain statements implicating members of the STRATUS network in conducting USD denominated financial transactions in violation of US sanctions law.

♦♦

3

Redacted to remove personal image

420X-NY-4186159 Serial 92

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▮ FARSHID KAZERANI     **Date:** 08/06/2019

**From:** NEW YORK
      **Contact:** Leigh Ann E. Pond, ▮

**Approved By:** A/SSA Leigh Ann E. Pond

**Drafted By:** Leigh Ann E. Pond

**Case ID #:** 420X-NY-4186159    ▮ STRATUS GROUP of IRAN;
                                          Iran Counter-proliferation

**Synopsis:** ▮ FBI New York requests FBI Seattle approach FARSHID KAZERANI as he has been avoiding telephone calls from FBI NY to schedule an interview.



**Enclosure(s):** Enclosed are the following items:
1. ▮ KAZERANI Passport

**Details:**

▮ The purpose of this Electronic Communication is to request that FBI Seattle approach FARSHID KAZERANI, DOB ▮ POB Tehran, Iran, SSN ▮ address ▮ cell phone ▮ ▮ as he has been avoiding telephone calls from FBI NY to schedule an in-person interview.

420X-NY-4186159 Serial 92

Title: ▮ FARSHID KAZERANI
Re: 420X-NY-4186159, 08/06/2019

## Case Background

▮ FBI NY and SDNY have a trial in October based on the encaptioned case against Stratus Group of Iran (Stratus). Stratus is an Iran-based conglomerate under investigation for violations of IEEPA (Iran Sanctions), Money Laundering, Bank Fraud, Wire Fraud and other violations.

▮ Information obtained during the course of the investigation indicates Stratus' involvement in suspicious currency transactions between Venezuela and Iran. The source of these transactions are related to the construction of a multimillion dollar housing development in Venezuela involving Stratus and Venezuela's state owned oil company Petroleos de Venezeula (PDVSA). Some of these transactions transited New York banks, including the Federal Reserve Bank.

## Farshid Kazerani

▮ KAZERANI works as a US-based consultant for Stratus and may have knowledge related to the suspicious currency transactions between Venezuela and Iran. KAZERANI may also be in violation of US law with respect to his work on behalf of an Iranian entity as he achieved Legal Permanent Resident status in the US as of 07/03/2012.

▮ KAZERANI formed R&F CONSULTANT, LLC, UBI Number 603-430-627. KAZERANI is believed to continue to conduct business on behalf of Stratus and its related entities using this company.

▮ KAZERANI is married to DOLAT RAKHSHANDEH SALEH, DOB: ▮ SSN: ▮ and is believed to live and work in the FBI SE AOR. FBI NY confirmed SALEH'S cell phone as ▮ SALEH confirmed her husband's cell phone as ▮

2

420X-NY-4186159 Serial 92

Title: ██ FARSHID KAZERANI
Re: 420X-NY-4186159, 08/06/2019

██ In June 2016 and July 2018, FBI Seattle was able to identify and reconfirm address ████████████████████████ as KAZERANI's place of residence, as requested in previous leads set by FBI NY.

██ FBI NY respectfully requests FBI Seattle's assistance again by approaching KAZERANI at his residence to let him know that FBI NY has been trying to contact him to schedule an interview. Details of the message and contact information of the Case Agent will be provided to the assigned Agent by SA Leigh Ann Pond.

██ Pending FBI Seattle successfully approaching KAZERANI, FBI NY intends to interview KAZERANI to obtain statements implicating members of the STRATUS network in conducting USD denominated financial transactions in violation of US sanctions law.

♦♦

3

Redacted to remove personal image

420X-NY-4186159 Serial 93

FD-1057 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▮▮▮▮ Seattle contact with Farshid Kazerani     **Date:** 08/26/2019

**From:** SEATTLE
▮▮▮▮
    **Contact:** ▮▮▮▮

**Approved By:** SSA ▮▮▮▮

**Drafted By:** ▮▮▮▮

**Case ID #:** 420X-NY-4186159    ▮▮ STRATUS GROUP of IRAN; Iran Counter-proliferation

**Synopsis:** ▮▮▮▮ To document in-person contact with Farshid Kazerani and to cover lead.

▮▮▮▮

**Details:**

On 08/22/2019, writer made contact with Farshid Kazerani at his residence located at ▮▮▮▮ Kazerani was advised that New York SA Leigh Ann Pond had made several attempts to contact him with no response. Kazerani claimed he did call the telephone number provided to his wife by the FBI, however, he did not leave a message. Kazerani stated he believed the calls may have been a scam. Kazerani was willing to speak with the FBI and with SA Pond and did not ask writer for any further details regarding the nature of the contact.

Kazerani is enrolled in English class at Cascadia Community College in Bothell, WA. He attends class ▮▮▮Redacted▮▮▮

▮▮▮▮

USAO_00523

Title: ▮▮▮▮▮ Seattle contact with Farshid Kazerani
Re: 420X-NY-4186159, 08/26/2019

Redacted  Kazerani stated he is a civil engineer by trade and was working to improve his English proficiency in support of applying for future jobs. Kazerani currently works as [Redacted Pursuant to Standing Order s. 8.D] Although he works every day, his hours are dependent on [Redacted Pursuant to Standing Order s. 8.D] schedules.

Kazerani advised he is available to speak with SA Pond on the morning of 8/26/19 and provided his personal cell phone number as ▮▮▮▮▮▮. Writer also provided Kazerani with SA Pond's contact information. Kazerani was advised that SA Pond would reach out to him to schedule an in-person meeting. Kazerani stated he did not have any other contact numbers to include a landline.

♦♦

2

420X-NY-4186159 Serial 95

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** ▇ Lead to FBI Seattle to Serve FARSHID KAZERANI     **Date:** 11/26/2019

**From:** NEW YORK
    ▇
    **Contact:** Leigh Ann E. Pond, ▇

**Approved By:** A/SSA Jennifer A. McReynolds

**Drafted By:** Leigh Ann E. Pond

**Case ID #:** 420X-NY-4186159     ▇ STRATUS GROUP of IRAN; Iran Counter-proliferation

**Synopsis:** ▇ To set a lead to FBI Seattle to serve FARSHID KAZERANI with the attached Grand Jury Subpoena.

▇

**Enclosure(s):** Enclosed are the following items:
1. ▇ GJS for KAZERANI

**Details:**

A Grand Jury Subpoena was issued for FARSHID KAZERANI, DOB ▇ POB Iran, ▇ cell phone number ▇ ▇ to appear before the Grand Jury on Monday, December 16, 2019 in the United States District Court for the Southern District of New York.

♦♦

▇

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: Farshid Kazerani

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:     December 16, 2019        Appearance Time:  9:30 a.m.

to testify and give evidence in regard to an alleged violation of :
18 U.S.C. §§ 371, 1344, 1349, 1705, 1956, 1957

and not to depart the Grand Jury without leave thereof, or of the United States Attorney.

**PERSONAL APPEARANCE REQUIRED.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:  New York, New York
        November 25, 2019

Geoffrey S. Berman/SLL
GEOFFREY S. BERMAN
*United States Attorney for the*
*Southern District of New York*

Stephanie Lake
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:  212-637-1066



rev. 02.01.12

USAO_00526

## Advice of Rights

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

rev. 02.01.12