# Exhibit A

*to June 3, 2020 Reply Letter*

10/21/2016     Call w/ Julie Malec / Sara Liebschutz

Christina Maloney     Julie Malee
Tom Kendris (notes)     Sara Liebschutz

Julie:
- 10 business days? → Reject report. (from formal rejection)
- Filed electronically OFAC Database
- Review for leads/flag
    - Use search parameters