# Exhibit E

*to June 3, 2020 Reply Letter*

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Jacqueline.Brewer@treasury.gov |
| **Cc:** | Kaveh.Miremadi@treasury.gov; MariaHelene.VanWagenberg@treasury.gov; Lake, Stephanie (USANYS); Krouse, Michael (USANYS); LynchG@dany.nyc.gov; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: Defense Expert Disclosure |
| **Date:** | Tuesday, February 25, 2020 2:46:20 PM |

Yes. I am at ▓▓▓▓▓▓▓▓. Thanks!

On Feb 25, 2020, at 2:41 PM, "Jacqueline.Brewer@treasury.gov" <Jacqueline.Brewer@treasury.gov> wrote:

Jane - are you free for a call now?

---

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Date:** February 24, 2020 at 10:50:50 PM EST
**To:** Miremadi, Kaveh <Kaveh.Miremadi@treasury.gov>, Brewer, Jacqueline <Jacqueline.Brewer@treasury.gov>, Van Wagenberg, Maria-Helene <MariaHelene.VanWagenberg@treasury.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>, Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>, LynchG@dany.nyc.gov <LynchG@dany.nyc.gov>, Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Subject:** FW: Defense Expert Disclosure

> **Caution:** The sender of this message is external to the Treasury network. Please use care when clicking on links, downloading attachments, and responding with sensitive information. Send suspicious email to suspect@gsoc.treas.gov, or report using Report Suspicious Email button in Outlook.

Kaveh, Jacqui, and Maria:

I'm attaching the expert disclosures we just received from defense counsel. Are you available for a call tomorrow to discuss briefly?

Thanks again – really appreciate it.

Jane