# Exhibit G

*to June 3, 2020 Reply Letter*

| | |
|---|---|
| **From:** | Kaveh.Miremadi@treasury.gov |
| **To:** | Kim, Jane (USANYS) 4; Jacqueline.Brewer@treasury.gov; MariaHelene.VanWagenberg@treasury.gov |
| **Cc:** | Lake, Stephanie (USANYS); Krouse, Michael (USANYS); LynchG@dany.nyc.gov; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Defense Expert Disclosure |
| **Date:** | Tuesday, February 25, 2020 6:27:57 PM |
| **Attachments:** | U-Turn Evasion to DOJ 02.25.2020.pdf |

Hi Jane,

Thanks for speaking with me and Jacqui. As noted in our call we believe Ted is best positioned to discuss the history and scope of the relevant General Licenses (pre- and post-revocation). He is also aware of, and can speak to, the policy topics that you mentioned.

Separately, OFAC has cleared the following language to share with your office (attached) regarding OFAC's practice and history involving the enforcement of the evasion prohibition and its application to the now revoked U-turn general license. Let me know if you have any questions.

Thank you,
Kaveh

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Sent:** Monday, February 24, 2020 10:50 PM
**To:** Miremadi, Kaveh <Kaveh.Miremadi@treasury.gov>; Brewer, Jacqueline <Jacqueline.Brewer@treasury.gov>; Van Wagenberg, Maria-Helene <MariaHelene.VanWagenberg@treasury.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; LynchG@dany.nyc.gov; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Subject:** FW: Defense Expert Disclosure

**Caution:** The sender of this message is external to the Treasury network. Please use care when clicking on links, downloading attachments, and responding with sensitive information. Send suspicious email to suspect@gsoc.treas.gov, or report using Report Suspicious Email button in Outlook.

Kaveh, Jacqui, and Maria:

I'm attaching the expert disclosures we just received from defense counsel. Are you available for a call tomorrow to discuss briefly?

Thanks again – really appreciate it.

Jane