# Exhibit I

*to June 3, 2020 Reply Letter*

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Ted.Kim@treasury.gov |
| **Cc:** | Lake, Stephanie (USANYS); Krouse, Michael (USANYS); LynchG@dany.nyc.gov; Kaveh.Miremadi@treasury.gov; Jacqueline.Brewer@treasury.gov; MariaHelene.VanWagenberg@treasury.gov |
| **Subject:** | RE: License Check |
| **Date:** | Tuesday, February 11, 2020 10:53:22 AM |

Thanks very much, Ted.

---

**From:** Ted.Kim@treasury.gov <Ted.Kim@treasury.gov>
**Sent:** Tuesday, February 11, 2020 10:26 AM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; LynchG@dany.nyc.gov; Kaveh.Miremadi@treasury.gov; Jacqueline.Brewer@treasury.gov; MariaHelene.VanWagenberg@treasury.gov
**Subject:** RE: License Check

Jane,

Here is the certified license history check you requested.  I will bring the hard copy with me when I visit your office this Thursday (Feb 13).  Thx.

Ted

---

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Sent:** Wednesday, February 5, 2020 5:23 PM
**To:** Kim, Ted <Ted.Kim@treasury.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; LynchG@dany.nyc.gov
**Subject:** RE: License Check

*This message is from an EXTERNAL SENDER - be CAUTIOUS of links and attachments. THINK BEFORE YOU CLICK.*

Could we have it by next Wednesday, 2/12?  If that's difficult, let us know.  Thanks.

---

**From:** Ted.Kim@treasury.gov <Ted.Kim@treasury.gov>
**Sent:** Wednesday, February 5, 2020 5:21 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; LynchG@dany.nyc.gov
**Subject:** RE: License Check

Hi Jane,

USAO_00733

Sure.  Please let me know when you need the certified license history check.   Having a set date will help the file move promptly.

Ted

---

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Sent:** Wednesday, February 5, 2020 5:10 PM
**To:** Kim, Ted <Ted.Kim@treasury.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; LynchG@dany.nyc.gov
**Subject:** RE: License Check

*This message is from an EXTERNAL SENDER - be CAUTIOUS of links and attachments. THINK BEFORE YOU CLICK.*

Ted:  I do think we'll need a certified version of this letter.  Is that possible?

Thanks again,
Jane

---

**From:** Kim, Jane (USANYS) 4
**Sent:** Tuesday, February 4, 2020 1:04 AM
**To:** Ted.Kim@treasury.gov
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; LynchG@dany.nyc.gov; Kaveh.Miremadi@treasury.gov; MariaHelene.VanWagenberg@treasury.gov; Jacqueline.Brewer@treasury.gov
**Subject:** Re: License Check

Thank you, Ted.

On Feb 3, 2020, at 4:13 PM, "Ted.Kim@treasury.gov" <Ted.Kim@treasury.gov> wrote:

> HI Jane,
>
> Here is the draft license history check.  Thanks!
>
> Ted
>
> ---
>
> **From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
> **Sent:** Monday, February 3, 2020 11:41 AM
> **To:** Kim, Ted <Ted.Kim@treasury.gov>
> **Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Miremadi, Kaveh <Kaveh.Miremadi@treasury.gov>; Van Wagenberg, Maria-Helene

USAO_00734

<MariaHelene.VanWagenberg@treasury.gov>; Brewer, Jacqueline
<Jacqueline.Brewer@treasury.gov>
**Subject:** License Check

*This message is from an EXTERNAL SENDER - be CAUTIOUS of links and attachments. THINK BEFORE YOU CLICK.*

Ted:

Below, please find the persons and entities for which we'd like you to run a license check:

Ali Sadr Hashemi Nejad
Mohammed Sadr Hashemi Nejad
Iranian International Housing Company
Stratus International Contracting Company
Stratus Group
Clarity Trade and Finance
Stratus International Contracting, J.S.

Best,
Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov


<Certified License History Check_Draft.docx>

USAO_00735