# Exhibit J

*to June 3, 2020 Reply Letter*

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Ted.Kim@treasury.gov |
| **Subject:** | RE: |
| **Date:** | Wednesday, February 19, 2020 9:53:54 PM |
| **Attachments:** | GX 601 2020.02.19 OFAC.pptx |

Sorry, Ted – please see this version. Thanks.

**From:** Kim, Jane (USANYS) 4
**Sent:** Wednesday, February 19, 2020 9:07 PM
**To:** Ted.Kim@treasury.gov
**Subject:**

Ted:  Please see attached.  Let's discuss further tomorrow at 4:30.  Thanks!

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov