UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) **18 Cr. 224 (AJN)** |
| ALI SADR HASHEMI NEJAD, et al., | ) |
| | ) |
| Defendants. | ) |

-----------------------------------------------------X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                                      Respectfully submitted,
                                                                       GEOFFREY S. BERMAN
                                                                       United States Attorney for the
                                                                       Southern District of New York

                                                     by: _____/s/_____
                                                                       Emil J. Bove III
                                                                       Assistant United States Attorney
                                                                       (212) 637-2444

TO: Counsel of Record (via ECF)