# Exhibit A

*to July 3, 2020 Defense Letter*

| | |
|---|---|
| **From:** | Hochhauser, Rachel |
| **To:** | "Denk, Benjamin (NY) (FBI)"; Thomas, Matthew |
| **Cc:** | Gunther, Alyssa; Kendris, Thomas; Abensur, Margaret; Lynch, Garrett |
| **Subject:** | RE: Translations |
| **Date:** | Friday, October 30, 2015 9:45:28 AM |

HI,

Yes, of course. Matt, can you please take care of getting Ben the most recent results. I believe there should be at least three returns already.

Ben, have you reached out to California yet? If so, can you give me a call to discuss? I am curious.

Rachel Hochhauser
Counter Terrorism Program Coordinator
Assistant District Attorney
Manhattan District Attorney's Office
Major Economic Crimes Bureau
80 Centre Street
New York, NY 10013
Hochhauserr@dany.nyc.gov
(212) 335-4279

**From:** Denk, Benjamin (NY) (FBI) [mailto:Benjamin.Denk@ic.fbi.gov]
**Sent:** Friday, October 30, 2015 9:34 AM
**To:** Thomas, Matthew
**Cc:** Hochhauser, Rachel; Gunther, Alyssa; Kendris, Thomas; Abensur, Margaret; Lynch, Garrett
**Subject:** Translations

Matt,

Attached please find part of the second round of 'triaged' email translations. Also, would it be possible to get a copy of the most recent round of email search warrant results?

Thanks,
Ben