# Exhibit B

*to July 3, 2020 Defense Letter*

| | |
|---|---|
| **From:** | Thomas, Matthew |
| **To:** | Denk, Benjamin (NY) (FBI) |
| **Cc:** | Lynch, Garrett |
| **Subject:** | PART 1 - Google SW - Hossein Tehrani & Farshid Kazerani |
| **Date:** | Friday, May 6, 2016 3:28:26 PM |
| **Attachments:** | farshid.kazerani.AccountInfo.Preserved.1.txt |
| | farshid.kazerani.AccountInfo.Preserved.2.txt |
| | farshid.kazerani.AccountInfo.txt |
| | farshid.kazerani.Gmail.Contacts.vcf |
| | hsn.teh218.AccountInfo.Preserved.1.txt |
| | hsn.teh218.AccountInfo.Preserved.2.txt |
| | hsn.teh218.AccountInfo.txt |
| | hsn.teh218.Gmail.Contacts.vcf |
| | Letter Response from Google.pdf |

Ben,

As requested, I am emailing you the latest search warrant data we received from Google for Hossein Tehrani and Farshid Kazerani. Due to size constraints, I am only able to attach the account and subscriber info. The MBOX files, which have the actual email content, will be copied to a CD or USB. Let me know which day/time works best next week so I can hand deliver you the rest of the data. Thanks.

I've Cc'd Garrett just so he is aware, and in case I am unavailable.

Matt

USAO_001234