Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

**Steptoe**

July 9, 2020

By ECF

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

    As this Court's Order states, "both the Government and Mr. Sadr agree that the indictment should be dismissed with prejudice. The Court intends to do so." Dkt. 357 at 1.

    Thus, while the parties will submit briefing addressing the correct procedural mechanism and timing for doing so, there is no longer any possibility of Sadr being retried or convicted. All agree that this prosecution is at an end. In light of that fact, we respectfully move the Court to immediately lift the pretrial restrictions on Sadr's liberty (as reflected in the sealed memo endorsements and restraining orders signed by Judge Carter on May 31, 2018 (Dkt. 31) and June 7, 2018 (docketed under seal) as modified by the Court's post-trial Order (Dkt. 301)).

    Specifically, we request that the Court: (1) release Sadr on his own recognizance pending the conclusion of this case; (2) order that Sadr's home detention, electronic monitoring, and travel restrictions be removed; (3) order that Sadr's bonds be exonerated and restraining orders be vacated, including the return or forgiveness of all third-party bond co-signers' obligations and the return of third-party co-signers' bail deposits; and (4) order the return of Sadr's bail deposit, passports, other personal identification documents, and any other property in the possession of the Court, Pretrial Services, and Probation.

    We have consulted with the government and they consent to this request.

The Honorable Alison J. Nathan
July 9, 2020
Page 2



        Respectfully submitted,

        <u>/s/ Brian M. Heberlig</u>
        Reid H. Weingarten
        STEPTOE & JOHNSON LLP
        1114 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 506-3900
        Fax: (212) 506-3950
        rweingarten@steptoe.com

        Brian M. Heberlig (*Pro Hac Vice*)
        Bruce C. Bishop (*Pro Hac Vice*)
        David M. Fragale
        Nicholas P. Silverman (*Pro Hac Vice*)
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, DC 20036
        Tel: (202) 429-3000
        Fax: (202) 429-3902
        bheberlig@steptoe.com

        *Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:    Counsel of Record (via ECF)