Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



July 9, 2020

By ECF

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

    As this Court's Order states, "both the Government and Mr. Sadr agree that the indictment should be dismissed with prejudice. The Court intends to do so." Dkt. 357 at 1.

    Thus, while the parties will submit briefing addressing the correct procedural mechanism and timing for doing so, there is no longer any possibility of Sadr being retried or convicted. All agree that this prosecution is at an end. In light of that fact, we respectfully move the Court to immediately lift the pretrial restrictions on Sadr's liberty (as reflected in the sealed memo endorsements and restraining orders signed by Judge Carter on May 31, 2018 (Dkt. 31) and June 7, 2018 (docketed under seal) as modified by the Court's post-trial Order (Dkt. 301)).

    Specifically, we request that the Court: (1) release Sadr on his own recognizance pending the conclusion of this case; (2) order that Sadr's home detention, electronic monitoring, and travel restrictions be removed; (3) order that Sadr's bonds be exonerated and restraining orders be vacated, including the return or forgiveness of all third-party bond co-signers' obligations and the return of third-party co-signers' bail deposits; and (4) order the return of Sadr's bail deposit, passports, other personal identification documents, and any other property in the possession of the Court, Pretrial Services, and Probation.    SO ORDERED.

    We have consulted with the government and they consent to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/20

BEIJING   BRUSSELS   CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON



Respectfully submitted,

*/s/ Brian M. Heberlig*
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:   Counsel of Record (via ECF)

7/9/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.