```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ALI SADR HASHEMI NEJAD,

      Defendant.

18 Cr. 224 (AJN)

## ORDER EXONERATING BONDS

The United States of America and the attorneys for Ali Sadr Hashemi Nejad, having requested the return of all bond deposits made in connection with this case, and the Indictment having been dismissed with prejudice, and as the security for the bonds are no longer required;

IT IS THEREFORE ORDERED:

Each of the bonds listed in Exhibit A are exonerated. The Clerk of the Court shall return funds in the following amounts to the following individuals, plus any accrued interest, and less any court registry fee, held by the Clerk of the Court, to be returned to the following respective individuals, and in accordance with the Clerk's standard operating procedures.

  1.  Cash from the corporate bank account of A&H Urban Lifestyle Investments LLC, in the amount of approximately $220,000, to be returned to Ali Sadr Hashemi Nejad, c/o Steptoe & Johnson LLP;

  2.  Cash in the amount of approximately $1,000,000, to be returned to ▇▇▇▇▇▇

  3.  Cash in the amount of $200,000, to be returned to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Dated: New York, New York
       July 31, 2020

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

# EXHIBIT A
# SCHEDULE OF BONDS

The following eleven bonds are to be exonerated:

1. A $20,000,000 bond co-signed by Ali Sadr, his mother ▮▮▮▮▮▮▮▮, and his two sisters, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, secured by the following assets:

    a. Ali Sadr's assets:

        i. An Apartment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ii. Cash from the corporate bank account of A&H Urban Lifestyle Investments LLC, in the amount of approximately $220,000;

        iii. Equitable interest in business entities that own investments in pistachio farms based in California;

        iv. Equity interest in Pilatus Bank, Malta, in a manner to be jointly agreed upon by the defense and the Government.

    b. ▮▮▮▮▮▮▮▮ Assets:

        i. Cash in the amount of approximately $1,000,000;

        ii. An Apartment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        iii. An Apartment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    c. ▮▮▮▮▮▮▮▮ Assets:

        i. Approximately $1,000,000 to be maintained in ▮▮▮▮▮▮ bank account;

        ii. Equitable interest in business entities based in California.

    d. ▮▮▮▮▮▮▮▮ Assets:

        i. An Apartment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ii. An Apartment located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        iii. Property (vacant lot) in California;

        iv. Equitable interest in business entities based in California.

2. A $5,000,000 bond co-signed by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ secured by:

    a. A Property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    b. A Property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    c. ▇▇▇▇▇▇▇ 401-K account;

    d. ▇▇▇▇▇▇▇ 401-K account.

3. A $650,000 bond co-signed by ▇▇▇▇▇▇▇, secured by her 401-K account.

4. A $1,000,000 bond co-signed by ▇▇▇▇▇▇▇, secured by property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

5. A $103,000 bond co-signed by ▇▇▇▇▇▇▇▇▇, secured by property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

6. A $1,400,000 bond co-signed by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ secured by property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

7. A $347,000 bond co-signed by ▇▇▇▇▇▇▇▇▇ secured by property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

8. A $2,500,000 bond co-signed by ▇▇▇▇▇▇▇, secured by property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and by her 401-K account.

9. A $1,000,000 bond co-signed by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ secured by cash in the amount of $200,000.

10. A $500,000 bond co-signed by ▇▇▇▇▇▇▇, secured by her 401-K account.

11. A $100,000 bond co-signed by ▇▇▇▇▇▇▇▇▇, secured by her 401-K account.