USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/20

# 1

4

6

9

10

11

12

17

20

27

---

30