Strikes

4
6
12
14
25
21

Alternate Strike

30