USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/20

We have chosen a foreman:

Juror #10

David Zuniga

*[signature]*

Ready to conclude for today.

*[signature]*