USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/20

Can we have the transcript of the entire closing arguments
- Gov
- Defense
- Gov rebuttal

*[signature]*