USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/20

Can we get more hot water + tea bags (black tea if possible)?

Are we allowed to leave the building for breaks?
Or even the room (staying in the building)?
Short breaks 5-10min?

*[signature]*