USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/20

We will conclude today @ 5PM

We will not use the option to continue tomorrow (Sat), assume we will resume Monday.

*[signature]*