

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Bahram Karimi*, S2 18 Cr. 224 (AJN)

Dear Judge Nathan:

    The Government writes in response to the Court's August 25, 2020 order. For the reasons set forth in its July 2, 2020 letter (Dkt. 354 at 6-7), the Government respectfully submits that Bahram Karimi's dismissal should be handled in the same manner as his co-defendant's. Accordingly, the Government seeks dismissal with prejudice of the indictment against Karimi pursuant to Federal Rule of Criminal Procedure 48(a). A proposed order is attached.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

                                 By:    /s/
                                        Emil J. Bove III / Shawn G. Crowley
                                        Assistant United States Attorneys
                                        (212) 637-2444 / 1034

cc: Defense Counsel (by Email)