

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

    Pursuant to this Court's September 16, 2020 Order, the Government respectfully submits the attached declaration of Acting United States Attorney Audrey Strauss.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

         by: _____
               JOHN M. McENANY
               Associate United States Attorney
               (212) 637-2571