

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

<u>Via Email and ECF</u>
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: <u>United States</u> v. <u>Ali Sadr Hashemi Nejad</u>, No. 18 Cr. 224 (AJN)

Dear Judge Nathan:

  I respectfully submit the enclosed letter, originally filed under seal on October 16, 2020, pursuant to the Court's October 20, 2020 order directing the Government to file on the public docket requests to seal declarations and exhibits. *See* Dkt. 382. The publicly-filed version of the October 16 letter has been redacted consistent with the Court's September 24, 2020 ruling on a prior sealing request.

                 Respectfully submitted,

                  /s/
                  Shawn G. Crowley
                  Assistant United States Attorney
                  (212) 637-1034

Cc: Defense Counsel