

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2020

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

    The Government has just filed its response to defense counsel's November 13, 2020 letter, with this Court. Since defense counsel filed their letter under seal, we have done the same with our reply. (*See* Dkt. 394). We respectfully request that the Court treat our filing like the defense letter for purpose of any unsealing.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Acting United States Attorney

by: _____
       JOHN M. McENANY
       Associate United States Attorney
       (212) 637-2571