UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 17, 2021, the Court issued an Opinion in this case under temporary seal to allow the prosecutors an opportunity to propose redactions to the Opinion. The Court has received no redaction requests and thus lifts the temporary seal on its February 17 Opinion.

SO ORDERED.

Dated: February 22, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge