

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2021

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
New York, New York 10007

  Re: United States v. Ali Sadr Hashemi Nejad, No. 18 Cr. 224 (AJN)

Dear Judge Nathan:

  Pursuant to the Court's February 17, 2021 order, enclosed are unredacted copies of my sworn declaration and accompanying exhibits, which were filed under seal on October 16, 2020.

             Respectfully submitted,

             /s/
             Emil J. Bove III
             Assistant United States Attorney
             (212) 637-2444

Enclosures

Cc: Defense Counsel
   (Via ECF)