

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2021

Via ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    <u>United States</u> v. <u>Ali Sadr Hashemi Nejad</u>, No. 18 Cr. 224 (AJN)

Dear Judge Nathan:

      Pursuant to the Court's February 17, 2021 order, enclosed are unredacted copies of former AUSA Shawn Crowley's sworn declaration and accompanying exhibits, filed under seal on October 16, 2020. As Ms. Crowley is no longer at the U.S. Attorney's Office, I was asked to file the declaration and exhibits on ECF.

                                    Respectfully submitted,

                                      /s/
                                  Emil J. Bove III
                                  Assistant United States Attorney
                                  (212) 637-2444

Enclosures

Cc:    Defense Counsel
       (Via ECF)