# EXHIBIT 1

| | |
|---|---|
| **From:** | McEnany, John (USANYS) |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS); Kim, Elizabeth (USANYS); Lake, Stephanie (USANYS); Krouse, Michael (USANYS) |
| **Cc:** | Graff, Ilan (USANYS) |
| **Subject:** | Sadr Telephone Records—Oversight and Correction |
| **Date:** | Thursday, October 15, 2020 11:03:06 AM |
| **Attachments:** | SA Smyth Timeline.xlsx |

Following up on a couple points that were raised with me in the last few days, I asked S/A Sean Smyth to review the telephone records. As a result I have one amplification and one correction to make to the recitation I set forth in my July 2, 2020, letter to the Court.

1. On page 11 of that letter, in the bottom paragraph, I describe a conference call the morning of Saturday, March 7, 2020, between AUSAs Lake, Kim and Krouse. I neglected to mention that during that conference call, which began at approximately 9:23 a.m., and which lasted for 26 minutes, SAUSA Lynch called AUSA Lake at approximately 9:24 a.m. That call went straight to voicemail; but at approximately 9:39 a.m. SAUSA Lynch called AUSA Lake again and was joined into the conference call for its remaining 10 minutes.

2. At pages 14-15 of the letter, I state "At 9:53 p.m., Chiefs Crowley and Bove called AUSA Krouse. Mobile phone records indicate this call lasted until 9:59 p.m., one minute before the Court's deadline." However, as reflected on the spreadsheet S/A Smyth prepared, there were multiple calls during the period 9:51 p.m. and 9:59 p.m. Specifically, at 9:51 p.m. Chief Bove called Chief Crowley; and at approximately 9:52 p.m. Chief Crowley conferenced AUSA Krouse into that call, which continued for up to one minute. At 9:53 p.m. Chief Bove initiated a separate call to Chief Crowley, which lasted for up to six minutes.

For more detail regarding those two calls I have attached the spreadsheet S/A Smyth prepared. You may of course reference this updated information as may be pertinent to your declarations. We will also reference this update in the October 30 filing the Court has authorized us to make.

-John

_____

**John M. McEnany**
Associate U.S. Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
212-637-2571 (desk)
646-285-1364 (mobile)
John.McEnany@usdoj.gov

Sheet1

| Date | Time | Event | Additional Record indicators | Agent Notes |
|------|------|-------|------------------------------|-------------|
| 03/07/20 | 09:23:00 AM | Stephanie Lake initiates conference call with Michael Krouse and Jane Kim. Call lasts 26 minutes | Conf Call indicator | |
| 03/07/20 | 09:24:00 AM | Stephanie Lake receives a call from Garrett Lynch (duration 1 min) which went to Voicemail | Went to V/M | Note 26 minute call still in progress |
| 03/07/20 | 09:39:00 AM | Stephanie Lake receives a call from Garrett Lynch duration 10 minutes | Call Waiting indicator | Note 26 minute call still in progress, Lynch joins conference call to the end |
| 03/08/20 | 09:51:00 PM | Emil Bove (personal cell) calls Shawn Crowley. Call lasts 3 minutes | Conf Call indicator | |
| 03/08/20 | 09:52:00 PM | Shawn Crowley calls Michael Krouse. Call lasts 1 minute | Conf Call indicator | Note becomes conference call between Crowley, Bove and Krouse |
| 03/08/20 | 09:53:00 PM | Emil Bove (work cell) calls Shawn Crowley. Call lasts 6 minutes | | |
| 03/08/20 | 09:59:00 PM | Shawn Crowley calls Stephanie Lake. Call lasts 5 minutes | | |

[Note durations are "up to" time indicated. For example, a duration of 3 minutes could indicate a call lasting anywhere from 2 minutes and 1 second to 3 minutes]

# EXHIBIT 2

**Crowley/Lake Chats – March 7, 2020**

[ . . . ]

Crowley, Shawn (USANYS) 5:30 PM:
let me guess. you wrote part 1 of this letter and jane wrote part 2?
Stephanie L. . Lake 5:35 PM:
nope
she wrote it all
i'm behind on these complicated summary charts for monday, and she finished a draft of the rebuttal, so she
just finished it
oh and also behind on being accused of brady violations
or ahead?
Crowley, Shawn (USANYS) 5:36 PM:
stephanie. what the actual fuck
i am a chief of the unit
i am allowed to ask questions
about a trial that is happening
Stephanie L. . Lake 5:36 PM:
NOOOOO
not you
defense
i'm telling you what they just did
because you are chief of the unit
Crowley, Shawn (USANYS) 5:37 PM:
ha ok sorry
what did they do
Stephanie L. . Lake 5:37 PM:
they accused us of a brady violation (again)
i'll just come explain. as long as you promise not to use my full name / yell at me.
Crowley, Shawn (USANYS) 5:37 PM:
Ok

[ . . . ]

**Crowley/Lake Chats – March 8, 2020**

[ . . . .]

Crowley, Shawn (USANYS) 2:17 PM:
no
can we talk about the brady thing at some point?
Stephanie L. . Lake 2:17 PM:
which brady thing?
Crowley, Shawn (USANYS) 2:18 PM:
yesterday you said they accused you of a brady violation?
Stephanie L. . Lake 2:18 PM:
oh, yeah. i explained it to emil
we're supposed to have a call with defense at 2:30
i can fill you in before if you want

[ . . . .]

Crowley, Shawn (USANYS) 2:23 PM:
ok can we talk about the brady thing?
Stephanie L. . Lake 2:23 PM:
yeah
too logn to type
Crowley, Shawn (USANYS) 2:24 PM:
are you here?


[. . . .]


Stephanie L. . Lake 5:25 PM:
unrelatedly
i think this all goes to a defense they're supposed to be precluded from making
which is that the banks were negligent in not figuring this stuff out
Crowley, Shawn (USANYS) 5:26 PM:
ok i think we should mention that in the materiality part of hte letter
Crowley, Shawn (USANYS) 5:48 PM:
can you swing by?
Stephanie L. . Lake 5:49 PM:
i'm furiously writing this thing
Crowley, Shawn (USANYS) 5:49 PM:
i know we have an idea
Stephanie L. . Lake 5:49 PM:
i can, but i'm worried about getting it done
okay
Stephanie L. . Lake 5:55 PM:
can you send me the schulte letter?
did it have law?
Crowley, Shawn (USANYS) 6:05 PM:
sorry let me see

# EXHIBIT 3

3:41     ..ıll LTE 🔋

<     **Emil** ›

Stephanie called (!!) and I just talked it through. She wanted to talk to the team first thing in the am, and I said fine. That was weak of me but she seemed pretty tired and I didn't want to compound my earlier email.    10:17 PM

She also mentioned that the defense accused them of a Brady violation based on a bank letter they turned over today. Did they come up with you?    10:19 PM

-that    10:19 PM

Not weak.    10:19 PM

Oh god. No    10:19 PM

She said they can't understand how it's exculpatory and they said it was "self evident" why. But no filing yet and maybe/hopefully standing down.    10:20 PM

But yeah I almost fell over    10:20 PM

These guys do seem like assholes. Hopefully it's just that...?    10:20 PM

Yeah I am praying    10:21 PM

iMessage

# EXHIBIT 4

**From:**      Krouse, Michael (USANYS)
**To:**        Crowley, Shawn (USANYS); Bove, Emil (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor]
**Subject:**   Defense letter re curative instruction
**Date:**      Sunday, March 08, 2020 4:03:52 PM
**Attachments:** Defense letter re curative instruction (March 8, 2020).pdf

This is what they filed.

Michael Krouse

Assistant United States Attorney

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

(212) 637-2279

Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

March 8, 2020

<u>By ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

On behalf of Defendant Ali Sadr Hashemi Nejad, we write to request a curative instruction. We have conferred with the government who stated that it opposes this request.

On Saturday afternoon around 4:00 p.m., the government produced GX 411 (attached as Exhibit A), which had not been previously disclosed to the defense. GX 411 reveals that in connection with the first U.S. dollar payment in this case, the intermediary bank wrote a letter to OFAC disclosing certain information about the transactions. Among other things, the intermediary bank disclosed to OFAC that Stratus Turkey (Stratus International Contracting J.S.) was affiliated with Stratus Iran (Stratus International Contracting Company) and implied that the two companies were either unitary or cooperating on the Ojeda project in Venezuela. The intermediary bank attached Stratus Iran's website describing its ongoing work on the Ojeda project. The intermediary bank concluded that this information was not subject to mandatory disclosure as indicated by its note that it was "voluntarily informing OFAC." The government has not produced any response from OFAC and to defense counsel's knowledge, no response exists. *Cf.* Tr. 580, Test. of Ted Kim (Mar. 5, 2020) (agreeing that to his knowledge, "this matter was never investigated by OFAC").

GX 411 is exculpatory evidence that:

- Stratus Turkey's affiliation with Stratus Iran was not material either to OFAC or the intermediary banks;

- intermediary banks conducted independent investigation and could easily identify the affiliation between Stratus Turkey and Stratus Iran or even (erroneously)



The Honorable Alison J. Nathan
March 8, 2020
Page 2

> conclude that the two companies were a single entity that "may be an Iranian company"; and

- neither the intermediary bank nor OFAC deemed the disparities in information about the two Stratus International Contractings working on the Ojeda project as important enough to stop U.S. dollar payments to Stratus International Contracting J.S.

The government should have disclosed GX 411 under *Brady*, *Giglio*, and Rule 16.

In light of the government's failure to disclose this evidence before trial,[1] the defense respectfully requests a curative instruction. Based on a similar mid-trial disclosure in *United States v. Slough*, Judge Lamberth issued the curative instruction attached as Exhibit B. The defense has pasted that instruction below, edited only to reflect the facts of this case:

> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company. You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law. The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

Tr. 6, *United States v. Slough*, No. 08-cr-360-RCL (D.D.C. Aug. 5, 2014) (relevant text highlighted in Ex. B). The defense requests that this instruction be read to the jury on Monday after GX 411 is admitted. The government opposes this request but does not object to the defense admitting this document in its case if the government chooses not to offer it.

Respectfully submitted,

*/s/ Brian M. Heberlig*
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

---

[1] The government represents that it learned of this evidence in mid-January 2020 and that it came from an unrelated DANY investigation. The government states that it believed this document was part of the Commerzbank subpoena return that was produced in discovery. It was not.

The Honorable Alison J. Nathan
March 8, 2020
Page 3



Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000Bishop
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:    Counsel of Record (via ECF)

# EXHIBIT 5

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Defense letter re curative instruction |
| **Date:** | Sunday, March 08, 2020 4:06:40 PM |
| **Attachments:** | GX 411.pdf |

**From:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense letter re curative instruction

Thanks.  Can you send us the document itself?

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 4:04 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Defense letter re curative instruction

This is what they filed.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279



# COMMERZBANK

**NEW YORK BRANCH**

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

**Vinay Jepal**
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

## Re: Information Sharing – Stratus International Contracting Company

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela. The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's physical address is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Cuidad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



**GOVERNMENT EXHIBIT 411**

18 Cr. 224 (AJN)



**COMMERZBANK**

NEW YORK BRANCH

**Re: Information Sharing – Stratus International Contracting Company– Page 2**

We have added Stratus into our sanctions filter to monitor any future payments.  Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.


Respectfully,


Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

stratus intl payment

```
:LT Address                    :COBAUS3XA
 :transaction type             :202 COVER bank tfr favour 3rd bank
 :input from                   :COBADEFF
                               COMMERZBANK AG FRANKFURT
                               HEAD OFFICE
                               32-36 NEUE MAINZERSTRASSE
                               60261 FRANKFURT GERMANY
 :Validation Flag              :COV}
-----------------------------------------------------------------
{4: Text block:
 :20 /transaction reference number :FAAS109400150500
 :21 /related reference            :FAAS109400150500
 :32A/value date                   :040411 USD 29,442,967.57
 :52A/ordering institution - BIC   :COBADEFF
                                   COMMERZBANK AG
                                   FRANKFURT AM MAIN
 :57A/account with inst - BIC      :CHASUS33
                                   JPMORGAN CHASE BANK, N.A.
                                   NEW YORK,NY
 :58A/beneficiary inst - BIC       :SHHBCHZZ
                                   HYPOSWISS PRIVATBANK AG, ZURICH
                                   ZURICH
 :50K/ordering customer            :/400887746602USD
                                   BT/ FIDEICOMISO / FONDO CHINO
                                   VENEZOLANO. AV GUICAIPURO. URB EL
                                   ROSAL. TORRE BANCO DEL TESORO.
                                   CARACAS - VENEZUELA.
 :52A/ordering institution - BIC   :BDTEVECA
                                   BANCO DEL TESORO, C.A. BANCO
                                    UNIVERSAL
                                    CARACAS
 :59 /beneficiary customer         :/CH7708530519663100203
                                   STRATUS INTERNATIONAL CONTRACTING
                                   J.S.
 :70 /details of payment           :REF: DESEMBOLSO NRO. 386 FONDO
                                   CHINO VENEZOLANO. CODIGO NRO.
                                   00579.
 :33B/amount                       :USD 29,442,967.57}
-----------------------------------------------------------------
 Entry    :       /SWIFT/ Date:110404 Time:02:44:17
                  Info:1111/001781
```





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
STRATUS is Graded in three major categories: Read more...

STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

Our memberships:
- Federation of Contractors of Islamic Countries (F.C.I.C.)
- Pakistan Engineering Council
- International Chamber of Commerce (I.C.C.)
- Iran – UK Chamber of Commerce
- Iran – Canada Chamber of Commerce    Read more...

*Road & Railway*



*Dam*



*Building*



Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Contact Us**

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Branch Offices**

| **Middle East** | **CIS** | **South America** |
|---|---|---|
| **Iran** | Kazakhstan | **Venezuela** |
| Iraq | | |

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hon

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



## Sister Companies List

 1.Samaneh Stratus (INVESTMENT CO.)

 2.Iran Construction Investment Co.

 3.Eghtesad - Novin Bank

4.Pishgaman Bazar Novin (BROKERAGE CO.)

 5.Novin Insurance Co.

 6.Pars Shahr Co.

 7.Global Petro Tech CO.

 8.Keyhan Tabadol Co.

 9.Pars Hanza Aluminium CO.

 10.Azarbaijan Industry Development Co.

11.Eghtesad Novin Investment CO.

 12.Samaneh Gostar Novin

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hon



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

---

**7000 Units 'New Ojeda' Housing Development Project**

| Main Technical Features | Site Gross Area : 318 Hec. |
| | Concrete works : 520,000 m³ |
| | Net Construction Area : 850.000 m² |
| | Water & Sewage network : 150 Km |
| | Electrical network : 200 Km |
| | Communication network : 220 Km |
| | Gas network : 30 Km |
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |

  

[Back to list]

---

Copyright © 2010 Stratus Group Company. All rights reserved

**Stratus International**
**Contracting Company**



STRATUS International Contracting Company has been
founded in 1978 in Tehran, Iran, with registered paid up share
capital of Rls 100 billions. STRATUS provides contracting
services to infrastructure projects such as Roads, Railways,
Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS
has been the first pioneered company in exporting Engineering
and Technical Services in Iran and received **"Exemplary
Exporters"** of the year 1999 from his excellency Mr.president.



| | | |
|---|---|---|
| **Dalbandin – Nokkundi Highway - Section III-B** | | Details >> |
| **Socotra Airport** | | Details >> |
| **Design & Construction of Parliament Building & Commercial Center in Djibouti City** | | Details >> |
| **7000 Units "New Ojeda" Housing Development Project** | | Details >> |

Copyright © 2010 Stratus Group Company. All rights reserved

(K A D I K Ö Y)
370857 - 2010

T.C.
İ S T A N B U L
Ticaret Sicil Memurluğu

S İ C İ L   T A S D İ K N A M E S İ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM   2010 -  39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

# EXHIBIT 6

**From:** Bove, Emil (USANYS)
**To:** Krouse, Michael (USANYS); Crowley, Shawn (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4
**Subject:** RE: Defense letter re curative instruction
**Date:** Sunday, March 08, 2020 4:16:12 PM

Thanks.  I dropped Garrett from this.  Can we please have the full thread with the January transmittal email + attachment?

---

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:07 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense letter re curative instruction

---

**From:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense letter re curative instruction

Thanks.  Can you send us the document itself?

---

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 4:04 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Defense letter re curative instruction

This is what they filed.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279

# EXHIBIT 7

| From: | Lake, Stephanie (USANYS) |
|---|---|
| To: | Bove, Emil (USANYS); Crowley, Shawn (USANYS) |
| Cc: | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4 |
| Subject: | FW: Sadr - wire transfers |
| Date: | Sunday, March 08, 2020 4:20:00 PM |
| Attachments: | Commerz OFAC disclosure.pdf |

This is the chain. None of us responded. I briefly discussed it with Garrett.

**From:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Sent:** Friday, January 10, 2020 4:52 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Sadr - wire transfers

In the spirit of closing the loop on the $29M payment through Commerz, attached is the voluntary disclosure Commerze made to OFAC re: the payment.

**From:** Lake, Stephanie (USANYS) [mailto:Stephanie.Lake@usdoj.gov]
**Sent:** Friday, January 10, 2020 3:16 PM
**To:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Cc:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Sadr - wire transfers

Closing the loop on this– I found a document in the material Fuenmayor gave us that discusses the $29 million transfer through Fondo Chino, and he also mentioned it in the last meeting. I think this should be helpful in tying the wire information we have showing the Fondo Chino transfer to PDVSA. The doc is attached, if anyone cares, but it's also en Espanol (I've requested translation). Pages 14-15.

**From:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Sent:** Wednesday, January 08, 2020 12:46 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Sadr - wire transfers

The Venezuelans used various state-owned "funds" and banks to fund various government projects, among them BANDES, the economic and social development bank (which, I believe made some early payments (not ours) related to the project), and Fondo Chino (the Chinese-Venezuelan Fund). Fondo Chino (at least ostensibly) was funded by oil sales to and loans from China (I think PDVSA and the government liberally moved money around). I forget exactly why Fondo Chino was used to make the first payment (or if we ever knew for sure) – my guess is that PDVSA, which controlled all oil-related funds (i.e., the Venezuelan purse), had adequate funds in the Fondo Chino account to make the payment from that account.  I believe the money came from a Banco del Tesoro account in Venezuela, which had a correspondent relationship with Commerz in Germany.  Thereafter, they

used PDVSA accounts at Banco Espirito Santo in Portugal.

---

**From:** Lake, Stephanie (USANYS) [mailto:Stephanie.Lake@usdoj.gov]
**Sent:** Wednesday, January 8, 2020 11:02 AM
**To:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Cc:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Sadr - wire transfers

Found the first one. Thanks. Do you know why it came from "Fondo Chino" / what that is?

That's fine on two. Just wanted to make sure I wasn't missing some other records that would show that information.

Definitely agree on the third point.

Thank you!

---

**From:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Sent:** Wednesday, January 08, 2020 10:04 AM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Sadr - wire transfers


1. Re: the first payment, there should be a copy of the SWIFT message in the Commerzbank production.  In my version of the subpoena compliance production it's a PDF titled "Copy".

2. Re: the identity of the intermediary bank, the bank whose business record the wire transfer is is the intermediary bank, so the witness will be able to state that.

3. Also, for several of the payments, we have additional search warrant documents -- e.g., while we may just have the wire transfer record from the clearing bank, we may also have a SWIFT message attached to an email, or a Hyposwiss record, or some other document which identifies the payment route. When the dust settles on the SW docs, we can reconstruct my old payments binders where I had all of the documents bundled together for each payment (the payment instruction letter, the bank record(s), emails, attachments, etc.).  This is what we did for the GJ.


---

**From:** Lake, Stephanie (USANYS) [mailto:Stephanie.Lake@usdoj.gov]
**Sent:** Tuesday, January 7, 2020 6:19 PM
**To:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** FW: Sadr - wire transfers

My original email had three attachments, which had to be sent to you securely. So you should be getting a secure message with instructions on how to access it.

---

**From:** Lake, Stephanie (USANYS)
**Sent:** Tuesday, January 07, 2020 5:37 PM
**To:** Lynch, Garrett <LynchG@dany.nyc.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Subject:** Sadr - wire transfers

See attached a spreadsheet (Payments) showing each transfer and where I found documentation. A few things:

1) I didn't find a wire confirmation for the 4/4/2011 $29 million transfer. I did find reference to it in the CHIPS subpoena returns. It seems to show that it went from "Fondo Chino-Venezolano" to Stratus International Contracting (see attached two spreadsheets that show this). Garrett – do you know if we have a wire confirmation for that transfer?

2) I noticed that the wire confirmations don't generally show the U.S. intermediary bank on them. Is there other documentation I'm missing that has this information?

*All documents are saved here: \\Usa.doj.gov\cloud\NYS\StAndrews\Shared\Iran_VEHousing-2017R01160\###Trial\Documents\Payment Records and here: \\Usa.doj.gov\cloud\NYS\StAndrews\Shared\Iran_VEHousing-2017R01160\Evidence [INT]\Discovery\#5 - Subpoena Returns\To Produce.

Also – Garrett, I was thinking that if you don't already have the ability to remotely login to our network, we should have that set up! That way the file paths above wouldn't be useless to you.

Thanks!

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by



**COMMERZBANK**

NEW YORK BRANCH

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

Vinay Jepal
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

**Re: Information Sharing – Stratus International Contracting Company**

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela. The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's physical address is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Cuidad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



**COMMERZBANK**

NEW YORK BRANCH

**Re: Information Sharing – Stratus International Contracting Company– Page 2**

We have added Stratus into our sanctions filter to monitor any future payments.  Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.


Respectfully,


Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

```
                          stratus intl payment
     :LT Address                :COBAUS3XA
     :transaction type          :202 COVER bank tfr favour 3rd bank
     :input from                :COBADEFF
                                COMMERZBANK AG FRANKFURT
                                HEAD OFFICE
                                32-36 NEUE MAINZERSTRASSE
                                60261 FRANKFURT GERMANY
     :Validation Flag           :COV}
---------------------------------------------------------------------
{4: Text block:
    :20 /transaction reference number  :FAAS109400150500
    :21 /related reference             :FAAS109400150500
    :32A/value date                    :040411 USD 29,442,967.57
    :52A/ordering institution - BIC    :COBADEFF
                                        COMMERZBANK AG
                                        FRANKFURT AM MAIN
    :57A/account with inst - BIC       :CHASUS33
                                        JPMORGAN CHASE BANK, N.A.
                                        NEW YORK,NY
    :58A/beneficiary inst - BIC        :SHHBCHZZ
                                        HYPOSWISS PRIVATBANK AG, ZURICH
                                        ZURICH
    :50K/ordering customer             :/400887746602USD
                                        BT/ FIDEICOMISO / FONDO CHINO
                                        VENEZOLANO. AV GUICAIPURO. URB EL
                                        ROSAL. TORRE BANCO DEL TESORO.
                                        CARACAS - VENEZUELA.
    :52A/ordering institution - BIC    :BDTEVECA
                                        BANCO DEL TESORO, C.A. BANCO
                                         UNIVERSAL
                                         CARACAS
    :59 /beneficiary customer          :/CH7708530519663100203
                                        STRATUS INTERNATIONAL CONTRACTING
                                        J.S.
    :70 /details of payment            :REF: DESEMBOLSO NRO. 386 FONDO
                                        CHINO VENEZOLANO. CODIGO NRO.
                                        00579.
    :33B/amount                        :USD 29,442,967.57}
---------------------------------------------------------------------
  Entry    :       /SWIFT/ Date:110404 Time:02:44:17
                Info:1111/001781
```





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
STRATUS is Graded in three major categories: Read more...

*Road & Railway*



STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

*Dam*



Our memberships:
   • Federation of Contractors of Islamic Countries (F.C.I.C.)
   • Pakistan Engineering Council
   • International Chamber of Commerce (I.C.C.)
   • Iran – UK Chamber of Commerce
   • Iran – Canada Chamber of Commerce    Read more...

*Building*



Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received  **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Contact Us**

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



**Branch Offices**

| **Middle East** | **CIS** | **South America** |
|:---:|:---:|:---:|
| Iran | Kazakhstan | Venezuela |
| Iraq | | |

Copyright © 2010 Stratus Group Company. All rights reserved



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

## Sister Companies List

 1.Samaneh Stratus (INVESTMENT CO.)

 2.Iran Construction Investment Co.

 3.Eghtesad - Novin Bank

4.Pishgaman Bazar Novin (BROKERAGE CO.)

 5.Novin Insurance Co.

 6.Pars Shahr Co.

 7.Global Petro Tech CO.

 8.Keyhan Tabadol Co.

 9.Pars Hanza Aluminium CO.

 10.Azarbaijan Industry Development Co.

11.Eghtesad Novin Investment CO.

 12.Samaneh Gostar Novin

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**7000 Units 'New Ojeda' Housing Development Project**

| Main Technical Features | Site Gross Area : 318 Hec.<br>Concrete works : 520,000 m³<br>Net Construction Area : 850.000 m²<br>Water & Sewage network : 150 Km<br>Electrical network : 200 Km<br>Communication network : 220 Km<br>Gas network : 30 Km |
|---|---|
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |





[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hon

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



**Dalbandin − Nokkundi Highway - Section III-B**          Details >>

**Socotra Airport**          Details >>

**Design & Construction of Parliament Building & Commercial Center in Djibouti City**          Details >>

**7000 Units "New Ojeda" Housing Development Project**          Details >>

Copyright © 2010 Stratus Group Company. All rights reserved

(K A D I K Ö Y)
370857 - 2010

T.C.
İ S T A N B U L
Ticaret Sicil Memurluğu

### S İ C İ L   T A S D İ K N A M E S İ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM   2010 -  39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

return email.

# EXHIBIT 8

| | |
|---|---|
| **From:** | Bove, Emil (USANYS) |
| **To:** | Lake, Stephanie (USANYS); Crowley, Shawn (USANYS) |
| **Cc:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Defense witness letter |
| **Date:** | Sunday, March 08, 2020 4:54:30 PM |

Can you guys please stop by?  We will not chill you.

---

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:34 PM
**To:** Bove, Emil (USANYS) <EBove@usa.doj.gov>; Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense witness letter

Ha. Shouldn't have used shorthand.

---

**From:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 4:33 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Crowley, Shawn (USANYS)
<SCrowley@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense witness letter

I was totally going for helpful rather than chilling, sorry I screwed that up.  We're working through
the summations, but let's circle up in 15-20 mins to talk strategy.

---

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:29 PM
**To:** Bove, Emil (USANYS) <EBove@usa.doj.gov>; Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Defense witness letter

We filed the letter on the expert de-risking testimony this morning, but per the chilling conversation
w/ Emil last night and the team this morning, did not file the cross portion of the letter. Based on our
conversation with defense, who wants us to tee up these issues, we're looking to file the attached
under seal. This contains what you looked at last night, plus a section on their character witness.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007

Tel: (212) 637-1066

# EXHIBIT 9

## March 8 – Crowley/Bove Chats

**Emil J. . Bove 3:25 PM:**
did you get a readout about that call?
i'm a little scared
**Crowley, Shawn (USANYS) 3:25 PM:**
not yet…
**Emil J. . Bove 3:26 PM:**
(plane)(plane)(plane)(plane)(plane)(plane):&&
**Crowley, Shawn (USANYS) 3:28 PM:**
hhahah plane crash puke


[. . . .]


**Crowley, Shawn (USANYS) 4:05 PM:**

ugh
**Emil J. . Bove 4:06 PM:**
that is a word
**Emil J. . Bove 4:08 PM:**
they were pretty gentle with us actually in that fn
**Emil J. . Bove 4:16 PM:**
we need to sit down with these guys
they need to scrub, tonight
and be sure they are in compliance with brady
bc they are going to be asked in open court what they did
and right now it is, actually we don't give a shit
**Crowley, Shawn (USANYS) 4:18 PM:**
yes i agree
**Emil J. . Bove 4:21 PM:**
can i just ask them to stop by?
actually let's talk first
i am not sure there's utility in opposing the instruction


[. . . .]


**Crowley, Shawn (USANYS) 5:26 PM:**

i think i'm going to stop with the closing and devote the rest of the night to cleaning out my office
**Emil J. . Bove 5:26 PM:**
seriously
i was just going to write to you - like the window was on my screen and yours popped in - are we just awful at this
**Crowley, Shawn (USANYS) 5:27 PM:**
i honestly do not see how this is on us at all?
like are we supposed to review their files?
**Emil J. . Bove 5:27 PM:**
no its crazy but i also feel like its our unit and the unit is behaving like we're in vc
**Crowley, Shawn (USANYS) 5:27 PM:**
but you are definitely right that is how this will be perceived
**Emil J. . Bove 5:27 PM:**

like i can't even make the joke about vc bc they are better than us right now
even in that meeting there was a resistance to acknowledging the gravity from some of them, i guess mainly krouse, who just doesn't care
jane's looking down like its not her issue even though she's on the email


[. . . .]

**Emil J. . Bove 6:04 PM:**
the dc cir case is actually a lot more defensible than what happened here
**Crowley, Shawn (USANYS) 6:05 PM:**
ugh

[. . . .]

**Crowley, Shawn (USANYS) 6:15 PM:**
steph came by
garrett went back
said the commerzbank file is 10 years of investigation
on a shared drive
not text searchable
**Emil J. . Bove 6:15 PM:**
get some coffee
**Crowley, Shawn (USANYS) 6:15 PM:**
not very organized
**Emil J. . Bove 6:15 PM:**
we will get cocaine for you bud
**Crowley, Shawn (USANYS) 6:16 PM:**
he found where this came from, which is a 250 page document, which he is printing and reading
i said tell him he needs to search as much as he can between now and tomorrow morning
**Emil J. . Bove 6:16 PM:**
yes 100%
i have nothing appropriate to add to that


## March 9 – Crowley/Bove Chats

**Crowley, Shawn (USANYS) 12:02 PM:**
i just talked to bekah
she's going thru her stuff
**Emil J. . Bove 12:03 PM:**
nice thank you


[. . . .]

**Bove, Emil (USANYS) 10:16 PM:**
she just said she wants to check.
**Crowley, Shawn (USANYS) 10:17 PM:**
fuck.
what did OFAC say?
**Emil J. . Bove 10:17 PM:**
they couldn't find it

**Crowley, Shawn (USANYS) 11:34 PM:**
garrett just gave me his edits
do you have the draft? i can input
**Emil J. . Bove 11:34 PM:**
yes 1 sec i'm just fixing the part about his folder

# EXHIBIT 10

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **To:** | Bove, Emil (USANYS); Crowley, Shawn (USANYS) |
| **Subject:** | Fwd: Order in 18cr224 |
| **Date:** | Sunday, March 08, 2020 5:03:17 PM |
| **Attachments:** | 18cr224 Order 03.8.20.pdf |
| | ATT00001.htm |

Begin forwarded message:

**From:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Date:** March 8, 2020 at 5:01:03 PM EDT
**To:** "Kim, Jane (USANYS) 4" <JKim4@usa.doj.gov>, "Lake, Stephanie
(USANYS)" <SLake@usa.doj.gov>, "Bbishop_steptoe.com"
<Bbishop@steptoe.com>, "Fragale, David" <DFragale@steptoe.com>, "Levin,
Michelle" <mlevin@steptoe.com>, "Silverman, Nicholas"
<nsilverman@steptoe.com>, "Weingarten, Reid" <RWeingarten@steptoe.com>,
"Lynch, Garrett" <LynchG@dany.nyc.gov>, "Lynch, Garrett (USANYS)
[Contractor]" <GLynch@usa.doj.gov>, "Heberlig, Brian"
<BHeberlig@steptoe.com>, "Krouse, Michael (USANYS)"
<MKrouse@usa.doj.gov>
**Subject: RE:  Order in 18cr224**

Counsel,

Attached please find a third Order from Judge Nathan that will appear on the docket on
Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** 'Kim, Jane (USANYS) 4' <Jane.Kim@usdoj.gov>; 'Lake, Stephanie (USANYS)'
<Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>;
'Fragale, David' <DFragale@steptoe.com>; 'Levin, Michelle' <mlevin@steptoe.com>;
'Silverman, Nicholas' <nsilverman@steptoe.com>; 'Weingarten, Reid'
<RWeingarten@steptoe.com>; 'Lynch, Garrett' <LynchG@dany.nyc.gov>; 'Lynch,
Garrett (USANYS) [Contractor]' <Garrett.Lynch@usdoj.gov>; 'Heberlig, Brian'
<BHeberlig@steptoe.com>; 'Krouse, Michael (USANYS)' <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ali Sadr Hashemi Nejad,

Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In its response letter to be filed by 7 p.m., the Government shall include a detailed

representation to the Court that explains why Government Exhibit 411 was not previously

disclosed and what led to its disclosure for the first time yesterday.  That representation shall

further specify all attorneys involved in the decision-making with respect to both the non-

disclosure and the subsequent disclosure yesterday of this document.

SO ORDERED.

Dated: March _____, 2020
       New York, New York

_____
     ALISON J. NATHAN
     United States District Judge

# EXHIBIT 11

**From:**      Crowley, Shawn (USANYS)
**To:**        Birger, Laura (USANYS); Bove, Emil (USANYS)
**Subject:**   RE: Sadr Trial - disclosure issue
**Date:**      Sunday, March 08, 2020 5:36:18 PM

You can call my desk – 212-637-1034

**From:** Birger, Laura (USANYS) <LBirger@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 5:35 PM
**To:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Cc:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Subject:** Re: Sadr Trial - disclosure issue

I can talk now if that works.  What number should I call?

Sent from my iPad


On Mar 8, 2020, at 5:20 PM, Bove, Emil (USANYS) <EBove@usa.doj.gov> wrote:


Hi Laura, a disclosure issue arose over the weekend in the Sadr trial before Judge Nathan.  In the attached order, AJN directed us to file a letter by 7pm tonight addressing the issue.  We're here with the team working through it, but were hoping to have a quick call to give you the context and make sure you're ok with the planned approach.  Thanks.
<18cr224 Order 03.8.20.pdf>

# EXHIBIT 12

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS) |
| **Cc:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | GX 411 response |
| **Date:** | Sunday, March 08, 2020 6:25:05 PM |
| **Attachments:** | 2020.03.08 Letter to Nathan re GX 411.docx |

I'm sorry – this is not very good. I'm not a fast writer, but didn't want to spend time revising and then have no time for your review.

Stephanie Lake

Assistant United States Attorney

Southern District of New York

One Saint Andrew's Plaza

New York, NY 10007

Tel: (212) 637-1066

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    **Re:**    *United States* **v.** *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the defendant's letter (Dkt. XX), and the Court's orders sent earlier today.

### I.    History of Government Exhibit 411

    This Office received Government Exhibit 411 from the Manhattan DA's Office on January 10, 2020, in the context of a discussion about one of the payments relevant to this case.

    Government Exhibit 411 is a voluntary disclosure that Commerzbank made to OFAC after clearing a payment from an entity affiliated with PDVSA in Venezuela to Stratus International Contracting (the "Payment"), which was one of the entities the defendant used to receive payments on behalf of IIHC. In the voluntary disclosure, dated June 16, 2011, Commerzbank reported that its money laundering filter flagged the Payment after it was already processed. The disclosure goes on to note that, after the Payment was alerted, Commerzbank investigated Stratus and learned that "Stratus was founded in 1978 in Tehran, Iran; Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings; Stratus is presently working on a 7000 Apartment Unit 'New Ojeda' Housing Development Project in Venezuela."

    It further reported that, on May 12, 2011, Commerzbank received a response to its inquiry to the remitter bank, stating, in sum and substance, that Stratus's address is in Turkey, it is registered in Turkey, it does construction in, among other places, Venezuela, and the payment was for the "construction of a 7000 apartment unit project" in Venezuela.

    Commerzbank concluded that "Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 2

between the website and the response forwarded by the bank in Caracas, [Commerzbank] believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.  We have added Stratus into our sanctions filter to monitor any future payments."

The Government viewed GX 411 as helpful to its case at trial, but unnecessary in light of GX 2032 and 2034.  Those exhibits show that Commerzbank sent a series of questions to the remitter bank on April 27, 2011 related to the Payment.  Those questions were ultimately forwarded to the defendant.  The defendant responded with misleading information, including by failing to answer one of the questions posed about the identity of the beneficial owners and Citizenship of the owners of Stratus International Contracting.

Based on the availability of other, overlapping evidence, the Government did not extract GX 411 from its email and mark it as an exhibit.  The members of the team from this Office wrongly assumed that the document had been part of the Commerzbank subpoena return and therefore had been produced to the defense in discovery in 2018.  We erred in failing to confirm with the DA's office the source of the document, and in failing to confirm that it was in fact part of the Commerzbank discovery that had previously been produced.  We now understand that GX 411 was obtained through an unrelated DANY investigation into Commerzbank and therefore had not previously been produced in discovery.  There was no affirmative decision made not to produce GX 411 to the defense.  Had we realized it was not part of an earlier discovery production, we would have provided it immediately upon receiving it.

This weekend, one of the members of the prosecution team came upon GX 411 in Outlook while organizing emails related to this case and others.  Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 now appeared useful to the Government's case, in addition to GX 2032 and 2034.  For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian International Housing Company when it was reviewing" one of the transactions in the case.  (Trial Tr. at 931.)  GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do – it researched a flagged transaction, and then added the concerning party to its sanctions filter.

At that time, the Government realized that GX 411 had not in fact been part of the Commerzbank discovery.  All members of the team agreed that the document should be produced to the defense.  No member of the Government team anticipated that the defense would view GX 411 as helpful to the defense case.

## II.    The Defendant's *Brady* Claim

The defendant has stated that GX 411 is exculpatory evidence for three reasons.  First, "because Stratus Turkey's affiliation with Stratus Iran was not material either to OFAC or the intermediary banks," second, because "the intermediary banks conducted independent investigation and could easily identify the affiliation between Stratus Turkey and Stratus Iran" and, third "neither the intermediary bank nor OFAC deemed the disparities in information about the

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 3

two Stratus International Contractings working on the Ojeda project as important enough to stop U.S. dollar payments to Stratus International Contracting J.S."

The Government now understand how GX 411 could advance the defendant's claim that any decision by OFAC not to take enforcement action following this disclosure is probative of the risk of harm from OFAC enforcement that banks face when the process sanctions violative transactions. However, as the defense has identified, this is a point the defendant already elicited from Ted Kim's. Kim testified that, to his knowledge, OFAC did not investigate this case. The Government is seeking to confirm whether OFAC took any action based on the Commerzbank disclosure, and is willing to enter into a stipulation that it did not if and when it gets confirmation from OFAC.

However, the Government does not agree that GX 411 is helpful to the defense for the other reasons proffered. First, GX 411 shows that Stratus Turkey's affiliation with Stratus Iran was material to Commerzbank, as Commerzbank added Stratus International Contracting to its sanctions filter following its review of this transaction.

Second, Commerzbank was only able to identify the connection between Stratus Turkey and Iran because the transaction was flagged for money laundering and it then launched an investigation. Absent that flag, nobody would have known to look into the companies. In addition, the Court has precluded the defendant from arguing that the banks "could easily identify the affiliation between" the front companies and Iran. *See* Dkt. XX.

The Government regrets its error and is working to confirm that there is nothing else related to the Commerzbank investigation that has any bearing in this case, and that there have been no other omissions from the materials produced to the defense.

However, the Government does not believe that the proposed curative instruction is necessary. In our conversations with the defense, the defense explained that it sought the instruction because the jury would not understand why they are seeing GX 411 for the first time at the end of the trial. But, if it is admitted, the Government expects that GX 411 will be admitted as part of the evidence on the payments in this case, which is its logical place.[1] As stated above, the Government is also willing to enter a stipulation that OFAC did not take action regarding the disclosure, pending OFAC's confirmation of this point. The Government believes this will

---

[1] If the defendant determines that he does not want to admit GX 411, the Government has agreed not to offer it in light of the late disclosure.

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 4

sufficiently cure any potential prejudice the defendant could have suffered through the Government's late disclosure of GX 411.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
    Jane Kim / Michael Krouse / Stephanie Lake
      Assistant United States Attorneys
    Garrett Lynch
      Special Assistant United States Attorney
    (212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)

# EXHIBIT 13

**From:**         Crowley, Shawn (USANYS)
**To:**           Lake, Stephanie (USANYS); Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch
**Cc:**           Bove, Emil (USANYS)
**Subject:**      2020.03.08 Letter to Nathan re GX 411 sgc.docx
**Date:**         Sunday, March 08, 2020 6:54:19 PM
**Attachments:**  2020.03.08 Letter to Nathan re GX 411 sgc.docx



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

> **Re:**   *United States* **v.** *Ali Sadr Hashemi Nejad*, **18 Cr. 224 (AJN)**

Dear Judge Nathan:

The Government respectfully submits this letter in response to the defendant's letter (Dkt. XX), and the Court's orders sent earlier today.  The Government concedes that it erroneously failed to timely disclose the document at issue, and apologizes to the Court and counsel for its error.  As a result, the Government will not seek to offer the document in evidence and, to the extent the defense intends to offer it, will stipulate to its admission and to relevant facts relating to OFAC's handling of the letter.

## I.    Disclosure of Government Exhibit 411

Government Exhibit 411 was first produced to the Manhattan DA's Office on [XX] in the course of a separate investigation of a particular bank ("Bank-1").  SAUSA Lynch emailed ~~This Office received~~ Government Exhibit 411 to AUSAs Kim, Krouse, and Lake~~from the Manhattan DA's Office~~ on January 10, 2020, in the context of a discussion about one of the payments relevant to this case.   The prosecution team wrongly assumed that Government Exhibit 411 had been produced to the defense, and failed to verify whether it had been.  This was a mistake.  The Government does not dispute that the document should have been disclosed along with its Rule 16 productions.

This weekend, AUSA Lake came upon GX 411 in Outlook while organizing emails related to this case and others.  At the time, AUSA Lake concluded that the Government may wish to offer GX 411 in its case in chief, consulted the other members of the prosecution team, marked GX 411 as an exhibit, and emailed it to defense counsel.[1]

---

[1] Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 appeared useful to the Government's case, in addition to GX 2032 and 2034.  For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 2

Government Exhibit 411 is a voluntary disclosure that Bank-1 made to OFAC after clearing a payment from an entity affiliated with PDVSA in Venezuela to Stratus International Contracting (the "Payment"), which was one of the entities the defendant used to receive payments on behalf of IIHC.  In the voluntary disclosure, dated June 16, 2011, Bank-1 processed.  The disclosure goes on to note that, after the Payment was alerted, Bank-1 investigated Stratus and learned that "Stratus was founded in 1978 in Tehran, Iran; Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings; Stratus is presently working on a 7000 Apartment Unit 'New Ojeda' Housing Development Project in Venezuela."

It further reported that, on May 12, 2011, Bank-1 received a response to its inquiry to the remitter bank, stating, in sum and substance, that Stratus's address is in Turkey, it is registered in Turkey, it does construction in, among other places, Venezuela, and the payment was for the "construction of a 7000 apartment unit project" in Venezuela.

Bank-1 concluded that "Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, [Bank-1] believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.  We have added Stratus into our sanctions filter to monitor any future payments."

GX 2032 and 2034 show that Bank-1 sent a series of questions to the remitter bank on April 27, 2011 related to the Payment.  Those questions were ultimately forwarded to the defendant.  The defendant responded with misleading information, including by failing to answer one of the questions posed about the identity of the beneficial owners and Citizenship of the owners of Stratus International Contracting.

## II.    The Defendant's *Brady* Claim

Based on conversations the Government has had with defense counsel this weekend, the Government now understands how GX 411 could advance the defendant's claim that any decision by OFAC not to take enforcement action following this disclosure is probative of the risk of harm from OFAC enforcement that banks face when they process transactions in violation of the sanctions laws.   The Government is currently seeking to confirm whether OFAC took any action based on Bank-1's disclosure, and is willing to enter to stipulate that OFAC did not take action against Bank-1, the Stratus entities, or the defendant.

The Government regrets its error and is working to confirm that there is nothing else related to the Bank-1 investigation that has any bearing in this case, and that there have been no other

International Housing Company when it was reviewing" one of the transactions in the case. (Trial Tr. at 931.)  GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do – it researched a flagged transaction, and then added the concerning party to its sanctions filter.

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 3

omissions from the materials produced to the defense, both at the U.S. Attorney's Office and
DANY.  And, in light of our late disclosure of GX 411, we will not seek to offer it at trial.  To the
extent the defense wishes to offer GX 411 in its case, the Government has no objection and will
stipulate to its admissibility.  As a result, the defendant is not prejudiced by the late disclosure, and
in light of the fact that they have not begun to present evidence, no curative instruction is necessary.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Jane Kim / Michael Krouse / Stephanie Lake
    Assistant United States Attorneys
Garrett Lynch
    Special Assistant United States Attorney
(212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)

# EXHIBIT 14

**From:**        Crowley, Shawn (USANYS)
**To:**          Lake, Stephanie (USANYS)
**Cc:**          Bove, Emil (USANYS)
**Subject:**     2020.03.08 Letter to Nathan re GX 411 sgc2.docx
**Date:**        Sunday, March 08, 2020 7:01:07 PM
**Attachments:** 2020.03.08 Letter to Nathan re GX 411 sgc2.docx

A few typos



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

     **Re:**   ***United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)**

Dear Judge Nathan:

     The Government respectfully submits this letter in response to the defendant's letter (Dkt. XX), and the Court's orders ~~sent earlier today~~from today. The Government concedes that it erroneously failed to timely disclose the document at issue, and apologizes to the Court and counsel for its error. As a result, the Government will not seek to offer the document in evidence and, to the extent the defense intends to offer it, will stipulate to its admission and to relevant facts relating to OFAC's handling of the letter.

**I.    Disclosure of Government Exhibit 411**

     Government Exhibit 411 was first produced to the Manhattan DA's Office on [XX] in the course of a separate investigation of a particular bank ("Bank-1"). SAUSA Lynch emailed Government Exhibit 411 to AUSAs Kim, Krouse, and Lake on January 10, 2020, in the context of a discussion about one of the payments relevant to this case. -The prosecution team wrongly assumed that Government Exhibit 411 had been produced to the defense, and failed to verify whether it had been. This was a mistake. The Government does not dispute that the document should have been disclosed along with its Rule 16 productions.

     This weekend, AUSA Lake came upon GX 411 in Outlook while organizing emails related to this case and others. At the time, AUSA Lake concluded that the Government may wish to offer GX 411 in its case in chief, consulted the other members of the prosecution team, marked GX 411 as an exhibit, and emailed it to defense counsel.[1]

---

[1] Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 appeared useful to the Government's case, in addition to GX 2032 and 2034. For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian International Housing Company when it was reviewing" one of the transactions in the case. (Trial

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 2

Government Exhibit 411 is a voluntary disclosure that Bank-1 made to OFAC after clearing a payment from an entity affiliated with PDVSA in Venezuela to Stratus International Contracting (the "Payment"), which was one of the entities the defendant used to receive payments on behalf of IIHC.  In the voluntary disclosure, dated June 16, 2011, Bank-1 processed1 noted .  The disclosure goes on to note that, after the Payment was alertedprocessed, Bank-1 investigated Stratus and learned that "Stratus was founded in 1978 in Tehran, Iran; Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings; Stratus is presently working on a 7000 Apartment Unit 'New Ojeda' Housing Development Project in Venezuela."

It further reported that, on May 12, 2011, Bank-1 received a response to its inquiry to the remitter bank, stating, in sum and substance, that Stratus's address is in Turkey, it is registered in Turkey, it does construction in, among other places, Venezuela, and the payment was for the "construction of a 7000 apartment unit project" in Venezuela.

Bank-1 concluded that "Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, [Bank-1] believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.  We have added Stratus into our sanctions filter to monitor any future payments."

GX 2032 and 2034, which have been admitted in evidence, show that Bank-1 sent a series of questions to the remitter bank on April 27, 2011 related to the Payment.  Those questions were ultimately forwarded to the defendant.  The defendant responded with misleading information, including by failing to answer one of the questions posed about the identity of the beneficial owners and Citizenship of the owners of Stratus International Contracting.

## II.    The Defendant's *Brady* Claim

Based on conversations the Government has had with defense counsel this weekend, the Government now understands how GX 411 could advance the defendant's claim that any decision by OFAC not to take enforcement action following this disclosure is probative of the risk of harm from OFAC enforcement that banks face when they process transactions in violation of the sanctions laws.  The Government is currently seeking to confirm whether OFAC took any action based on Bank-1's disclosure, and is willing to enter to stipulate that OFAC did not take action against Bank-1, the Stratus entities, or the defendant.

The Government regrets its error and is working to confirm that there is nothing else related to the Bank-1 investigation that has any bearing in this case, and that there have been no other omissions from the materials produced to the defense, both at the U.S. Attorney's Office and

Tr. at 931.)  GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do – it researched a flagged transaction, and then added the concerning party to its sanctions filter.

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 3

DANY.  ~~And, in~~In light of our late disclosure of GX 411, we will not seek to offer it at trial.  To the extent the defense wishes to offer GX 411 in its case, the Government has no objection and will stipulate to its admissibility.  As a result, the defendant is not prejudiced by the late disclosure, and in light of the fact that they have not begun to present evidence, no curative instruction is necessary.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
      Jane Kim / Michael Krouse / Stephanie Lake
          Assistant United States Attorneys
      Garrett Lynch
          Special Assistant United States Attorney
      (212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)

# EXHIBIT 15



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    **Re:**   *United States* **v.** *Ali Sadr Hashemi Nejad*, **18 Cr. 224 (AJN)**

Dear Judge Nathan:

    The Government respectfully submits this letter in response to the defendant's letter (Dkt. XX), and the Court's orders ~~sent earlier today~~from today.  The Government concedes that it erroneously failed to timely disclose the document at issue, and apologizes to the Court and counsel for its error.  As a result, the Government will not seek to offer the document in evidence and, to the extent the defense intends to offer it, will stipulate to its admission and to relevant facts relating to OFAC's handling of the letter.

I.    ~~History~~Disclosure **of Government Exhibit 411**

    ~~This Office received~~ Government Exhibit 411 ~~from~~was first produced to the Manhattan DA's Office on [XX] in the course of a separate investigation of a particular bank ("Bank-1").  SAUSA Lynch emailed Government Exhibit 411 to AUSAs Kim, Krouse, and Lake on January 10, 2020, in the context of a discussion about one of the payments relevant to this case.  The prosecution team wrongly assumed that Government Exhibit 411 had been produced to the defense, and failed to verify whether it had been.  This was a mistake.  The Government does not dispute that the document should have been disclosed along with its Rule 16 productions.

    This weekend, AUSA Lake came upon GX 411 in Outlook while organizing emails related to this case and others.  At the time, AUSA Lake concluded that the Government may wish to offer GX 411 in its case in chief, consulted the other members of the prosecution team, marked GX 411 as an exhibit, and emailed it to defense counsel.[1]

---

[1] Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 appeared useful to the Government's case, in addition to GX 2032 and 2034.  For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian

Formatted: Indent: Left:  0", First line:  0"

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 2

Government Exhibit 411 is a voluntary disclosure that ~~Commerzbank~~Bank-1 made to OFAC after clearing a payment from an entity affiliated with PDVSA in Venezuela to Stratus International Contracting (the "Payment"), which was one of the entities the defendant used to receive payments on behalf of IIHC.  In the voluntary disclosure, dated June 16, 2011, ~~Commerzbank reported~~Bank-1 noted that ~~its money laundering filter flagged~~, after the Payment ~~after it~~ was ~~already~~ processed.  ~~The disclosure goes on to note that, after the Payment was alerted, Commerzbank~~. Bank-1 investigated Stratus and learned that "Stratus was founded in 1978 in Tehran, Iran; Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings; Stratus is presently working on a 7000 Apartment Unit 'New Ojeda' Housing Development Project in Venezuela."

It further reported that, on May 12, 2011, ~~Commerzbank~~Bank-1 received a response to its inquiry to the remitter bank, stating, in sum and substance, that Stratus's address is in Turkey, it is registered in Turkey, it does construction in, among other places, Venezuela, and the payment was for the "construction of a 7000 apartment unit project" in Venezuela.

~~Commerzbank~~Bank-1 concluded that "Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, [~~Commerzbank~~Bank-1] believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.  We have added Stratus into our sanctions filter to monitor any future payments."

~~The Government viewed GX 411 as helpful to its case at trial, but unnecessary in light of~~ GX 2032 and 2034.  ~~Those exhibits~~, which have been admitted in evidence, show that ~~Commerzbank~~Bank-1 sent a series of questions to the remitter bank on April 27, 2011 related to the Payment.  Those questions were ultimately forwarded to the defendant.  The defendant responded with misleading information, including by failing to answer one of the questions posed about the identity of the beneficial owners and Citizenship of the owners of Stratus International Contracting.

~~Based on the availability of other, overlapping evidence, the Government did not extract GX 411 from its email and mark it as an exhibit.  The members of the team from this Office wrongly assumed that the document had been part of the Commerzbank subpoena return and therefore had been produced to the defense in discovery in 2018.  We erred in failing to confirm with the DA's office the source of the document, and in failing to confirm that it was in fact part of the Commerzbank discovery that had previously been produced.  We now understand that GX 411 was obtained through an unrelated DANY investigation into Commerzbank and therefore had not previously been produced in discovery.  There was no affirmative decision made not to produce~~

---

International Housing Company when it was reviewing" one of the transactions in the case.  (Trial Tr. at 931.)  GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do – it researched a flagged transaction, and then added the concerning party to its sanctions filter.

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 3

~~GX 411 to the defense.  Had we realized it was not part of an earlier discovery production, we would have provided it immediately upon receiving it.~~

~~This weekend, one of the members of the prosecution team came upon GX 411 in Outlook while organizing emails related to this case and others.  Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 now appeared useful to the Government's case, in addition to GX 2032 and 2034.  For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian International Housing Company when it was reviewing" one of the transactions in the case.  (Trial Tr. at 931.)  GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do — it researched a flagged transaction, and then added the concerning party to its sanctions filter.~~

~~At that time, the Government realized that GX 411 had not in fact been part of the Commerzbank discovery.  All members of the team agreed that the document should be produced to the defense.  No member of the Government team anticipated that the defense would view GX 411 as helpful to the defense case.~~

~~**II.     The Defendant's *Brady* Claim**~~

~~The defendant has stated that GX 411 is exculpatory evidence for three reasons.  First, "because Stratus Turkey's affiliation with Stratus Iran was not material either to OFAC or the intermediary banks," second, because "the intermediary banks conducted independent investigation and could easily identify the affiliation between Stratus Turkey and Stratus Iran" and, third "neither the intermediary bank nor OFAC deemed the disparities in information about the two Stratus International Contractings working on the Ojeda project as important enough to stop U.S. dollar payments to Stratus International Contracting J.S."~~

**II.     ~~The Government now understand~~The Defendant's *Brady* Claim**

Based on conversations the Government had with defense counsel this weekend, the Government now understands how GX 411 could advance the defendant's claim that any decision by OFAC not to take enforcement action following this disclosure is probative of the risk of harm from OFAC enforcement that banks face when ~~the~~they process ~~sanctions violative~~ transactions. ~~However, as the defense has identified, this is a point the defendant already elicited from Ted Kim's.  Kim testified that, to his knowledge, OFAC did not investigate this case.~~ in violation of the sanctions laws.  The Government is currently seeking to confirm whether OFAC took any action based on ~~the Commerzbank~~Bank-1's disclosure, and is willing to ~~enter into a stipulation~~stipulate that it~~OFAC~~ did not ~~if and when it gets confirmation from OFAC~~take action against Bank-1, the Stratus entities, or the defendant.

~~However, the Government does not agree that GX 411 is helpful to the defense for the other reasons proffered.  First, GX 411 shows that Stratus Turkey's affiliation with Stratus Iran was material to Commerzbank, as Commerzbank added Stratus International Contracting to its sanctions filter following its review of this transaction.~~

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 4

~~Second, Commerzbank was only able to identify the connection between Stratus Turkey and Iran because the transaction was flagged for money laundering and it then launched an investigation. Absent that flag, nobody would have known to look into the companies. In addition, the Court has precluded the defendant from arguing that the banks "could easily identify the affiliation between" the front companies and Iran. *See* Dkt. XX.~~

The Government regrets its error and is working to confirm that there is nothing else related to the ~~Commerzbank~~Bank-1 investigation that has any bearing in this case, and that there have been no other omissions from the materials produced to the defense~~.~~, both at the U.S. Attorney's Office and DANY.  In light of our late disclosure of GX 411, we will not seek to offer it at trial.  To the extent the defense wishes to offer GX 411 in its case, the Government has no objection and will stipulate to its admissibility.  As a result, the defendant is not prejudiced by the late disclosure, and in light of the fact that they have not begun to present evidence, no curative instruction is necessary.

~~However, the Government does not believe that the proposed curative instruction is necessary.  In our conversations with the defense, the defense explained that it sought the instruction because the jury would not understand why they are seeing GX 411 for the first time at the end of the trial.  But, if it is admitted, the Government expects that GX 411 will be admitted as part of the evidence on the payments in this case, which is its logical place.³  As stated above, the Government is also willing to enter a stipulation that OFAC did not take action regarding the disclosure, pending OFAC's confirmation of this point.  The Government believes this will sufficiently cure any potential prejudice the defendant could have suffered through the Government's late disclosure of GX 411.~~

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Jane Kim / Michael Krouse / Stephanie Lake
Assistant United States Attorneys
Garrett Lynch
Special Assistant United States Attorney
(212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)

---

³ ~~If the defendant determines that he does not want to admit GX 411, the Government has agreed not to offer it in light of the late disclosure.~~

# EXHIBIT 16

| | |
|---|---|
| **From:** | Crowley, Shawn (USANYS) |
| **To:** | Lake, Stephanie (USANYS); Bove, Emil (USANYS) |
| **Cc:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: GX 411 response |
| **Date:** | Sunday, March 08, 2020 7:08:19 PM |

Sorry, can you guys swing by my office once you've filed this letter? Thank you!

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 6:25 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** GX 411 response

I'm sorry – this is not very good. I'm not a fast writer, but didn't want to spend time revising and
then have no time for your review.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 17

| | |
|---|---|
| **From:** | Bove, Emil (USANYS) |
| **To:** | Kim, Jane (USANYS) 4; Crowley, Shawn (USANYS); Lake, Stephanie (USANYS) |
| **Cc:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: GX 411 response |
| **Date:** | Sunday, March 08, 2020 7:43:13 PM |

Great, thank you.

**From:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 7:43 PM
**To:** Bove, Emil (USANYS) <EBove@usa.doj.gov>; Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>;
Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor]
<GLynch@usa.doj.gov>
**Subject:** RE: GX 411 response

I emailed them.  I can call them now.

**From:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 7:32 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Lake, Stephanie (USANYS)
<SLake@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: GX 411 response

Really sorry to be annoying, but want to make sure we've put down a call and an email to OFAC on
this issue – basically to the point in our letter about seeking to confirm their (non)response to the
letter.

**From:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 7:08 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: GX 411 response

Sorry, can you guys swing by my office once you've filed this letter? Thank you!

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 6:25 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4
<JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** GX 411 response

I'm sorry – this is not very good. I'm not a fast writer, but didn't want to spend time revising and then have no time for your review.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 18

| From: | Bove, Emil (USANYS) |
|---|---|
| To: | Berman, Geoffrey (USANYS); Strauss, Audrey (USANYS); Stewart, Craig (USANYS); Graff, Ilan (USANYS); Birger, Laura (USANYS) |
| Cc: | Crowley, Shawn (USANYS) |
| Subject: | Sadr trial - disclosure issue |
| Date: | Sunday, March 08, 2020 7:53:49 PM |
| Attachments: | Govt Letter.pdf |
| | GX 411.pdf |
| | Defense letter.pdf |

As discussed with Laura, we wanted to flag a disclosure issue that arose this weekend in the Sadr trial before Judge Nathan.  This is the Iranian sanctions case where DANY is a part of the prosecution team.

The issue relates to a document that DANY obtained in a separate investigation in 2015.  The document is attached as GX 411.  In January 2020, our DANY SAUSA emailed the document to the rest of the team during a discussion about a summary chart.  At that time, our folks assumed incorrectly, and did not verify, that the document had already been produced to the defense.  Late Saturday afternoon, a member of the team came across the document again, and viewed it as inculpatory to such an extent that the team emailed it to defense marked as a government exhibit, GX 411.  During subsequent communications last night and this morning, defense counsel explained how the document supports their defense.

This afternoon, the defense filed the attached letter with Judge Nathan seeking a jury instruction about the untimely disclosure.  Our response, which Judge Nathan directed us to file by 7, is also attached.  Although we opposed the requested instruction, we conceded error, agreed not to offer GX 411 (which we still think is, on balance, very helpful to our case), and offered related authenticity and factual stipulations to the extent the defense wants to use the letter.  Tonight, our team is scouring the case file -- here and at DANY -- to verify that we are in compliance with our disclosure obligations.  They are also preparing to answer detailed factual questions from Judge Nathan tomorrow morning about the situation, which we discussed during a team meeting after we filed the letter.

Sorry to be reporting this, especially on a Sunday night.  We'll be in court with the team at the start of the day tomorrow, and will keep you updated.  The team expects to rest tomorrow, and to do closings Tuesday or Wednesday depending on the length of the defense case and the scheduling of the charge conference.

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2020

**FILED BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

   Re: *United States* v. *Ali Sadr Hashemi Nejad*, 18 Cr. 224 (AJN)

Dear Judge Nathan:

   The Government respectfully submits this letter in response to the defendant's letter (Dkt. 274), and the Court's orders sent earlier today. The Government concedes that it erroneously failed to timely disclose the document at issue, and apologizes to the Court and counsel for its error. As a result, the Government will not seek to offer the document in evidence and, to the extent the defense intends to offer it, will stipulate to its admission and to relevant facts relating to OFAC's handling of the letter.

**I. Disclosure of Government Exhibit 411**

   Government Exhibit 411 was first produced to the Manhattan DA's Office in 2015 in the course of a separate investigation of a particular bank ("Bank-1"). SAUSA Lynch emailed Government Exhibit 411 to AUSAs Kim, Krouse, and Lake on January 10, 2020, in the context of a discussion about one of the payments relevant to this case. The prosecution team wrongly assumed that Government Exhibit 411 had been produced to the defense, and failed to verify whether it had been. This was a mistake. The Government does not dispute that the document should have been disclosed along with its Rule 16 productions.

   This weekend, AUSA Lake came upon GX 411 in Outlook while organizing emails related to this case and others. At the time, AUSA Lake concluded that the Government may wish to offer GX 411 in its case in chief, consulted the other members of the prosecution team, marked GX 411 as an exhibit, and emailed it to defense counsel.[1] It was only in the context of this process that the

---

[1] Based on arguments the defense had made on Friday during Robert Peri's cross-examination, GX 411 appeared useful to the Government's case, in addition to GX 2032 and 2034. For example, defense counsel asked Peri wither "Citigroup . . . conduct[ed] any research regarding the Iranian International Housing Company when it was reviewing" one of the transactions in the case. (Trial

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 2

Government realized that GX 411 was not part of Bank-1's subpoena production, which had been provided to the defense in discovery.

Government Exhibit 411 is a voluntary disclosure that Bank-1 made to OFAC after clearing a payment from an entity affiliated with PDVSA in Venezuela to Stratus International Contracting (the "Payment"), which was one of the entities the defendant used to receive payments on behalf of IIHC. In the voluntary disclosure, dated June 16, 2011, Bank-1 noted that it had processed the Payment on April 4, 2011, but flagged it for potential money laundering after the fact, on April 20, 2011. The disclosure goes on to note that, after the Payment was alerted, Bank-1 investigated Stratus and learned that "Stratus was founded in 1978 in Tehran, Iran; Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings; Stratus is presently working on a 7000 Apartment Unit 'New Ojeda' Housing Development Project in Venezuela."

It further reported that, on May 12, 2011, Bank-1 received a response to its inquiry to the remitter bank, stating, in sum and substance, that Stratus's address is in Turkey, it is registered in Turkey, it does construction in, among other places, Venezuela, and the payment was for the "construction of a 7000 apartment unit project" in Venezuela.

Bank-1 concluded that "Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, [Bank-1] believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company. We have added Stratus into our sanctions filter to monitor any future payments."

GX 2032 and 2034 show that Bank-1 sent a series of questions to the remitter bank on April 27, 2011 related to the Payment. Those questions were ultimately forwarded to the defendant. The defendant responded with misleading information, including by failing to answer one of the questions posed about the identity of the beneficial owners and Citizenship of the owners of Stratus International Contracting.

## II. The Defendant's *Brady* Claim

Based on conversations the Government has had with defense counsel this weekend, the Government now understands how GX 411 advances the defendant's claim that any decision by OFAC not to take enforcement action following this disclosure is probative of the risk of harm from OFAC enforcement that banks face when they process transactions in violation of the sanctions laws. The Government is currently seeking to confirm whether OFAC took any action based on Bank-1's disclosure, and is willing to stipulate that OFAC did not take action against Bank-1, the Stratus entities, or the defendant.

---

Tr. at 931.) GX 411 presented an example of a bank doing precisely what defense counsel had accused Citigroup of failing to do – it researched a flagged transaction, and then added the concerning party to its sanctions filter.



**COMMERZBANK**

NEW YORK BRANCH

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

Vinay Jepal
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

## Re: Information Sharing – Stratus International Contracting Company

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela.  The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus  was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's  physical address  is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus  is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Cuidad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



GOVERNMENT
EXHIBIT
411

18 Cr. 224 (AJN)



**COMMERZBANK**

NEW YORK BRANCH

**Re: Information Sharing – Stratus International Contracting Company– Page 2**

We have added Stratus into our sanctions filter to monitor any future payments.  Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.

Respectfully,

Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

stratus intl payment

```
:LT Address                         :COBAUS3XA
 :transaction type                  :202 COVER bank tfr favour 3rd bank
 :input from                        :COBADEFF
                                     COMMERZBANK AG FRANKFURT
                                     HEAD OFFICE
                                     32-36 NEUE MAINZERSTRASSE
                                     60261 FRANKFURT GERMANY
 :Validation Flag                   :COV}
-----------------------------------------------------------------------
{4: Text block:
 :20 /transaction reference number  :FAAS109400150500
 :21 /related reference             :FAAS109400150500
 :32A/value date                    :040411 USD 29,442,967.57
 :52A/ordering institution - BIC    :COBADEFF
                                     COMMERZBANK AG
                                     FRANKFURT AM MAIN
 :57A/account with inst - BIC       :CHASUS33
                                     JPMORGAN CHASE BANK, N.A.
                                     NEW YORK,NY
 :58A/beneficiary inst - BIC        :SHHBCHZZ
                                     HYPOSWISS PRIVATBANK AG, ZURICH
                                     ZURICH
 :50K/ordering customer             :/400887746602USD
                                     BT/ FIDEICOMISO / FONDO CHINO
                                     VENEZOLANO. AV GUICAIPURO. URB EL
                                     ROSAL. TORRE BANCO DEL TESORO.
                                     CARACAS - VENEZUELA.
 :52A/ordering institution - BIC    :BDTEVECA
                                     BANCO DEL TESORO, C.A. BANCO
                                      UNIVERSAL
                                      CARACAS
 :59 /beneficiary customer          :/CH7708530519663100203
                                     STRATUS INTERNATIONAL CONTRACTING
                                     J.S.
 :70 /details of payment            :REF: DESEMBOLSO NRO. 386 FONDO
                                     CHINO VENEZOLANO. CODIGO NRO.
                                     00579.
 :33B/amount                        :USD 29,442,967.57}
-----------------------------------------------------------------------
 Entry    :       /SWIFT/ Date:110404 Time:02:44:17
                  Info:1111/001781
```

Page 1



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
STRATUS is Graded in three major categories: Read more...

*Road & Railway*



STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

*Dam*



Our memberships:
  • Federation of Contractors of Islamic Countries (F.C.I.C.)
  • Pakistan Engineering Council
  • International Chamber of Commerce (I.C.C.)
  • Iran – UK Chamber of Commerce
  • Iran – Canada Chamber of Commerce    Read more...

*Building*



Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Contact Us**

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

---

**Branch Offices**

| **Middle East** | **CIS** | **South America** |
|:---:|:---:|:---:|
| Iran | Kazakhstan | Venezuela |
| Iraq | | |

---

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hon



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

## Sister Companies List

 1.Samaneh Stratus (INVESTMENT CO.)

 2.Iran Construction Investment Co.

 3.Eghtesad - Novin Bank

4.Pishgaman Bazar Novin (BROKERAGE CO.)

 5.Novin Insurance Co.

 6.Pars Shahr Co.

 7.Global Petro Tech CO.

 8.Keyhan Tabadol Co.

 9.Pars Hanza Aluminium CO.

 10.Azarbaijan Industry Development Co.

11.Eghtesad Novin Investment CO.

 12.Samaneh Gostar Novin

Copyright © 2010 Stratus Group Company. All rights reserved



فارسی | Staff Login | Site Map | Hon



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**7000 Units 'New Ojeda' Housing Development Project**

| | |
|---|---|
| Main Technical Features | Site Gross Area : 318 Hec.<br>Concrete works : 520,000 m³<br>Net Construction Area : 850.000 m²<br>Water & Sewage network : 150 Km<br>Electrical network : 200 Km<br>Communication network : 220 Km<br>Gas network : 30 Km |
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |

  

[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



**Dalbandin – Nokkundi Highway - Section III-B**                    Details >>

**Socotra Airport**                    Details >>

**Design & Construction of Parliament Building & Commercial Center in Djibouti City**                    Details >>

**7000 Units "New Ojeda" Housing Development Project**                    Details >>

Copyright © 2010 Stratus Group Company. All rights reserved

T.C.
İ S T A N B U L
Ticaret Sicil Memurluğu

## S İ C İ L     T A S D İ K N A M E S İ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM    2010 -  39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

The Honorable Alison J. Nathan, U.S.D.J.
March 8, 2020
Page 3

       The Government regrets its error and is working to confirm that there is nothing else related to the Bank-1 investigation that has any bearing in this case, and that there have been no other omissions from the materials produced to the defense, both at the U.S. Attorney's Office and DANY. And, in light of our late disclosure of GX 411, we will not seek to offer it at trial. To the extent the defense wishes to offer GX 411 in its case, the Government has no objection and will stipulate to its admissibility. As a result, the defendant is not prejudiced by the late disclosure, and in light of the fact that they have not begun to present evidence, no curative instruction relating to the timing of the Government's disclosure is necessary.

       Respectfully submitted,

       GEOFFREY S. BERMAN
       United States Attorney

By: _____/s/_____
       Jane Kim / Michael Krouse / Stephanie Lake
         Assistant United States Attorneys
       Garrett Lynch
         Special Assistant United States Attorney
       (212) 637-2038 / 2279 / 1066

cc: Defense Counsel (by ECF)



Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

March 8, 2020

By ECF

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

On behalf of Defendant Ali Sadr Hashemi Nejad, we write to request a curative instruction. We have conferred with the government who stated that it opposes this request.

On Saturday afternoon around 4:00 p.m., the government produced GX 411 (attached as Exhibit A), which had not been previously disclosed to the defense. GX 411 reveals that in connection with the first U.S. dollar payment in this case, the intermediary bank wrote a letter to OFAC disclosing certain information about the transactions. Among other things, the intermediary bank disclosed to OFAC that Stratus Turkey (Stratus International Contracting J.S.) was affiliated with Stratus Iran (Stratus International Contracting Company) and implied that the two companies were either unitary or cooperating on the Ojeda project in Venezuela. The intermediary bank attached Stratus Iran's website describing its ongoing work on the Ojeda project. The intermediary bank concluded that this information was not subject to mandatory disclosure as indicated by its note that it was "voluntarily informing OFAC." The government has not produced any response from OFAC and to defense counsel's knowledge, no response exists. *Cf.* Tr. 580, Test. of Ted Kim (Mar. 5, 2020) (agreeing that to his knowledge, "this matter was never investigated by OFAC").

GX 411 is exculpatory evidence that:

- Stratus Turkey's affiliation with Stratus Iran was not material either to OFAC or the intermediary banks;

- intermediary banks conducted independent investigation and could easily identify the affiliation between Stratus Turkey and Stratus Iran or even (erroneously)



The Honorable Alison J. Nathan
March 8, 2020
Page 2

> conclude that the two companies were a single entity that "may be an Iranian company"; and

- neither the intermediary bank nor OFAC deemed the disparities in information about the two Stratus International Contractings working on the Ojeda project as important enough to stop U.S. dollar payments to Stratus International Contracting J.S.

The government should have disclosed GX 411 under *Brady*, *Giglio*, and Rule 16.

In light of the government's failure to disclose this evidence before trial,[1] the defense respectfully requests a curative instruction. Based on a similar mid-trial disclosure in *United States v. Slough*, Judge Lamberth issued the curative instruction attached as Exhibit B. The defense has pasted that instruction below, edited only to reflect the facts of this case:

> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company. You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law. The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

Tr. 6, *United States v. Slough*, No. 08-cr-360-RCL (D.D.C. Aug. 5, 2014) (relevant text highlighted in Ex. B). The defense requests that this instruction be read to the jury on Monday after GX 411 is admitted. The government opposes this request but does not object to the defense admitting this document in its case if the government chooses not to offer it.

Respectfully submitted,

*/s/ Brian M. Heberlig*
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

---

[1] The government represents that it learned of this evidence in mid-January 2020 and that it came from an unrelated DANY investigation. The government states that it believed this document was part of the Commerzbank subpoena return that was produced in discovery. It was not.



The Honorable Alison J. Nathan
March 8, 2020
Page 3

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000Bishop
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:     Counsel of Record (via ECF)

# EXHIBIT 19

| | |
|---|---|
| **From:** | Bove, Emil (USANYS) |
| **To:** | Birger, Laura (USANYS) |
| **Cc:** | Crowley, Shawn (USANYS) |
| **Subject:** | Re: Sadr trial - disclosure issue |
| **Date:** | Sunday, March 08, 2020 8:25:15 PM |

Thank you. We'll definitely keep you updated.

On Mar 8, 2020, at 8:22 PM, Birger, Laura (USANYS) <LBirger@usa.doj.gov> wrote:

> Thanks.   I think the letter reads well (as does the email you sent below).  Good luck tomorrow, and keep me posted.
>
> Sent from my iPad
>
>> On Mar 8, 2020, at 7:53 PM, Bove, Emil (USANYS) <EBove@usa.doj.gov> wrote:
>>
>>
>> As discussed with Laura, we wanted to flag a disclosure issue that arose this weekend in the Sadr trial before Judge Nathan.  This is the Iranian sanctions case where DANY is a part of the prosecution team.
>>
>> The issue relates to a document that DANY obtained in a separate investigation in 2015.  The document is attached as GX 411.  In January 2020, our DANY SAUSA emailed the document to the rest of the team during a discussion about a summary chart.  At that time, our folks assumed incorrectly, and did not verify, that the document had already been produced to the defense.  Late Saturday afternoon, a member of the team came across the document again, and viewed it as inculpatory to such an extent that the team emailed it to defense marked as a government exhibit, GX 411.  During subsequent communications last night and this morning, defense counsel explained how the document supports their defense.
>>
>> This afternoon, the defense filed the attached letter with Judge Nathan seeking a jury instruction about the untimely disclosure.  Our response, which Judge Nathan directed us to file by 7, is also attached.  Although we opposed the requested instruction, we conceded error, agreed not to offer GX 411 (which we still think is, on balance, very helpful to our case), and offered related authenticity and factual stipulations to the extent the defense wants to use the letter.  Tonight, our team is scouring the case file -- here and at DANY -- to verify that we are in compliance with our disclosure obligations.  They are also preparing to answer detailed factual questions from Judge Nathan tomorrow morning about the situation,

which we discussed during a team meeting after we filed the letter.

Sorry to be reporting this, especially on a Sunday night.  We'll be in court with the team at the start of the day tomorrow, and will keep you updated.  The team expects to rest tomorrow, and to do closings Tuesday or Wednesday depending on the length of the defense case and the scheduling of the charge conference.


<Govt Letter.pdf>
<GX 411.pdf>
<Defense letter.pdf>

# EXHIBIT 20

‹   **Ilan** ›

Sun, Mar 8, 7:27 PM

😔

That bad?

In that it's a quasi Brady violation before Judge Nathan, yes

What happened??

Oh I figured you'd heard since Laura spoke to Geoff and Audrey

You'll be getting an email from us soon

No. I've been sequestered with Rafa since V's away.

It's not REALLY Brady. But it's close enough that it should have been produced.

I missed a call from Laura

Yeah.

Basically just a big oversight

**Ilan** >

Did it actually only come in in
January 2020?  Did the team ever
flag it?

It came to DANY several years ago

Garrett sent it to us in January

I can easily see it being the kind of
thing that gets lost in the shuffle

The team assumed it had been
produced but did not check

Ugh. Another casualty of absorbing
a DANY casa.

And then steph was going thru
emails yesterday and found it

Case.

And was like this is actually good for
us

Checked and discovered we hadn't
produced

So produced yesterday and said we
plan to offer

And steptoe freaked



Good for her.  Are we sure there's nothing similar lurking?

Curse Stephanie and her diligence.

No, but the entire team is spending the rest of the night painstakingly scrubbing their tiles so they can be prepared to explain to AJN what they did

Including Garrett

Rough night.

We filed a letter, which Emil is going to send you all, that completely falls on the sword

It happens.  And that seems like exactly the right approach.

‹  **Ilan** ›

It totally happens. It was an oversight. Steptoe was pretty measured in calling us out. And I think Nathan will be reasonable and see that this was not us trying to suppress Brady

(Especially given that we intended to offer it)

And still will?

It's unfortunate timing with Schulte. But why can you do.

Totally.

No we are agreeing in the letter not to offer but will stipulate to admissibility if they want to

And stipulate that OFAC received it and did not take any action

To mitigate any purported prejudice

Anyway. Now you're up to speed!

Mon, Mar 9, 9:48 AM

How did it go this am?

Message



‹   Ilan ›

Mon, Mar 9, 9:48 AM

How did it go this am?

That well?

Man

...

It's a long story. I'll tell you after the press conf

Upshot is there may be a mistrial but we are dealing w it

Wow. That's quite a remedy.

# EXHIBIT 21

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Bove, Emil (USANYS); Crowley, Shawn (USANYS) |
| **Cc:** | Lynch, Garrett; Lake, Stephanie (USANYS); Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | FW: Order in 18cr224 |
| **Date:** | Sunday, March 08, 2020 9:15:33 PM |
| **Attachments:** | 18cr224 Order 3.08.20.pdf |

**From:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Sent:** Sunday, March 8, 2020 9:05 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday. Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 5:01 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find a third Order from Judge Nathan that will appear on the docket on Monday. Please confirm receipt.

Sincerely,
Alyssa O'Gallagher

Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** 'Kim, Jane (USANYS) 4' <Jane.Kim@usdoj.gov>; 'Lake, Stephanie (USANYS)'
<Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; 'Fragale, David'
<DFragale@steptoe.com>; 'Levin, Michelle' <mlevin@steptoe.com>; 'Silverman, Nicholas'
<nsilverman@steptoe.com>; 'Weingarten, Reid' <RWeingarten@steptoe.com>; 'Lynch, Garrett'
<LynchG@dany.nyc.gov>; 'Lynch, Garrett (USANYS) [Contractor]' <Garrett.Lynch@usdoj.gov>;
'Heberlig, Brian' <BHeberlig@steptoe.com>; 'Krouse, Michael (USANYS)'
<Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.
Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS)
<Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David
<DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas
<nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett
<LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>;
Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM

**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS)
<Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David
<DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas
<nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett
<LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>;
Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      –v–

Ali Sadr Hashemi Nejad,

            Defendants.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In the letter filed this evening by the Government, Dkt. No. 275, the Government states that "It was only in the context of this process that the Government realized that GX 411 was not part of Bank-1's subpoena production, which had been provided to the defense in discovery."

The Court requires further explanation. Specifically, it is unclear from this sentence if the Government realized GX 411 had not been previously disclosed before or after the Government turned it over to the defense yesterday. Nor does this sentence indicate if, upon learning of the late disclosure, the Government informed defense counsel or not. The Government shall explain precisely when and how it realized that the document had erroneously been withheld and when, if at all, upon learning of the failure to disclose this was communicated to the defense.

Furthermore, the previously filed letter does not offer an explanation for how it came to be that GX 411 was not (though should have been) provided to the defense as part of Bank-1's subpoena production.

The Government is ordered to address these points by letter to be filed no later than 10 p.m. this evening. The defense may reply to the Government's letters by 11 p.m.

1

SO ORDERED.

Dated:  March 8, 2020
        New York, New York

3/8/20

_____

ALISON J. NATHAN
United States District Judge

# EXHIBIT 22

‹   Emil ›

Sun, Mar 8, 9:15 PM

This order from Nathan is ridiculous    9:16 PM

Jesus fucking Christ.    9:19 PM

55 minutes    9:19 PM

Ugh send the draft clowns    9:40 PM



GIPHY via #images

9:47 PM

Ugh where is it    9:47 PM

Oh man    10:04 PM

I just talked to steph again    10:04 PM

Call me when you have a sec    10:04 PM

I'm just waiting for the next ajn
bomb right now    10:31 PM



nysd.uscourts.gov   ⊘    11:05 PM

127126528755.pdf    11:05 PM

Says he "will testify"    11:05 PM

> I still don't believe it but we probably should have talked to Garrett about cross    11:10 PM

> Also, is this in opposition to jane's letter last week?    11:11 PM

No they filed objections tonight    11:11 PM

> Oh sorry    11:11 PM

**Emil** >

127126528769.pdf

11:13 PM

Oh man

11:13 PM

Is this what Jane sent before I couldn't open it?

11:13 PM

Oops no ?

11:13 PM

Damn. I did not see this.

11:14 PM

Ugh

11:14 PM

"We now understand"

11:15 PM

Flat lie.

11:15 PM

Did you see their letter?

11:15 PM

They may ask for a mistrial or adjournment

11:16 PM

(They didn't say this I'm just guessing)

11:16 PM

Teeing up that there's a whole commerzbank database and we have no clue what's in it

11:17 PM

Little speechless here. Just have to weather it.

Is it crazy to respond to that email and ask that they stay on the case file review? We said it once already. Maybe too much

I probably wouldn't. We said it. I am afraid Jane is also going to drop and we just need manpower at this point

I'm going to respond to her    11:32 PM

I'm so mad    11:32 PM

It's horrible wtf is wrong with her    11:32 PM

I get she's stressed too but this stuff is trickling in and they aren't telling us    11:32 PM

As in telling us the whole story    11:33 PM

That is such a fucking bitchy email    11:33 PM

Yes I'm blacking our looking st it    11:34 PM

This is now the third time we've learned a material fact about how this was turned over from Nathan or the defense    11:35 PM

True story    11:37 PM

# EXHIBIT 23

| | |
|---|---|
| **From:** | Bove, Emil (USANYS) |
| **To:** | Kim, Jane (USANYS) 4 |
| **Cc:** | Crowley, Shawn (USANYS); Lynch, Garrett; Lake, Stephanie (USANYS); Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: Order in 18cr224 |
| **Date:** | Sunday, March 08, 2020 9:22:08 PM |

Thanks guys. We're around to turn the draft.

On Mar 8, 2020, at 9:15 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

**From:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Sent:** Sunday, March 8, 2020 9:05 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 5:01 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find a third Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** 'Kim, Jane (USANYS) 4' <Jane.Kim@usdoj.gov>; 'Lake, Stephanie (USANYS)' <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; 'Fragale, David' <DFragale@steptoe.com>; 'Levin, Michelle' <mlevin@steptoe.com>; 'Silverman, Nicholas' <nsilverman@steptoe.com>; 'Weingarten, Reid' <RWeingarten@steptoe.com>; 'Lynch, Garrett' <LynchG@dany.nyc.gov>; 'Lynch, Garrett (USANYS) [Contractor]' <Garrett.Lynch@usdoj.gov>; 'Heberlig, Brian' <BHeberlig@steptoe.com>; 'Krouse, Michael (USANYS)' <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,

Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

<18cr224 Order 3.08.20.pdf>

# EXHIBIT 24

Company Name: US GOVT
User name: harry  calventas
Structure name: Default
Position: 987298206-00001

Report Name: Call detail - wireless number detail

Date from: Feb-20  Date to: Mar-20

Call detail - local calls

| Date | Time | In/Out number | Rate | Usage type | Account authorization code | Origination | | Destination | | International call type | Duration | Airtime charges | Long distance/Other charges | Total call detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | 8:45 AM | 3479201412 | Peak | M2MAllow | | Brooklyn | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/6/2020 | 12:06 PM | 646318167B | Peak | M2MAllow | | New York | NY | Incoming | CL | N/A | 3 | 0 | 0 | 0 |
| 3/7/2020 | 8:21 AM | 6463410123 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrccyzn01 | NY | N/A | 8 | 0 | 0 | 0 |
| 3/7/2020 | 9:04 AM | 6463410123 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrccyzn01 | NY | N/A | 1 | 0 | 0 | 0 |
| 3/7/2020 | 9:24 AM | 8452204200 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 5 | 0 | 0 | 0 |
| 3/7/2020 | 9:32 AM | 6468644277 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 6 | 0 | 0 | 0 |
| 3/7/2020 | 9:41 AM | 6462857248 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 7 | 0 | 0 | 0 |
| 3/7/2020 | 9:47 AM | 6468644277 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 3 | 0 | 0 | 0 |
| 3/7/2020 | 10:57 AM | 6468644277 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/7/2020 | 11:16 AM | 6468644277 | Off-Peak | M2MAllow | | New York | NY | Nwyrcyzn01 | NY | N/A | 5 | 0 | 0 | 0 |
| 3/7/2020 | 2:29 PM | 6468644277 | Off-Peak | N&W | | New York | NY | Incoming | CL | N/A | 12 | 0 | 0 | 0 |
| 3/7/2020 | 6:12 PM | 6468644277 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 4 | 0 | 0 | 0 |
| 3/8/2020 | 4:55 PM | 4079153946 | Off-Peak | N&W | | New York | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/8/2020 | 9:21 PM | 3479201412 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/8/2020 | 9:22 PM | 3479201412 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 3 | 0 | 0 | 0 |
| 3/8/2020 | 9:27 PM | 3476682048 | Off-Peak | M2MAllow | | Brooklyn | NY | New York | NY | N/A | 3 | 0 | 0 | 0 |
| 3/8/2020 | 9:32 PM | 3479201412 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 2 | 0 | 0 | 0 |
| 3/8/2020 | 9:33 PM | 6466475005 | Off-Peak | M2MAllow | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 1 | 0 | 0 | 0 |
| 3/8/2020 | 9:35 PM | 3476682048 | Off-Peak | M2MAllow | | Brooklyn | NY | New York | NY | N/A | 2 | 0 | 0 | 0 |
| 3/8/2020 | 9:51 PM | 3475854806 | Off-Peak | N&W;ConfCall | | Brooklyn | NY | Incoming | CL | N/A | 3 | 0 | 0 | 0 |
| 3/8/2020 | 9:52 PM | 6466475005 | Off-Peak | M2MAllow;ConfCall | | Brooklyn | NY | Nwyrcyzn01 | NY | N/A | 1 | 0 | 0 | 0 |
| 3/8/2020 | 9:53 PM | 3476682048 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 6 | 0 | 0 | 0 |
| 3/8/2020 | 9:59 PM | 3479201412 | Off-Peak | N&W | | Brooklyn | NY | Nwyrcyzn05 | NY | N/A | 5 | 0 | 0 | 0 |
| 3/8/2020 | 10:04 PM | 3476682048 | Off-Peak | N&W;ConfCall | | Brooklyn | NY | Incoming | CL | N/A | 15 | 0 | 0 | 0 |
| 3/8/2020 | 10:07 PM | 3472139637 | Off-Peak | M2MAllow;ConfCall | | Brooklyn | NY | Nwyrcyzn03 | NY | N/A | 13 | 0 | 0 | 0 |
| 3/8/2020 | 10:19 PM | 3476682048 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 3 | 0 | 0 | 0 |
| 3/9/2020 | 8:08 AM | 6466475005 | Off-Peak | M2MAllow | | New York | NY | Nwyrcyzn01 | NY | N/A | 1 | 0 | 0 | 0 |
| 3/9/2020 | 8:09 AM | 2128050278 | Peak | PlanAllow | | New York | NY | New York | NY | N/A | 3 | 0 | 0 | 0 |
| 3/9/2020 | 8:16 AM | 3476682048 | Peak | M2MAllow | | New York | NY | New York | NY | N/A | 2 | 0 | 0 | 0 |
| 3/9/2020 | 11:58 AM | 6463982239 | Peak | M2MAllow | | New York | NY | Nwyrcyzn01 | NY | N/A | 1 | 0 | 0 | 0 |
| 3/9/2020 | 5:21 PM | 9176268272 | Peak | M2MAllow | | New York | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/9/2020 | 9:21 PM | 3476682048 | Off-Peak | M2MAllow | | New York | NY | New York | NY | N/A | 1 | 0 | 0 | 0 |
| 3/9/2020 | 9:27 PM | 3476682048 | Off-Peak | N&W | | New York | NY | Incoming | CL | N/A | 2 | 0 | 0 | 0 |
| 3/10/2020 | 2:57 PM | 5712353385 | Peak | M2MAllow | | New York | NY | Vm Deposit | CL | N/A | 1 | 0 | 0 | 0 |
| 3/10/2020 | 3:41 PM | 0 | Peak | M2MAllow | | New York | NY | Incoming | CL | N/A | 5 | 0 | 0 | 0 |
| 3/10/2020 | 4:53 PM | 4079153946 | Peak | PlanAllow | | New York | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/10/2020 | 6:45 PM | 9179214947 | Peak | M2MAllow | | New York | NY | Incoming | CL | N/A | 1 | 0 | 0 | 0 |
| 3/10/2020 | 10:03 PM | 2126372444 | Off-Peak | N&W | | Brooklyn | NY | New York | NY | N/A | 2 | 0 | 0 | 0 |
| 3/10/2020 | 10:49 PM | 3476682048 | Off-Peak | N&W | | Brooklyn | NY | Incoming | CL | N/A | 3 | 0 | 0 | 0 |

Company Name: US GOVT
User name: harry  calventas
Structure name: Default
Position: 987298206-00001

Report Name: Call detail - wireless number detail

Call detail - roaming calls

| Date | Time | In/Out number | Rate | Usage type | Account authorization code | Origination | Destination | International call type | Duration | Airtime charges | Long distance/Other charges | Total call detail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roaming Calls Total | | | | | | | | | | 0 | 0 | 0 | 0 |

# EXHIBIT 25



# EXHIBIT 26

| | |
|---|---|
| **From:** | Crowley, Shawn (USANYS) |
| **To:** | Bove, Emil (USANYS) |
| **Cc:** | Kim, Jane (USANYS) 4; Lynch, Garrett; Lake, Stephanie (USANYS); Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: Order in 18cr224 |
| **Date:** | Sunday, March 08, 2020 9:30:52 PM |

Can you guys forward the transmittal email we sent to them when we produced the doc yesterday? Thanks

> On Mar 8, 2020, at 9:22 PM, Bove, Emil (USANYS) <EBove@usa.doj.gov> wrote:

Thanks guys. We're around to turn the draft.

On Mar 8, 2020, at 9:15 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

> **From:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
> **Sent:** Sunday, March 8, 2020 9:05 PM
> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Bbishop_steptoe <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
> **Subject:** RE: Order in 18cr224
>
> Counsel,
>
> Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.
>
> Sincerely,
> Alyssa O'Gallagher
> Law Clerk to the Hon. Alison J. Nathan

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 5:01 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find a third Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** 'Kim, Jane (USANYS) 4' <Jane.Kim@usdoj.gov>; 'Lake, Stephanie (USANYS)' <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; 'Fragale, David' <DFragale@steptoe.com>; 'Levin, Michelle' <mlevin@steptoe.com>; 'Silverman, Nicholas' <nsilverman@steptoe.com>; 'Weingarten, Reid' <RWeingarten@steptoe.com>; 'Lynch, Garrett' <LynchG@dany.nyc.gov>; 'Lynch, Garrett (USANYS) [Contractor]' <Garrett.Lynch@usdoj.gov>; 'Heberlig, Brian' <BHeberlig@steptoe.com>; 'Krouse, Michael (USANYS)' <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie
(USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com
<Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin,
Michelle <mlevin@steptoe.com>; Silverman, Nicholas
<nsilverman@steptoe.com>; Weingarten, Reid
<RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>;
Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>;
Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS)
<Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie
(USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com
<Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin,
Michelle <mlevin@steptoe.com>; Silverman, Nicholas
<nsilverman@steptoe.com>; Weingarten, Reid
<RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>;
Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>;
Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS)
<Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the
docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

<18cr224 Order 3.08.20.pdf>

# EXHIBIT 27

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS) |
| **Cc:** | Lynch, Garrett; Lake, Stephanie (USANYS); Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Order in 18cr224 |
| **Date:** | Sunday, March 08, 2020 9:41:18 PM |
| **Attachments:** | U.S. v. Sadr.msg.msg |

**From:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 9:31 PM
**To:** Bove, Emil (USANYS) <EBove@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: Order in 18cr224

Can you guys forward the transmittal email we sent to them when we produced the doc yesterday? Thanks

> On Mar 8, 2020, at 9:22 PM, Bove, Emil (USANYS) <EBove@usa.doj.gov> wrote:

Thanks guys. We're around to turn the draft.

> On Mar 8, 2020, at 9:15 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

**From:** Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov>
**Sent:** Sunday, March 8, 2020 9:05 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 5:01 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find a third Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** 'Kim, Jane (USANYS) 4' <Jane.Kim@usdoj.gov>; 'Lake, Stephanie (USANYS)' <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; 'Fragale, David' <DFragale@steptoe.com>; 'Levin, Michelle' <mlevin@steptoe.com>; 'Silverman, Nicholas' <nsilverman@steptoe.com>; 'Weingarten, Reid' <RWeingarten@steptoe.com>; 'Lynch, Garrett' <LynchG@dany.nyc.gov>; 'Lynch, Garrett (USANYS) [Contractor]' <Garrett.Lynch@usdoj.gov>; 'Heberlig, Brian' <BHeberlig@steptoe.com>; 'Krouse, Michael (USANYS)' <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

<18cr224 Order 3.08.20.pdf>

3/6/20

Robert peri (cont.)                          G. Lyal

                                             E. Eaton
EX 432 discussed and                         (cont.)
contents

- Trial prep

Blair                                    late, pend 3/6

Clarified answer to whether $ was JP Morgan's

Conte                                              Fasano, DeFrasco, Luke  3/7/20

August 2011 - December 6, 2011

Contract - $170,000

Sept. 7 - $346 USD deposit

End month, Closed  $52,700 wire    → Balance $83,300

Person who bought unit issued ~~to~~ a mortgage in Bolivars

Bank advanced Bolivar loan to her for mortgage value

needed in USD.  Buyer's father arranged  transfer through schemers &

$23,000 stayed in Bolivars

$60,000 was balance of money owed

Prep

cross

Logistics

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Wednesday, March 4, 2020 11:49 AM
**To:** Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Cc:** Nelson, Matthew <NelsonM@dany.nyc.gov>
**Subject:** RE: TRAVEL TO IRAN - Draft Chart

Hi Garrett,

I hope this morning is going well. As far as I'm concerned, the Iran travel summary chart (attached) is complete.

I did have to make a few judgment calls while verifying the chart against the underlying email exhibits. Specifically, some of the e-tickets have different dates for the purchase, the flight, and the ticket's NVA/NVB dates. Jane's chart was not always consistent about which date it listed for the trip. I chose to always use the Flight Date, except in one instance where there was an NVA date that came earlier than the "flight date" and the "flight date" in question was duplicative with a different e-ticket. I can explain this over the phone if need be.

Pending your final review and approval, this chart is ready to go for whenever you need it.

Talya

**From:** Nevins, Talya
**Sent:** Tuesday, March 3, 2020 1:29 PM
**To:** Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Cc:** Nelson, Matthew <NelsonM@dany.nyc.gov>
**Subject:** TRAVEL TO IRAN - Draft Chart

1

Garrett,

Please find attached my draft of the Iran Travel Summary chart. It incorporates the passport analysis as well as the travel itinerary chart that Jane made based on the emails. It includes all dates that we know Sadr departed from or arrived in Tehran. Please let me know if you'd like it edited or formatted any differently.

Two questions:

1. As previously asked, should I go back to the original emails in order to verify the info included in Jane's chart?
2. I included a count for "total trips to/from Iran" (43). Jane's chart had an additional count for "round trips to and from Iran." I am not sure how she counted these "round trips." As of now I only included flights that were directly to or from Iran in my chart. I have a guess that her 'round trip' count included flights between locations that do not include Tehran (e.g. Tehran to London, London to Frankfurt, Frankfurt to Tehran). This flight pattern would not register as a round trip on the chart as I have it now, which would exclude that hypothetical 'London to Frankfurt' flight. I think it would be hard to verify that as a round trip unless the emails obviously show a connecting flight (e.g. Tehran-London, then London-Tehran with a layover in Frankfurt). Those types of connecting flights would not, however, register on the passport analysis. For the sake of consistency, I decided to only include flights that directly included Iran as a point of departure or arrival, recognizing that this could make it harder to count "round trips." When you look at the chart, please let me know if you think I should change this up.

Thank you,

**Talya R Nevins**
Paralegal, Major Economic Crimes Bureau
Office of the New York County District Attorney
80 Centre Street, 8th Floor
New York, NY 10013
Phone: 212-335-4353

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

**From:** "Krouse, Michael (USANYS)" <MKrouse@usa.doj.gov>
**Date:** March 5, 2020 at 7:41:50 PM EST
**To:** "Nevins, Talya" <NevinsT@dany.nyc.gov>, "Lynch, Garrett (USANYS) [Contractor]"
<GLynch@usa.doj.gov>, "Nelson, Matthew" <NelsonM@dany.nyc.gov>
**Cc:** "Lake, Stephanie (USANYS)" <SLake@usa.doj.gov>, "Kim, Jane (USANYS) 4"
<JKim4@usa.doj.gov>, "Lynch, Garrett" <LynchG@dany.nyc.gov>
**Subject: RE:  Exhibit for summary chart and existing spreadsheet**

Thanks Talya.  For the charts by purpose, country, and beneficiary—can you bold the totals and shade them a different color so they stand out?  Once you do that, I think we're good to go.

For the all payments chart, can you remove the shortened purpose column (that was just to put the pivot table together), and put the headings on the second page as well.  Any way we can make the text bigger and more readable (by compressing the columns or other ways)?

Can you send them all back in PDF, and we'll then get them marked?

Thanks.

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Tuesday, March 3, 2020 9:47 AM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor]
<GLynch@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Here you go. The Excel contains two tabs: 1. All Payments and 2. Breakdowns, which includes charts by purpose, country, and beneficiary. I also exported each of the four tables as its own PDF. All attached.

Let me know if you want anything changed or formatted differently.

Good luck this morning with opening!

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Monday, March 2, 2020 9:25 PM

**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Yes, please send.  Thanks!

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Monday, March 2, 2020 12:22 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Hi Michael,

The charts are done. Can I email them to you? I have them all in both excel and PDF formats.

I ended up doing two rows labeled 1 and 2 for the five payments that had two beneficiaries, as I thought the extra column made the chart too bulky, but can easily change it back if you prefer.

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Friday, February 28, 2020 6:17 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Thanks, Talya.  Yep, add the missing USD payment.  Let's do columns for beneficiary 1, beneficiary 2 (which we'll leave blank if there was no second beneficiary).  We can see how that looks.

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Friday, February 28, 2020 2:28 PM
**To:** Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

A few more questions about this chart, for whenever someone has a minute.

1. There is one more USD payment that is in the PDF, but not the original chart. The payment is identical in format to other USD payments that were included, and is the last USD payment in the PDF, leading me to believe that it was just left off. I added it to my chart, but if there's some reason it shouldn't be included, please let me know. The payment is found on p. 51 of the PDF.
2. There are 5 payments that list different names as "beneficiario" and "beneficiario final" (most only list "beneficiario"). The original chart only lists the name that is given for "beneficiario," and

leaves off the "beneficiario final." Should I stick with this format? I can be more specific if necessary. Those payments are found on pp. 22, 25, 39, 44, and 51 of the PDF.

Talya

---

**From:** Lynch, Garrett (USANYS) [Contractor] [mailto:Garrett.Lynch@usdoj.gov]
**Sent:** Friday, February 28, 2020 1:35 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Just the USD payments.  Thanks!

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Friday, February 28, 2020 1:33 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Michael,

I am going through the 52-page PDF and verifying the charts you sent over before I make a new one. I noticed that in the 52-page PDF there are records relating to 48 USD payments (Clarity-Stratus-Benficiary) as well as 1 EUR payment (Stratus-Beneficiary) and 1 CAD payment (Stratus-Beneifciary). Only the 48 USD payments are included in the charts you sent. Do you want me to incorporate the EUR / CAD payments into the chart that I make for trial, or otherwise address them?

Thanks,

Talya

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Thursday, February 27, 2020 7:56 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Subject:** FW: Exhibit for summary chart and existing spreadsheet



This is a secure message.

Click here by 2020-03-09 00:56 UTC to read your message. After that, open the attachment.

More Info

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2017 Proofpoint, Inc. All rights reserved.

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

3513-03



# COMMERZBANK

**NEW YORK BRANCH**

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

Vinay Jepal
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

## Re: Information Sharing – Stratus International Contracting Company

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela.  The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus  was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's  physical address  is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus  is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Cuidad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



**GOVERNMENT EXHIBIT 411**

18 Cr. 224 (AJN)



**COMMERZBANK**

NEW YORK BRANCH

**Re: Information Sharing – Stratus International Contracting Company– Page 2**

We have added Stratus into our sanctions filter to monitor any future payments.  Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.


Respectfully,


Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

```
                              stratus intl payment

      :LT Address                :COBAUS3XA
      :transaction type          :202 COVER bank tfr favour 3rd bank
      :input from                :COBADEFF
                                 COMMERZBANK AG FRANKFURT
                                 HEAD OFFICE
                                 32-36 NEUE MAINZERSTRASSE
                                 60261 FRANKFURT GERMANY
      :Validation Flag           :COV}
-----------------------------------------------------------------------
{4: Text block:
      :20 /transaction reference number  :FAAS109400150500
      :21 /related reference     :FAAS109400150500
      :32A/value date            :040411 USD 29,442,967.57
      :52A/ordering institution - BIC    :COBADEFF
                                 COMMERZBANK AG
                                 FRANKFURT AM MAIN
      :57A/account with inst - BIC       :CHASUS33
                                 JPMORGAN CHASE BANK, N.A.
                                 NEW YORK,NY
      :58A/beneficiary inst - BIC        :SHHBCHZZ
                                 HYPOSWISS PRIVATBANK AG, ZURICH
                                 ZURICH
      :50K/ordering customer     :/400887746602USD
                                 BT/ FIDEICOMISO / FONDO CHINO
                                 VENEZOLANO. AV GUICAIPURO. URB EL
                                 ROSAL. TORRE BANCO DEL TESORO.
                                 CARACAS - VENEZUELA.
      :52A/ordering institution - BIC    :BDTEVECA
                                 BANCO DEL TESORO, C.A. BANCO
                                  UNIVERSAL
                                  CARACAS
      :59 /beneficiary customer  :/CH7708530519663100203
                                 STRATUS INTERNATIONAL CONTRACTING
                                 J.S.
      :70 /details of payment    :REF: DESEMBOLSO NRO. 386 FONDO
                                 CHINO VENEZOLANO. CODIGO NRO.
                                 00579.
      :33B/amount                :USD 29,442,967.57}
-----------------------------------------------------------------------
  Entry   :        /SWIFT/ Date:110404 Time:02:44:17
                   Info:1111/001781
```

**Stratus International**
*Contracting Company*

فارسی | Staff Login | Site Map | Hom



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
STRATUS is Graded in three major categories: Read more...

*Road & Railway*



STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

*Dam*



Our memberships:
  • Federation of Contractors of Islamic Countries (F.C.I.C.)
  • Pakistan Engineering Council
  • International Chamber of Commerce (I.C.C.)
  • Iran – UK Chamber of Commerce
  • Iran – Canada Chamber of Commerce    Read more...

*Building*



Copyright © 2010 Stratus Group Company. All rights reserved



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



### Contact Us

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Branch Offices**

| **Middle East** | **CIS** | **South America** |
|---|---|---|
| **Iran** | Kazakhstan | Venezuela |
| Iraq | | |

Copyright © 2010 Stratus Group Company. All rights reserved

Sister Companies List



فارسی | Staff Login | Site Map | Hom

STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



## Sister Companies List

  1.Samaneh Stratus (INVESTMENT CO.)

  2.Iran Construction Investment Co.

  3.Eghtesad - Novin Bank

4.Pishgaman Bazar Novin (BROKERAGE CO.)

  5.Novin Insurance Co.

  6.Pars Shahr Co.

  7.Global Petro Tech CO.

  8.Keyhan Tabadol Co.

  9.Pars Hanza Aluminium CO.

  10.Azarbaijan Industry Development Co.

11.Eghtesad Novin Investment CO.

  12.Samaneh Gostar Novin

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**7000 Units 'New Ojeda' Housing Development Project**

| | |
|---|---|
| Main Technical Features | Site Gross Area : 318 Hec.<br>Concrete works : 520,000 m³<br>Net Construction Area : 850.000 m²<br>Water & Sewage network : 150 Km<br>Electrical network : 200 Km<br>Communication network : 220 Km<br>Gas network : 30 Km |
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |

  

[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



Dalbandin – Nokkundi Highway - Section III-B          Details >>

Socotra Airport          Details >>

Design & Construction of Parliament Building & Commercial Center in Djibouti City          Details >>

7000 Units "New Ojeda" Housing Development Project          Details >>

Copyright © 2010 Stratus Group Company. All rights reserved

(K A D I K Ö Y)
370857 - 2010

T.C.
İSTANBUL
Ticaret Sicil Memurluğu

SİCİL    TASDİKNAMESİ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM    2010 -  39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI

# Business Account Application



**WELLS FARGO**

| Bank Name: | | Store Name: | |
| --- | --- | --- | --- |
| Wells Fargo Bank, N.A. | | MALIBU | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
| --- | --- | --- | --- |
| MAKSIM KOLOMEYER | | CG678 | 01/26/2012 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| --- | --- | --- | --- |
| 310/317-1740 | 04649 | 0001902 | E2351-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name
Expanded Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
| --- | --- | --- | --- | --- |
| 114 | DDA | 2807883273 | $1,000.00 | CKS |

New Account Kit:
Printed

## Authorized Signers

| Business Name: | Other Related Customer Name: |
| --- | --- |
| PISTACHE LLC | |

Authorized Signer Name(s):
SADEGH AMINIAN                         PEGAH SADRHASHEMINEJAD
SEYED MOHSEN TORABI



2W02-000469155618-01

BBG2307 (11-11 SVP)

GOVERNMENT EXHIBIT 456 18 Cr. 224 (AJN)

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| PISTACHE LLC | 429 18TH ST | |
| | Address Line 2: | |
| | City: SANTA MONICA | State: CA |
| | ZIP/Postal Code: 90402-2429 | Country: US |

## Business Information

| Business Name: | Street Address: | |
|---|---|---|
| PISTACHE LLC | 429 18TH ST | |
| Taxpayer Identification Number (TIN): 45-4306973 | TIN Type: EIN | Address Line 2: | |
| Business Type: Limited Liability Company | Address Line 3: | |
| Business Sub-Type: | Non-Profit: No | City: SANTA MONICA | State: CA |
| Date Originally Established: 01/17/2012 | Current Ownership Since: | Number of Employees: 5 | ZIP/Postal Code: 90402-2429 | Country: US |
| Annual Gross Sales: $1,000,000.00 | Year Sales Reported: 01/01/2012 | Fiscal Year End: | Business Phone: (310) 383-5459 | Fax: |
| Primary Financial Institution: | Number of Locations: 1 | Cellular Phone: | Pager: |
| Sales Market: LOCAL | e-Mail Address: |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | |

Industry:
Agriculture, Forestry, Fishing and Hunting

Description of Business:
Pistachio Farm

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | | | BACC Reference Number: |
|---|---|---|---|---|---|
| Articles of Organization | | | | | 612BAC5128026 |
| Document Filing Number/Description: 201201810090 | Filing Country: US | Filing State: CA | Filing Date: 01/17/2012 | | Expiration Date: |
| Country of Registration: US | State of Registration: CA | International Transactions: | | | Check Reporting: NO RECORD |

Internet Gambling Business
No



2W02-000469155618-02

Business Account Application

## Owner/Key Individual 1 Information

| | | | | |
|---|---|---|---|---|
| Customer Name: SADEGH AMINIAN | | | Residence Address: 429 18TH ST | |
| Position/Title: OWNER | Date of Birth: 12/09/1958 | | Address Line 2: | |
| Taxpayer Identification Number (TIN): 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 | TIN Type: SSN | | Address Line 3: | |
| Primary ID Type: DLIC | Primary ID Description: C0033250 | | City: SANTA MONICA | State: CA |
| Primary ID St/Ctry/Prov: CA | Primary ID Issue Date: 12/01/2009 | Primary ID Expiration Date: 12/09/2014 | ZIP/Postal Code: 90402-2429 | Country: US |
| Secondary ID Type: OTHR DC | Secondary ID Description: WF VISA | | Check Reporting: NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: 07/01/2012 | | |
| Country of Citizenship: US | | | | |

## Owner/Key Individual 2 Information

| | | | | |
|---|---|---|---|---|
| Customer Name: PEGAH SADRHASHEMINEJAD | | | Residence Address: 1134 ALTA LOMA RD APT 303 | |
| Position/Title: PARTNER | Date of Birth: 02/10/1979 | | Address Line 2: | |
| Taxpayer Identification Number (TIN): 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 | TIN Type: SSN | | Address Line 3: | |
| Primary ID Type: DLIC | Primary ID Description: S-362-680-007-108 | | City: WEST HOLLYWOOD | State: CA |
| Primary ID St/Ctry/Prov: MD | Primary ID Issue Date: 10/07/2010 | Primary ID Expiration Date: 02/10/2016 | ZIP/Postal Code: 90069-2433 | Country: US |
| Secondary ID Type: OTHR CC | Secondary ID Description: HSBC CC | | Check Reporting: NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date: 01/01/2010 | Secondary ID Expiration Date: 01/01/2013 | | |
| Country of Citizenship: IR | Permanently Resides in US: YES | | | |



2W02-000469155618-03

Business Account Application

## Owner/Key Individual 3 Information

| Customer Name:<br>SEYED MOHSEN TORABI | | Residence Address:<br>3131 MICHELSON DR UNIT 1601 | |
|---|---|---|---|
| Position/Title:<br>OWNER | Date of Birth:<br>09/20/1967 | Address Line 2: | |
| Taxpayer Identification Number (TIN):<br>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 | TIN Type:<br>SSN | Address Line 3: | |
| Primary ID Type:<br>DLIC | Primary ID Description:<br>F2662158 | City:<br>IRVINE | State:<br>CA |
| Primary ID St/Ctry/Prov:<br>CA | Primary ID Issue Date:<br>03/16/2011 | Primary ID Expiration Date:<br>03/10/2012 | ZIP/Postal Code:<br>92612-5666 | Country:<br>US |
| Secondary ID Type:<br>ALID PR | Secondary ID Description:<br>061-381-569 | Check Reporting:<br>NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date:<br>03/10/2011 | Secondary ID Expiration Date:<br>03/10/2013 | |
| Country of Citizenship:<br>IR | Permanently Resides in US:<br>YES | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-000469155618-04

Business Account Application

## Certified/Agreed To

Owner/Key Individual 1 Name
SADEGH AMINIAN

Position/Title:
OWNER

Owner/Key Individual 1 Signature

[X] Submit manually
[ ] Signature not required

Date:
01/26/2012

Owner/Key Individual 2 Name
PEGAH SADRHASHEMINEJAD

Position/Title:
PARTNER

Owner/Key Individual 2 Signature

[X] Submit manually
[ ] Signature not required

Date:
01/26/2012

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
SADEGH AMINIAN

Position/Title:
OWNER

Authorized Signer 1 Signature

[X] Submit manually
[ ] Signature not required

Date:
01/26/2012

Authorized Signer 2 Name
PEGAH SADRHASHEMINEJAD

Position/Title:
PARTNER

Authorized Signer 2 Signature

[X] Submit manually
[ ] Signature not required

Date:
01/26/2012

Authorized Signer 3 Name
SEYED MOHSEN TORABI

Position/Title:
OWNER

Authorized Signer 3 Signature

[X] Submit manually
[ ] Signature not required

Date:
01/26/2012



2W02-000469155618-05

# Business Account Application



Bank Name:
Wells Fargo Bank, N.A.

Store Name:
West Hollywood

Banker Name:
MARIE LOKMANYAN

Officer/Portfolio Number:
CN616

Date:
01/23/2012

Banker Phone:
310/855-4140

Store Number:
04232

Banker AU:
0000378

Banker MAC:
E2162-011

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name
Expanded Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|-------|----------|-----------------|------------------|----------------|
| 118   | DDA      | 6505709052      | $100.00          | CKS            |

Account 2 Product Name
Business High Yield Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|-------|----------|-----------------|------------------|----------------|
| 118   | DDA      | 2018893525      | $100.00          | CKS            |

New Account Kit:
Printed

## Authorized Signers

Business Name:
SAPERE LLC

Other Related Customer Name:

Authorized Signer Name(s):
PEGAH SADRHASHEMINEJAD



2W02-000468357768-01

BBG2307 (11-11 SVP)

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| SAPENE LLC | 1134 ALTA LOMA RD APT 303 | |
| | Address Line 2: | |
| | City:<br>WEST HOLLYWOOD | State:<br>CA |
| | ZIP/Postal Code:<br>90069-2433 | Country:<br>US |

## Business Information

| Business Name: | | | Street Address: | |
|---|---|---|---|---|
| SAPENE LLC | | | 1134 ALTA LOMA RD APT 303 | |
| Taxpayer Identification Number (TIN):<br>45-4319695 | TIN Type:<br>EIN | | Address Line 2: | |
| Business Type:<br>Limited Liability Company | | | Address Line 3: | |
| Business Sub-Type: | Non-Profit:<br>No | | City:<br>WEST HOLLYWOOD | State:<br>CA |
| Date Originally Established:<br>07/10/2009 | Current Ownership Since: | Number of Employees:<br>1 | ZIP/Postal Code:<br>90069-2433 | Country:<br>US |
| Annual Gross Sales:<br>$500,000.00 | Year Sales Reported:<br>07/01/2010 | Fiscal Year End: | Business Phone:<br>(412) 352-0363 | Fax: |
| Primary Financial Institution: | Number of Locations:<br>1 | | Cellular Phone: | Pager: |
| Sales Market:<br>LOCAL | | | e-Mail Address: | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | | |

Industry:
Agriculture, Forestry, Fishing and Hunting

Description of Business:
AGRICULTURE PESTACIOS

Major Suppliers/Customers:
STRASTUS GLOBAL

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | | | BACC Reference Number: |
|---|---|---|---|---|---|
| Articles of Organization | | | | | 612BAC1313023 |
| Document Filing Number/Description:<br>201201810064 | | Filing Country:<br>US | Filing State:<br>CA | Filing Date:<br>01/17/2012 | Expiration Date: |
| Country of Registration:<br>US | State of Registration:<br>CA | International Transactions: | | | Check Reporting:<br>NO RECORD |
| Internet Gambling Business:<br>No | | | | | |



2W02-000468357768-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: EDGAR SACHRASHEMINEJAD | | | Residence Address: 1134 ALTA LOMA RD APT 303 | |
|---|---|---|---|---|
| Position/Title: PARTNER | Date of Birth: 02/10/1979 | | Address Line 2: | |
| Taxpayer Identification Number (TIN): 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 | TIN Type: SSN | | Address Line 3: | |
| Primary ID Type: DLIC | Primary ID Description: S-362-680-007-108 | | City: WEST HOLLYWOOD | State: CA |
| Primary ID St/Ctry/Prov: MD | Primary ID Issue Date: 10/07/2010 | Primary ID Expiration Date: 02/10/2016 | ZIP/Postal Code: 90069-2433 | Country: US |
| Secondary ID Type: OTHR CC | Secondary ID Description: HSBC CC | | Check Reporting: NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date: 01/01/2010 | Secondary ID Expiration Date: 01/01/2013 | | |
| Country of Citizenship: US | Permanently Resides in US: YES | | | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

A. **The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers – Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers- Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-000468357768-03

Business Account Application

## Certified/Agreed To

Owner/Key Individual 1 Name
PEGAH SADRHASHEMINEJAD

Position/Title:
PARTNER

Owner/Key Individual 1 Signature

☒ Submit manually
☐ Signature not required

Date:
01/23/2012

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. person (including a U.S. resident alien).    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Business Name:
SAFENE, LLC

Taxpayer Identification Number (TIN):
45-4319695

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date:
01/23/2012

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
PEGAH SADRHASHEMINEJAD

Position/Title:
PARTNER

Authorized Signer 1 Signature

☒ Submit manually
☐ Signature not required

Date:
01/23/2012



# Addendum To Certificate Of Authority

For Changes To Authorized Signers On Business Deposit Accounts



**WELLS FARGO**

| Host Status: | | | |
|---|---|---|---|
| Host Update Successful | | | |

| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | CEDARS SINAI | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| NOONIK TARVERDIAN | | C7627 | 10/01/2013 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 310/657-3951 | 04498 | 0000807 | E2164-011 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| SAPENE LLC | 114 | DDA | 2018893525 |

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | | | | |
|---|---|---|---|---|---|---|
| PEGAH SADRHASHEMINEJAD | [X] Existing/Remaining | | [ ] New | | [ ] Delete | |
| ALI SADR | [ ] Existing/Remaining | | [X] New | | [ ] Delete | |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: |
|---|---|
| 01/17/2012 | 10/01/2013 |

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services;

- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;

- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and

- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-000596850008-01

BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

**Certified/Agreed To**

Owner/Key Individual 1 Name
| PEGAH SADRHASHEMINEJAD

Position/Title:
| PARTNER

Owner/Key Individual 1 Signature

Submit manually

Signature not required

Date:
| 10/01/2013

**Signature Capture - New Authorized Signers**

New Authorized Signer 1 Name
| ALI SADR

Position/Title:
| mgr partner

New Authorized Signer 1 Signature

Submit manually

Signature not required

Date:
| 10/01/2013

# Business Account Application



WELLS FARGO

| Bank Name: | | Store Name: | |
|---|---|---|---|
| Wells Fargo Bank, N.A. | | MALIBU | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ARASH DOUNEL | | A1054 | 09/07/2011 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 310/317-1740 | 04649 | 0001902 | E2351-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name

Expanded Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 3803666647 | $9,900.00 | INTX |

Account 2 Product Name

Business High Yield Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 2504476439 | $100.00 | INTX |

New Account Kit:

b20110404-0007329203

## Authorized Signers

| Business Name: | Other Related Customer Name: |
|---|---|
| SETOMA LLC | |

| Authorized Signer Name(s): | |
|---|---|
| SADEGH AMINIAN | SEYED MOHSEN TORABI |
| PEGAH SADRHASHEMINEJAD | |



2W02-000446854308-01

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| SETOMA LLC | 429 18TH ST | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | SANTA MONICA | CA |
| | ZIP/Postal Code: | Country: |
| | 90402-2429 | US |

## Business Information

| Business Name: | | | Street Address: | | |
|---|---|---|---|---|---|
| SETOMA LLC | | | 429 18TH ST | | |
| Taxpayer Identification Number (TIN): | TIN Type: | | Address Line 2: | | |
| 45-3042794 | EIN | | | | |
| Business Type: | | | Address Line 3: | | |
| Limited Liability Company | | | | | |
| Business Sub-Type: | | Non-Profit: | City: | | State: |
| | | No | SANTA MONICA | | CA |
| Date Originally Established: | Current Ownership Since: | Number of Employees: | ZIP/Postal Code: | | Country: |
| 08/17/2011 | | 3 | 90402-2429 | | US |
| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Business Phone: | | Fax: |
| $1,000,000.00 | 08/01/2011 | | (818) 905-9105 | | |
| Primary Financial Institution: | Number of Locations: | | Cellular Phone: | | Pager: |
| | 1 | | | | |
| Sales Market: | | | e-Mail Address: | | |
| LOCAL | | | | | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | | |
| | | | | | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | | | |
| | | | | | |

Industry:
Agriculture, Forestry, Fishing and Hunting

Description of Business:
Pistachio Farming

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | | | BACC Reference Number: | |
|---|---|---|---|---|---|---|
| Articles of Organization | | | | | 611BAC2429250 | |
| Document Filing Number/Description: | | Filing Country: | Filing State: | Filing Date: | Expiration Date: | |
| 201123010001 | | US | CA | 08/17/2011 | | |
| Country of Registration: | State of Registration: | International Transactions: | | | Check Reporting: | |
| US | CA | | | | NO RECORD | |
| Internet Gambling Business | | | | | | |
| No | | | | | | |



2W02-000446854308-02

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name:<br>SADEGH AMINIAN | Primary ID Type:<br>DLIC | Primary ID Description:<br>C0033250 | |
|---|---|---|---|
| Position/Title:<br>OWNER | Primary ID St/Ctry/Prov.:<br>CA | Primary ID Issue Date:<br>12/01/2009 | Primary ID Expiration Date:<br>12/09/2014 |
| Check Reporting:<br>NO RECORD | Secondary ID Type:<br>OTHR DC | Secondary ID Description:<br>WF VISA | |
| | Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date:<br>07/01/2012 |

## Owner/Key Individual 2 Information

| Customer Name:<br>SEYED MOHSEN TORABI | Primary ID Type:<br>ALID PR | Primary ID Description:<br>061-381-569 | |
|---|---|---|---|
| Position/Title:<br>OWNER | Primary ID St/Ctry/Prov.: | Primary ID Issue Date:<br>03/10/2011 | Primary ID Expiration Date:<br>03/10/2013 |
| Check Reporting:<br>NO RECORD | Secondary ID Type:<br>OTHR CC | Secondary ID Description:<br>CITI CC | |
| | Secondary ID State/Country: | Secondary ID Issue Date:<br>10/01/2010 | Secondary ID Expiration Date:<br>12/01/2014 |

## Owner/Key Individual 3 Information

| Customer Name:<br>PEGAH SADRHASHEMINEJAD | Primary ID Type:<br>DLIC | Primary ID Description:<br>S-362-680-007-108 | |
|---|---|---|---|
| Position/Title:<br>PARTNER | Primary ID St/Ctry/Prov.:<br>MD | Primary ID Issue Date:<br>10/07/2010 | Primary ID Expiration Date:<br>02/10/2016 |
| Check Reporting:<br>NO RECORD | Secondary ID Type:<br>OTHR CC | Secondary ID Description:<br>HSBC CC | |
| | Secondary ID State/Country: | Secondary ID Issue Date:<br>01/01/2010 | Secondary ID Expiration Date:<br>01/01/2013 |



2W02-000446854308-03

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

| Owner/Key Individual 1 Name | Position/Title: |
|---|---|
| SADEGH AMINIAN | OWNER |

Owner/Key Individual 1 Signature



| ☐ Submit manually | Date: |
| ☐ Signature not required | 09/07/2011 |

| Owner/Key Individual 2 Name | Position/Title: |
|---|---|
| SEYED MOHSEN TORABI | OWNER |

Owner/Key Individual 2 Signature

| ☐ Submit manually | Date: |
| ☐ Signature not required | 09/07/2011 |

2W02-000446854308-04

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. person (including a U.S. resident alien).    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Business Name: | Taxpayer Identification Number (TIN): |
|---|---|
| SETOMA LLC | 45-3042794 |

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
09/07/2011

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| SADEGH AMINIAN | OWNER |

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
09/07/2011

| Authorized Signer 2 Name | Position/Title: |
|---|---|
| SEYED MOHSEN TORABI | OWNER |

Authorized Signer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
09/07/2011

| Authorized Signer 3 Name | Position/Title: |
|---|---|
| PEGAH SADRHASHEMINEJAD | PARTNER |

Authorized Signer 3 Signature

☐ Submit manually
☐ Signature not required

Date:
09/07/2011



2W02-000446854308-05

BBG2307 (5-11 SVP)

# Business Account Application



| Bank Name: | | | Store Name: | |
|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | | | CEDARS SINAI | |

| Banker Name: | | | Officer/Portfolio Number: | Date: |
|---|---|---|---|---|
| MARIE LOKMANYAN | | | CN616 | 12/14/2012 |

| Banker Phone: | | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|---|
| 310/657-3951 | | 04498 | 0000807 | E2164-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

Account 1 Product Name:
Wells Fargo Business High Yield Savings

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 9221977151 | $100.00 | CASH |

Account 2 Product Name:
Gold Business Services Package

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 114 | DDA | 9016420896 | $100.00 | CKS |

New Account Kit:
Printed

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| SLAG CONST LLC | Sole Owner |

Enterprise Customer Number (ECN):
324546792249215

| Customer 2 Name: | Account Relationship: |
|---|---|
| PEGAH SADRHASHEMINEJAD | Signer |

Enterprise Customer Number (ECN):
228421802054710



2W02-000525397404-01

Business Account Application

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| SLAG CONST LLC | 1134 ALTA LOMA RD APT 303 | |
| | Address Line 2: | |
| | City: | State: |
| | WEST HOLLYWOOD | CA |
| | ZIP/Postal Code: | Country: |
| | 90069-2433 | US |

## Customer 1 Information

| Customer Name: | | | Street Address: | |
|---|---|---|---|---|
| SLAG CONST LLC | | | 1134 ALTA LOMA RD APT 303 | |
| Account Relationship: | | | Address Line 2: | |
| Sole Owner | | | | |
| Taxpayer Identification Number (TIN): | TIN Type: | | Address Line 3: | |
| 45-4292603 | EIN | | | |
| Business Type: | | | City: | State: |
| Limited Liability Company | | | WEST HOLLYWOOD | CA |
| Business Sub-Type/Tax Classification: | | Non-Profit: | ZIP/Postal Code: | Country: |
| S Corporation | | No | 90069-2433 | US |
| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
| 06/04/2012 | | 1 | 412/352-0363 | |
| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
| $100,000.00 | 06/04/2012 | | | |
| Primary Financial Institution: | Number of Locations: | | e-Mail Address: | |
| | 1 | | | |
| Primary State 1: | Primary State 2: | Primary State 3: | Website: | |
| | | | | |
| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: | |
| | | | LOCAL | |

Industry:

Construction

Description of Business:

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | | Address Verification: | | BACC Reference Number: |
|---|---|---|---|---|
| Secretary of State | | | | 612BAC2852349 |
| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
| 201201710043 | US | CA | 06/04/2012 | |
| Country of Registration: | State of Registration: | International Transactions: | | Check Reporting: |
| US | CA | | | NO RECORD |
| Customer 1 Name: | | Internet Gambling Business?: | | |
| SLAG CONST LLC | | No | | |



2W02-000525397404-02

BBG2307 (5-12 SVP)

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: PEGAH SADRHASHEMINEJAD | | | Residence Address: 1134 ALTA LOMA RD APT 303 | |
| --- | --- | --- | --- | --- |
| Position/Title: PARTNER | Date of Birth: 02/10/1979 | Enterprise Customer Number (ECN): 228421802054710 | Address Line 2: | |
| Taxpayer Identification Number (TIN): 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 | TIN Type: SSN | | Address Line 3: | |
| Primary ID Type: DLIC | Primary ID Description: S-362-680-007-108 | | City: WEST HOLLYWOOD | State: CA |
| Primary ID St/Ctry/Prov: MD | Primary ID Issue Date: 10/07/2010 | Primary ID Expiration Date: 02/10/2016 | ZIP/Postal Code: 90069-2433 | Country: US |
| Secondary ID Type: OTHR CC | Secondary ID Description: HSBC CC | | Check Reporting: NO RECORD | |
| Secondary ID State/Country: | Secondary ID Issue Date: 01/01/2010 | Secondary ID Expiration Date: 01/01/2014 | | |
| Country of Citizenship: IR | Permanently Resides in US: YES | | | |



2W02-000525397404-03

BBG2307 (5-12 5VP)

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

   (1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

   (2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

   (3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

   (4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
FEGAH  SADRHASHEMINEJAD

Position/Title:
PARTNER

Owner/Key Individual 1 Signature

☒ Submit manually
☐ Signature not required

Date:
12/14/2012



BBG2307 (5-12 SVP)

2W02-000525397404-04

Page 4 of 5
Wells Fargo Confidential

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.        ☐ I am subject to backup withholding        ☐ I am exempt from backup withholding

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax Responsible Customer Name: | Taxpayer Identification Number (TIN): |
|---|---|
| SLAG CONST LLC | 45-4292603 |

TIN Certification Signature:

☒ Submit manually
☐ Signature not required

Date:

## Authorized Signers - Signature Capture

| Authorized Signer 1 Name | Position/Title: |
|---|---|
| PEGAH SADRHASHEMINEJAD | PARTNER |

Authorized Signer 1 Signature

☒ Submit manually
☐ Signature not required

Date: 12/14/2012



2W02-000525397404-05

BBG2307 (5-12 SVP)

# Consumer Account Application



**WELLS FARGO**

| | |
|---|---|
| Bank Name:<br>WELLS FARGO BANK, N.A. | Store Name:<br>CEDARS SINAI |
| Banker Name:<br>MARIE LOKMANYAN | Officer/Portfolio Number:<br>CN616     Date:<br>05/22/2012 |
| Banker Phone:<br>310/657-3951    Store Number:<br>04498 | Banker AU:<br>0000807    Banker MAC:<br>E2164-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name:<br>PMA Premier Checking | Minor: | COID:<br>114 | Product:<br>DDA | Account Number:<br>5536451213 |
|---|---|---|---|---|
| New Account Kit:<br>Printed | | | | |

## Related Customers

| Customer Name:<br>PEGAH SADRHASHEMINEJAD | Account Relationship:<br>Sole Owner |
|---|---|

## Checking/Savings Statement Mailing Information

| Customer(s) Listed on Statement:<br>PEGAH SADRHASHEMINEJAD | Statement Mailing Address:<br>1134 ALTA LOMA RD APT 303 |
|---|---|
| | Address Line 2: |
| | City:<br>WEST HOLLYWOOD    State:<br>CA |
| | ZIP/Postal Code:<br>90069-2433    Country:<br>US |



2W02-000488530584-01

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name: PEGAH SABRHASHEMI NEJAD | Street Address: 1134 ALTA LOMA RD APT 303 |
| Account Relationship: Sole Owner | Address Line 2: |
| Taxpayer Identification Number (TIN):   TIN Type:   Date of Birth: 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   SSN   02/10/19.9 | Address Line 3: |
| Primary ID Type: DMTC | Primary ID Description: S-362-680-007-108 | City: WEST HOLLYWOOD   State: CA |
| Primary ID St/City/Prov.: M.   Primary ID Issue Date: 10/07/2010   Primary ID Expiration Date: 02/10/2016 | ZIP/Postal Code: 90069-2433   Country: US   Time at this address: 12 Year(s)   4   Month(s) |
| Secondary ID Type: OTHER CC | Secondary ID Description: HSBC CC | Directional Address: (Document when no physical residence, business or alternate street address.) |
| Secondary ID State/Country:   Secondary ID Issue Date: 01/01/2010   Secondary ID Expiration Date: 01/01/2014 | |
| Home Phone: 412/352-0363   Business Phone: 412/352-0363 | Previous Street Address: |
| Current Employer: SEPEHR, INC   SLAG CONST. LLC | City:   State: |
| Check Reporting: NO RECORD | ZIP/Postal Code:   Country:   Time at this address: Year(s)   Month(s) |
| Country of Citizenship: IR | Permanently Resides in US: YES | |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

| Tax Responsible Customer Name: PEGAH SABRHASHEMINEJAD | Taxpayer Identification Number (TIN): 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 |
|---|---|

TIN Certification Signature



☒ Submit manually
☐ Signature not required

Date: 05/24/2012

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. Information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement, the privacy policy, and the *Direct Deposit Advance Service Agreement and Product Guide*** (as each may be amended from time to time) and agree to be bound by their terms. I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

*The Direct Deposit Advance service is not currently available in all states.

Consumer Account Application

Customer 1 Name
PEGAH SADRHASHEMINEJAD

Customer 1 Signature

[X] Submit manually
[ ] Signature not required

Date:
05/22/2012



DSG8921 (5-12 SVP )

2W02-000488530584-03

Page 3 of 3
Wells Fargo Confidential

# Consumer Account Application



| | | | |
|---|---|---|---|
| Bank Name: | | Store Name: | |
| WELLS FARGO BANK, N.A. | | BETHESDA NORTH | |
| Banker Name: | | Officer/Portfolio Number: | Date: |
| TRENDY INGRAM | | E3843 | 03/09/2012 |
| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
| 301/907-2030 | 08351 | 0067111 | R1006-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | | Minor: | COID: | Product: | Account Number: |
|---|---|---|---|---|---|
| PMA Premier Checking | | | 336 | DDA | 1891892364 |

| New Account Kit: |
|---|
| c20110404-0027587438 |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| SHOKOUH AZAM SHAFIEE AZAD | Sole Owner |

## Checking/Savings Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| SHOKOUH AZAM SHAFIEE AZAD | 7117 NATELLI WOODS LN | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | BETHESDA | MD |
| | ZIP/Postal Code: | Country: |
| | 20817-3927 | US |



2W02-000425827623-01

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name: <br> SHOKOUH AZAM SHAFIEE AZAD | Street Address: <br> 7117 NATELLI WOODS LN |
| Account Relationship: <br> Sole Owner | Address Line 2: |

| Taxpayer Identification Number (TIN): <br> 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 | TIN Type: <br> SSN | Date of Birth: <br> 05/10/1958 | Address Line 3: |
|---|---|---|---|

| Primary ID Type: <br> DLIC | Primary ID Description: <br> S-123-765-079-356 | | City: <br> BETHESDA | | State: <br> MD |
|---|---|---|---|---|---|

| Primary ID St/Ctry/Prov: <br> MD | Primary ID Issue Date: <br> 03/09/2012 | Primary ID Expiration Date: <br> 05/10/2017 | ZIP/Postal Code: <br> 20817-3927 | Country: <br> US | Time at this address: <br> Year(s)     Month(s) |
|---|---|---|---|---|---|

| Secondary ID Type: <br> OTHR DC | Secondary ID Description: <br> WF VISA | Directional Address: <br> (Document when no physical residence, business or alternate street address.) |
|---|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: <br> 02/01/2015 | |
|---|---|---|---|

| Home Phone: <br> 301/469-6245 | Business Phone: | Previous Street Address: |
|---|---|---|

| Current Employer: <br> STUDENT | City: | | State: |
|---|---|---|---|

| Check Reporting: <br> NO RECORD | ZIP/Postal Code: | Country: | Time at this address: <br> Year(s)     Month(s) |
|---|---|---|---|

| Country of Citizenship: <br> US | |
|---|---|

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. person (including a U.S. resident alien).   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

| Tax Responsible Customer Name: <br> SHOKOUH AZAM SHAFIEE AZAD | Taxpayer Identification Number (TIN): <br> 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 |
|---|---|

TIN Certification Signature



☐ Submit manually
☐ Signature not required

Date: 03/09/2012

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquires that you consider appropriate to determine if you should open the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and privacy brochure and agree to be bound by them, **including the terms of the Direct Deposit Advance® service described in the Service Agreement and Product Guide and any amendment or addendum** (*Direct Deposit Advance* service currently not available in all states). **I also agree to the terms of the dispute resolution program described in the account agreement and the** *Direct Deposit Advance* **Service Agreement and Product Guide. Under this program our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

Consumer Account Application

Customer 1 Name
SHOKOUH AZAM SHAFIEE AZAD

Customer 1 Signature



☐ Submit manually
☐ Signature not required

Date:
03/09/2012

DSG8921 (11-11 SVP )

2W02-000425827623-03

Page 3 of 3
Wells Fargo Confidential

Business Direct Credit Application

# Agreement & Personal Guarantee



| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| NOONIK TARVERDIAN | | C7627 | 10/01/2013 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 310/657-3951 | 22164 | 0000807 | E2164-011 |

## Business/Application Information

| Business Name: | Application ID: |
|---|---|
| SAPENE LLC | SVPP000004694760 |

| Credit Application for: | Amount Requested: |
|---|---|
| Wells Fargo Business Platinum card | $50,000 |

## Acknowledgment & Customer Signature:

By signing below, I certify that I am an owner, partner, member, shareholder, director, and/or officer of the business named above ("Applicant"), I am authorized to submit this application on behalf of the "Applicant" and that all information and documents provided in connection with this application, including federal and state income tax returns (if any), are true, correct and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information and requires verification of payoff on all accounts requiring payoff as a condition of approving this application and to obtain at any time consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business, both in connection with this application as well as any review, extension or renewal of the credit granted pursuant to this application. I also authorize Bank to use such information and to share with its affiliates in order to determine whether the business is qualified for other products and services offered by Bank and its affiliates. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this application is subject to final approval of the Applicant and its owners, and that (ii) additional information (e.g., financial statements, tax returns and /or IRS Form 4506-T Request For Transcript of Tax Return) may be required in order for Bank to make a final credit decision. A facsimile of my signature, in any capacity, may be used as evidence of the Applicant's acceptance of these agreements. Note: Except in Arizona, if the business owner is married, a spouse's signature is not required unless he or she is the co-owner of the business. **If the Applicant is a legal entity, all owners listed on this application are asked to sign below and include their titles.**

**NON-PROFIT NOTICE AND DISCLAIMER: Not-for-profit organizations are not eligible for the Secured BusinessLine line of credit.  If the applicant is a not-for-profit organization recognized by and in good standing with the Internal Revenue Service, the personal guaranty of the signer is not required, and the personal guaranty paragraph below shall have no force or effect.**

**For Wells Fargo BusinessLine, Wells Fargo Secured BusinessLine, Wells Fargo Equipment Express, Wells Fargo Business Platinum card, Wells Fargo Business Secured card, Wells Fargo Small Business Advantage Line of Credit and Wells Fargo BusinessLoan applicants:** By signing below, I agree on behalf of the Applicant to be bound by the terms of the Customer Agreement, Wells Fargo Business Lending Confirmation Letter (where applicable) and other written documentation that will be sent to Applicant and to pay Bank's costs and attorneys' fees in enforcing the Customer Agreement and other written documentation. I further agree that use of any feature of the *BusinessLine* line of credit, *Equipment Express* loan, *Wells Fargo* Business Platinum card, Wells Fargo Business Secured card, *Wells Fargo Small Business Advantage* line of credit or *Wells Fargo BusinessLoan* term loan may be used as evidence of the foregoing authorizations, acceptances, and agreements. For the *Equipment Express* loan, interest charges will start from the date we issue the check to fund the loan(s). For unsecured *Wells Fargo* Business Platinum card, Wells Fargo BusinessLine, Wells Fargo Equipment Express, Wells Fargo Small Business Advantage Line of Credit and Wells Fargo BusinessLoan, if approved, I agree to accept the actual credit amount granted which may be less than the preferred amount. If the actual credit granted is less than the preferred amount, individual credit lines will be reduced proportionately. For the *Wells Fargo Secured BusinessLine* and Wells Fargo Business Secured card, I acknowledge that it will be a condition for granting the credit facility that it be secured by an eligible CD/Savings account (Wells Fargo Secured BusinessLine) or deposit account (Wells Fargo Business Secured Card) maintained with Bank in an amount equal to or greater than the actual credit granted. For the *Wells Fargo BusinessLoan* term loan, I authorize Wells Fargo to distribute the loan proceeds electronically into credit and/or deposit accounts I designate, or to distribute the proceeds via check to the address listed herein. I acknowledge that the check will be valid for only 30 days after issuance, and agree that the Applicant will be held responsible for funds that are received, regardless of who deposits or negotiates the check.

By signing below, I also, **in my individual capacity** (even though I may place a title or other designation next to my signature), jointly and severally unconditionally guarantee and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to any credit requested through this application, as well as any extensions, increases or renewals of that indebtedness. As guarantor, I waive (i) any requirement that Bank (A) proceed against Applicant or any other person; (B) marshal assets or proceed against or exhaust any security held from any Applicant or any other person; (C) give notice of the terms, time and place of any public or private sale or other disposition of personal property security held from any of the Applicants or any other person; (D) take any other action or pursue any other remedy in Bank's power; or (E) make any presentment, demand, protest, notice of protest, and notice of non-payment hereunder or in connection with any obligations or evidences of indebtedness held by Bank as security for or which constitute in whole or in part the Indebtedness guaranteed hereunder; (ii) any defense arising by reason of any defense of the Applicant or other guarantor; and (iii) the right to require Bank to proceed against the Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (i) extend, modify, compromise, accelerate, renew,  increase

Manual Submission Instructions:

Fax all pages of the signed form to Business Direct at 1-866-814-7729. Scanner enabled store: should scan



2W02-000596865296-01

BBG5370  (2-13 SVP)

Business Direct Credit Application Agreement & Personal Guarantee: Non-BREF

**Acknowledgment & Customer Signature (Continued):**

or otherwise change the terms of the guaranteed indebtedness; (ii) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (iii) release or substitute any party to the indebtedness or this guaranty; and (iv) take and hold security for the payment of this Guaranty or the Indebtedness of Applicant or any portion thereof, and exchange, enforce, waive, subordinate or release any such security; (c) apply such security and direct the order or manner of sale thereof, including without limitation, a non-judicial sale permitted by the terms of the controlling security agreement, as Bank in its discretion may determine, and Guarantor hereby waives any provision of law regarding application of payments which specifies otherwise. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty (ii) this guaranty will be governed by South Dakota law; and (iii) this guaranty shall benefit Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of this guaranty.

**Optional Credit Protection Program:** This program will cancel debt on your *BusinessLine* and/or *Secured BusinessLine* if you are unable to work due to a major event as described in the Terms and Conditions for the Credit Protection program that will be provided to you. The debt cancellation will be a fixed benefit payment equal to 5% of the balance plus the Credit Protection service fee on the statement immediately following the covered event. It is not a waiver of any amounts due on your credit account(s). You agree to pay the monthly Credit Protection fees ($0.35/$100 of average daily balance) as charged based on the average daily balance for the Primary Account and all Linked accounts. If Credit Protection fees are not paid each month, fees will become part of the account balance and interest will accrue. In order to be eligible for debt cancellation, you must have met the eligibility requirements and be enrolled for 30 days before the benefit amount is requested and approved. Once you have enrolled, you will receive a complete Terms and Conditions for the Credit Protection Program. Please read it and keep for future reference.

**Telephone Monitoring And Contacting You:** From time to time Bank may monitor and record telephone calls regarding your Account to assure the quality of our service. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

**New Account Identification Requirements:** To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| Owner/Guarantor/Signer 1 Name | Position/Title: | Customer Number (ECN): |
|---|---|---|
| PEGAH SADRHASHEMINEJAD | partner | 228421802054710 |

Owner/Guarantor/Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
10/01/2013

| Owner/Guarantor/Signer 2 Name | Position/Title: | Customer Number (ECN): |
|---|---|---|
| ALI SADR | partner | 700499054641634 |

Owner/Guarantor/Signer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
10/01/2013

Manual Submission Instructions:
Fax all pages of the signed form to
Business Direct at 1-866-814-7729.
Scanner enabled store: should scan



2W02-000596865296-02

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 25, 2010 to February 25, 2010

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $775.40 |
| Purchases/Debits | + | $838.99 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $63.59 |
| | | |
| Revolving Credit Limit | | $10,000.00 |
| Revolving Credit Available | | $9,936.41 |
| Statement Closing Date | | February 25, 2010 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $63.59 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | March 22, 2010 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning**: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 5 Months | $65 |

If you would like information about credit counseling services call in 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 01/26/10 | 02/03/10 | RETAIL CREDIT ADJUSTMENT | 0589-03FEB10 (01-01)000 | -$160.00 |
| 01/26/10 | 02/03/10 | RETAIL CREDIT ADJUSTMENT | 0590-03FEB10 (01-01)000 | -$615.40 |
| | | **Total Payment For This Period** | | **-$775.40** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 01/26/10 | 01/29/10 | REVOLVE CLOTHING.COM  LA MIRADA CA | | MT10028010300000120200272 | $160.00 |
| 01/26/10 | 01/29/10 | UNITED        SAN ANTONIO TX NAME: SADR/NEGARIN CTY OF ORGN: ROC    TRVL DT: 020510 CTY DEST: IAD    SVC PRVDR: UA FARE TYPE: E STOPOVER: O | | MT10028010500000120206136 | |
| | | **Transaction Total** | | | **$615.40** |
| 02/18/10 | 02/20/10 | TALBERT'S ICE & BEVERA BETHESDA MD | | MT10051010400000120219616 | $63.59 |
| | | **Total Purchases For This Period** | | | **$838.99** |

Detach and return bottom portion with your payment.        140850 5 27 000000011 0  STMTII  D 6 4990 PME1        See reverse side for important information

---

# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $63.59 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | 03/22/2010 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140        AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332



5451984664282280000150000063592

GOVERNMENT EXHIBIT 495A

18 Cr. 224 (AJN)

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 25, 2010 to February 25, 2010

Page 2 of 2

| Fees | | | | |
| --- | --- | --- | --- | --- |
| Trans Date | Post Date | Description of Fees | Reference Number | Amount |

| Interest Charged | |
| --- | --- |
| Description of Interest Charge | Amount |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $0.00 |

| 2010 Totals Year to Date | |
| --- | --- |
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | |
| --- | --- |
| Previous Points | 4,524 |
| Points | 839 |
| Bonus Points | 839 |
| Total Points | 6,202 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850 5  27  0000000411  G   STMT11  D  6  4990 PMEI

# HSBC ◆X◆

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 25, 2010 to March 26, 2010

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $63.59 |
| Payments | - $850.36 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $968.76 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| New Balance | $181.99 |

| | |
|---|---|
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $9,818.01 |
| Statement Closing Date | March 26, 2010 |
| Days in Billing Cycle | 29 |

## Payment Information

| | |
|---|---|
| New Balance | $181.99 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | April 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 13 Months | $192 |

If you would like information about credit counseling services call in 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 03/09/10 | 03/10/10 | PAYMENT - THANK YOU | 6545198006801NLDK57WKJG | -$850.36 |
| | | Total Payment For This Period | | -$850.36 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 03/01/10 | 03/02/10 | Fraud Balance Transfer | | 3168-02MAR10 (01-01)000 | $775.40 |
| 03/01/10 | 03/03/10 | MADISON DELI    MCLEAN    VA | | MT10062010400001206758 | $6.70 |
| 03/03/10 | 03/05/10 | DC PARKING METERS    WASHINGTON DC | | MT10064010500001019306 0 | $1.92 |
| 03/03/10 | 03/05/10 | DC PARKING METERS    WASHINGTON DC | | MT10064010500001019306 4 | $2.75 |
| 03/11/10 | 03/12/10 | AMOOS HOUSE OF KABOB  MCLEAN VA | | MT10071010400001021373 5 | $98.00 |
| 03/11/10 | 03/13/10 | TECHARMOUR    MCCLAIN    VA | | MT10072010300001021343 8 | $83.99 |
| | | Total Purchases For This Period | | | $968.76 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

Detach and return bottom portion with your payment.    140830 3 27  000000011  O    STMTTI  D 6  19683 PMB1    See reverse side for important information

---

# HSBC ◆X◆

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $181.99 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | 04/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332



ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

5451984664282280000150000181998

HSBC

HSBC PREMIER WORLD MASTERCARD

MasterCard

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 25, 2010 to March 26, 2010

Page 2 of 2

## Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

### 2010 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 6,202 |
| Points | 34 |
| Bonus Points | 34 |
| **Total Points** | **6,270** |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

140850 5  27  0000000411  G   STMTI1  D 6 19683 PMEI

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

Page 1 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 26, 2010 to April 27, 2010

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $181.99 |
| Payments | − | $3,440.13 |
| Other Credits | + | $0.00 |
| Purchases/Debits | + | $6,826.20 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $3,568.06 |
| | | |
| Revolving Credit Limit | | $10,000.00 |
| Revolving Credit Available | | $6,431.94 |
| Statement Closing Date | | April 27, 2010 |
| Days in Billing Cycle | | 32 |

| Payment Information | |
|---|---|
| New Balance | $3,568.06 |
| Minimum Payment Due | $36.00 |
| Payment Due Date | May 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 18 Years | $6,139 |
| $115 | 3 Years | $4,144 (Savings = $1,995) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

| Important Information |
|---|
| As a reminder, you may pay your credit card bill online or through our automated phone system for no fee. |

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 04/19/10 | 04/19/10 | PAYMENT - THANK YOU | 6545198010901KK2XZGN985 | -$3,440.13 |
| | | **Total Payment For This Period** | | **-$3,440.13** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/04/10 | 04/06/10 | MADINAT JUM - F&B    DUBAI    UAE 04/04/10    362.00 AED | | MT1009601050000102168111 | $98.57 |
| 04/06/10 | 04/07/10 | COSTA        DUBAI    UAE 04/06/10    28.00 AED | | MT1009701080000010163207 | $7.62 |
| 04/07/10 | 04/08/10 | COSTA        DUBAI    UAE 04/07/10    28.00 AED | | MT1009801010000010211895 | $7.62 |
| 04/07/10 | 04/09/10 | EMIRATES      DUBAI    ARE NAME: SADRHASHEMINEJAD/SEY CTY OF ORGN: DXB    TRVL DT: 041011 CTY DEST: GRU    SVC PRVDR: EK | | MT1009901010000010069755 | |

Detach and return bottom portion with your payment.   140850 5 27  000000411  G   STMTTI  D 6 5656 FMH1   See reverse side for important information

# HSBC



| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $3,568.06 |
| Minimum Payment Due | $36.00 |
| Payment Due Date | 05/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000360003568064

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 26, 2010 to April 27, 2010
Page 2 of 3

| | | | | |
|---|---|---|---|---|
| | | FARE TYPE: Y  STOPOVER: | | |
| | | **Transaction Total** | | $1,863.65 |
| | | 04/07/10    6845.00  AED | | |
| | | NAME: SADRHASHEMINEJAD/SEY | | |
| | | CTY OF ORGN: DXB    TRVL DT: 041011 | | |
| | | CTY DEST: GRU    SVC PRVDR: EK | | |
| | | FARE TYPE: Y  STOPOVER: | | |
| | | **Transaction Total** | | $0.00 |
| 04/09/10 | 04/10/10 | THRIFTY CAR RENTAL    DUBAI    UAE | MT101000100000010230725 | $92.95 |
| | | 04/09/10    341.32 AED | | |
| 04/06/10 | 04/12/10 | WWW.SKYPE COM    INTERNET  LUX | MT101020099000010225536 | $12.95 |
| 04/10/10 | 04/12/10 | TAM    03054775997  TX | MT101020098000010775928 | |
| | | NAME: SADR HASHEMI NEJAD/8 | | |
| | | CTY OF ORGN: GRU    TRVL DT: 041510 | | |
| | | CTY DEST: CCS    SVC PRVDR: JJ | | |
| | | FARE TYPE: H  STOPOVER: | | |
| | | **Transaction Total** | | $512.00 |
| 04/12/10 | 04/13/10 | 93 V V SPP    SAO PAULO    BRA | MT101030107000010181151 | $588.37 |
| | | 04/12/10    1038.00 BRL | | |
| 04/14/10 | 04/15/10 | GALETOS-WIR LJ 07    SAO PAULO  BRA | MT101050107000010160059 | $74.41 |
| | | 04/14/10    129.58 BRL | | |
| 04/22/10 | 04/22/10 | HOTELS.COM US    800-219-4606  WA | MT101120109000010152249 | $219.83 |
| 04/21/10 | 04/23/10 | PROGRESSIVE INS    800-888-7764  OH | MT101130103000010226070 | $521.66 |
| 04/22/10 | 04/24/10 | LIAT 1974 LIMITED    Without Addre ATG | MT101140099000010228702 | $78.20 |
| 04/24/10 | 04/26/10 | HOTELS.COM US    800-219-4606  WA | MT101160101000010789866 | $160.00 |
| 04/24/10 | 04/26/10 | HOTELS.COM US    800-219-4606  WA | MT101160101000010789868 | $581.91 |
| 04/24/10 | 04/26/10 | BWIA    INTERNET  NY | MT101160101000010820359 | |
| | | NAME: S. SADRHASHEMI | | |
| | | CTY OF ORGN: CCS    TRVL DT: 042210 | | |
| | | CTY DEST: POS    SVC PRVDR: BW | | |
| | | FARE TYPE: Y  STOPOVER: | | |
| | | **Transaction Total** | | $482.10 |
| 04/24/10 | 04/26/10 | CARIBBEAN DESINGS INC  ST KITTS  KNA | MT101160104000010241362 | $64.00 |
| 04/24/10 | 04/26/10 | DUTY FREE PLAZA    BASSETERRE  KNA | MT101160104000010241364 | $180.00 |
| 04/21/10 | 04/27/10 | WWW.SKYPE.COM    INTERNET  LUX | MT101170102000010221373 | $10.00 |
| 04/22/10 | 04/27/10 | ALLIED HOTELS LTD    PORT OF SPAIN  TTO | MT101170100000010207132 | $35.46 |
| 04/23/10 | 04/27/10 | LIAT 1974 LIMITED    Without Addre ATG | MT101170102000010224353 | $395.40 |
| 04/24/10 | 04/27/10 | MIDEASTA    0767884750 Beirut    NY | MT101170101000010098698 | |
| | | NAME: SADR HASHEMI NEJAD/S | | |
| | | CTY OF ORGN: LHR    TRVL DT: 042910 | | |
| | | CTY DEST: BEY    SVC PRVDR: ME | | |

140850 3  27  000000011   G    STMT11  D 6 3656 FMEI

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 3 of 3
From March 26, 2010 to April 27, 2010

| | | | | |
|---|---|---|---|---|
| | FARE TYPE: K  STOPOVER: | | | |
| | **Transaction Total** | | | $839.50 |
| | **Total Purchases For This Period** | | | $6,826.20 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

### Interest Charge Calculation

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous  Points | 6,270 | Travel on your terms HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 6,827 | |
| Bonus Points | 6,827 | |
| Total Points | 19,924 | |

### Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

**HSBC** ◆✕❯

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 1 of 4          From April 27, 2010 to May 28, 2010

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $3,568.06 |
| Payments | − | $4,590.85 |
| Other Credits | − | $1,110.31 |
| Purchases/Debits | + | $8,521.97 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $6,388.87 |

| | |
|---|---|
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $3,611.13 |
| Statement Closing Date | May 28, 2010 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $6,388.87 |
| Minimum Payment Due | $64.00 |
| Payment Due Date | June 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 23 Years | $11,308 |
| $206 | 3 Years | $7,420 (Savings = $3,888 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Transactions

#### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 05/01/10 | 05/01/10 | PAYMENT - THANK YOU | 6545198012101313CZP1XV59 | -$4,590.85 |
| 05/03/10 | 05/03/10 | HOTELS.COM US     800-219-4606  WA | MT10123010700001013 0935 | -$320.81 |
| 05/13/10 | 05/14/10 | MIDEASTA   0767884750 Beirut     NY | MT10134010300001007 2939 | -$789.50 |
| | | **Total Payment For This Period** | | **-$5,701.16** |

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/23/10 | 04/28/10 | PIZZA BOYS - DELI    PIARCO    TTO | | MT10118010000001022 8625 | $5.69 |
| | | 04/23/10    36.00  TTD | | | |
| 04/28/10 | 04/28/10 | HOTELS COM US     800-219-4606  WA | | MT10118010800001015 8751 | $173.34 |
| 04/24/10 | 04/29/10 | MARRIOTT      ST KITTS    KNA | | MT10119010100001007 3322 | $15.50 |
| | | MRCH INV#: 000005451 | | | |
| | | ARRVL DT: 042410 DPRT DT: 042410 | | | |
| | | MRCH PH:8694661200 | | | |
| | | PROPERTY PH: 8694661200 | | | |
| | | **Transaction Total** | | | **$15.50** |

Detach and return bottom portion with your payment.          140850 5 27  0000000411  O    STMTH  D 6 11639 PMEI          See reverse side for important information

---

**HSBC** ◆✕❯

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $6,388.87 |
| Minimum Payment Due | $64.00 |
| Payment Due Date | 06/22/2010 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140          AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000064000063888 76

**HSBC** ◆✕✦

HSBC PREMIER WORLD MASTERCARD

Page 2 of 4

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2010 to May 28, 2010

| | | | | |
|---|---|---|---|---|
| 04/24/10 | 04/29/10 | MARRIOTT      ST.KITTS   KNA | MT10119010100010073323 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 042410 DPRT DT: 042410 | | |
| | | MRCH PH:8694661200 | | |
| | | PROPERTY PH: 8694661200 | | |
| | | **Transaction Total** | | $6.00 |
| 04/25/10 | 04/29/10 | MARRIOTT      ST.KITTS   KNA | MT10119010100010073321 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 042510 DPRT DT: 042510 | | |
| | | MRCH PH:8694661200 | | |
| | | PROPERTY PH: 8694661200 | | |
| | | **Transaction Total** | | $26.50 |
| 04/27/10 | 04/29/10 | MIDEASTA   0767885370 Beirut   NY | MT10119010100010071741 | |
| | | NAME: SADR HASHEMI NEJAD/S | | |
| | | CTY OF ORGN: LHR    TRVL DT: 042910 | | |
| | | CTY DEST: BEY    SVC PRVDR: ME | | |
| | | FARE TYPE: Q  STOPOVER: | | |
| | | **Transaction Total** | | $593.50 |
| 04/29/10 | 04/30/10 | The Season's    Geneve 15   CHE | MT10120010200010073140 | $118.89 |
| | | 04/29/10    129.00 CHF | | |
| 04/29/10 | 04/30/10 | Gros Porteur CHGD   Geneve   CHE | MT10120010200010073143 | $83.37 |
| 04/29/10 | 05/01/10 | MARRIOTT      ST.KITTS   KNA | MT10121010000010076130 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 042510 DPRT DT: 042910 | | |
| | | MRCH PH:8694661200 | | |
| | | PROPERTY PH: 8694661200 | | |
| | | **Transaction Total** | | $358.80 |
| 04/27/10 | 05/03/10 | WWW.SKYPE.COM      INTERNET | MT10123010000010175172 | $10.00 |
| | | LUX | | |
| 04/27/10 | 05/03/10 | WWW.SKYPE.COM      INTERNET | MT10123010000010175173 | $10.00 |
| | | LUX | | |
| 05/02/10 | 05/03/10 | HOTELS.COM US    800-219-4606 WA | MT10123009900010773289 | $145.31 |
| 05/02/10 | 05/03/10 | HOTELS.COM US    800-219-4606 WA | MT10123009900010773290 | $1,769.08 |
| 05/02/10 | 05/03/10 | HOTELS.COM US    800-219-4606 WA | MT10123009900010773292 | $554.75 |
| 05/03/10 | 05/04/10 | THE COPTHORNE TARA   LONDON | MT10124010200010231948 | $22.83 |
| | | GBR | | |
| | | 05/03/10    15.00 GBP | | |
| 05/06/10 | 05/06/10 | HOTELS.COM US    800-219-4606 WA | MT10126010800010170403 | $170.16 |
| 05/05/10 | 05/07/10 | H̦tel de la Paix   Gen½ve   CHE | MT10127010200010063450 | $3,697.33 |
| | | 05/05/10    4102.00 CHF | | |
| 05/03/10 | 05/10/10 | WWW.SKYPE.COM      INTERNET | MT10130010000010892747 | $12.95 |
| | | LUX | | |
| 04/23/10 | 05/11/10 | ROYAL CASTLE LI    PIARCO    TTO | MT10131010100010251814 | $4.69 |
| | | 04/23/10    29.50 TTD | | |
| 05/14/10 | 05/17/10 | BETTER LIFE    DUBAI    UAE | MT10137009800010831792 | $135.86 |
| | | 05/14/10    499.00 AED | | |

140850 5  27  000000011  G   STMTI1  D 6 11639 PMEI

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

MasterCard

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2010 to May 28, 2010

Page 3 of 4

| | | | | |
|---|---|---|---|---|
| 05/15/10 | 05/17/10 | RIMAL SALOON      DUBAI      UAE | MT10137009800001081812 | $20.42 |
| | | 05/15/10    75.00  AED | | |
| 05/15/10 | 05/17/10 | MASSIMO DUTTI-FAZA TRA DUBAI UAE | MT10137010100001024246 | $51.46 |
| | | 05/15/10    189.00  AED | | |
| 05/19/10 | 05/20/10 | SANAM R.A.C - RTA FINE DUBAI      ARE | MT10140010300001021 6582 | $50.38 |
| | | 05/19/10    185.00  AED | | |
| 05/19/10 | 05/20/10 | SANAM RENT A CAR     DUBAI      ARE | MT10140010300001021 6583 | $350.74 |
| | | 05/19/10    1288.00  AED | | |
| 05/19/10 | 05/20/10 | DRIFTWOOD          BASSETERRE   KNA | MT10140010300001022 0478 | $34.76 |
| | | 05/19/10    93.45  XCD | | |
| 05/20/10 | 05/21/10 | HALCYON COVE HOTEL    ANTIGUA ATG | MT10141011000001016 7808 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 052010 DPRT DT: 052010 | | |
| | | MRCH PH:8094620271 | | |
| | | PROPERTY PH: 8094620271 | | |
| | | **Transaction Total** | | $49.29 |
| | | 05/20/10    132.50  XCD | | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 052010 DPRT DT: 052010 | | |
| | | MRCH PH:8094620271 | | |
| | | PROPERTY PH: 8094620271 | | |
| | | **Transaction Total** | | $0.00 |
| 05/27/10 | 05/28/10 | SANAM R.A.C - RTA FINE DUBAI      ARE | MT10148010300001024 0727 | $50.37 |
| | | 05/27/10    185.00  AED | | |
| | | **Total Purchases For This Period** | | **$8,521.97** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$0.00** |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $0.00 |
| Total interest charged in 2010 | $0.00 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

140850.5  27  0000000411  G   STMT11  D 6 11639 PME1

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2010 to May 28, 2010

Page 4 of 4

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 19,924 |
| Points | 7,411 |
| Bonus Points | 7,411 |
| Total Points | 34,746 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From May 28, 2010 to June 27, 2010

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $6,388.87 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $2,379.29 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $64.00 |
| **Fees Charged** | + | $35.00 |
| **Interest Charged** | + | $66.46 |
| New Balance | | $8,869.62 |

| | |
|---|---|
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $1,130.38 |
| Statement Closing Date | June 27, 2010 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $8,869.62 |
| Minimum Payment Due | $255.00 |
| Payment Due Date | July 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 26 Years | $15,716 |
| $286 | 3 Years | $10,301 (Savings = $5,415 ) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 05/29/10 | 05/31/10 | SANAM RENT A CAR    DUBAI    ARE | | MT1015101000000010249221 | $272.27 |
| | | 05/29/10    1000.00 AED | | | |
| 05/29/10 | 05/31/10 | SANAM RENT A CAR    DUBAI    ARE | | MT1015101000000010249222 | $128.49 |
| | | 05/29/10    471 92 AED | | | |
| 06/05/10 | 06/07/10 | TAM    03054775997  GA | | MT1015801010000010854408 | |
| | | NAME: SADRHASHEMINEJAD/BEY | | | |
| | | CTY OF ORGN: CCS    TRVL DT: 060610 | | | |
| | | CTY DEST: GRU    SVC PRVDR: JJ | | | |
| | | FARE TYPE: E  STOPOVER: O | | | |
| | | **Transaction Total** | | | $1,120 50 |
| 06/06/10 | 06/07/10 | SANAM R A C SALIK    DUBAI    ARE | | MT1015801030000010252949 | $138.86 |
| | | 06/06/10    510 00 AED | | | |
| 06/03/10 | 06/09/10 | WWW.SKYPE.COM    INTERNET | | MT1016001020000010243624 | $12.95 |
| | | LUX | | | |

Detach and return bottom portion with your payment.    140850 5 27  000000411  O    STMTII  D 6 5904 PME1    See reverse side for important information

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $8,869.62 |
| Minimum Payment Due | $255.00 |
| Payment Due Date | 07/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
ENCLOSED



ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000025500008869620

**HSBC** ◇◇

HSBC PREMIER WORLD MASTERCARD

MasterCard

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280

Page 2 of 2                      From May 28, 2010 to June 27, 2010

| | | | | |
|---|---|---|---|---|
| 06/15/10 | 06/16/10 | ERMENEGILDO ZEGNA    SAO PAULO BRA | MT10167010300001023039 | $657.89 |
| | | 06/15/10    1185.00  BRL | | |
| 06/22/10 | 06/24/10 | HILTON CURACAO-FRNT DS WILLEMSTAD   ANT | MT10175010200001022587 | $48.33 |
| | | **Total Purchases For This Period** | | **$2,379.29** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 06/22/10 | 06/22/10 | LATE CHARGE ASSESSMENT | 1000000411000099647120 | $35.00 |
| | | **Total Fees For This Period** | | **$35.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $66.46 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$66.46** |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $35.00 |
| Total interest charged in 2010 | $66.46 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $8,093.47 | $66.46 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 34,746 | Get something special for someone special. Use your Rewards Points toward a gift card. Call 1-888-662-(HSBC) 4722 for details. |
| Points | 2,539 | |
| Bonus Points | 2,539 | |
| Total Points | 39,824 | |

### Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

140830 3  27  0000000411   G    STMTI1  D  6 5904 FMEI

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From June 27, 2010 to July 28, 2010

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $8,869.62 |
| Payments | – $16,108.66 |
| Other Credits | + $0.00 |
| Purchases/Debits | + $11,004.36 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $8.08 |
| Past Due Amount | $0.00 |
| **Fees Charged** | + $5.00 |
| **Interest Charged** | + $0.09 |
| New Balance | $3,770.41 |
| | |
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $6,229.59 |
| Statement Closing Date | July 28, 2010 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $3,770.41 |
| Minimum Payment Due | $38.00 |
| Payment Due Date | August 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about . | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 19 Years | $6,510 |
| $122 | 3 Years | $4,379 *(Savings = $2,131 )* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 07/11/10 | 07/12/10 | PAYMENT - THANK YOU | 6545198019201V7HQS9HVD | -$8,882.57 |
| 07/26/10 | 07/26/10 | PAYMENT - THANK YOU | 65451980207013Q3QBRWJZY | -$7,226.09 |
| | | **Total Payment For This Period** | | -$16,108.66 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 07/03/10 | 07/09/10 | WWW.SKYPE.COM     INTERNET LUX | | MT10190010200001090886 | $12.95 |
| 07/14/10 | 07/15/10 | TRAVELEX & CO. LLC   MUSCAT   MCT 07/22/10   450.00 TRY | | MT10196010200001071740 | $8.08 |
| 07/22/10 | 07/23/10 | CESME DALYAN KORFEZ RE IZMIR TUR | | MT10204010300001086069 | $296.01 |
| 07/22/10 | 07/23/10 | TUVAL SANAT GALERISI  IZMIR   TUR | | MT10204010300001086074 | $402.58 |
| 07/22/10 | 07/23/10 | MP/CESME ECZANESI   IZMIR   TUR 07/22/10   20.28 TRY | | MT10204010400001236200 | $14.14 |

Detach and return bottom portion with your payment.     140830 5 27 0000000411 G   STMTT1 D 6 6049 PME1     See reverse side for important information

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $3,770.41 |
| Minimum Payment Due | $38.00 |
| Payment Due Date | 08/22/2010 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140     AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927


HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

545198466428228000003800003770419

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From June 27, 2010 to July 28, 2010

Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 07/22/10 | 07/24/10 | IZMIR CESME MARINA-CAR IZMIR TUR | MT102050101000010083546 | $13.36 |
| 07/22/10 | 07/24/10 | IZMIR CESME MARINA-CAR IZMIR TUR | MT102050101000010083547 | $467.81 |
| 07/23/10 | 07/24/10 | TAKSIM OTELCILIK - RAD IZMIR    TUR | MT102050101000010083556 | $6,019.11 |
| | | 07/25/10    487.50 TRY | | |
| 07/25/10 | 07/26/10 | MARINA YACHT CLUB    MUGLA    TUR | MT102070104000010259114 | $322.46 |
| 07/27/10 | 07/28/10 | MARINA YACHT CLUB    MUGLA    TUR | MT102090103000010223872 | $106.77 |
| 07/27/10 | 07/28/10 | KEMPINSKI AYSIR TURZ.A MUGLA TUR | MT102090103000010223875 | $3,341.09 |
| | | **Total Purchases For This Period** | | **$11,004.36** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 07/15/10 | 07/15/10 | CASH FEE FINANCE CHARGE | 10000004110000999624150 | $5.00 |
| | | **Total Fees For This Period** | | **$5.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.09 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$0.09** |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $40.00 |
| Total interest charged in 2010 | $66.55 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $4.93 | $0.09 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 39,824 | Travel on your term & HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or renting restrictions |
| Points | 10,996 | |
| Bonus Points | 10,996 | |
| **Total Points** | **61,816** | |

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2010 to August 27, 2010

Page 1 of 3

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $3,770.41 |
| Payments | - | $7,170.41 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $8,693.57 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $5,293.57 |

| | |
|---|---|
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $4,706.43 |
| Statement Closing Date | August 27, 2010 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $5,293.57 |
| Minimum Payment Due | $53.00 |
| Payment Due Date | September 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 22 Years | $9,301 |
| $171 | 3 Years | $6,148 (Savings = $3,153) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 07/30/10 | 07/30/10 | PAYMENT - THANK YOU | 6545198021101RL9PY59SBZ | -$3,770.41 |
| 07/30/10 | 07/31/10 | PAYMENT THANK YOU | 4545198021101412621069 | -$3,400.00 |
| | | **Total Payment For This Period** | | **-$7,170.41** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 07/29/10   3888 30 TRY | | | |
| 07/29/10 | 07/30/10 | FERI OTELCILIK VE TURI ISTANBUL TUR | | MT1021101030000010083694 | $2,586.85 |
| 07/29/10 | 07/30/10 | THY - WWW.THY.COM   ISTANBUL TUR | | MT1021101030000010084703 | $734.88 |
| 07/29/10 | 07/30/10 | THY-DIS HAT SATIS OFIS ISTANBUL TUR | | MT1021101030000010084706 | $130.40 |
| 07/30/10 | 08/02/10 | HOTEL GALLES    MILANO    ITA | | MT1021401020000010831119 | $149.51 |
| | | 07/30/10    84.00 CHF | | | |
| 07/30/10 | 08/03/10 | Cafe Rest Toutoune  ANDERMATT  CHE | | MT1021501030000010238660 | $80.87 |

Detach and return bottom portion with your payment.     149850 5 27 000000041 O   STMTTI  D 6 J3471 PMEI     See reverse side for important information

---

# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $5,293.57 |
| Minimum Payment Due | $53.00 |
| Payment Due Date | 09/22/2010 |

Include account number on check to HSBC Card Services  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332



545198466428228000005300005293575

HSBC ◆X◆

HSBC PREMIER WORLD MASTERCARD

MasterCard

Page 2 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2010 to August 27, 2010

| 07/31/10 | 08/03/10 | Hotel Hoefli      ALTDORF UR   CHE | MT10215010300001023866 | $163.66 |
| 07/31/10 | 08/03/10 | The River House    ANDERMATT   CHE | MT10215010300001023874 | $413.84 |
| 08/01/10 | 08/03/10 | Hotel Allegra    Kloten   CHE | MT10215010400001008502 | $120.34 |
| 07/31/10 | 08/05/10 | SWISS AIR      SAN ANTONIO  NY | MT10217010400001022939 | |
| | | NAME: SADR HASHEMI/ALI | | |
| | | CTY OF ORGN: ZRH    TRVL DT: 080110 | | |
| | | CTY DEST: DXB    SVC PRVDR: LX | | |
| | | FARE TYPE:  STOPOVER: | | |
| | | **Transaction Total** | | $1,883.90 |
| 08/04/10 | 08/05/10 | PFENDT AIRPORT OPTIC  FRANKFURT DEU | MT10217011000001017586 | $221.99 |
| 08/03/10 | 08/09/10 | SKYPE      44870835190  GBR | MT10221010100001089919 | $12.95 |
| 08/15/10 | 08/16/10 | PROGRESSIVE INS    800-888-7764 OH | MT10228010200001026547 | $1,198.00 |
| | | 08/19/10    45.00 TRY | | |
| 08/19/10 | 08/20/10 | D$DEM COLOR    KADIK#Y/$STAN TUR | MT10232010400001026042 | $30.18 |
| | | 08/20/10    1250.00 TRY | | |
| 08/20/10 | 08/23/10 | IZGE TURIZM ORG.    ISTANBUL   TUR | MT10235010000001083909 | $829.57 |
| | | 08/24/10    95.00 TRY | | |
| 08/24/10 | 08/25/10 | DOIU@ CENTER     KADIK#Y/$STAN TUR | MT10237010300001025344 | $62.87 |
| 08/24/10 | 08/25/10 | DOIU@ CENTER     KADIK#Y/$STAN TUR | MT10237010300001025344 | $62.87 |
| | | 08/24/10    16.61 TRY | | |
| 08/24/10 | 08/26/10 | A.T.U TURIZM/GIRIS A3 ISTANBUL   TUR | MT10238010200001006450 | $10.89 |
| | | **Total Purchases For This Period** | | **$8,693.57** |

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$0.00** |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $40.00 |
| Total interest charged in 2010 | $66.55 |

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

140830.5  27  0000000411  G   STMTI1  D  6  12471 PME1

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 3 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2010 to August 27, 2010

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |
| *v=Variable Rate* | | | |

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous  Points | 61,816 |
| Points | 8,695 |
| Bonus Points | 8,695 |
| Total Points | 79,206 |

If you are in a giving mood, consider using your Rewards Points toward a charity donation, green rewards or a gift card for someone special.

### Customer News

Your HSBC Premier World MasterCard has no preset spending limit. Because you never know when you might find just the right painting for your mantle. Or be invited to go heli-skiing in Alberta. Or discover that you need twelve tickets to the basketball game. See your HSBC Premier World MasterCard Terms and Conditions brochure for complete details.

140850 5  27  0000000411  G   STMT11  D 6 12471 PME1

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From August 27, 2010 to September 27, 2010

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $5,293.57 |
| Payments | - | $0.00 |
| Other Credits | + | $0.00 |
| Purchases/Debits | + | $2,191.61 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $53.00 |
| **Fees Charged** | + | **$25.00** |
| **Interest Charged** | + | **$58.96** |
| New Balance | | $7,569.14 |
| Revolving Credit Limit | | $10,000.00 |
| Revolving Credit Available | | $2,430.86 |
| Statement Closing Date | | September 27, 2010 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $7,569.14 |
| Minimum Payment Due | $213.00 |
| Payment Due Date | October 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.00 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 24 Years | $13,357 |
| $244 | 3 Years | $8,791 (Savings = $4,566 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 08/27/10    2200.92 TRY | | | |
| 08/27/10 | 08/28/10 | ISTANBUL MARRIOTT HOTE ISTANBUL TUR | | MT102400102000010242437 | $1,451.03 |
| 09/03/10 | 09/08/10 | SKYPE        44870835190  GBR | | MT102510102000010092566 | $12.95 |
| | | 09/12/10    228.56 VEF | | | |
| 09/12/10 | 09/14/10 | HOTEL TAMANACO     CARACAS    111 | | MT102570104000010236042 | $53.29 |
| | | 09/21/10    101,00 EUR | | | |
| 09/21/10 | 09/22/10 | ARMANI JEANS    126 MILANO    ITA | | MT102650110000010180486 | $132.38 |
| 09/21/10 | 09/22/10 | SALVATORE FERRAGAM 100 MILANO ITA | | MT102650110000010180490 | $255.59 |
| | | 09/23/10    215,00 EUR | | | |
| 09/23/10 | 09/24/10 | Adventure & Casual  Flughafen Wie AUT | | MT102670104000010243644 | $286.37 |
| | | **Total Purchases For This Period** | | | **$2,191.61** |

Detach and return bottom portion with your payment.    140630 3 27 0000000411 CI   STMTTI  D 6 6093 PMEI                    See reverse side for important information

---

HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $7,569.14 |
| Minimum Payment Due | $213.00 |
| Payment Due Date | 10/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280002130000 7569147

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 2 of 2
From August 27, 2010 to September 27, 2010

## Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 09/22/10 | 09/22/10 | LATE CHARGE ASSESSMENT | 1000000411000099646020 | $25.00 |
| | | **Total Fees For This Period** | | $25.00 |

## Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $58.96 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $58.96 |

### 2010 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2010 | $65.00 |
| Total interest charged in 2010 | $125.51 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $6,949.14 | $58.96 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 79,306 |
| Points | 2,191 |
| Bonus Points | 1,451 |
| **Total Points** | **82,948** |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2010 to October 28, 2010

Page 1 of 3

| Summary of Account Activity | |
|---|---|
| Previous Balance | $7,569.14 |
| Payments | - $7,569.14 |
| Other Credits | + $0.00 |
| Purchases/Debits | + $5,664.36 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | + $0.00 |
| **Fees Charged** | + $0.00 |
| **Interest Charged** | + $0.00 |
| New Balance | $5,664.36 |
| | |
| Revolving Credit Limit | $10,000.00 |
| Revolving Credit Available | $4,335.64 |
| Statement Closing Date | October 28, 2010 |
| Days in Billing Cycle | 31 |

**Payment Information**

| | |
|---|---|
| New Balance | $5,664.36 |
| Minimum Payment Due | $57.00 |
| Payment Due Date | November 22, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee from $15.50 to $35.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 22 Years | $9,980 |
| $183 | 3 Years | $6,579 (Savings = $3,401 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
|---|---|
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

**Important Information**

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

**Transactions**

**Payments/Returns/Credits**

| Trans Date | Post Date | Description of Transaction or Credit | | Reference Number | Amount |
|---|---|---|---|---|---|
| 09/29/10 | 09/29/10 | PAYMENT - THANK YOU | | 6545198027201KQVKB39J3F | -$7,569.14 |
| | | **Total Payment For This Period** | | | -$7,569.14 |

**Purchases/Debits**

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 09/28/10    19.00 TRY | | | |
| 09/28/10 | 09/29/10 | GLORIA JEANS-ATU    ISTANBUL    TUR | | MT10272010200000010086938 | $12.94 |
| 09/28/10 | 09/30/10 | A.T.U TURIZM/GIRIS A3 ISTANBUL    TUR | | MT10273010300000010089229 | $12.34 |
| | | 09/30/10    61.20 GBP | | | |
| 09/30/10 | 10/01/10 | AS GREEK AS IT GET    LONDON SW5 GBR | | MT10274010400000010224915 | $96.57 |
| 10/01/10 | 10/02/10 | FOXHALL UROLOGY    WASHINGTON DC | | MT10275010300000010205224 | $846.00 |
| | | 10/02/10    268.38 CAD | | | |
| 10/02/10 | 10/04/10 | MARCEL'S/ZAZOU    TORONTO    ON | | MT10277010100000010824657 | $260.84 |

# HSBC

| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $5,664.36 |
| Minimum Payment Due | $57.00 |
| Payment Due Date | 11/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000570000566 4362

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 2 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2010 to October 28, 2010

| | | | | |
|---|---|---|---|---|
| 10/03/10 | 10/04/10 | DIMMI TRATTORIA & BAR  TORONTO ON | MT102770104000010279743 | $52.88 |
| 10/01/10 | 10/05/10 | COLUMBIA EYE ASSOCIQPS WASHINGTON  DC | MT102780099000010075391 | $240.00 |
| 10/01/10 | 10/05/10 | UNITED        PUNE, MAHARAS IL | MT102780100000010246537 | |
| | | NAME: SADRHASHEMINEJAD/MOHAMMAD | | |
| | | CTY OF ORGN: MISC C   TRVL DT: 100210 | | |
| | | CTY DEST: MISC C    SVC PRVDR: UA | | |
| | | FARE TYPE: Y  STOPOVER: O | | |
| | | **Transaction Total** | | $66.00 |
| 10/04/10 | 10/05/10 | HELENA W RODBARD MD FA ROCKVILLE MD | MT102780106000010172646 | $400.00 |
| 10/04/10 | 10/06/10 | WASHINGTON ORTHOPAEDIC CHEVY CHASE  MD | MT102790101000010205769 | $183.00 |
| 10/04/10 | 10/06/10 | NEPH ASSOC OF N VA QPS FAIRFAX VA | MT102790102000010073990 | $250.00 |
| 10/04/10 | 10/06/10 | QUALITY MEATS    NEW YORK   NY | MT102790103000010243956 | $338.32 |
| 10/05/10 | 10/06/10 | AG SOHO      NEW YORK   NY | MT102790103000010254464 | $538.93 |
| 10/06/10 | 10/07/10 | BEST BUY MHT  00002931 ROCKVILLE MD | MT102800110000010185175 | $764.96 |
| 10/06/10 | 10/07/10 | YEKTA KABOBIRESTAURANT ROCKVILLE MD | MT102800110000010188200 | $61.86 |
| 10/07/10 | 10/08/10 | CAPITAL GASTROENTEROLO GERMANTOWN  MD | MT102810105000010245628 | $185.00 |
| 10/07/10 | 10/08/10 | LABCORP CASH MDP85 GERMANTOWN  MD | MT102810105000010248919 | $734.90 |
| | | 10/09/10     32.00 GBP | | |
| 10/03/10 | 10/11/10 | WWW.SKYPE COM      INTERNET LUX | MT102840099000010866321 | $12.95 |
| 10/09/10 | 10/11/10 | EXPRESS ONBOARD      LONDON  W2 GBR | MT102840099000010894669 | $50.76 |
| | | 10/12/10    769.53 TRY | | |
| 10/12/10 | 10/14/10 | MARRIOTT HOTEL ISTANBU ISTANBUL TUR | MT102870104000010243685 | $542.92 |
| | | 10/21/10    33.00 TTD | | |
| 10/21/10 | 10/23/10 | K F C  PIARCO     PIARCO    TTO | MT102960102000010243837 | $5.21 |
| | | 10/24/10    29.50 TTD | | |
| 10/24/10 | 10/26/10 | K F C  PIARCO     PIARCO    TTO | MT102990104000010250116 | $4.66 |
| | | 10/24/10    21.00 TTD | | |
| 10/24/10 | 10/27/10 | RITUALS       DEPART/PIARCO TTO | MT103000101000010210461 | $3.32 |
| | | **Total Purchases For This Period** | | $5,664.36 |

| **Fees** | | | |
|---|---|---|---|
| **Trans Date** | **Post Date** | **Description of Fees** | **Reference Number** | **Amount** |

| **Interest Charged** | |
|---|---|
| **Description of Interest Charge** | **Amount** |

**HSBC**

**HSBC PREMIER WORLD MASTERCARD**

Page 3 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2010 to October 28, 2010

| | |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $65.00 |
| Total interest charged in 2010 | $125.51 |

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

**HSBC PREMIER REWARDS Summary**

| | |
|---|---|
| Previous Points | 82,848 |
| Points | 5,665 |
| Total Points | 88,513 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

**Customer News**

Buenos Aires. Bangkok. Belgrade. No matter where your travels take you, take along your HSBC Premier World MasterCard and pay no foreign transaction fees when you use your card.

# HSBC ◆X◆

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From October 28, 2010 to November 26, 2010

Page 1 of 2

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $5,664.36 |
| Payments | - | $5,675.44 |
| Other Credits | + | $0.00 |
| Purchases/Debits | + | $510.03 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | $0.00 |
| **Interest Charged** | + | $0.00 |
| New Balance | | $498.95 |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $11,001.05 |
| Statement Closing Date | | November 26, 2010 |
| Days in Billing Cycle | | 29 |

| Payment Information | |
|---|---|
| New Balance | $498.95 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | December 22, 2010 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 3 Years | $586 |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Transactions

#### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | | Reference Number | Amount |
|---|---|---|---|---|---|
| 11/09/10 | 11/09/10 | PAYMENT - THANK YOU | | 65451980313018FWKDVK5PF | -$5,675.44 |
| | | **Total Payment For This Period** | | | -$5,675.44 |

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 10/29/10     8,00 EUR | | | |
| 10/29/10 | 10/30/10 | WWW.T-MOBILE.DE     BONN     DEU | | MT103030102000010064800 | $11.08 |
| 11/03/10 | 11/09/10 | WWW.SKYPE.COM     INTERNET     LUX | | MT103130104000010244707 | $12.95 |
| 11/25/10 | 11/26/10 | BAR CAFFE MEDA     MILANO     ITA | | MT103300095000010032457 | $486.00 |
| | | **Total Purchases For This Period** | | | $510.03 |

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |

---

Detach and return bottom portion with your payment.     140830 5  27  000000411  CI     STMTII  D 6  12484 PME1     See reverse side for important information

# HSBC ◆X◆

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $498.95 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | 12/22/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140     AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000015000000498954

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 2 of 2
From October 28, 2010 to November 26, 2010

| | |
|---|---|
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $65.00 |
| Total interest charged in 2010 | $125.51 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 88,513 |
| Points | 510 |
| Total Points | 89,023 |

If you are in a giving mood, consider using your Rewards Points toward a charity donation, green rewards or a gift card for someone special.

### Customer News

Your HSBC Premier World MasterCard has no preset spending limit. Because you never know when you might find just the right painting for your mantle. Or be invited to go heli-skiing in Alberta. Or discover that you need twelve tickets to the basketball game. See your HSBC Premier World MasterCard Terms and Conditions brochure for complete details.

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From November 26, 2010 to December 28, 2010

Page 1 of 3

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $498.95 |
| Payments | − | $13,249.49 |
| Other Credits | − | $0.00 |
| Purchases/Debits | + | $12,735.54 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | | **$15.00** |
| **Interest Charged** | + | **$32.75** |
| New Balance | | $32.75 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $11,467.25 |
| Statement Closing Date | | December 28, 2010 |
| Days in Billing Cycle | | 32 |

### Payment Information

| | |
|---|---|
| New Balance | $32.75 |
| Minimum Payment Due | $32.75 |
| Payment Due Date | January 22, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 1 Months | $33 |

If you would like information about credit counseling services call in 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Transactions

#### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 12/27/10 | 12/27/10 | PAYMENT - THANK YOU | 65451980361017P3FWHMC6X | -$13,249.49 |
| | | **Total Payment For This Period** | | -$13,249.49 |

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | 12/03/10 | 8,50 GBP | | | |
| 12/03/10 | 12/04/10 | RN *REALNETWORKS MUSIC 866-212-1343  GBR | | MT103380101000010069239 | $13.37 |
| | 12/04/10 | 69,90 EUR | | | |
| 12/04/10 | 12/06/10 | MASSIMO DUTTI SA    MADRID    ESP | | MT103400101000010867424 | $92.93 |
| 12/04/10 | 12/07/10 | PLUNA-WWW.F 2867940467 Uruguay URY | | MT103410103000010092715 | $1,331.70 |
| | | NAME: SADR HASHEMI NEJAD/S | | | |
| | | CTY OF ORGN: MAD    TRVL DT: 120610 | | | |
| | | CTY DEST: MVD    SVC PRVDR: PU | | | |
| | | FARE TYPE: Q  STOPOVER: | | | |
| | | **Transaction Total** | | | $1,331.70 |

# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $32.75 |
| Minimum Payment Due | $32.75 |
| Payment Due Date | 01/22/2011 |

Include account number on check to HSBC Card Services   Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000032750000032750

**HSBC** ⬣

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From November 26, 2010 to December 28, 2010

Page 2 of 3

| 12/03/10 | 12/09/10 | WWW.SKYPE.COM        INTERNET LUX | MT10343010400000103034511 | $12.95 |
|---|---|---|---|---|
| | | 12/10/10     200.00 TRY | | |
| 12/10/10 | 12/11/10 | REINA BAR        ISTANBUL    TUR | MT10345010200000102828071 | $133.87 |
| | | 12/11/10     281.11 TRY | | |
| 12/11/10 | 12/13/10 | A.T.U TURIZM/HERMES  ISTANBUL TUR | MT10347010100000109931121 | $188.16 |
| 12/11/10 | 12/13/10 | DUTY FREE SHOP-TUR-YAT BAKIRK#Y/$STA TUR | MT10347010400000103090831 | $549.13 |
| 12/11/10 | 12/13/10 | DUTY FREE SHOP-TUR-YAT BAKIRK#Y/$STA TUR | MT10347010400000103090841 | $459.90 |
| | | 12/13/10     90.40 CHF | | |
| 12/13/10 | 12/14/10 | Brasserie Seefeld    Z¤rich    CHE | MT10348010300000100850231 | $92.70 |
| 12/13/10 | 12/14/10 | Restaurant Oepfelchamm Z¤rich    CHE | MT10348010300000100850251 | $200.78 |
| 12/13/10 | 12/15/10 | MARRIOTT HOTEL ZURICH ZUERICH CHE | MT10349010300000102917491 | $200.50 |
| | | 12/15/10     135.00 CHF | | |
| 12/14/10 | 12/16/10 | Restaurant Takumi    Gen½ve    CHE | MT10350010200000100939161 | $430.33 |
| 12/14/10 | 12/16/10 | MARRIOTT HOTEL ZURICH ZUERICH CHE | MT10350010300000103099881 | $5.20 |
| 12/15/10 | 12/16/10 | swiss©tel le plaza    basel    CHE | MT10350010200000100939091 | $140.33 |
| | | 12/13/10     577.50 CHF | | |
| | | NAME: SADRHASHEMINEJAD/SEY | | |
| | | CTY OF ORGN: ZRH    TRVL DT: 121410 | | |
| | | CTY DEST: GVA        SVC PRVDR: LX | | |
| | | FARE TYPE:  STOPOVER: | | |
| | | **Transaction Total** | | $0.00 |
| 12/13/10 | 12/17/10 | SWISS AIR 2123399032 ZURICH    CHE | MT10351010300000102961671 | |
| | | NAME: SADRHASHEMINEJAD/SEY | | |
| | | CTY OF ORGN: ZRH    TRVL DT: 121410 | | |
| | | CTY DEST: GVA        SVC PRVDR: LX | | |
| | | FARE TYPE:  STOPOVER: | | |
| | | **Transaction Total** | | $594.93 |
| 12/17/10 | 12/20/10 | NATIONWIDE CREDIT CORP 703-6427500 VA | MT10354010000000110510841 | $90.00 |
| | | 12/22/10     6336.00 TRY | | |
| 12/22/10 | 12/23/10 | IZGE TURIZM ORG.    ISTANBUL    TUR | MT10357010400000103071561 | $4,099.38 |
| 12/22/10 | 12/23/10 | IZGE TURIZM ORG.    ISTANBUL    TUR | MT10357010400000103071571 | $4,099.38 |
| | | **Total Purchases For This Period** | | $12,735.54 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 12/22/10 | 12/22/10 | LATE CHARGE ASSESSMENT | 10000004110000999793050 | $15.00 |
| | | **Total Fees For This Period** | | $15.00 |

### Interest Charged

| | Description of Interest Charge | | | Amount |
|---|---|---|---|---|

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From November 26, 2010 to December 28, 2010

Page 3 of 3

| | |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $32.75 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $32.75 |

| 2010 Totals Year to Date | |
|---|---|
| Total fees charged in 2010 | $80.00 |
| Total interest charged in 2010 | $158.26 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $3,739.43 | $32.75 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 89,023 |
| Points | 12,735 |
| Total Points | 101,758 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

We have proactively increased your credit limit to the amount shown in "Revolving Credit Limit" above. If you have any questions or concerns, please call our Premier Service Center at (888) 662-HSBC (4722).

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140830 3  27  0000000411   G    STMTH  D 6 5823 PMEI

# HSBC ◆X MasterCard

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From December 28, 2010 to January 28, 2011

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $32.75 |
| Payments | − $0.00 |
| Other Credits | − $0.00 |
| Purchases/Debits | + $12,731.84 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $32.75 |
| **Fees Charged** | + $25.00 |
| **Interest Charged** | + $71.71 |
| New Balance | $12,861.30 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | January 28, 2011 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $12,861.30 |
| Minimum Payment Due | $258.75 |
| Payment Due Date | February 22, 2011 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 29 Years | $23,061 |
| $415 | 3 Years | $14,937 (Savings = $8,124 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $1,562.30, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 12/28/10    2350.00 TRY | | | |
| 12/28/10 | 12/29/10 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT103630103000010232247 | $1,525.68 |
| | | 01/03/11    8,50 GBP | | | |
| 01/03/11 | 01/04/11 | RN *REALNETWORKS MUSIC 866-212-1343 GBR | | MT110040105000010071476 | $13.16 |
| | | 01/09/11    32.90 TRY | | | |
| 01/09/11 | 01/10/11 | IGG GIDA YATIRIMLARI A ISTANBUL TUR | | MT110100102000010132646 | $21.13 |
| | | 01/10/11    6090.00 TRY | | | |
| 01/10/11 | 01/11/11 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT110110104000010226389 | $3,859.80 |
| 01/10/11 | 01/11/11 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT110110104000010226390 | $3,168.97 |
| 01/10/11 | 01/11/11 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT110110104000010226391 | $640.13 |

Detach and return bottom portion with your payment.          140030 5 27  000000411  G   STMTI1  D 6  11376 PMEI          See reverse side for important information

---

# HSBC ◆X

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $12,861.30 |
| Minimum Payment Due | $258.75 |
| Payment Due Date | 02/22/2011 |

Include account number on check to HSBC Card Services.  Do not send cash  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280000025875012861304

HSBC 🔷

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From December 28, 2010 to January 28, 2011

| | | | | | |
|---|---|---|---|---|---|
| 01/10/11 | 01/11/11 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT110110104000010226392 | $864.49 |
| 01/10/11 | 01/11/11 | IZGE TURIZM ORG.    ISTANBUL    TUR | | MT110110104000010226393 | $2,391.84 |
| | | 01/11/11    365.00 TRY | | | |
| 01/11/11 | 01/13/11 | DOGA BALIK RESTORANT  ISTANBUL  TUR | | MT110130103000010059844 | $233.69 |
| 01/10/11 | 01/17/11 | WWW.SKYPE.COM    INTERNET  LUX | | MT110170099000010130763 | $12.95 |
| | | **Total Purchases For This Period** | | | $12,731.84 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 01/22/11 | 01/22/11 | LATE CHARGE ASSESSMENT | 10000004110000999606150 | $25.00 |
| | | **Total Fees For This Period** | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $71.71 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $71.71 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $25.00 |
| Total interest charged in 2011 | $71.71 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $8,451.83 | $71.71 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 101,758 |
| Points | 12,732 |
| Total Points | 114,490 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850 5  27  0000000411  G   STMT11  D 6 11376 PME1

# HSBC

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 28, 2011 to February 25, 2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $12,861.30 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $26.58 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $258.75 |
| **Fees Charged** | **$25.00** |
| **Interest Charged** | + **$99.10** |
| New Balance | $13,011.98 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | February 25, 2011 |
| Days in Billing Cycle | 28 |

## Payment Information

| | |
|---|---|
| New Balance | $13,011.98 |
| Minimum Payment Due | $513.75 |
| Payment Due Date | March 22, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 29 Years | $23,126 |
| $420 | 3 Years | $15,112 *(Savings = $8,014 )* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
|---|---|
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

**IMPORTANT:** Starting March 18, 2011, Accounts with recurring charges (for example, monthly membership fees or bill pays) now require that the credit card be activated. After that date, recurring charges on Accounts that do not have the credit card activated will be declined. If you use your Account for recurring charges, please activate your credit card by calling the Customer Service number on the back of your card.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $1,741.98, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-724-4967.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| | | 02/04/11      8.50 GBP | | | |
| 02/04/11 | 02/05/11 | RN *REALNETWORKS MUSIC 866-212-1343  GBR | | MT11036010100001007S101 | $13.63 |
| 02/10/11 | 02/15/11 | SKYPE       44870835190  GBR | | MT11046010300001007S135 | $12.95 |
| | | **Total Purchases For This Period** | | | **$26.58** |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 02/22/11 | 02/22/11 | LATE CHARGE ASSESSMENT | | 100000041100009962S5170 | $25.00 |
| | | **Total Fees For This Period** | | | **$25.00** |

Detach and return bottom portion with your payment.     140850 5 A  27  0000006411   O    STMT66  D  6  2021 PMEI     See reverse side for important information

# HSBC

| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $13,011.98 |
| Minimum Payment Due | $513.75 |
| Payment Due Date | 03/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280005137501301198 0

# HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 28, 2011 to February 25, 2011

Page 2 of 2

## Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $99.10 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $99.10 |

### 2011 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2011 | $50.00 |
| Total interest charged in 2011 | $170.81 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $12,930.66 | $99.10 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 114,490 |
| Points | 27 |
| Total Points | 114,517 |

If you are in a giving mood, consider using your Rewards Points toward a charity donation, green rewards or a gift card for someone special.

## Customer News

Your HSBC Premier World MasterCard has no preset spending limit. Because you never know when you might find just the right painting for your mantle. Or be invited to go heli-skiing in Alberta. Or discover that you need twelve tickets to the basketball game. See your HSBC Premier World MasterCard Terms and Conditions brochure for complete details.

# HSBC ✕

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 25, 2011 to March 28, 2011

Page 1 of 2

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $13,011.98 |
| Payments | – | $13,036.98 |
| Other Credit | – | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$25.00** |
| **Interest Charged** | + | **$100.20** |
| New Balance | | $100.20 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $11,399.80 |
| Statement Closing Date | | March 28, 2011 |
| Days in Billing Cycle | | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $100.20 |
| Minimum Payment Due | $100.20 |
| Payment Due Date | April 22, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 1 Months | $100 |

If you would like information about credit counseling services call in 1-866-569-2227

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### NOTICE OF CHANGES TO YOUR INTEREST RATE

You have triggered the Penalty APR of 27.24% because we did not receive your minimum payment within 60 days of the due date. As of 05/28/2011 , the Penalty APR will apply to all existing balances and new transactions on your account. Any existing promotional rates or plans will be cancelled and the Penalty APR will apply to these transactions as well.

If you make six consecutive on time minimum payments starting with your first payment due after 05/28/2011 , your rate will return to the Standard APR or Promotional APR, if applicable. If you do not make these six consecutive on time minimum payments, we may keep the Penalty APR on your account indefinitely.

### Important Information

**IMPORTANT: Starting March 18, 2011, Accounts with recurring charges (for example, monthly membership fees or bill pays) now require that the credit card be activated. After that date, recurring charges on Accounts that do not have the credit card activated will be declined. If you use your Account for recurring charges, please activate your credit card by calling the Customer Service number on the back of your card.**

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Transactions

#### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 03/26/11 | 03/26/11 | PAYMENT - THANK YOU | 65451981085015BWP46X2CN | -$13,036.98 |
| | | **Total Payment For This Period** | | -$13,036.98 |

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

---

# HSBC ✕

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $100.20 |
| Minimum Payment Due | $100.20 |
| Payment Due Date | 04/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140 AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280001020000100202

HSBC

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 25, 2011 to March 28, 2011

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 03/22/11 | 03/22/11 | LATE CHARGE ASSESSMENT | 1000000411000009996604240 | $25.00 |
| | | **Total Fees For This Period** | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $100.20 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $100.20 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $75.00 |
| Total interest charged in 2011 | $271.01 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $11,809.20 | $100.20 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 114,317 |
| Points | 0 |
| Total Points | 114,317 |

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850 3  27  000000411  G   STMT66  D 6 2201 PMEI

# HSBC 

### HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 28, 2011 to April 27, 2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $100.20 |
| Payments | − $12,962.76 |
| Other Credits | − $0.00 |
| Purchases/Debits | + $25,484.63 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** | + $0.00 |
| **Interest Charged** | + $0.00 |
| New Balance | $12,622.07 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | April 27, 2011 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $12,622.07 |
| Minimum Payment Due | $127.00 |
| Payment Due Date | May 22, 2011 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 32 Years | $40,589 |
| $517 | 3 Years | $18,609 (Savings = $21,980 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $1,249.07, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | | | | Reference Number | Amount |
|---|---|---|---|---|---|---|---|
| 04/08/11 | 04/08/11 | PAYMENT - THANK YOU | | | | 6545198109801HVMGTFC45L | -$12,962.76 |
| | | **Total Payment For This Period** | | | | | -$12,962.76 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | | Purchase Type | | Reference Number | Amount |
|---|---|---|---|---|---|---|---|
| | | 03/29/11    10000.00 TRY | | | | | |
| 03/29/11 | 03/30/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11089010200010277487 | $6,431.28 |
| 03/29/11 | 03/30/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11089010200010277488 | $6,431.28 |
| 04/11/11 | 04/12/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11102010400010289171 | $664.32 |
| 04/11/11 | 04/12/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11102010400010289172 | $1,992.96 |
| 04/11/11 | 04/12/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11102010400010289173 | $6,643.19 |
| 04/11/11 | 04/12/11 | IZGE TURIZM ORG. | ISTANBUL | TUR | | MT11102010400010289174 | $3,321.60 |
| | | **Total Purchases For This Period** | | | | | $25,484.63 |

Detach and return bottom portion with your payment.    149850 5 27  0000000411  O   9TMT66  D 6 2143 PMEI    See reverse side for Important Information

# HSBC 

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $12,622.07 |
| Minimum Payment Due | $127.00 |
| Payment Due Date | 05/22/2011 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

5451984664282280001270001262073

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 28, 2011 to April 27, 2011

Page 2 of 2

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $75.00 |
| Total interest charged in 2011 | $271.01 |

### Interest Charge Calculation

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10001 | 9.99% (v) | $0.00 | $0.00 |
| CASH ADVANCES 20001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 114,517 | Use your Rewards Points to get cash back. Or give back by using them to donate to charity or to support renewable energy sources. |
| Points | 25,484 | |
| Total Points | 140,001 | |

### Customer News

With 0% liability for unauthorized purchases, you can carry your HSBC Premier World MasterCard with confidence everywhere you go. To report unauthorized purchases, contact your Premier Relationship Manager or call 1 888 662-HSBC (4722)

140830 5  27  0000000411   G   STMT66  D  6  2145 PMEI

**HSBC**

**HSBC PREMIER WORLD MASTERCARD**

*MasterCard*

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2011 to May 27, 2011

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $12,622.07 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $0.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $127.00 |
| **Fees Charged** | **$25.00** |
| **Interest Charged** | **+ $104.09** |
| New Balance | $12,751.16 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | May 27, 2011 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $12,751.16 |
| Minimum Payment Due | $384.00 |
| Payment Due Date | June 22, 2011 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 29 Years | $22,754 |
| $411 | 3 Years | $14,810 *(Savings = $7,944 )* |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $1,483.16, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due Amount.

### Transactions

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 05/22/11 | 05/22/11 | LATE CHARGE ASSESSMENT | | 100000041105219996339320 | $25.00 |
| | | **Total Fees For This Period** | | | **$25.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $104.09 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$104.09** |

Detach and return bottom portion with your payment.   140850 3  27  000000611    STMT66  D  8 4157 FMEI    See reverse side for important information

---

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $12,751.16 |
| Minimum Payment Due | $384.00 |
| Payment Due Date | 06/22/2011 |

Include account number on check to HSBC Card Services  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0127511600038400000545198466428280001409

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2011 to May 27, 2011

Page 2 of 2

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $100.00 |
| Total interest charged in 2011 | $375.10 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 9.99% (v) | $12,677.28 | $104.09 |
| CASH ADVANCES 80001 | 21.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 9.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 140,001 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 0 | |
| Total Points | 140,001 | |

### Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

# HSBC ✕

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From May 27, 2011 to June 27, 2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $12,751.16 |
| Payments | - $13,083.98 |
| Other Credit | - $0.00 |
| Purchases/Debits | + $7,586.56 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** | + $0.00 |
| **Interest Charged** | + $0.00 |
| New Balance | $7,253.74 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $4,246.26 |
| Statement Closing Date | June 27, 2011 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $7,253.74 |
| Minimum Payment Due | $73.00 |
| Payment Due Date | July 22, 2011 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 27 Years | $23,035 |
| $297 | 3 Years | $10,694 *(Savings = $12,341 )* |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| | | 06/05/11    26.95 TRY | | |
| 06/10/11 | 06/10/11 | PAYMENT - THANK YOU | 6545198116101CM6MPSX5SL | -$13,083.98 |
| | | **Total Payment For This Period** | | **-$13,083.98** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 06/05/11 | 06/06/11 | MANGO TR TEKS CEVAHIR  ISTANBUL TUR | | MT11157010900001014216 | $17.09 |
| 06/05/11 | 06/06/11 | GUESS CEVAHIR      ISTANBUL    TUR | | MT1115701090000010148037 | $208.58 |
| 06/05/11 | 06/06/11 | GUESS CEVAHIR      ISTANBUL    TUR | | MT1115701090000010148038 | $107.15 |
| 06/16/11 | 06/17/11 | SCABAL UK LTD      LONDON W1   GBR | | MT1116801140000010271758 | $6,930.64 |
| 06/24/11 | 06/25/11 | SWISSOTEL THE BOSPHORU ISTANBUL TUR | | MT1117601110000010063635 | $91.17 |
| | | 06/24/11    148.00 TRY | | | |
| 06/24/11 | 06/27/11 | GUNES RESTORAN TURIZM- ISTANBUL TUR | | MT1117801090000010769546 | $231.93 |

Detach and return bottom portion with your payment.    140830 3  27  0000000411    8TMT66  D 6 2204 PME1    See reverse side for important information

# HSBC ✕

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $7,253.74 |
| Minimum Payment Due | $73.00 |
| Payment Due Date | 07/22/2011 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0072537400007300000545198466428228001409

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From May 27, 2011 to June 27, 2011

| | | | |
|---|---|---|---|
| 06/24/11 | 376.50 TRY | | |
| **Total Purchases For This Period** | | | $7,586.56 |

## Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $100.00 |
| Total interest charged in 2011 | $375.10 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00000 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 140,001 |
| Points | 7,587 |
| Total Points | 147,588 |

Travel on your terms HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions

## Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From June 27, 2011 to July 28, 2011

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $7,253.74 |
| Payments - | $9,468.86 |
| Other Credits - | $0.00 |
| Purchases/Debits + | $3,349.85 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** + | **$0.00** |
| **Interest Charged** + | **$0.00** |
| New Balance | $1,134.73 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $10,365.27 |
| Statement Closing Date | July 28, 2011 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,134.73 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | August 22, 2011 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 Years | $3,017 |
| $46 | 3 Years | $1,673 *(Savings = $1,344 )* |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 07/14/11 | 07/14/11 | PAYMENT - THANK YOU | 6545198119501LM8CGB9TXH | -$9,468.86 |
| | | **Total Payment For This Period** | | **-$9,468.86** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 06/27/11 | 06/28/11 | SWISSOTEL THE BOSPHORU ISTANBUL TUR | | MT11179011500001026960 | $2,215.12 |
| | | 06/27/11   3595.80 TRY | | | |
| 07/10/11 | 07/15/11 | TAP   0035121841579 AZ | | MT11196011300001017963 | |
| | | NAME: FAKORYMONAZAH/LADAN | | | |
| | | CTY OF ORON: ZRH   TRVL DT: 071011 | | | |
| | | CTY DEST: LIS   SVC PRVDR: TP | | | |
| | | FARE TYPE: Q STOPOVER: | | | |
| | | **Transaction Total** | | | **$815.70** |
| 07/23/11 | 07/25/11 | EARTH TREKS - ROCKVILL ROCKVILLE MD | | MT11206011100001014608 | $15.90 |

Detach and return bottom portion with your payment.    14G850 5  27  000000611    STM766   D  8  2239 FME1    See reverse side for important information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $1,134.73 |
| Minimum Payment Due | $15.00 |
| Payment Due Date | 08/22/2011 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332



0011347300001500000545198466428228000014 01

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From June 27, 2011 to July 28, 2011

| 07/23/11 | 07/25/11 | RNJ SPORTS      ROCKVILLE   MD | MT11206011300010285915 | $303.13 |
|---|---|---|---|---|
| | | **Total Purchases For This Period** | | $3,349.85 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $100.00 |
| Total interest charged in 2011 | $375.10 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| Previous Points | 147,588 |
|---|---|
| Points | 3,350 |
| Total Points | 150,938 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Explore a variety of travel, dining, shopping and entertainment offers around the world with the new HSBC Premier Privileges programme! Simply visit www.privileges.hsbcpremier.com to find out more.

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 1 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2011 to August 28, 2011

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $1,134.73 |
| Payments | - | $18,396.74 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $19,184.93 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $1,922.92 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $9,577.08 |
| Statement Closing Date | | August 28, 2011 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $1,922.92 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | September 22, 2011 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 Years | $5,134 |
| $79 | 3 Years | $2,835 *(Savings = $2,299 )* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 08/08/11 | 08/08/11 | PAYMENT - THANK YOU | 6545198122012M2P2FXGYY2 | -$6,224.63 |
| 08/16/11 | 08/16/11 | PAYMENT - THANK YOU | 6545198122801GDVNPH35KM | -$12,172.11 |
| | | **Total Payment For This Period** | | -$18,396.74 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 07/28/11 | 07/29/11 | MAYO CLINIC STORE   ROCHESTER MN | | MT11210121000010184550 | $106.35 |
| 07/28/11 | 07/29/11 | MAYO CLINIC STORE   ROCHESTER MN | | MT11210121000010184551 | $20.83 |
| 07/29/11 | 08/01/11 | KAHLER GRAND      ROCHESTER   MN MRCH INV#: 000005451 ARRVL DT: 072911 DPRT DT: 072911 MRCH PH:5072806200 PROPERTY PH: 5072806200 | | MT11213010800010768723 | $2,416.35 |
| | | **Transaction Total** | | | $2,416.35 |

Detach and return bottom portion with your payment.      140850 5 27 0000000611   STMT66  D 8 2250 PMEI       See reverse side for important information

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $1,922.92 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 09/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140   AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0019229200002500005451984664282280001409

# HSBC

## HSBC PREMIER WORLD MASTERCARD

Page 2 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2011 to August 28, 2011

| | | | | |
|---|---|---|---|---|
| 07/30/11 | 08/01/11 | ANDRE'S AT MONTE CARLO LAS VEGAS NV | MT11213011300001026217O | $459.89 |
| 08/01/11 | 08/03/11 | BELLAGIO HOTEL & CASIN LAS VEGAS NV | MT11215011400001025047 2 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 080111 DPRT DT: 080111 | | |
| | | MRCH PH:8552755733 | | |
| | | PROPERTY PH: 8552755733 | | |
| | | **Transaction Total** | | $1,996.71 |
| 08/04/11 | 08/06/11 | CHESTERS KITCHEN AND B ROCHESTER MN | MT11218011100001025648 1 | $89.77 |
| 08/05/11 | 08/08/11 | PESCARA        ROCHESTER   MN | MT1122001100000108024 32 | $185.99 |
| 08/06/11 | 08/08/11 | PESCARA        ROCHESTER   MN | MT11220011400001025876 2 | $166.94 |
| 08/07/11 | 08/08/11 | SEQUOIA DC-202        NEW YORK   NY | MT11220011400001025494 3 | $199.20 |
| 08/07/11 | 08/09/11 | APPLE STORE #R112   BETHESDA MD | MT11221011400001019042 1 | $2,645.44 |
| 08/07/11 | 08/09/11 | APPLE STORE #R112   BETHESDA MD | MT11221011400001019042 2 | $793.94 |
| 08/07/11 | 08/09/11 | CVS PHARMACY #1479 Q03 BETHESDA MD | MT11221011400001019470 3 | $139.81 |
| 08/07/11 | 08/09/11 | KAHLER GRAND        ROCHESTER   MN | MT11221011600001026348 9 | |
| | | MRCH INV#: 000005451 | | |
| | | ARRVL DT: 080111 DPRT DT: 080711 | | |
| | | MRCH PH:5072806200 | | |
| | | PROPERTY PH: 5072806200 | | |
| | | **Transaction Total** | | $2,866.57 |
| 08/09/11 | 08/10/11 | APL*APPLE ITUNES STORE 866-712-7753 CA | MT11222011300001019639 9 | $0.99 |
| 08/09/11 | 08/10/11 | MACY*S EAST #0078   MCLEAN      VA | MT11222011500001026032 6 | $234.68 |
| 08/09/11 | 08/10/11 | MACY*S EAST #0078   MCLEAN      VA | MT11222011500001026032 7 | $625.80 |
| 08/09/11 | 08/10/11 | SAKS FIFTH AVENUE #000 MCLEAN VA | MT11222011200001017481 6 | $288.75 |
| 08/09/11 | 08/10/11 | HUGO BOSS        MCLEAN      VA | MT1122201210000101792 28 | $1,107.75 |
| 08/09/11 | 08/10/11 | HUGO BOSS        MCLEAN      VA | MT1122201210000101792 29 | $376.95 |
| 08/13/11 | 08/15/11 | APL*APPLE ITUNES STORE 866-712-7753 CA | MT11227011000001076513 5 | $9.99 |
| 08/14/11 | 08/15/11 | HUNTLEY HOTEL SM    SANTA MONICA CA | MT11227011000001075852 8 | |
| | | MRCH INV#: 1753388 | | |
| | | ARRVL DT: 081011 DPRT DT: 081411   · | | |
| | | MRCH PH:3103945454 | | |
| | | PROPERTY PH: 3103945454 | | |
| | | **Transaction Total** | | $2,529.31 |
| 08/20/11 | 08/22/11 | HERTZ RENT-A-CAR   LOS ANGELES CA | MT11234011000001015540 7 | |
| | | AGRMNT#: 586382414 CK OUT DT: 081011 | | |
| | | RTRN LOC: LOS ANGELES        CA | | |
| | | RTRN DT:082011 MRCH PH:8006544173 | | |

**HSBC** 

HSBC PREMIER WORLD MASTERCARD

Page 3 of 3

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From July 28, 2011 to August 28, 2011

| | |
|---|---|
| 586382414 | |
| **Transaction Total** | $1,922.92 |
| **Total Purchases For This Period** | $19,184.93 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $100.00 |
| Total interest charged in 2011 | $375.10 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 150,938 | If you are in a giving mood, consider using your Rewards Points toward a charity donation, green rewards or a gift card for someone special. |
| Points | 19,186 | |
| Total Points | 170,124 | |

### Customer News

Your HSBC Premier World MasterCard has no preset spending limit. Because you never know when you might find just the right painting for your mantle. Or be invited to go heli-skiing in Alberta. Or discover that you need twelve tickets to the basketball game. See your HSBC Premier World MasterCard Terms and Conditions brochure for complete details.

140830 3  27  0000000411      STMT66  D  8  2250 PMEI

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From August 28, 2011 to September 27, 2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,922.92 |
| Payments | – $0.00 |
| Other Credits | – $0.00 |
| Purchases/Debits | + $19.99 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $25.00 |
| **Fees Charged** | + $25.00 |
| **Interest Charged** | + $43.98 |
| New Balance | $2,011.89 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $9,488.11 |
| Statement Closing Date | September 27, 2011 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,011.89 |
| Minimum Payment Due | $115.00 |
| Payment Due Date | October 22, 2011 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 12 Years | $5,223 |
| $82 | 3 Years | $2,966 (Savings = $2,257 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?
| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your** account online at www.HSBCPREMIERUSA.com

## Important Information

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 09/05/11 | 09/06/11 | APL*APPLE ITUNES STORE 866-712-7753 CA | | MT11249010700010156466 | $19.99 |
| | | **Total Purchases For This Period** | | | $19.99 |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 09/22/11 | 09/22/11 | LATE CHARGE ASSESSMENT | | 10000004110922999664130 | $25.00 |
| | | **Total Fees For This Period** | | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $43.98 |

Detach and return bottom portion with your payment.       140850 3 27 0000000411   STMT66  D 8 2247 PMEI       See reverse side for important information

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $2,011.89 |
| Minimum Payment Due | $115.00 |
| Payment Due Date | 10/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0020118900011500000545198466428228001405

# HSBC

## HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From August 28, 2011 to September 27, 2011

| | |
|---|---|
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $43.98 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $125.00 |
| Total interest charged in 2011 | $419.08 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $1,964.32 | $43.98 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 170,124 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 20 | |
| Total Points | 170,144 | |

### Customer News

Buenos Aires. Bangkok. Belgrade. No matter where your travels take you, take along your HSBC Premier World MasterCard and pay no foreign transaction fees when you use your card.

# HSBC ◆X◆

### HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2011 to October 28, 2011

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,011.89 |
| Payments | - $0.00 |
| Other Credits | + $0.02 |
| Purchases/Debits | + $477.36 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $115.00 |
| **Fees Charged** | + **$25.00** |
| **Interest Charged** | + **$50.74** |
| New Balance | $2,564.97 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | October 28, 2011 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,564.97 |
| Minimum Payment Due | $217.00 |
| Payment Due Date | November 22, 2011 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 14 Years | $6,812 |
| $105 | 3 Years | $3,781 (Savings = $3,031 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-724-4967.

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | | Reference Number | Amount |
|---|---|---|---|---|---|
| 05/20/11 | 10/17/11 | INTEREST CHARGE ADJUSTMENT | | 0999999980520021629460 | -$0.02 |
| | | **Total Payment For This Period** | | | **-$0.02** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 10/19/11 | 10/20/11 | H&M Kaerntnerstr. 149 Wien | AUT | MT112930111000010204697 | $467.31 |
| | | 10/19/11    338,75 EUR | | | |
| 10/24/11 | 10/25/11 | Rist Molino 729 Leaust Geneve | CHE | MT112980121000010171598 | $10.05 |
| | | 10/24/11    8.90 CHF | | | |
| | | **Total Purchases For This Period** | | | **$477.36** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

---

Detach and return bottom portion with your payment.   149830 3 A 27  0000000411      S7MT66  D 8 4139 PMEI      See reverse side for important information

# HSBC ◆X◆

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $2,564.97 |
| Minimum Payment Due | $217.00 |
| Payment Due Date | 11/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140   AMOUNT ENCLOSED



ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0025649700021700000545198466428228000 1401

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 2 of 2          From September 27, 2011 to October 28, 2011

| | | | | |
|---|---|---|---|---|
| 10/22/11 | 10/22/11 | LATE CHARGE ASSESSMENT | 10000004110229996653960 | $25.00 |
| | | **Total Fees For This Period** | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $50.74 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $50.74 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $150.00 |
| Total interest charged in 2011 | $469.80 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $2,193.08 | $50.74 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 170,144 | |
| Points | 477 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions |
| Total Points | 170,621 | |

### Customer News

Buenos Aires. Bangkok. Belgrade. No matter where your travels take you, take along your HSBC Premier World MasterCard and pay no foreign transaction fees when you use your card

140830 J A 27  0000000411     STMT66  D  8 4139 PME1

**HSBC** ◆X◆

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From October 28, 2011 to November 27, 2011

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,564.97 |
| Payments | $2,564.97 |
| Other Credits | $0.00 |
| Purchases/Debits | $0.00 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance | $0.00 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $11,500.00 |
| Statement Closing Date | November 27, 2011 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | December 22, 2011 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your** account online at www.HSBCPREMIERUSA.com

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 11/15/11 | 11/15/11 | PAYMENT - THANK YOU | 6545198131901Y09XQZ3FKQ | -$2,564.97 |
| | | **Total Payment For This Period** | | -$2,564.97 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $150.00 |
| Total interest charged in 2011 | $469.80 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

---

Detach and return bottom portion with your payment.    140250 3 27 0000000411    STMTXT 3 0 3777 EXCPT    See reverse side for important information

**HSBC** ◆X◆

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 12/22/2011 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0000000000000000005451984664282280001409

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 2 of 2
From October 28, 2011 to November 27, 2011

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 170,621 |
| Points | 0 |
| Total Points | 170,621 |

Get something special for someone special. Use your Rewards Points toward a gift card. Call 1-888-662-(HSBC) 4722 for details.

### Customer News

Whether the price tag is in rupees, rands or rubles, pay with your HSBC Premier World MasterCard and you pay no foreign transaction fees.

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From November 27, 2011 to December 28, 2011

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | + | $0.00 |
| Other Credits | + | $0.00 |
| Purchases/Debits | + | $2,039.50 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $2,039.50 |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $9,460.50 |
| Statement Closing Date | | December 28, 2011 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,039.50 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | January 22, 2012 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 13 Years | $5,518 |
| $84 | 3 Years | $3,007 (Savings = $2,511 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/24/11 | 12/26/11 | DUTY FREE DE PANAMA, S PANAMA PAN | | MT11360010700001087O785 | $630.00 |
| 12/24/11 | 12/26/11 | SUBWAY AEROPUERTO TOCU PANAMA PAN | | MT11360010900001016549 2 | $9.00 |
| 12/24/11 | 12/27/11 | HAVANA HUMIDOR     NASSAU     BHS | | MT11361011000001019569 0 | $625.00 |
| 12/26/11 | 12/28/11 | LA RIVIERA DUTY FREE # PANAMA PAN | | MT11362011300001006230 2 | $20.50 |
| 12/26/11 | 12/28/11 | DUTY FREE DE PANAMA, S PANAMA PAN | | MT11362011400001024140 9 | $72.00 |
| 12/26/11 | 12/28/11 | ATTENZA H BOSS     PANAMA     PAN | | MT11362011400001024142 1 | $103.00 |
| 12/26/11 | 12/28/11 | SKY PHONE Ñ1     PANAMA     PAN | | MT11362012200001014665 1 | $580.00 |
| | | **Total Purchases For This Period** | | | **$2,039.50** |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|

Detach and return bottom portion with your payment.     140850 5 27 0000000411     STMT66 D 8 2364 PMH     See reverse side for important information

# HSBC



| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $2,039.50 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 01/22/2012 |

Include account number on check to HSBC Card Services   Do not send cash.   Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0020395000002500000545198466428228000140 9

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From November 27, 2011 to December 28, 2011

Page 2 of 2

## Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2011 Totals Year to Date | |
|---|---|
| Total fees charged in 2011 | $150.00 |
| Total interest charged in 2011 | $469.80 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 170,621 | Get something special for someone special. Use your Rewards Points toward a gift card. Call 1-888-662-(HSBC) 4722 for details. |
| Points | 2,040 | |
| Total Points | 172,661 | |

## Customer News

Whether the price tag is in rupees, rands or rubles, pay with your HSBC Premier World MasterCard and you pay no foreign transaction fees

140850 3  27  0000000411      8TMT66  D  8  2364 PMEI

**HSBC**

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From December 28, 2011 to January 27, 2012

Page 1 of 2

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,039.50 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $341.97 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $25.00 |
| **Fees Charged** + | **$25.00** |
| **Interest Charged** + | **$52.05** |
| New Balance | $2,458.52 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $9,041.48 |
| Statement Closing Date | January 27, 2012 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $2,458.52 |
| Minimum Payment Due | $127.00 |
| Payment Due Date | February 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 14 Years | $6,666 |
| $101 | 3 Years | $3,624 (Savings = $3,042 ) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297 -1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 800-724-4967 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

### Transactions

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 01/11/12 | 01/12/12 | APL*APPLE ITUNES STORE 866-712-7753 CA | | MT120120111000010165329 | $29.99 |
| 01/05/12 | 01/17/12 | Aeroport Int. Geneve  Geneve Airpor CHE | | MT120170109000010160373 | $311.98 |
| | | 01/05/12     298.00 CHF | | | |
| | | **Total Purchases For This Period** | | | **$341.97** |

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 01/22/12 | 01/22/12 | LATE CHARGE ASSESSMENT | | 1000000411012199564670 | $25.00 |
| | | **Total Fees For This Period** | | | **$25.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $52.05 |

Detach and return bottom portion with your payment.    140830 3  27  000000011    8TM2T66  D  8  4411 PMEl    See reverse side for important information

---

**HSBC**



| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $2,458.52 |
| Minimum Payment Due | $127.00 |
| Payment Due Date | 02/22/2012 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0024585200012700000545198466428228000140 1

# HSBC ◆X◆

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
Page 2 of 2
From December 28, 2011 to January 27, 2012

| | | |
|---|---|---|
| INTEREST CHARGE ON BALANCE TRANSFERS | | $0.00 |
| **Total Interest For This Period** | | $52.05 |

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $25.00 |
| Total interest charged in 2012 | $52.05 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $2,324.98 | $52.05 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 172,661 |
| Points | 342 |
| Total Points | 173,003 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

HSBC ✕

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 27, 2012 to February 26, 2012

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,458.52 |
| Payments + | $0.00 |
| Other Credits + | $0.00 |
| Purchases/Debits + | $0.00 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $127.00 |
| **Fees Charged** + | **$25.00** |
| **Interest Charged** + | **$55.74** |
| New Balance | $2,539.26 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | February 26, 2012 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,539.26 |
| Minimum Payment Due | $234.00 |
| Payment Due Date | March 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 14 Years | $6,689 |
| $104 | 3 Years | $3,744 (Savings = $2,945 ) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 17332, Baltimore, MD 21297-1332
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-724-4967.

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 02/22/12 | 02/22/12 | LATE CHARGE ASSESSMENT | | 10000004110222999646910 | $25.00 |
| | | **Total Fees for This Period** | | | **$25.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $55.74 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$55.74** |

---

Detach and return bottom portion with your payment   140850 5 A  27  0000000411   STMT66  D 8 2248 FMEI   See reverse side for important information

HSBC ✕

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $2,539.26 |
| Minimum Payment Due | $234.00 |
| Payment Due Date | 03/22/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927



HSBC CARD SERVICES
PO BOX 17332
BALTIMORE MD 21297-1332

0025392600023400000545198466428 2280001407

# HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From January 27, 2012 to February 26, 2012

Page 2 of 2

| 2012 Totals Year to Date | |
| --- | --- |
| Total fees charged in 2012 | $50.00 |
| Total interest charged in 2012 | $107.79 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| PURCHASES 00001 | 27.24% (v) | $2,489.47 | $55.74 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## HSBC PREMIER REWARDS Summary

| | |
| --- | --- |
| Previous  Points | 173,003 |
| Points | 0 |
| Total Points | 173,003 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

# HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 26, 2012 to March 28, 2012

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $2,539.26 |
| Payments | - | $2,564.26 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $2,520.66 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | $25.00 |
| **Interest Charged** | + | $55.60 |
| New Balance | | $2,576.26 |

| | |
|---|---|
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | March 28, 2012 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $2,576.26 |
| Minimum Payment Due | $107.00 |
| Payment Due Date | April 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 14 Years | $7,099 |
| $106 | 3 Years | $3,798 (Savings = $3,301 ) |

If you would like information about credit counseling services call 1-866-569-2227

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 03/24/12 | 03/24/12 | PAYMENT BY PHONE - THANK YOU | 6545198208400JRX4ZMTRJN | -$2,564.26 |
| | | **Total Payment For This Period** | | -$2,564.26 |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 03/26/12 | 03/27/12 | EY PROSPEKT STORE   MINSK   BLR | | MT120870121000010169866 | $2,520.66 |
| | | 03/26/12   20165,260 BYR | | | |
| | | **Total Purchases For This Period** | | | $2,520.66 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 03/22/12 | 03/22/12 | LATE CHARGE ASSESSMENT | 1000000411032299960435O | $25.00 |
| | | **Total Fees for This Period** | | $25.00 |

Detach and return bottom portion with your payment.        1408304 Y 27  0000000411        BTMT65 D 8 490 PMEI        See reverse side for important information

# HSBC

| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $2,576.26 |
| Minimum Payment Due | $107.00 |
| Payment Due Date | 04/22/2012 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255



0025762600010700005451984664282280001408

# HSBC

## HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From February 26, 2012 to March 28, 2012

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $55.60 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $55.60 |

#### 2012 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2012 | $75.00 |
| Total interest charged in 2012 | $163.39 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $2,403.45 | $55.60 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 173,003 |
| Points | 2,521 |
| Total Points | 175,524 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850 4 Y 27  0000000411    STMT66  D 8 490 PME1

# HSBC

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 28, 2012 to April 27, 2012

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,576.26 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $0.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $107.00 |
| **Fees Charged** | + **$25.00** |
| **Interest Charged** | + **$58.42** |
| New Balance | $2,659.68 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | April 27, 2012 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $2,659.68 |
| Minimum Payment Due | $218.00 |
| Payment Due Date | May 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 14 Years | $7,121 |
| $109 | 3 Years | $3,921 *(Savings = $3,200 )* |

If you would like information about credit counseling services call
1-866-569-2227

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

**PLEASE NOTE:** Some HSBC correspondence addresses may have changed. Please commence using the addresses listed in the above section, on this statement immediately for future correspondence.

PROTECT YOUR CREDIT RATING YOUR ACCOUNT IS PAST DUE. CALL 855-227-4165 TODAY TO MAKE YOUR PAYMENT. THANK YOU.

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/22/12 | 04/22/12 | LATE CHARGE ASSESSMENT | | 1000000411042199653760 | $25.00 |
| | | Total Fees for This Period | | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $58.42 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $58.42 |

Detach and return bottom portion with your payment.   140830 4 Y 27 0000000411   8THT66 D 8 906 PME1   See reverse side for important information



# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $2,659.68 |
| Minimum Payment Due | $218.00 |
| Payment Due Date | 05/22/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From March 28, 2012 to April 27, 2012

Page 2 of 2

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $100.00 |
| Total interest charged in 2012 | $221.81 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $2,609.34 | $58.42 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 175,524 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 0 | |
| Total Points | 175,524 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

**HSBC** ◆⊠

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2012 to May 28, 2012

Page 1 of 2

| Summary of Account Activity | | |
|---|---|---|
| Previous Balance | | $2,659.68 |
| Payments | - | $2,659.68 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $0.00 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $0.00 |
| Statement Closing Date | | May 28, 2012 |
| Days in Billing Cycle | | 31 |

| Payment Information | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | June 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
|---|---|
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

**Important Information**

PLEASE NOTE: Some HSBC correspondence addresses may have changed. Please commence using the addresses listed in the above section, on this statement immediately for future correspondence.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

**Transactions**

**Payments/Returns/Credits**

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 05/14/12 | 05/15/12 | PAYMENT THANK YOU | 45451982136014126203280 | -$2,659.68 |
| | | Total Payment For This Period | | -$2,659.68 |

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | Total Fees For This Period | | $0.00 |

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $0.00 |

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $100.00 |
| Total interest charged in 2012 | $221.81 |

---

Detach and return bottom portion with your payment.　　140850 4 Y 27 0000000411　　STMTX6 3 8 291 EXCPT　　See reverse side for important information



**HSBC** ◆⊠

| Account Number: | 5451-9846-6428-2280 |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 06/22/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140　AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

00000000000000000005451984664282280001409

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From April 27, 2012 to May 28, 2012

Page 2 of 2

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24%  (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24%  (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24%  (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 175,524 |
| Points | 0 |
| Total Points | 175,524 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

**HSBC** 

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From May 28, 2012 to August 28, 2012

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | – | $0.00 |
| Other Credits | + | $747.22 |
| Purchases/Debits | + | $747.22 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $0.00 |

| | |
|---|---|
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $11,500.00 |
| Statement Closing Date | August 28, 2012 |
| Days in Billing Cycle | 32 |

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | September 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

## Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | | Reference Number | Amount |
|---|---|---|---|---|---|
| 08/22/12 | 08/24/12 | Marina View Hotel Apar Dubai | AE | MT122370112000010233997 | -$747.22 |
| | | **Total Payment For This Period** | | | **-$747.22** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 08/22/12 | 08/24/12 | Marina View Hotel Apar Dubai     AE | | MT122370112000010233996 | $747.22 |
| | | 08/22/12     2744.40 AED | | | |
| | | **Total Purchases For This Period** | | | **$747.22** |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| | | **Total Fees For This Period** | | | **$0.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$0.00** |

---

Detach and return bottom portion with your payment.     140830 4  27  0000000411     STMT66  D 8 517 PME1     See reverse side for important information

**HSBC**

| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 09/22/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140     AMOUNT
ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0000000000000000000005451984664282280001409

# HSBC

| 2012 Totals Year to Date | |
| --- | --- |
| Total fees charged in 2012 | $100.00 |
| Total interest charged in 2012 | $221.81 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | | |
| --- | --- | --- |
| Previous Points | 175,524 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 0 | |
| Total Points | 175,524 | |

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850 4  27  0000000411     STMT66  D & 317 PMH1

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From August 28, 2012 to September 27, 2012

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | − | $0.00 |
| Other Credits | − | $0.00 |
| Purchases/Debits | + | $173.45 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New  Balance | | $173.45 |

| | |
|---|---|
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $11,326.55 |
| Statement Closing Date | September 27, 2012 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $173.45 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | October 22, 2012 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 8 Months | $191 |

If you would like information about credit counseling services call 1-866-569-2227.

## Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|---|
| 09/13/12 | 09/15/12 | BUYUK SEFLER GIDA TU R ISTANBUL TUR | | | MT12259010900001022464 7 | $53.75 |
| | | 09/13/12     96.00 TRY | | | | |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 1 | $19.95 |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 2 | $19.95 |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 3 | $19.95 |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 4 | $19.95 |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 5 | $19.95 |
| 09/23/12 | 09/25/12 | PAYPAL *MEDIALAYER | 4029357733 | CA | MT12269011900001012157 6 | $19.95 |
| | | **Total Purchases For This Period** | | | | **$173.45** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | **Total Fees For This Period** | | $0.00 |

---

Detach and return bottom portion with your payment.         140835 4  27  0000000411         STMT66  D  E 511 PME1                 See reverse side for important information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



| | |
|---|---|
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $173.45 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 10/22/2012 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
        ENCLOSED

ALI SADR
7117 NATELLI WOODS LN
BETHESDA MD 20817-3927

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0001734500002500005451984664282280001408

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From August 28, 2012 to September 27, 2012

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $100.00 |
| Total interest charged in 2012 | $221.81 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 175,524 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 174 | |
| Total Points | 175,698 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card

140850 4  27  0000000411     STMT66  D 8 311 PMEI

**HSBC** ◆X◆

HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2012 to October 28, 2012

| Summary of Account Activity | |
| --- | --- |
| Previous Balance | $173.45 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $19.95 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $25.00 |
| **Fees Charged** | + $25.00 |
| **Interest Charged** | + $4.34 |
| New Balance | $222.74 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $11,277.26 |
| Statement Closing Date | October 28, 2012 |
| Days in Billing Cycle | 31 |

| Payment Information | |
| --- | --- |
| New Balance | $222.74 |
| Minimum Payment Due | $57.00 |
| Payment Due Date | November 22, 2012 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay .. | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum Payment | 9 Months | $244 |

If you would like information about credit counseling services call in 1-866-569-2227.

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
| --- | --- |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

**Important Information**

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

**Transactions**

**Purchases/Debits**

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/19/12 | 10/20/12 | PAYPAL *MEDIALAYER   4029357733   CA | | MT122940114000010060345 | $19.95 |
| | | **Total Purchases For This Period** | | | $19.95 |

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
| --- | --- | --- | --- | --- |
| 10/22/12 | 10/22/12 | LATE CHARGE ASSESSMENT | 1000000411022999602150 | $25.00 |
| | | **Total Fees for This Period** | | $25.00 |

**Interest Charged**

| Description of Interest Charge | Amount |
| --- | --- |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $4.34 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $4.34 |

---

Detach and return bottom portion with your payment.     140850 4  27  0000000411     STMT66  D 8 310 PME1     See reverse side for important information



|  |  |
| --- | --- |
| Account Number: | 5451-9846-6428-2280 |
| New Balance | $222.74 |
| Minimum Payment Due | $57.00 |
| Payment Due Date | 11/22/2012 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140     AMOUNT ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0002227400005700005451984664282280001405

HSBC

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6428-2280
From September 27, 2012 to October 28, 2012

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $125.00 |
| Total interest charged in 2012 | $226.15 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $187.50 | $4.34 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

## HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 173,698 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 20 | |
| Total Points | 173,718 | |

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

HSBC

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From November 27, 2012 to December 28, 2012

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | + | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $5,524.51 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $5,524.51 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $5,975.49 |
| Statement Closing Date | | December 28, 2012 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $5,524.51 |
| Minimum Payment Due | $56.00 |
| Payment Due Date | January 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about.. | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 21 Years | $16,923 |
| $226 | 3 Years | $8,145 (Savings = $8,778 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
|---|---|
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/05/12 | 12/06/12 | THY - WWW.THY.COM     ISTANBUL TUR | | MT123410116000010188555 | $5,324.90 |
| 12/10/12 | 12/11/12 | YAKAMOZ RES.SU URN.GID ISTANBUL TUR | | MT123460120000010193204 | $162.67 |
| | | 12/10/12      290.00 TRY | | | |
| 12/12/12 | 12/13/12 | BTA-LIPTON       ISTANBUL    TUR | | MT123480120000010076951 | $4.24 |
| | | 12/12/12       7.50 TRY | | | |
| 12/16/12 | 12/17/12 | BODRUM MANTI CAFE    ISTANBUL TUR | | MT123520118000010214628 | $32.70 |
| | | 12/16/12      58.00 TRY | | | |
| | | **Total Purchases For This Period** | | | **$5,524.51** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | **Total Fees For This Period** | | $0.00 |

Detach and return bottom portion with your payment.        140830 4  27  0000000411    STMT66  D 8  898 PME1        See reverse side for important information



HSBC

| Account Number: | 5451-9846-6573-9288 |
|---|---|
| New Balance | $5,524.51 |
| Minimum Payment Due | $56.00 |
| Payment Due Date | 01/22/2013 |

Include account number on check to HSBC Card Services  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140     AMOUNT ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8602

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0055245100005600000545198466573928 8001402

GOVERNMENT EXHIBIT 495B

18 Cr. 224 (AJN)

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From November 27, 2012 to December 28, 2012

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $125.00 |
| Total interest charged in 2012 | $226.15 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 175,718 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions |
| Points | 5,525 | |
| Total Points | 181,243 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140850-4  27  0000000411    STMT66  D 8 898 PMEI

# HSBC ◆X◆

### HSBC PREMIER WORLD MASTERCARD

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From December 28, 2012 to January 28, 2013

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $5,524.51 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $1,909.90 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $56.00 |
| **Fees Charged** + | **$25.00** |
| **Interest Charged** + | **$168.06** |
| New Balance | $7,627.47 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $3,872.53 |
| Statement Closing Date | January 28, 2013 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $7,627.47 |
| Minimum Payment Due | $326.00 |
| Payment Due Date | February 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 23 Years | $23,235 |
| $312 | 3 Years | $11,245 (Savings = $11,990 ) |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**
| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/31/12 | 01/01/13 | SMARTSHEET      4252831870   WA | | MT13000101900000101111139 | $1,192.00 |
| 01/02/13 | 01/04/13 | MARRIOTT 337P9 F&B   BETHESDA MD | | MT13004012100000101177626 | |
| | | MRCH INV#: 000005451 | | | |
| | | ARRVL DT: 010213 DPRT DT: 010213 | | | |
| | | MRCH PH:3018975600 | | | |
| | | PROPERTY PH: 3018975600 | | | |
| | | **Transaction Total** | | | $8.63 |
| 01/04/13 | 01/05/13 | HAIR CUTTERY #1828   BETHESDA MD | | MT13005012300000101109903 | $20.00 |
| 01/04/13 | 01/07/13 | THE NORTH FACE #48   BETHESDA MD | | MT13007011300000105313107 | $518.39 |
| 01/04/13 | 01/07/13 | CVS PHARMACY #1479 Q03 BETHESDA MD | | MT13007011300000105286647 | $70.39 |
| 01/04/13 | 01/07/13 | TYSON`S SUPER CLEANERS VIENNA VA | | MT13007011600000101198933 | $13.50 |

Detach and return bottom portion with your payment.      140850 4  27  0000000411      STMT66  D  8  492 PMEJ      See reverse side for important information

# HSBC ◆X◆

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $7,627.47 |
| Minimum Payment Due | $326.00 |
| Payment Due Date | 02/22/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255



0076274700032600000545198466573928800140 8