# EXHIBIT 28-6

# HSBC ⟨X⟩

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From November 27, 2012 to December 28, 2012

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments | – | $0.00 |
| Other Credits | – | $0.00 |
| Purchases/Debits | + | $5,524.51 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| **New Balance** | | $5,524.51 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $5,975.49 |
| Statement Closing Date | | December 28, 2012 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $5,524.51 |
| Minimum Payment Due | $56.00 |
| Payment Due Date | January 22, 2013 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 21 Years | $16,923 |
| $226 | 3 Years | $8,145 (Savings = $8,778 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/05/12 | 12/06/12 | THY - WWW.THY.COM    ISTANBUL TUR | | MT12341011600001018855 5 | $5,324.90 |
| 12/10/12 | 12/11/12 | YAKAMOZ RES.SU URN.GID ISTANBUL TUR | | MT123460120000010193204 | $162.67 |
| | | 12/10/12    290.00 TRY | | | |
| 12/12/12 | 12/13/12 | BTA-LIPTON       ISTANBUL    TUR | | MT123480120000010076951 | $4.24 |
| | | 12/12/12    7.50 TRY | | | |
| 12/16/12 | 12/17/12 | BODRUM MANTI CAFE    ISTANBUL TUR | | MT123520118000010214628 | $32.70 |
| | | 12/16/12    58.00 TRY | | | |
| | | **Total Purchases For This Period** | | | **$5,524.51** |

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| | | **Total Fees For This Period** | | | **$0.00** |

---

Detach and return bottom portion with your payment.    140850 4  17  000000411    STMT66  D 8  898 PME1    See reverse side for important Information

# HSBC ⟨X⟩

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $5,524.51 |
| Minimum Payment Due | $56.00 |
| Payment Due Date | 01/22/2013 |

Include account number on check to HSBC Card Services . Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0055245100005600000545198466573928800 1402

GOVERNMENT
EXHIBIT
495B
18 Cr. 224 (AJN)

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From November 27, 2012 to December 28, 2012

Page 2 of 2

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

| 2012 Totals Year to Date | |
|---|---|
| Total fees charged in 2012 | $125.00 |
| Total interest charged in 2012 | $226.15 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 175,718 |
| Points | 5,525 |
| Total Points | 181,243 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

Page 1 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From December 28, 2012 to January 28, 2013

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $5,524.51 |
| Payments | – $0.00 |
| Other Credits | – $0.00 |
| Purchases/Debits | + $1,909.90 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $56.00 |
| **Fees Charged** | + $25.00 |
| **Interest Charged** | + $168.06 |
| New  Balance | $7,627.47 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $3,872.53 |
| Statement Closing Date | January 28, 2013 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $7,627.47 |
| Minimum Payment Due | $326.00 |
| Payment Due Date | February 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 23 Years | $23,235 |
| $312 | 3 Years | $11,245 *(Savings = $11,990 )* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 12/31/12 | 01/01/13 | SMARTSHEET     4252831870   WA | | MT130001019000010111139 | $1,192.00 |
| 01/02/13 | 01/04/13 | MARRIOTT 337P9 F&B   BETHESDA MD | | MT130040121000010177626 | |
| | | MRCH INV#: 000005451 | | | |
| | | ARRVL DT: 010213 DPRT DT: 010213 | | | |
| | | MRCH PH:3018975600 | | | |
| | | PROPERTY PH: 3018975600 | | | |
| | | **Transaction Total** | | | $8.63 |
| 01/04/13 | 01/05/13 | HAIR CUTTERY #1828   BETHESDA MD | | MT130050123000010109903 | $20.00 |
| 01/04/13 | 01/07/13 | THE NORTH FACE #48   BETHESDA MD | | MT130070113000010513107 | $518.39 |
| 01/04/13 | 01/07/13 | CVS PHARMACY #1479 Q03 BETHESDA MD | | MT130070113000010528647 | $70.39 |
| 01/04/13 | 01/07/13 | TYSON`S SUPER CLEANERS VIENNA VA | | MT130070116000010198933 | $13.50 |

Detach and return bottom portion with your payment.          140850 4  27  0000000411      STMT66  D  8 492 FMEI          See reverse side for important information

# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $7,627.47 |
| Minimum Payment Due | $326.00 |
| Payment Due Date | 02/22/2013 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0076274700032600000545198466573928800 1408

# HSBC 〈X〉

### HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
Page 2 of 2          From December 28, 2012 to January 28, 2013

| 01/18/13 | 01/19/13 | CAFE PRESSE CLUB    ZUERICH CHE | MT13019011B000010153259 | $86.99 |
|---|---|---|---|---|
| | | 01/18/13    81.30 CHF | | |
| | | **Total Purchases For This Period** | | **$1,909.90** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 01/22/13 | 01/22/13 | LATE CHARGE ASSESSMENT | 10000004110122999632180 | $25.00 |
| | | **Total Fees for This Period** | | **$25.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $168.06 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$168.06** |

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $25.00 |
| Total interest charged in 2013 | $168.06 |

## Interest Charge Calculation

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $7,264.21 | $168.06 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## HSBC PREMIER REWARDS Summary

| Previous Points | 181,243 |
|---|---|
| Points | 1,910 |
| Total Points | 183,153 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

# HSBC ✖

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From January 28, 2013 to February 25, 2013

Page 1 of 3.

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $7,627.47 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $474.76 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $326.00 |
| **Fees Charged** | + **$25.00** |
| **Interest Charged** | + **$165.36** |
| New Balance | $8,292.59 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | February 25, 2013 |
| Days in Billing Cycle | 28 |

## Payment Information

| | |
|---|---|
| New Balance | $8,292.59 |
| Minimum Payment Due | $600.00 |
| Payment Due Date | March 22, 2013 |

**Late Payment Warning** : If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 23 Years | $24,803 |
| $340 | 3 Years | $12,226 (Savings = $12,577 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 02/05/13 | 02/06/13 | FH TAXI GMBH        MUENCHEN   DEU | | MT130370119000010161148 | $208.11 |
| | | 02/05/13    154,50 EUR | | | |
| 02/21/13 | 02/23/13 | RYANAIR        DUBLIN    IRL | | MT130540118000010152783 | |
| | | NAME: BACCIFAVA/MEDEA | | | |
| | | CTY OF ORGN: BGY    TRVL DT: 022513 | | | |
| | | CTY DEST: BUD    SVC PRVDR: FR | | | |
| | | FARE TYPE: C STOPOVER | | | |
| | | **Transaction Total** | | | $122.75 |
| | | 02/21/13 000000008586  978 | | | |
| | | NAME: BACCIFAVA/MEDEA | | | |
| | | CTY OF ORGN: BGY    TRVL DT: 022513 | | | |
| | | CTY DEST: BUD    SVC PRVDR: FR | | | |
| | | FARE TYPE: C STOPOVER: | | | |
| | | **Transaction Total** | | | $0.00 |
| 02/21/13 | 02/23/13 | RYANAIR        DUBLIN    IRL | | MT130540118000010152784 | |
| | | NAME: BACCIFAVA/MEDEA | | | |

Detach and return bottom portion with your payment.    140830 4 A  27  0000000411    STMT66  D 8 473 FME3    See reverse side for important information



| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $8,292.59 |
| Minimum Payment Due | $600.00 |
| Payment Due Date | 03/22/2013 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

00829259000600000054519846657392880014 01

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
Page 2 of 3
From January 28, 2013 to February 25, 2013

| Trans Date | Post Date | Description | Reference Number | Amount |
|---|---|---|---|---|
| | | CTY OF ORGN: BGY    TRVL DT: 022513 | | |
| | | CTY DEST: BUD    SVC PRVDR: FR | | |
| | | FARE TYPE: C STOPOVER: | | |
| | | **Transaction Total** | | $14.30 |
| | | 02/21/13 000000001000  978 | | |
| | | NAME: BACCIFAVA/MEDEA | | |
| | | CTY OF ORGN: BGY    TRVL DT: 022513 | | |
| | | CTY DEST: BUD    SVC PRVDR: FR | | |
| | | FARE TYPE: C STOPOVER: | | |
| | | **Transaction Total** | | $0.00 |
| 02/21/13 | 02/25/13 | WIZZ AIR 920WZZV59RFC  BUDAPEST HUN | MT1305601180000010171535 | |
| | | NAME: BACCIFAVA/MEDEA | | |
| | | CTY OF ORGN: BUD    TRVL DT: 000000 | | |
| | | CTY DEST: MXP    SVC PRVDR: W6 | | |
| | | FARE TYPE: Y STOPOVER: | | |
| | | **Transaction Total** | | $129.60 |
| | | **Total Purchases For This Period** | | $474.76 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 02/22/13 | 02/22/13 | LATE CHARGE ASSESSMENT | 1000000411022299962394 | $25.00 |
| | | **Total Fees for This Period** | | $25.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $165.36 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $165.36 |

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $50.00 |
| Total interest charged in 2013 | $333.42 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $7,913.32 | $165.36 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

149850 4 A  27  0000000411    STMT66  D 8 473 PME1

# HSBC ◆▶

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From January 28, 2013 to February 25, 2013

Page 3 of 3

## HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 183,153 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions |
| Points | 345 | |
| Total Points | 183,498 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

### Customer News

Effective January 1, 2013, Price Protection coverage on your Premier World MasterCard® will be increasing from 60 days to 120 days from the date of purchase. Please call 1-800-MC-ASSIST to obtain full terms, conditions and exclusions that may apply.

 

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From February 25, 2013 to March 28, 2013

Page 1 of 2

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $8,292.59 |
| Payments | - | $600.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$189.52** |
| New Balance | | $7,882.11 |
| | | |
| Revolving Credit Limit | | $11,500.00 |
| Revolving Credit Available | | $3,617.89 |
| Statement Closing Date | | March 28, 2013 |
| Days in Billing Cycle | | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $7,882.11 |
| Minimum Payment Due | $269.00 |
| Payment Due Date | April 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 23 Years | $24,202 |
| $323 | 3 Years | $11,621 (Savings = $12,581 ) |

If you would like information about credit counseling services call
1-866-569-2227

---

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Transactions

#### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 03/19/13 | 03/19/13 | PAYMENT BY PHONE - THANK YOU | 65451983078196ZH3Z81DFK | -$600.00 |
| | | **Total Payment For This Period** | | **-$600.00** |

#### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | **Total Fees For This Period** | | **$0.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $189.52 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$189.52** |

---

Detach and return bottom portion with your payment.    140832-4  27  0000000411   STMT66  D 8 306 FME1       See reverse side for important information



| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $7,882.11 |
| Minimum Payment Due | $269.00 |
| Payment Due Date | 04/22/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140      AMOUNT ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0078821100026900005451984665739288001405

# HSBC ◆◆◆

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From February 25, 2013 to March 28, 2013

Page 2 of 2

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $50.00 |
| Total interest charged in 2013 | $522.94 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $8,191.88 | $189.52 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 183,498 |
| Points | 0 |
| Total Points | 183,498 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

## Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

## Customer News

Effective January 1, 2013, Price Protection coverage on your Premier World MasterCard® will be increasing from 60 days to 120 days from the date of purchase. Please call 1-800-MC-ASSIST to obtain full terms, conditions and exclusions that may apply.



# HSBC



**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From March 28, 2013 to April 26, 2013

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $7,882.11 |
| Payments − | $7,882.11 |
| Other Credits − | $0.00 |
| Purchases/Debits + | $720.90 |
| Balance Transfers + | $0.00 |
| Cash Advances + | $0.00 |
| Past Due Amount | $0.00 |
| **Fees Charged** + | **$0.00** |
| **Interest Charged** + | **$0.00** |
| New Balance | $720.90 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $10,779.10 |
| Statement Closing Date | April 26, 2013 |
| Days in Billing Cycle | 29 |

## Payment Information

| | |
|---|---|
| New Balance | $720.90 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | May 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 4 Years | $1,183 |
| $30 | 3 Years | $1,063 (Savings = $120 ) |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| 24-Hour Customer Service | 1-888-662-4722 |
|---|---|
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 04/05/13 | 04/05/13 | PAYMENT - THANK YOU | 65451983095010NC1DGK0D7 | -$7,882.11 |
| | | **Total Payment For This Period** | | **-$7,882.11** |

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/08/13 | 04/10/13 | J CHOWS - MONTGOMERY M BETHESDA MD | | MT13100017000010154259 | $16.41 |
| 04/09/13 | 04/11/13 | STARBUCKS NJ-T10911501 MILLTOWN NJ | | MT13101011600001051008 | $4.49 |
| 04/09/13 | 04/11/13 | ANNAPOLIS SAILING SCHO 800-6389192 MD | | MT13101017000010079875 | $700.00 |
| | | **Total Purchases For This Period** | | | **$720.90** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | **Total Fees For This Period** | | **$0.00** |

Detach and return bottom portion with your payment.    140850 4  27  0000000411    STMT66  D  $ 939 FME1    See reverse side for important information



# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $720.90 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 05/22/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0007209000002500000545198466573928 8001404

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From March 28, 2013 to April 26, 2013

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $0.00 |

#### 2013 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2013 | $50.00 |
| Total interest charged in 2013 | $522.94 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 183,498 |
| Points | 720 |
| Total Points | 184,218 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

**HSBC** ◆◆

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From April 26, 2013 to May 28, 2013

Page 1 of 2

| Summary of Account Activity | |
|---|---|
| Previous Balance | $720.90 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $73.72 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $25.00 |
| **Fees Charged** | + $25.00 |
| **Interest Charged** | + $19.30 |
| New Balance | $838.92 |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $10,661.08 |
| Statement Closing Date | May 28, 2013 |
| Days in Billing Cycle | 32 |

| Payment Information | |
|---|---|
| New Balance | $838.92 |
| Minimum Payment Due | $78.00 |
| Payment Due Date | June 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 5 Years | $1,444 |
| $34 | 3 Years | $1,237 *(Savings = $207 )* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**
24-Hour Customer Service   1-888-662-4722
Lost or Stolen Card   1-800-327-4214
Outside USA Collect   1-716-841-6866
TDD/Hearing Impaired   1-800-655-9392

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.COM**

| Important Information |
|---|
| As a reminder, you may pay your credit card bill online or through our automated phone system for no fee. |

### Transactions

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/27/13 | 04/29/13 | CAPTAIN'S MARKET   CABIN JOHN   MD | | MT13119011400001060372 0 | $19.71 |
| 04/27/13 | 04/29/13 | MY SUSHI   CABIN JOHN   MD | | MT13119011400001061422 4 | $48.06 |
| 04/30/13 | 05/02/13 | DC PARKING METERS   WASHINGTON DC | | MT13122011900001017608 2 | $4.00 |
| 05/08/13 | 05/09/13 | KARBUD GIDA   ISTANBUL   TUR | | MT13129011600001016674 3 | $1.95 |
| | | 05/08/13   3.50 TRY | | | |
| | | **Total Purchases For This Period** | | | $73.72 |

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 05/22/13 | 05/22/13 | LATE CHARGE ASSESSMENT | | 10000004110522999531950 | $25.00 |
| | | **Total Fees for This Period** | | | $25.00 |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |

Detach and return bottom portion with your payment.   140850 4  27  0000000411   STMT66  D 8 520 PMH   See reverse side for important information

**HSBC** ◆◆ 

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $838.92 |
| Minimum Payment Due | $78.00 |
| Payment Due Date | 06/22/2013 |

Include account number on check to HSBC Card Services  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR
APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0000838920000780000054519846657392880014 00

**HSBC**

HSBC PREMIER WORLD MASTERCARD

Page 2 of 2

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From April 26, 2013 to May 28, 2013

| | |
|---|---|
| INTEREST CHARGE ON PURCHASES | $19.30 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $19.30 |

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $75.00 |
| Total interest charged in 2013 | $542.24 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $808.29 | $19.30 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | |
|---|---|
| Previous Points | 184,218 |
| Points | 74 |
| Total Points | 184,292 |

Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions.

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

### Customer News

As a valued Premier client, **Concierge Services** will now be part of your HSBC Premier World MasterCard®. The MasterCard Concierge can make your dinner reservations, purchase tickets to events, and much more. The cost of goods or services can be billed to your HSBC Premier World MasterCard®. To learn more, call **1-888-314-5132**.

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From May 28, 2013 to June 27, 2013

Page 1 of 2

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $838.92 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $669.33 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $78.00 |
| **Fees Charged** | + **$25.00** |
| **Interest Charged** | + **$20.92** |
| New Balance | $1,554.17 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $0.00 |
| Statement Closing Date | June 27, 2013 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $1,554.17 |
| Minimum Payment Due | $140.00 |
| Payment Due Date | July 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 10 Years | $3,658 |
| $64 | 3 Years | $2,291 *(Savings = $1,367)* |

If you would like information about credit counseling services call 1-866-569-2227.

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 06/22/13 | 06/24/13 | STARBUCKS BAGG10561538 DULLES VA | | MT13175011400001056O180 | $3.47 |
| 06/22/13 | 06/24/13 | STARBUCKS #00747 BETHE Bethesda MD | | MT13175011400001057622B | $3.45 |
| 06/22/13 | 06/24/13 | CVS PHARMACY #1475 Q03 BETHESDA MD | | MT131750114000010587704 | $59.28 |
| 06/22/13 | 06/24/13 | WALGREENS #11123    POTOMAC MD | | MT131750114000010589408 | $9.99 |
| 06/24/13 | 06/25/13 | JOHN EDWARD KELLY MD P ROCKVILLE MD | | MT131760119000010184159 | $155.00 |
| 06/24/13 | 06/25/13 | HUDSON TRAIL OUTFITTER WASHINGTON   DC | | MT131760127000010132925 | $41.34 |
| 06/25/13 | 06/26/13 | COLONIAL PARKING # QPS WASHINGTON   DC | | MT131770125000010145394 | $7.00 |
| 06/25/13 | 06/27/13 | SUNOCO 0175100700   ROCKVILLE   MD | | MT131780116000010056084 | $21.25 |
| 06/25/13 | 06/27/13 | HERTZ RENT-A-CAR    WASHINGTON DC | | MT131780116000010059877 | |

Detach and return bottom portion with your payment.       l40830 5 A  27  0000000411       8TMT66  D  8  1199 FMEI       See reverse side for important information

---



| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $1,554.17 |
| Minimum Payment Due | $140.00 |
| Payment Due Date | 07/22/2013 |

Include account number on check to HSBC Card Services.  Do not send cash  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery

140       AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

HSBC ✖

HSBC PREMIER WORLD MASTERCARD

MasterCard

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
Page 2 of 2
From May 28, 2013 to June 27, 2013

| | | | | |
|---|---|---|---|---|
| | | AGRMNT#: 126608031 CK OUT DT: 062213 | | |
| | | RTRN LOC: ROCKVILLE        MD | | |
| | | RTRN DT:062513 MRCH PH:8006544173 | | |
| | | SADR /ALI | | |
| | | **Transaction Total** | | $91.05 |
| 06/25/13 | 06/27/13 | WASHINGTON FLYING C GAITHERSBURG  MD | MT131780117000010190097 | $277.50 |
| | | **Total Purchases For This Period** | | **$669.33** |

**Fees**

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 06/22/13 | 06/22/13 | LATE CHARGE ASSESSMENT | 1000000411062299513260 | $25.00 |
| | | **Total Fees for This Period** | | **$25.00** |

**Interest Charged**

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $20.92 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$20.92** |

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $100.00 |
| Total interest charged in 2013 | $563.16 |

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $934.25 | $20.92 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

**HSBC PREMIER REWARDS Summary**

| | | |
|---|---|---|
| Previous  Points | 184,292 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 278 | |
| Total Points | 184,570 | |

**Customer News**

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

140830 3 A 27  0000000411      STMT66  D 8 1199 PME01

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From June 27, 2013 to July 28, 2013

Page 1 of 3

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,554.17 |
| Payments | - $838.92 |
| Other Credits | - $206.29 |
| Purchases/Debits | + $2,832.60 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | + $0.00 |
| **Fees Charged** | + **$0.00** |
| **Interest Charged** | + **$67.62** |
| New Balance | $3,409.18 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $8,090.82 |
| Statement Closing Date | July 28, 2013 |
| Days in Billing Cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $3,409.18 |
| Minimum Payment Due | $102.00 |
| Payment Due Date | August 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 17 Years | $9,853 |
| $140 | 3 Years | $5,026 *(Savings = $4,827 )* |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912-0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

**Important Information**

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

**Transactions**

**Payments/Returns/Credits**

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 06/28/13 | 06/29/13 | PAYMENT THANK YOU | 45451983180025973268633 | -$838.92 |
| 07/02/13 | 07/03/13 | NATIONAL CAR RENTAL   ATLANTA GA | MT13184011800010185305 | -$206.29 |
| | | **Total Payment For This Period** | | **-$1,045.21** |

**Purchases/Debits**

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 06/26/13 | 06/28/13 | DC PARKING METERS   WASHINGTON DC | | MT13179011600010180174 | $2.00 |
| 06/27/13 | 06/28/13 | EXXONMOBIL   47848643 VIENNA   VA | | MT13179012300010142906 | $72.00 |
| 06/27/13 | 06/29/13 | PF CHANGS #3000   MCLEAN   VA | | MT13180011400010153146 | $104.57 |
| 06/27/13 | 06/29/13 | MONTBLANC TYSONS 21  MCLEAN VA | | MT13180011400010158092 | $435.75 |
| 06/27/13 | 06/29/13 | J CREW RETAIL #793  MCLEAN    VA | | MT13180011600010184005 | $281.40 |
| 06/28/13 | 06/29/13 | PUBLIX #569   DACULA    GA | | MT13180012000010140638 | $35.37 |
| 06/29/13 | 07/01/13 | FEDEXOFFICE  00008268 BUFORD  GA | | MT13182011400010527264 | $3.69 |

Detach and return bottom portion with your payment.     140820 5 27  000000411     BTMT66  D 8 1198 PM81     See reverse side for important information



# HSBC

| Account Number: | 5451-9846-6573-9288 |
|---|---|
| New Balance | $3,409.18 |
| Minimum Payment Due | $102.00 |
| Payment Due Date | 08/22/2013 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From June 27, 2013 to July 28, 2013

Page 2 of 3

| | | | | |
|---|---|---|---|---|
| 06/29/13 | 07/01/13 | PUBLIX #569      DACULA      GA | MT13182011400001054965 | $112.69 |
| 06/30/13 | 07/02/13 | DELTA00601756745760  ATLANTA TUR | MT13183011500001008168 | |
| | | NAME: PHILLIPS/MARYBE | | |
| | | CTY OF ORGN: LAX      TRVL DT:  063013 | | |
| | | CTY DEST: LAX        SVC PRVDR: DL | | |
| | | FARE TYPE:  STOPOVER: | | |
| | | **Transaction Total** | | $29.63 |
| | | 06/30/13    57.00 TRY | | |
| | | NAME: PHILLIPS/MARYBE | | |
| | | CTY OF ORGN: LAX      TRVL DT:  063013 | | |
| | | CTY DEST: LAX        SVC PRVDR: DL | | |
| | | FARE TYPE:  STOPOVER: | | |
| | | **Transaction Total** | | $0.00 |
| 06/30/13 | 07/02/13 | WASHINGTON FLYING C GAITHERSBURG  MD | MT13183011600001019648 | $198.00 |
| 07/01/13 | 07/02/13 | NATIONAL CAR RENTAL   ATLANTA GA | MT13183011600001017503 | |
| | | AGRMNT#: 324030177 CK OUT DT: 062813 | | |
| | | RTRN LOC: COLLEGE PARK        GA | | |
| | | RTRN DT:070113 MRCH PH:8004683334 | | |
| | | SADR ALI | | |
| | | **Transaction Total** | | $206.29 |
| 07/01/13 | 07/03/13 | SHELL OIL 216852204QPS HAPEVILLE GA | MT13184011600001014938 | $31.38 |
| 07/02/13 | 07/03/13 | NATIONAL CAR RENTAL   ATLANTA GA | MT13184011800001018530 | |
| | | AGRMNT#: 324030113 CK OUT DT: 062813 | | |
| | | RTRN LOC: COLLEGE PARK        GA | | |
| | | RTRN DT:070113 MRCH PH:8004683334 | | |
| | | SADR ALI | | |
| | | **Transaction Total** | | $524.96 |
| 07/02/13 | 07/03/13 | COLUMBIA EYE ASSOCIATE WASHINGTON  DC | MT13184012600001014670 | $240.00 |
| 07/03/13 | 07/04/13 | LEBANESE TAVERNA TYSON MCLEAN VA | MT13185011700001019653 | $36.74 |
| 07/04/13 | 07/06/13 | COLONIAL PARKING #6QPS CHEVY CHASE  MD | MT13187011600001012299 | $3.00 |
| 07/17/13 | 07/18/13 | MALATA RESTAURANT    VALLETTA MLT | MT13199012700000010035368 | $129.98 |
| | | 07/17/13    98,65 EUR | | |
| 07/18/13 | 07/18/13 | MALATA RESTAURANT    VALLETTA MLT | MT13199012700000010035367 | $26.35 |
| | | 07/18/13    20,00 EUR | | |
| 07/18/13 | 07/19/13 | BAR SATELLITE PANE 249 GALLARATE ITA | MT13200011900001006311 | $5.64 |
| | | 07/18/13    4,30 EUR | | |
| 07/18/13 | 07/19/13 | BAR SATELLITE MALP 903 FERNO ITA | MT13200011900001006312 | $9.71 |

# HSBC

**HSBC PREMIER WORLD MASTERCARD**

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From June 27, 2013 to July 28, 2013

Page 3 of 3

| | | | | |
|---|---|---|---|---|
| | | 07/18/13     7,40 EUR | | |
| 07/18/13 | 07/19/13 | THE WESTIN DRAGONARA  ST JULIANS MLT | MT132000127000010038451 | $143.29 |
| | | 07/18/13     109,20 EUR | | |
| 07/18/13 | 07/20/13 | MARISCO NA DOCA LDA   LISBOA PRT | MT132010115000010027819 | $184.76 |
| | | 07/18/13     140,50 EUR | | |
| 07/19/13 | 07/20/13 | PLATEPASS HERTZ TOLLS 8774114300 AZ | MT132010120000010045166 | $15.40 |
| | | **Total Purchases For This Period** | | **$2,832.60** |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | **Total Fees For This Period** | | **$0.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $67.62 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$67.62** |

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $100.00 |
| Total interest charged in 2013 | $630.78 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $2,922.85 | $67.62 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 184,570 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 2,627 | |
| Total Points | 187,197 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

# HSBC

## HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From July 28, 2013 to August 28, 2013

Page 1 of 2

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $3,409.18 |
| Payments | − $0.00 |
| Other Credits | − $0.00 |
| Purchases/Debits | + $15.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $102.00 |
| **Fees Charged** | + **$25.00** |
| **Interest Charged** | + **$80.24** |
| New Balance | $3,529.42 |
| | |
| Revolving Credit Limit | $11,500.00 |
| Revolving Credit Available | $7,970.58 |
| Statement Closing Date | August 28, 2013 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $3,529.42 |
| Minimum Payment Due | $243.00 |
| Payment Due Date | September 22, 2013 |

**Late Payment Warning :** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00 and your APRs may be increased to the Penalty APR of 27.24%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about ... | And you will and up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 17 Years | $9,930 |
| $145 | 3 Years | $5,203 *(Savings = $4,727 )* |

If you would like information about credit counseling services call 1-866-569-2227

**Questions?**

| | |
|---|---|
| 24-Hour Customer Service | 1-888-662-4722 |
| Lost or Stolen Card | 1-800-327-4214 |
| Outside USA Collect | 1-716-841-6866 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Card Services, PO Box 80029, Salinas, CA 93912 -0029
**Manage Your account online at www.HSBCPREMIERUSA.com**

### Important Information

**As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.**

### Transactions

#### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|
| 07/29/13 | 07/31/13 | NOTARY COMM AND AUTH S WASHINGTON   DC | | MT132120116000010062643 | $15.00 |
| | | **Total Purchases For This Period** | | | **$15.00** |

#### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 08/22/13 | 08/22/13 | LATE CHARGE ASSESSMENT | | 10000004110822999843000 | $25.00 |
| | | **Total Fees for This Period** | | | **$25.00** |

#### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $80.24 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$80.24** |

Detach and return bottom portion with your payment.    140830 5 27 0000000411    STMT66 D 8 1172 FME1    See reverse side for important information



# HSBC

| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $3,529.42 |
| Minimum Payment Due | $243.00 |
| Payment Due Date | 09/22/2013 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140    AMOUNT ENCLOSED

ALI SADR
6445 ROCK FOREST DR APT 209
BETHESDA MD 20817-8802

HSBC CARD SERVICES
PO BOX 5255
CAROL STREAM IL 60197-5255

0035294200024300000545198466573928800 1406

 **HSBC** 

HSBC PREMIER WORLD MASTERCARD

HSBC Premier World MasterCard Account Statement
Account Number 5451-9846-6573-9288
From July 28, 2013 to August 28, 2013

Page 2 of 2

| 2013 Totals Year to Date | |
|---|---|
| Total fees charged in 2013 | $125.00 |
| Total interest charged in 2013 | $711.02 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $3,447.61 | $79.76 |
| PURCHASES 00001 | 27.24% (v) | $20.82 | $0.48 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

v=Variable Rate

### HSBC PREMIER REWARDS Summary

| | | |
|---|---|---|
| Previous Points | 187,197 | Travel on your terms. HSBC Premier World MasterCard travel rewards have no blackout dates, booking fees or seating restrictions. |
| Points | 15 | |
| Total Points | 187,212 | |

### Customer News

Whether you're shopping in Bhutan or Bermuda, you pay no Foreign Transaction Fees with the HSBC Premier World MasterCard. So wherever you travel, be sure to travel with your Premier credit card.

MasterCard

MasterCard Account Statement
Account Number 5451-9846-6573-9288
From August 28, 2013 to October 2, 2013

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $3,529.42 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $243.00 |
| **Fees Charged** | + | **$25.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $3,554.42 |
| | | |
| Credit Limit | | $11,500.00 |
| Credit Available | | $0.00 |
| Statement Closing Date | | October 2, 2013 |
| Days in Billing Cycle | | 35 |

## Payment Information

| | |
|---|---|
| New Balance | $3,554.42 |
| Minimum Payment Due | $304.00 |
| Payment Due Date | October 22, 2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about.. | And you will end up paying an estimated total of.. |
|---|---|---|
| Only the minimum Payment | 16 Years | $9,873 |
| $146 | 3 Years | $5,240 (Savings = $4,633 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-385-8916 |
| Lost or Stolen Card | 1-800-441-0604 |
| Outside USA Collect | 1-716-841-7141 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Bank USA N.A., PO Box 5255, Carol Stream, IL 60197-5255
**Billing Inquiries:** HSBC Bank USA N.A., PO Box 80026, Salinas, CA 93912-0026
**Manage Your account online at www.us.hsbc.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 09/22/13 | 09/22/13 | LATE CHARGE ASSESSMENT | | 10000004110921999842950 | $25.00 |
| | | **Total Fees for This Period** | | | **$25.00** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$0.00** |

### 2013 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2013 | $150.00 |
| Total interest charged in 2013 | $711.02 |

Detach and return bottom portion with your payment.   140997 5 U 27  0000000411    STMTX6  E  8  22230 EXCPT    See reverse side for important information



| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $3,554.42 |
| Minimum Payment Due | $304.00 |
| Payment Due Date | 10/22/2013 |

Include account number on check to HSBC Bank USA N.A.. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140   AMOUNT ENCLOSED

ALI SADR
6445 ROCK FOREST DR APT 209
BETHESDA MD 20817-8802

HSBC BANK USA N A
PO BOX 5255
CAROL STREAM IL 60197-5255

0035544200030400000545198466573928800 1403

MasterCard

Page 2 of 2

MasterCard Account Statement
Account Number 5451-9846-6573-9288
From August 28, 2013 to October 2, 2013

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

140997 3 U  27  0000000411        STMTX6  E  8  22230 EXCPT

MasterCard

MasterCard Account Statement
Account Number 5451-9846-6573-9288
From October 2, 2013 to October 28, 2013

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $3,554.42 |
| Payments | – | $3,554.42 |
| Other Credits | – | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$0.00** |
| New Balance | | $0.00 |
| | | |
| Credit Limit | | $11,500.00 |
| Credit Available | | $0.00 |
| Statement Closing Date | | October 28, 2013 |
| Days in Billing Cycle | | 26 |

## Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | November 22, 2013 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $25.00.

## Questions?

| | |
|---|---|
| 24-Hour Customer Service | 1-888-385-8916 |
| Lost or Stolen Card | 1-800-441-0604 |
| Outside USA Collect | 1-716-841-7141 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Bank USA N.A., PO Box 5255, Carol Stream, IL 60197 -5255
**Billing Inquiries:** HSBC Bank USA N.A., PO Box 80026, Salinas, CA 93912 -0026
Manage Your account online at www.us.hsbc.com

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Transactions

### Payments/Returns/Credits

| Trans Date | Post Date | Description of Transaction or Credit | Reference Number | Amount |
|---|---|---|---|---|
| 10/03/13 | 10/03/13 | CONV CRED ADJ | 0999999981003003932100 | -$3,554.42 |
| | | Total Payment For This Period | | -$3,554.42 |

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| | | Total Fees For This Period | | $0.00 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| Total Interest For This Period | $0.00 |

### 2013 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2013 | $150.00 |
| Total interest charged in 2013 | $711.02 |

---

Detach and return bottom portion with your payment.     140997 5 U 27  0000000411     STMTX6  E  8  8311 EXCPT          See reverse side for important information



| | |
|---|---|
| Account Number: | 5451-9846-6573-9288 |
| New Balance | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 11/22/2013 |

Include account number on check to HSBC Bank USA N.A. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

140

AMOUNT
ENCLOSED

ALI SADR
6445 ROCK FOREST DR APT 209
BETHESDA MD 20817-8802

HSBC BANK USA N.A
PO BOX 5255
CAROL STREAM IL 601975255

MasterCard

*Capital One*

MasterCard Account Statement
Account Number 5451-9846-6573-9288
Page 2 of 2                    From October 2, 2013 to October 28, 2013

**Interest Charge Calculation**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| PURCHASES 00001 | 27.24% (v) | $0.00 | $0.00 |
| CASH ADVANCES 80001 | 27.24% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 71111 | 27.24% (v) | $0.00 | $0.00 |

*v=Variable Rate*

# EXHIBIT 28-7

## 2010-2014

| Date | From | To | Source |
|------|------|-----|--------|
| 8/12/2010 | Dubai, United Arab Emirates | Tehran, Iran | Email - Electronic Ticket (GX2202) |
| 11/11/2010 | Tehran, Iran | Istanbul, Turkey | Email - Electronic Ticket (GX2222) |
| 11/12/2010 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2222) |
| 11/15/2010 | Tehran, Iran | Istanbul, Turkey | Email - Electronic Ticket (GX2227) |
| 12/11/2010 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2235) |
| 12/15/2010 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2227) |
| 2/8/2011 | London, UK | Tehran, Iran | Email - Electronic Ticket (GX2010) |
| 2/17/2011 | Tehran, Iran | Dubai, United Arab Emirates | Email - Electronic Ticket (GX2012) |
| 2/17/2011 | Dubai, United Arab Emirates | Tehran, Iran | Email - Electronic Ticket (GX2013) |
| 2/19/2011 | Dubai, United Arab Emirates | Tehran, Iran | Email - Electronic Ticket (GX2012) |
| 2/21/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX2209) |
| 4/26/2011 | Tehran, Iran | Dubai, United Arab Emirates | Email - Electronic Ticket (GX2029) |
| 4/30/2011 | Dubai, United Arab Emirates | Tehran, Iran | Email - Electronic Ticket (GX2029) |
| 5/4/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2035) |
| 5/14/2011 | Dubai, United Arab Emirates | Tehran, Iran | Email - Electronic Ticket (GX2039) |
| 5/18/2011 | Tehran, Iran | Frankfurt, Germany | Email - Electronic Ticket (GX1104) |
| 5/31/2011 | Tehran, Iran | Frankfurt, Germany | Email - Electronic Ticket (GX1105) |
| 6/19/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX1104) |
| 6/24/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2045) |
| 6/28/2011 | Tehran, Iran | Frankfurt, Germany | Email - Electronic Ticket (GX1106) |
| 7/17/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2053) |
| 7/31/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX1105) |
| 8/28/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX1106) |
| 9/17/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2067) |
| 9/19/2011 | Tehran, Iran | Frankfurt, Germany | Email - Electronic Ticket (GX1107) |
| 9/28/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX1107) |
| 10/10/2011 | Tehran, Iran | Frankfurt, Germany | Email - Electronic Ticket (GX1108) |

GOVERNMENT EXHIBIT 704
18 Cr. 224 (AJN)

| 2010-2014 | | | |
|---|---|---|---|
| Date | From | To | Source |
| 10/11/2011 | Tehran, Iran | Istanbul, Turkey | Email - Electronic Ticket (GX1109) |
| 10/11/2011 | Frankfurt, Germany | Tehran, Iran | Email - Electronic Ticket (GX1108) |
| 10/12/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX1109) |
| 10/13/2011 | Tehran, Iran | Vienna, Austria | Email - Electronic Ticket (GX1110) |
| 10/14/2011 | Vienna, Austria | Tehran, Iran | Email - Electronic Ticket (GX1110) |
| 11/10/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2079) |
| 12/2/2011 | Tehran, Iran | Istanbul, Turkey | Email - Electronic Ticket (GX2085) |
| 12/10/2011 | Istanbul, Turkey | Tehran, Iran | Email - Electronic Ticket (GX2085) |
| 4/10/2012 | | Tehran, Iran | Passport P95427954 (GX205A-T) |
| 4/11/2012 | Tehran, Iran | | Passport P95427954 (GX205A-T) |
| 5/9/2012 | | Tehran, Iran | Passport P95427954 (GX205A-T) |
| 5/14/2012 | Tehran, Iran | | Passport P95427954 (GX205A-T) |
| 2/9/2014 | | Tehran, Iran | Passport H95647761 (GX206A-T) |
| 2/12/2014 | Tehran, Iran | | Passport H95647761 (GX206A-T) |
| 10/8/2014 | | Tehran, Iran | Passport H95647761 (GX206A-T) |
| 10/10/2014 | Tehran, Iran | | Passport H95647761 (GX206A-T) |
| 12/13/2014 | | Tehran, Iran | Passport H95647761 (GX206A-T) |
| 12/15/2014 | Tehran, Iran | | Passport H95647761 (GX206A-T) |

# EXHIBIT 28-8

| | DATE | ORIGINATING PARTY | INTERMEDIARY PARTY | BENEFICIARY PARTY | CITY | COUNTRY | STATED PURPOSE | AMOUNT (USD) |
|---|---|---|---|---|---|---|---|---|
| \multicolumn{9}{c}{**Clarity Fund Transvers via Stratus Global Investments Nov 24, 2011 – Dec 12, 2011**} |
| 1 | November 24, 2011 | Clarity | Stratus Global Investments | GFH Short Interest Private Fund, Inc | Panama City | Panama | Exchange of funds for Client 0045-7 | $ 241,650.00 |
| 2 | November 24, 2011 | Clarity | Stratus Global Investments | GFH Short Interest Private Fund, Inc | Panama City | Panama | Exchange of funds for Client 0045-7 | $ 238,155.00 |
| 3 | November 24, 2011 | Clarity | Stratus Global Investments | Flores-Hidalgo Sociedades e Inversiones, S.L. | Barcelona | Spain | Exchange of funds | $ 439,150.50 |
| 4 | November 25, 2011 | Clarity | Stratus Global Investments | Apolo Zona Libre | Panama City | Panama | Legal Fees-Claims Management-IPC19 | $ 150,000.00 |
| 5 | November 25, 2011 | Clarity | Stratus Global Investments | Samuel Carciente Sananes | Panama City | Panama | Legal Fees-Claims Management-IPC20 | $ 100,000.00 |
| 6 | November 25, 2011 | Clarity | Stratus Global Investments | Senzani International C.A. | Willestamstad | Curacao | Legal Fees-Claims Management-IPC21 | $ 100,000.00 |
| 7 | November 25, 2011 | Clarity | Stratus Global Investments | Maruja Ayala de Morales | Los Angeles (CA) | USA | Legal Fees-Claims Management-IPC22 | $ 100,000.00 |
| 8 | November 25, 2011 | Clarity | Stratus Global Investments | Kam Pong Cheung | Enping | China | Legal Fees-Claims Management-IPC23 | $ 100,000.00 |
| 9 | November 25, 2011 | Clarity | Stratus Global Investments | Agustin Gonzalez | Maracay | Venezuela | Legal Fees-Claims Management-IPC24 | $ 70,000.00 |
| 10 | November 28, 2011 | Clarity | Stratus Global Investments | Healy Consultants (Hong Kong) Limited | Hong Kong | China | Establishment fee of the company "Perse VIP" | $ 4,800.00 |
| 11 | December 1, 2011 | Clarity | Stratus Global Investments | America Economia 2021, C.A | Panama City | Panama | Doors for Venezuela Project | $ 200,000.00 |
| 12 | December 1, 2011 | Clarity | Stratus Global Investments | Corporacion Corriager C.A. LLC | Miami (FL) | USA | Equipment for trucks / Venezuela Project | $ 220,000.00 |
| 13 | December 1, 2011 | Clarity | Stratus Global Investments | Profit Finacial INC | Panama City | Panama | Bricks for Venezuela Project | $ 178,550.00 |
| 14 | December 1, 2011 | Clarity | Stratus Global Investments | Lennox Parts LLC | Doral (FL) | USA | Spare parts for vehicles for Venezuela Project | $ 300,000.00 |
| 15 | December 1, 2011 | Clarity | Stratus Global Investments | Tania Dos Santos | Weston (FL) | USA | Legal Fees-Claims Management-IPC25 | $ 100,000.00 |
| 16 | December 1, 2011 | Clarity | Stratus Global Investments | Venezolana de Control Intermodal, C.A. | Caracas | Venezuela | Legal Fees-Claims Management-IPC26 | $ 500,000.00 |
| 17 | December 1, 2011 | Clarity | Stratus Global Investments | Pablo Alejandro Fernandes Martins | Weston (FL) | USA | Legal Fees-Claims Management-IPC27 | $ 150,000.00 |
| 18 | December 1, 2011 | Clarity | Stratus Global Investments | Virginland Technology Co. Limited | Guangzhou | China | Legal Fees-Claims Management-IPC28 | $ 40,000.00 |



GOVERNMENT EXHIBIT 705A
18 Cr. 224 (AJN)

| 19 | December 1, 2011 | Clarity | Stratus Global Investments | Pablo Fernandes | Weston (FL) | USA | Legal Fees-Claims Management-IPC29 | $ | 90,000.00 |
|---|---|---|---|---|---|---|---|---|---|
| 20 | December 1, 2011 | Clarity | Stratus Global Investments | Games Plus Electronic C.A. | Caracas | Venezuela | Legal Fees-Claims Management-IPC30 | $ | 100,000.00 |
| 21 | December 1, 2011 | Clarity | Stratus Global Investments | 1. Totalbank Curacao N.V. 2. Inversiones Keromuchi CA | Willestamstad | Curacao | Legal Fees-Claims Management-IPC31 | $ | 100,000.00 |
| 22 | December 1, 2011 | Clarity | Stratus Global Investments | Irene Vianello | Caracas | Venezuela | Legal Fees-Claims Management-IPC32 | $ | 126,000.00 |
| 23 | December 1, 2011 | Clarity | Stratus Global Investments | Jumbo Zona Libre, S.A | Colon | Panama | Legal Fees-Claims Management-IPC33 | $ | 103,642.00 |
| 24 | December 1, 2011 | Clarity | Stratus Global Investments | 1. Banesco S.A. 2. Inversiones A.M. Canaima C.A | Panama City | Panama | Legal Fees-Claims Management-IPC34 | $ | 115,507.00 |
| 25 | December 1, 2011 | Clarity | Stratus Global Investments | Jumbo Zona Libre, S.A | Colon | Panama | Legal Fees-Claims Management-IPC35 | $ | 96,358.00 |
| 26 | December 1, 2011 | Clarity | Stratus Global Investments | Global Morgan Group (HK) Limited | Hong Kong | China | Legal Fees-Claims Management-IPC36 | $ | 115,000.00 |
| 27 | December 1, 2011 | Clarity | Stratus Global Investments | Fernando Padron | Caracas | Venezuela | Legal Fees-Claims Management-IPC37 | $ | 28,500.00 |
| 28 | December 6, 2011 | Clarity | Stratus Global Investments | Ricardo Antonio Fernandes Sarrico | Aveiro | Portugal | Legal Fees-Claims Management-IPC38 | $ | 145,000.00 |
| 29 | December 6, 2011 | Clarity | Stratus Global Investments | Franca Cravino | Varazze | Italy | Legal Fees-Claims Management-IPC39 | $ | 55,000.00 |
| 30 | December 6, 2011 | Clarity | Stratus Global Investments | Vincenzo Conte and Alessandra Conte | Staten Island (NY) | USA | Legal Fees-Claims Management-IPC40 | $ | 60,000.00 |
| 31 | December 6, 2011 | Clarity | Stratus Global Investments | Pablo Alejandro Fernandes Martins | Aveiro | Portugal | Legal Fees-Claims Management-IPC41 | $ | 50,000.00 |
| 32 | December 6, 2011 | Clarity | Stratus Global Investments | Senzani International C.A. | Willestamstad | Curacao | Legal Fees-Claims Management-IPC42 | $ | 200,000.00 |
| 33 | December 6, 2011 | Clarity | Stratus Global Investments | Global Morgan Group (HK) Limited | Hong Kong | China | Legal Fees-Claims Management-IPC43 | $ | 170,000.00 |
| 34 | December 6, 2011 | Clarity | Stratus Global Investments | Jeancenter Corporation S.A | Colon | Panama | Legal Fees-Claims Management-IPC44 | $ | 250,000.00 |
| 35 | December 6, 2011 | Clarity | Stratus Global Investments | Jumbo Zona Libre, S.A | Colon | Panama | Legal Fees-Claims Management-IPC45 | $ | 115,839.00 |
| 36 | December 6, 2011 | Clarity | Stratus Global Investments | AA Group Limited | Guangzhou | China | Legal Fees-Claims Management-IPC46 | $ | 325,000.00 |
| 37 | December 6, 2011 | Clarity | Stratus Global Investments | 1. Totalbank Curacao N.V. 2. Inversiones Keromuchi CA | Willestamstad | Curacao | Legal Fees-Claims Management-IPC47 | $ | 100,000.00 |
| 38 | December 6, 2011 | Clarity | Stratus Global Investments | Senzani International C.A. | Willestamstad | Curacao | Legal Fees-Claims Management-IPC48 | $ | 100,000.00 |
| 39 | December 7, 2011 | Clarity | Stratus Global Investments | Flores-Hidalgo Sociedades e Inversiones, S.L. | Barcelona | Spain | Exchange of Funds | $ | 438,650.00 |

| 40 | December 7, 2011 | Clarity | Stratus Global Investments | GFH Short Interest Private Fund, Inc | Panama City | Panama | Exchange of Funds for Client 0045-7 | $ | 240,550.50 |
| 41 | December 7, 2011 | Clarity | Stratus Global Investments | GFH Short Interest Private Fund, Inc | Panama City | Panama | Exchange of Funds for Client 0045-7 | $ | 242,100.00 |
| 42 | December 8, 2011 | Clarity | Stratus Global Investments | 1. Banesco S.A<br>2. Inversiones A.M. Canaima C.A | Panama City | Panama | Legal Fees-Claims Management IPC49 | $ | 25,000.00 |
| 43 | December 9, 2011 | Clarity | Stratus Global Investments | Lennox Parts LLC | Doral (FL) | USA | Spare parts for vehicles / Venezuela Project | $ | 450,000.00 |
| 44 | December 9, 2011 | Clarity | Stratus Global Investments | Tecnoser SRL | Modena | Italy | Tale Provider / Venezuela Project | $ | 200,000.00 |
| 45 | December 9, 2011 | Clarity | Stratus Global Investments | May's Zona Libre, S.A | Colon | Panama | Legal Fees- Claims Management-IPC49 | $ | 350,000.00 |
| 46 | December 12, 2011 | Clarity | Stratus Global Investments | Global Morgan Group (HK) Lim. | Hong Kong | China | Legal Fees- Claims Management-IPC50 | $ | 180,000.00 |
| 47 | December 12, 2011 | Clarity | Stratus Global Investments | Ricardo Antonio FernandesSarrico | Aveiro | Portugal | Legal Fees-Claims Management-IPC51 | $ | 150,000.00 |
| 48 | December 12, 2011 | Clarity | Stratus Global Investments | Marsicano Tafuri Emilio | Guatire | Venezuela | Legal Fees-Claims Management-IPC52 | $ | 100,000.00 |
| 49 | December 12, 2011 | Clarity | Stratus Global Investments | 1. Banesco S.A.<br>2. Inversiones A.M. Canaima C.A | Panama City | Panama | Legal Fees-Claims Management-IPC53 | $ | 117,365.00 |
| | **TOTAL:** | | | | | | | $ | **8,171,817.00** |

# EXHIBIT 28-9

| BY PURPOSE | | |
| --- | --- | --- |
| Purpose | Count | Sum of Amount |
| Establishment Fee | 1 | $ 4,800.00 |
| Exchange of funds | 6 | $ 1,840,256.00 |
| Legal fees - Claims Management | 36 | $ 4,778,211.00 |
| Venezuela Project | 6 | $ 1,548,550.00 |
| **TOTAL:** | **49** | **$ 8,171,817.00** |

| BY COUNTRY | | |
| --- | --- | --- |
| Country | Count | Sum of Amount |
| China | 7 | $ 934,800.00 |
| Curacao | 5 | $ 600,000.00 |
| Italy | 2 | $ 255,000.00 |
| Panama | 16 | $ 2,764,716.50 |
| Portugal | 3 | $ 345,000.00 |
| Spain | 2 | $ 877,800.50 |
| USA | 8 | $ 1,470,000.00 |
| Venezuela | 6 | $ 924,500.00 |
| **TOTAL:** | **49** | **$ 8,171,817.00** |

| BY BENEFICIARY | | |
| --- | --- | --- |
| Beneficiary | Count | Sum of Amount |
| GFH Short Interest Private Fund, Inc | 4 | $ 962,455.50 |
| 1. Banesco S.A 2. Inversiones A.M. Canaima C.A | 3 | $ 257,872.00 |
| Global Morgan Group (HK) Lim. | 3 | $ 465,000.00 |
| Jumbo Zona Libre, S.A | 3 | $ 315,839.00 |
| Senzani International C.A. | 3 | $ 400,000.00 |
| 1. Totalbank Curacao N.V. 2. Inversiones Keromuchi CA | 2 | $ 200,000.00 |
| Flores-Hidalgo Sociedades e Inversiones, S.L. | 2 | $ 877,800.50 |
| Lennox Parts LLC | 2 | $ 750,000.00 |
| Pablo Alejandro Fernandes Martins | 2 | $ 200,000.00 |
| Ricardo Antonio Fernandes Sarrico | 2 | $ 295,000.00 |
| AA Group Limited | 1 | $ 325,000.00 |
| Agustin Gonzalez | 1 | $ 70,000.00 |
| America Economia 2021, C.A | 1 | $ 200,000.00 |
| Apolo Zona Libre | 1 | $ 150,000.00 |
| Corporacion Corriager C.A. LLC | 1 | $ 220,000.00 |
| Fernando Padron | 1 | $ 28,500.00 |
| Franca Cravino | 1 | $ 55,000.00 |
| Games Plus Electronic C.A. | 1 | $ 100,000.00 |
| Healy Consultants (Hong Kong) Limited | 1 | $ 4,800.00 |
| Irene Vianello | 1 | $ 126,000.00 |
| Jeancenter Corporation S.A | 1 | $ 250,000.00 |
| Kam Pong Cheung | 1 | $ 100,000.00 |
| Marsicano Tafuri Emilio | 1 | $ 100,000.00 |
| Maruja Ayala de Morales | 1 | $ 100,000.00 |
| May's Zona Libre, S.A | 1 | $ 350,000.00 |
| Pablo Fernandes | 1 | $ 90,000.00 |
| Profit Finacial INC | 1 | $ 178,550.00 |
| Samuel Carciente Sananes | 1 | $ 100,000.00 |
| Tania Dos Santos | 1 | $ 100,000.00 |
| Tecnoser SRL | 1 | $ 200,000.00 |
| Venezolana de Control Intermodal, C.A. | 1 | $ 500,000.00 |
| Vincenzo Conte and Alessandra Conte | 1 | $ 60,000.00 |
| Virginland Technology Co. Limited | 1 | $ 40,000.00 |
| **TOTAL:** | **49** | **$ 8,171,817.00** |

GOVERNMENT EXHIBIT 705B 18 Cr. 224 (AJN)

# EXHIBIT 28-10

**Payment to Management 1**

| Date | From | Amount | Description |
|---|---|---|---|
| 10.04.2011 | Stratus Int. | USD305.885,- | Annual salary |
| 22.08.2011 | SG | USD36.611,- | Tuition fee |
| 30.09.2011 | SG | USD172.000,- | Compensation/Salary+Bonus |
| 21.11.2011 | SG | USD35.901,- | Salaries Sept/Oct11 |
| 09.01.2012 | SG | USD24.000,- | Salaries Nov/Dec11 |
| 18.04.2012 | SG | USD36.000,- | Salaries Jan/Feb/Mar12 |
| 13.06.2012 | SG | USD24.000,- | Salaries Apr/May12 |
| 25.09.2012 | SG | USD36.000,- | Salaries Jun/Jul/Aug12 |
| 25.12.2012 | Ali Sadr | CAD65.779,38 | Final Clearance for Venz project |

**Payment to Bahram Karimi**

| 21.05.2013 | SG | TRY15.000,- | Salaries Mar/Apr13 Akbank |
|---|---|---|---|
| 13.08.2013 | Straturk | USD11.685,28 | Salaries May/Jun/Jul13 Akbank |
| 27.11.2013 | Straturk | USD25.000,- | Advance payment |
| 31.01.2014 | Straturk | TRY50.000 | Remaining payment for clearance the salary and partial bonuses till end of Dec13 |
| 14.05.2014 | Straturk | USD32.000 | Salaries Jan/Feb/Mar/Apr14 |
| 14.08.2014 | Straturk | TRY34.382,40 | Salaries May/Jun14 USD16K |
| 21.10.2014 | Straturk | TRY71.974,40 | Salaries Jul/Aug/Sept/Oct USD32K |

**Payment to Ekrem Cinar**

| Date | From | Amount | Description |
|---|---|---|---|
| 05.03.2013 | SG | TRY75.717,60 | Salaries Dec12, Jan,Feb13 USD42K |
| 21.05.2013 | SG | USD28.000 | Salaries Mar,Apr13 |
| 05.06.2013 | Straturk | USD10.000 | Monthly advance |
| 08.07.2013 | Ali Sadr-S | USD10.000 | Salary Jun13 |
| 15.08.2013 | Straturk | USD10.000 | Salary Jul13 |
| 19.09.2013 | Ali Sadr-S | USD10.000 | Salary Aug13 |
| 18.10.2013 | Ali Sadr-S | USD10.000 | Salary Sept13 |
| 13.12.2013 | Straturk | USD30.000 | Salaries Oct-Nov-Dec13 |
| 07.03.2014 | Straturk | USD20.000 | Salaries Jan-Feb14 |
| 05.05.2014 | Straturk | USD20.000 | Salaries Mar-Apr14 |
| 09.05.2014 | Straturk | USD45.000 | Salary Compensation and performance bonus |
| 15.07.2014 | Straturk | TRY21.000 | Last payment USD10K |

**Payment to Mustafa Cetinel**

| Date | From | Amount | Description |
|---|---|---|---|
| 05.06.2013 | Straturk | USD10.000 | Monthly advance |
| 05.06.2013 | Straturk | USD29.500 | Close of Venezuela |
| 08.07.2013 | Ali Sadr-S | USD10.000 | Salary Jun13 |
| 15.08.2013 | Straturk | USD10.000 | Salary Jul13 |
| 19.09.2013 | Ali Sadr-S | USD10.000 | Salary Aug13 |
| 18.10.2013 | Ali Sadr-S | USD10.000 | Salary Sept13 |
| 13.12.2013 | Straturk | USD30.000 | Salaries Oct-Nov-Dec13 |
| 07.03.2014 | Straturk | USD20.000 | Salaries Jan-Feb14 |
| 05.05.2014 | Straturk | USD20.000 | Salaries Mar-Apr14 |
| 14.07.2014 | Brittstone | USD20.000 | Salaries May-Jun14 |
| 29.08.2014 | Ali Sadr-S | USD20.000 | Salaries Jul-Aug14 |
| 28.11.2014 | Ali Sadr-S | USD30.000 | Salaries Sept-Oct-Nov14 |

**Payment to Mohammad Hajigolam**

| Date | From | Amount | Description |
|---|---|---|---|
| 09.10.2013 | Straturk | USD12.000 | Salaries Jul,Aug,Sept13 |
| 11.12.2013 | Straturk | USD8.000 | Salaries Oct,Nov13 |
| 07.03.2014 | Straturk | USD8.000 | Salaries Dec13,Jan14 |
| 09.05.2014 | Straturk | USD8.000 | Salaries Feb,Mar14 |
| 11.08.2014 | Brittstone | USD12.747,82 | Salaries Apr,May,Jun14 |
| 08.09.2014 | Brittstone | USD8.000 | Salaries Jul,Aug14 |

**Payment to Tekyen - Semih Arslan**

| Date | From | Amount | Description |
|---|---|---|---|
| 05.03.2013 | SG | TRY122.050,05 | IPC9-10 For the total of USD66.700,27 |
| 08.08.2013 | SG | USD35.353,46 | IPC11 |
| 24.09.2013 | SG | USD32.000 | IPC12-1st installment |
| 30.09.2013 | SG | USD31.550,64 | IPC12-2nd installment |
| 12.12.2013 | Straturk | USD56.254 | IPC13 |
| 09.05.2014 | Straturk | USD50.000 | Final IPC-1st installment |
| 13.08.2014 | Straturk | TRY125.349,60 | Final IPC-2nd and last installment USD58K |

**GOVERNMENT EXHIBIT 2304A**

18 Cr. 224 (AJN)

# EXHIBIT 28-11

3/6/2-

Robert peri (cont.)

G Yael

E. Eaton
(cont.)

Ex. 432 discussed and
contents

Trial prep

# EXHIBIT 28-12

Blair                                      Late, Perd  3/6

Clarified answer to whether $ was JP Morgan's

# EXHIBIT 28-13

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Wednesday, March 4, 2020 11:49 AM
**To:** Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Cc:** Nelson, Matthew <NelsonM@dany.nyc.gov>
**Subject:** RE: TRAVEL TO IRAN - Draft Chart

Hi Garrett,

I hope this morning is going well. As far as I'm concerned, the Iran travel summary chart (attached) is complete.

I did have to make a few judgment calls while verifying the chart against the underlying email exhibits. Specifically, some of the e-tickets have different dates for the purchase, the flight, and the ticket's NVA/NVB dates. Jane's chart was not always consistent about which date it listed for the trip. I chose to always use the Flight Date, except in one instance where there was an NVA date that came earlier than the "flight date" and the "flight date" in question was duplicative with a different e-ticket. I can explain this over the phone if need be.

Pending your final review and approval, this chart is ready to go for whenever you need it.

Talya

**From:** Nevins, Talya
**Sent:** Tuesday, March 3, 2020 1:29 PM
**To:** Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Cc:** Nelson, Matthew <NelsonM@dany.nyc.gov>
**Subject:** TRAVEL TO IRAN - Draft Chart

Garrett,

Please find attached my draft of the Iran Travel Summary chart. It incorporates the passport analysis as well as the travel itinerary chart that Jane made based on the emails. It includes all dates that we know Sadr departed from or arrived in Tehran. Please let me know if you'd like it edited or formatted any differently.

Two questions:

1. As previously asked, should I go back to the original emails in order to verify the info included in Jane's chart?
2. I included a count for "total trips to/from Iran" (43). Jane's chart had an additional count for "round trips to and from Iran." I am not sure how she counted these "round trips." As of now I only included flights that were directly to or from Iran in my chart. I have a guess that her 'round trip' count included flights between locations that do not include Tehran (e.g. Tehran to London, London to Frankfurt, Frankfurt to Tehran). This flight pattern would not register as a round trip on the chart as I have it now, which would exclude that hypothetical 'London to Frankfurt' flight. I think it would be hard to verify that as a round trip unless the emails obviously show a connecting flight (e.g. Tehran-London, then London-Tehran with a layover in Frankfurt). Those types of connecting flights would not, however, register on the passport analysis. For the sake of consistency, I decided to only include flights that directly included Iran as a point of departure or arrival, recognizing that this could make it harder to count "round trips." When you look at the chart, please let me know if you think I should change this up.

Thank you,

**Talya R Nevins**
Paralegal, Major Economic Crimes Bureau
Office of the New York County District Attorney
80 Centre Street, 8th Floor
New York, NY 10013
Phone: 212-335-4353

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

# EXHIBIT 28-14

**From:** "Krouse, Michael (USANYS)" <MKrouse@usa.doj.gov>
**Date:** March 5, 2020 at 7:41:50 PM EST
**To:** "Nevins, Talya" <NevinsT@dany.nyc.gov>, "Lynch, Garrett (USANYS) [Contractor]"
<GLynch@usa.doj.gov>, "Nelson, Matthew" <NelsonM@dany.nyc.gov>
**Cc:** "Lake, Stephanie (USANYS)" <SLake@usa.doj.gov>, "Kim, Jane (USANYS) 4"
<JKim4@usa.doj.gov>, "Lynch, Garrett" <LynchG@dany.nyc.gov>
**Subject: RE:  Exhibit for summary chart and existing spreadsheet**


Thanks Talya.  For the charts by purpose, country, and beneficiary—can you bold the totals and shade
them a different color so they stand out?  Once you do that, I think we're good to go.

For the all payments chart, can you remove the shortened purpose column (that was just to put the
pivot table together), and put the headings on the second page as well.  Any way we can make the text
bigger and more readable (by compressing the columns or other ways)?

Can you send them all back in PDF, and we'll then get them marked?

Thanks.

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Tuesday, March 3, 2020 9:47 AM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor]
<GLynch@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch,
Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Here you go. The Excel contains two tabs: 1. All Payments and 2. Breakdowns, which includes charts by
purpose, country, and beneficiary. I also exported each of the four tables as its own PDF. All attached.

Let me know if you want anything changed or formatted differently.

Good luck this morning with opening!

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Monday, March 2, 2020 9:25 PM

**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Yes, please send.  Thanks!

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Monday, March 2, 2020 12:22 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Hi Michael,

The charts are done. Can I email them to you? I have them all in both excel and PDF formats.

I ended up doing two rows labeled 1 and 2 for the five payments that had two beneficiaries, as I thought the extra column made the chart too bulky, but can easily change it back if you prefer.

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Friday, February 28, 2020 6:17 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Thanks, Talya.  Yep, add the missing USD payment.  Let's do columns for beneficiary 1, beneficiary 2 (which we'll leave blank if there was no second beneficiary).  We can see how that looks.

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Friday, February 28, 2020 2:28 PM
**To:** Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

A few more questions about this chart, for whenever someone has a minute.

1. There is one more USD payment that is in the PDF, but not the original chart. The payment is identical in format to other USD payments that were included, and is the last USD payment in the PDF, leading me to believe that it was just left off. I added it to my chart, but if there's some reason it shouldn't be included, please let me know. The payment is found on p. 51 of the PDF.
2. There are 5 payments that list different names as "beneficiario" and "beneficiario final" (most only list "beneficiario"). The original chart only lists the name that is given for "beneficiario," and

leaves off the "beneficiario final." Should I stick with this format? I can be more specific if necessary. Those payments are found on pp. 22, 25, 39, 44, and 51 of the PDF.

Talya

---

**From:** Lynch, Garrett (USANYS) [Contractor] [mailto:Garrett.Lynch@usdoj.gov]
**Sent:** Friday, February 28, 2020 1:35 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Just the USD payments.  Thanks!

---

**From:** Nevins, Talya <NevinsT@dany.nyc.gov>
**Sent:** Friday, February 28, 2020 1:33 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Exhibit for summary chart and existing spreadsheet

Michael,

I am going through the 52-page PDF and verifying the charts you sent over before I make a new one. I noticed that in the 52-page PDF there are records relating to 48 USD payments (Clarity-Stratus-Benficiary) as well as 1 EUR payment (Stratus-Beneficiary) and 1 CAD payment (Stratus-Beneifciary). Only the 48 USD payments are included in the charts you sent. Do you want me to incorporate the EUR / CAD payments into the chart that I make for trial, or otherwise address them?

Thanks,

Talya

---

**From:** Krouse, Michael (USANYS) [mailto:Michael.Krouse@usdoj.gov]
**Sent:** Thursday, February 27, 2020 7:56 PM
**To:** Nevins, Talya <NevinsT@dany.nyc.gov>; Nelson, Matthew <NelsonM@dany.nyc.gov>
**Cc:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>
**Subject:** FW: Exhibit for summary chart and existing spreadsheet



This is a secure message.

Click here by 2020-03-09 00:56 UTC to read your message.
After that, open the attachment.

More Info

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2017 Proofpoint, Inc. All rights reserved.

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

3513-03

# EXHIBIT 29

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Saturday, March 7, 2020 4:24 PM |
| **To:** | Weingarten, Reid; Heberlig, Brian; Silverman, Nicholas |
| **Cc:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor]; Milione, Shawn (USANYS) [Contractor] |
| **Subject:** | RE: U.S. v. Sadr |

Counsel,

We attempted to send you a number of attachments, which will not go through without encryption. It looks like Steptoe's servers are blocking the encrypted email. Shawn will upload the files to the link he has been using.  The descriptions are below.

Stephanie

---

**From:** Lake, Stephanie (USANYS)
**Sent:** Saturday, March 07, 2020 4:04 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** U.S. v. Sadr

Counsel,

Mr. Dubowitz is still very ill. As a result, we do not intend to call him as a witness in our case-in-chief.  It's possible that, depending on the defense case, we will call him as a rebuttal witness.

In addition, we've attached the following documents:

- Updated GX 2284D – there were formatting problems with our version. We think the attached corrects them.
- 3508-08 – 3500 from today
- GX 411 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 456 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 495A & B – we intend to offer these on Monday (likely in redacted form), although think a stipulation that the defendant had bank accounts at HSBC from January 2010 through October 2013 might be simpler. Let us know how you prefer to proceed.
- GX 704 – this is the modified version of the travel chart. Please confirm whether you have any remaining concerns.
- GX 705A & B – these are summary charts reflecting the information in GX 2090A. Please confirm whether you have any objections.
- Updated GX 2304A – we enlarged some of the cells, as the formatting of the PDFd excel file was cutting off some of the data. The content is the same.
- 3504-10 – Peri 3500, which was provided in hard copy yesterday morning.
- 3505-06 – Blair 3500, which was provided in hard copy yesterday morning.
- 3513-02 – Paralegal 3500 for summary chart (you may already have this)
- 3513-03 – Paralegal 3500 for summary chart (you may already have this)

We are still working on one additional summary chart, which we expect to provide later today.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 30

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Silverman, Nicholas <nsilverman@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 4:34 PM |
| **To:** | Milione, Shawn (USANYS) [Contractor]; Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Krouse, Michael (USANYS); 'Garrett Lynch' |
| **Subject:** | RE: Alternative Upload Link |

We received a total of 14 files. Can you please confirm that is the correct number?

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct          Steptoe & Johnson LLP
+1 617 595 6559 mobile          1330 Connecticut Avenue, NW
+1 202 429 3902 fax             Washington, DC 20036
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Silverman, Nicholas
**Sent:** Saturday, March 7, 2020 4:27 PM
**To:** Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; jane.kim@usdoj.gov; michael.krouse@usdoj.gov; Garrett Lynch <LynchG@dany.nyc.gov>
**Subject:** Alternative Upload Link

Click here to upload files.

In case the other link continues giving you trouble.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct          Steptoe & Johnson LLP
+1 617 595 6559 mobile          1330 Connecticut Avenue, NW
+1 202 429 3902 fax             Washington, DC 20036
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 31

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Saturday, March 7, 2020 4:36 PM |
| **To:** | Silverman, Nicholas; Milione, Shawn (USANYS) [Contractor]; Kim, Jane (USANYS) 4; Krouse, Michael (USANYS); 'Garrett Lynch' |
| **Subject:** | RE: Alternative Upload Link |

That's correct.

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Saturday, March 07, 2020 4:34 PM
**To:** Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Subject:** RE: Alternative Upload Link

We received a total of 14 files. Can you please confirm that is the correct number?

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

| | |
|---|---|
| +1 202 429 8096 direct | Steptoe & Johnson LLP |
| +1 617 595 6559 mobile | 1330 Connecticut Avenue, NW |
| +1 202 429 3902 fax | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Silverman, Nicholas
**Sent:** Saturday, March 7, 2020 4:27 PM
**To:** Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; jane.kim@usdoj.gov; michael.krouse@usdoj.gov; Garrett Lynch <LynchG@dany.nyc.gov>
**Subject:** Alternative Upload Link

Click here to upload files.

In case the other link continues giving you trouble.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct     Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax       Washington, DC 20036
                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 32

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Heberlig, Brian <BHeberlig@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 4:57 PM |
| **To:** | Lake, Stephanie (USANYS); Weingarten, Reid; Silverman, Nicholas |
| **Cc:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor]; Milione, Shawn (USANYS) [Contractor] |
| **Subject:** | RE: U.S. v. Sadr |

We request immediate disclosure of (1) where GX411 came from, (2) how long it has been in the government's possession, (3) why we are only receiving it today.  This is the second episode—along with GX430, GX431, and GX432—of the government producing fundamentally exculpatory documents mid-trial.  In this instance, the document was produced after the government's OFAC witness, who would have been subject to cross-examination on this document.  Provide this information by 6 pm or we will see the intervention of the Court.

**From:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>
**Sent:** Saturday, March 7, 2020 4:24 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Counsel,

We attempted to send you a number of attachments, which will not go through without encryption. It looks like Steptoe's servers are blocking the encrypted email. Shawn will upload the files to the link he has been using.  The descriptions are below.

Stephanie

**From:** Lake, Stephanie (USANYS)
**Sent:** Saturday, March 07, 2020 4:04 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** U.S. v. Sadr

Counsel,

Mr. Dubowitz is still very ill. As a result, we do not intend to call him as a witness in our case-in-chief.  It's possible that, depending on the defense case, we will call him as a rebuttal witness.

In addition, we've attached the following documents:

- Updated GX 2284D – there were formatting problems with our version. We think the attached corrects them.
- 3508-08 – 3500 from today
- GX 411 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 456 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 495A & B – we intend to offer these on Monday (likely in redacted form), although think a stipulation that the defendant had bank accounts at HSBC from January 2010 through October 2013 might be simpler. Let us know how you prefer to proceed.
- GX 704 – this is the modified version of the travel chart. Please confirm whether you have any remaining concerns.
- GX 705A & B – these are summary charts reflecting the information in GX 2090A. Please confirm whether you have any objections.
- Updated GX 2304A – we enlarged some of the cells, as the formatting of the PDFd excel file was cutting off some of the data. The content is the same.
- 3504-10 – Peri 3500, which was provided in hard copy yesterday morning.
- 3505-06 – Blair 3500, which was provided in hard copy yesterday morning.
- 3513-02 – Paralegal 3500 for summary chart (you may already have this)
- 3513-03 – Paralegal 3500 for summary chart (you may already have this)

We are still working on one additional summary chart, which we expect to provide later today.


Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 33

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Saturday, March 7, 2020 5:22 PM |
| **To:** | Weingarten, Reid |

Really, Reid??

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov

# EXHIBIT 34

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Saturday, March 7, 2020 5:23 PM |
| **To:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Proposed response |

Brian,

We do not agree with your characterization of GX 430, 431, 432, or 411 as *Brady*.  These are all exhibits the Government has introduced or is seeking to introduce in our case.  Perhaps you can explain how it is you think GX 411 is helpful to your case.

In any event, we have been aware of the letter since mid-January. We thought it was part of the Commerzbank subpoena return that was produced in discovery. We now understand that it came from an unrelated DANY investigation, and therefore was not in the Commerzbank subpoena return.

It is not clear to us how this document would have been relevant to the OFAC witness's testimony.


Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 35

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Weingarten, Reid <RWeingarten@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 5:34 PM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Subject:** | Re: |

Catching up...(I have a hideous birthday this weekend and my family is gathering from around the world)...I assume your q is about our reaction to the commerzbank exhibit that just came in...does seem passing strange we never saw it before...(or did we?)...let's clear that up and then we will figure out where we go with it

Sent from my BlackBerry 10 smartphone.

---

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:21 PM
**To:** Weingarten, Reid
**Subject:**

Really, Reid??

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov

# EXHIBIT 36

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Saturday, March 7, 2020 5:36 PM |
| **To:** | Heberlig, Brian; Lake, Stephanie (USANYS); Weingarten, Reid; Silverman, Nicholas |
| **Cc:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor]; Milione, Shawn (USANYS) [Contractor] |
| **Subject:** | RE: U.S. v. Sadr |

Brian,

We do not agree with your characterization of GX 430, 431, 432, or 411 as *Brady*. These are all exhibits the Government has introduced or is seeking to introduce in our case. Perhaps you can explain how it is you think GX 411 is helpful to your case.

In any event, we have been aware of the letter since mid-January. We thought it was part of the Commerzbank subpoena return that was produced in discovery. We now understand that it came from an unrelated DANY investigation, and therefore was not in the Commerzbank subpoena return.

It is not clear to us how this document would have been relevant to the OFAC witness's testimony.

Jane

**From:** Heberlig, Brian <BHeberlig@steptoe.com>
**Sent:** Saturday, March 7, 2020 4:57 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** RE: U.S. v. Sadr

We request immediate disclosure of (1) where GX411 came from, (2) how long it has been in the government's possession, (3) why we are only receiving it today. This is the second episode—along with GX430, GX431, and GX432—of the government producing fundamentally exculpatory documents mid-trial. In this instance, the document was produced after the government's OFAC witness, who would have been subject to cross-examination on this document. Provide this information by 6 pm or we will see the intervention of the Court.

**From:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>
**Sent:** Saturday, March 7, 2020 4:24 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Counsel,

1

We attempted to send you a number of attachments, which will not go through without encryption. It looks like Steptoe's servers are blocking the encrypted email. Shawn will upload the files to the link he has been using.  The descriptions are below.

Stephanie

---

**From:** Lake, Stephanie (USANYS)
**Sent:** Saturday, March 07, 2020 4:04 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** U.S. v. Sadr

Counsel,

Mr. Dubowitz is still very ill. As a result, we do not intend to call him as a witness in our case-in-chief.  It's possible that, depending on the defense case, we will call him as a rebuttal witness.

In addition, we've attached the following documents:

- Updated GX 2284D – there were formatting problems with our version. We think the attached corrects them.
- 3508-08 – 3500 from today
- GX 411 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 456 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 495A & B – we intend to offer these on Monday (likely in redacted form), although think a stipulation that the defendant had bank accounts at HSBC from January 2010 through October 2013 might be simpler. Let us know how you prefer to proceed.
- GX 704 – this is the modified version of the travel chart. Please confirm whether you have any remaining concerns.
- GX 705A & B – these are summary charts reflecting the information in GX 2090A. Please confirm whether you have any objections.
- Updated GX 2304A – we enlarged some of the cells, as the formatting of the PDFd excel file was cutting off some of the data. The content is the same.
- 3504-10 – Peri 3500, which was provided in hard copy yesterday morning.
- 3505-06 – Blair 3500, which was provided in hard copy yesterday morning.
- 3513-02 – Paralegal 3500 for summary chart (you may already have this)
- 3513-03 – Paralegal 3500 for summary chart (you may already have this)

We are still working on one additional summary chart, which we expect to provide later today.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 37

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Weingarten, Reid <RWeingarten@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 5:46 PM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Subject:** | Re: |

So...thank you...I am about to greet everyone and start drinking a lot of bourbon...all kidding aside, troubled that we never saw this...nothing is going to happen tonite...let's see what the morrow brings....reid

Sent from my BlackBerry 10 smartphone.

---

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:37 PM
**To:** Weingarten, Reid
**Subject:** RE: Re:

Your birthday?!  Happy Birthday!  Yeah, just responded.

---

**From:** Weingarten, Reid <RWeingarten@steptoe.com>
**Sent:** Saturday, March 7, 2020 5:34 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Subject:** Re:

Catching up...(I have a hideous birthday this weekend and my family is gathering from around the world)...I assume your q is about our reaction to the commerzbank exhibit that just came in...does seem passing strange we never saw it before...(or did we?)...let's clear that up and then we will figure out where we go with it

Sent from my BlackBerry 10 smartphone.

---

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:21 PM
**To:** Weingarten, Reid
**Subject:**

Really, Reid??

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov

# EXHIBIT 38

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Weingarten, Reid <RWeingarten@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 6:15 PM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Subject:** | Re: |

So one last q...you thought we had it?

Sent from my BlackBerry 10 smartphone.

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:37 PM
**To:** Weingarten, Reid
**Subject:** RE: Re:

Your birthday?!  Happy Birthday!  Yeah, just responded.

**From:** Weingarten, Reid <RWeingarten@steptoe.com>
**Sent:** Saturday, March 7, 2020 5:34 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Subject:** Re:

Catching up...(I have a hideous birthday this weekend and my family is gathering from around the world)...I assume your q is about our reaction to the commerzbank exhibit that just came in...does seem passing strange we never saw it before...(or did we?)...let's clear that up and then we will figure out where we go with it

Sent from my BlackBerry 10 smartphone.

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:21 PM
**To:** Weingarten, Reid
**Subject:**

Really, Reid??

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov

# EXHIBIT 39

**Kim, Jane (USANYS) 4**

---

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Saturday, March 7, 2020 7:40 PM |
| **To:** | 'Weingarten, Reid' |
| **Subject:** | RE: Re: |

Yes – we thought it was produced in discovery as part of the Commerzbank subpoena return.

**From:** Weingarten, Reid <RWeingarten@steptoe.com>
**Sent:** Saturday, March 7, 2020 6:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Subject:** Re:

So one last q...you thought we had it?

Sent from my BlackBerry 10 smartphone.

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:37 PM
**To:** Weingarten, Reid
**Subject:** RE: Re:

Your birthday?!  Happy Birthday!  Yeah, just responded.

**From:** Weingarten, Reid <RWeingarten@steptoe.com>
**Sent:** Saturday, March 7, 2020 5:34 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Subject:** Re:

Catching up...(I have a hideous birthday this weekend and my family is gathering from around the world)...I assume your q is about our reaction to the commerzbank exhibit that just came in...does seem passing strange we never saw it before...(or did we?)...let's clear that up and then we will figure out where we go with it

Sent from my BlackBerry 10 smartphone.

**From:** Kim, Jane (USANYS) 4
**Sent:** Saturday, March 7, 2020 5:21 PM
**To:** Weingarten, Reid
**Subject:**

Really, Reid??

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov

# EXHIBIT 40

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Heberlig, Brian <BHeberlig@steptoe.com> |
| **Sent:** | Saturday, March 7, 2020 10:09 PM |
| **To:** | Kim, Jane (USANYS) 4; Lake, Stephanie (USANYS); Weingarten, Reid; Silverman, Nicholas |
| **Cc:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor]; Milione, Shawn (USANYS) [Contractor] |
| **Subject:** | RE: U.S. v. Sadr |

If you have been aware of the letter since mid-January, why wasn't it on the government's pretrial exhibit list instead of appearing the day before the government rests its case?  The exculpatory nature of the exhibit is self-evident.

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Sent:** Saturday, March 7, 2020 5:36 PM
**To:** Heberlig, Brian <BHeberlig@steptoe.com>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Brian,

We do not agree with your characterization of GX 430, 431, 432, or 411 as *Brady*.  These are all exhibits the Government has introduced or is seeking to introduce in our case.  Perhaps you can explain how it is you think GX 411 is helpful to your case.

In any event, we have been aware of the letter since mid-January. We thought it was part of the Commerzbank subpoena return that was produced in discovery.  We now understand that it came from an unrelated DANY investigation, and therefore was not in the Commerzbank subpoena return.

It is not clear to us how this document would have been relevant to the OFAC witness's testimony.

Jane

**From:** Heberlig, Brian <BHeberlig@steptoe.com>
**Sent:** Saturday, March 7, 2020 4:57 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** RE: U.S. v. Sadr

We request immediate disclosure of (1) where GX411 came from, (2) how long it has been in the government's possession, (3) why we are only receiving it today.  This is the second episode—along with GX430, GX431, and GX432—of the government producing fundamentally

exculpatory documents mid-trial.  In this instance, the document was produced after the government's OFAC witness, who would have been subject to cross-examination on this document.  Provide this information by 6 pm or we will see the intervention of the Court.

---

**From:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>
**Sent:** Saturday, March 7, 2020 4:24 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Counsel,

We attempted to send you a number of attachments, which will not go through without encryption. It looks like Steptoe's servers are blocking the encrypted email. Shawn will upload the files to the link he has been using.  The descriptions are below.

Stephanie

---

**From:** Lake, Stephanie (USANYS)
**Sent:** Saturday, March 07, 2020 4:04 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** U.S. v. Sadr

Counsel,

Mr. Dubowitz is still very ill. As a result, we do not intend to call him as a witness in our case-in-chief.  It's possible that, depending on the defense case, we will call him as a rebuttal witness.

In addition, we've attached the following documents:

- Updated GX 2284D – there were formatting problems with our version. We think the attached corrects them.
- 3508-08 – 3500 from today
- GX 411 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 456 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 495A & B – we intend to offer these on Monday (likely in redacted form), although think a stipulation that the defendant had bank accounts at HSBC from January 2010 through October 2013 might be simpler. Let us know how you prefer to proceed.
- GX 704 – this is the modified version of the travel chart. Please confirm whether you have any remaining concerns.
- GX 705A & B – these are summary charts reflecting the information in GX 2090A. Please confirm whether you have any objections.
- Updated GX 2304A – we enlarged some of the cells, as the formatting of the PDFd excel file was cutting off some of the data. The content is the same.
- 3504-10 – Peri 3500, which was provided in hard copy yesterday morning.
- 3505-06 – Blair 3500, which was provided in hard copy yesterday morning.

- 3513-02 – Paralegal 3500 for summary chart (you may already have this)
- 3513-03 – Paralegal 3500 for summary chart (you may already have this)

We are still working on one additional summary chart, which we expect to provide later today.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 41

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 7:30 AM |
| **To:** | Lake, Stephanie (USANYS); Krouse, Michael (USANYS); LynchG@dany.nyc.gov; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Proposed email to Brian |

Brian,

As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of Commerzbank's subpoena return and had been produced.  Then, as we were marking exhibits and re-pulling all of the email exhibits up until 6 days before trial—because you objected to us pulling clean and authentic versions of all of the email evidence earlier—we didn't mark this document because it wasn't in our subpoena returns folder.  Because of your cross of Peri on Friday, we looked for the document and realized late Friday night that it had not been marked or a part of the bank's subpoena return.  Again, we don't see this document as exculpatory, as we would like to offer it tomorrow.

# EXHIBIT 42

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 7:55 AM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Cc:** | Krouse, Michael (USANYS); LynchG@dany.nyc.gov; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: Proposed email to Brian |

Thank you for doing this. I think it's fair to say that we didn't think it was necessary to use when we saw it in January given our other evidence, assumed it was part of the Commerz subpoena return, and then never discussed it again. But we stumbled upon it this weekend and decided it would be useful given some of the arguments he made on Friday.

> On Mar 8, 2020, at 7:30 AM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:
>
> Brian,
>
> As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of Commerzbank's subpoena return and had been produced.  Then, as we were marking exhibits and re-pulling all of the email exhibits up until 6 days before trial—because you objected to us pulling clean and authentic versions of all of the email evidence earlier—we didn't mark this document because it wasn't in our subpoena re.  Because of your cross of Peri on Friday, we looked for the document and realized late Friday night that it had not been marked or a part of the bank's subpoena return.  Again, we don't see this document as exculpatory, as we would like to offer it tomorrow.

# EXHIBIT 43

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 9:32 AM |
| **To:** | Lake, Stephanie (USANYS); Lynch, Garrett (USANYS) [Contractor]; Krouse, Michael (USANYS) |
| **Subject:** | FW: Proposed email to Brian |

How's this?

# # #

Brian,

As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of Commerzbank's subpoena return and had been produced.  We didn't think it would be necessary to use given our other evidence about that payment.  Given some of the arguments you made on Friday, we pulled the document and realized late Friday night that it hadn't been marked or part of the bank's subpoena return.
Again, we don't see this document as exculpatory, as we would like to offer it tomorrow.

# EXHIBIT 44

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 9:37 AM |
| **To:** | Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor]; Krouse, Michael (USANYS) |
| **Subject:** | RE: Proposed email to Brian |

Few proposed tweaks below. Thank you for doing this. I'm a wimp.

-----Original Message-----
From: Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
Sent: Sunday, March 08, 2020 9:32 AM
To: Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>;
Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
Subject: FW: Proposed email to Brian

How's this?

# # #

Brian,

As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of
Commerzbank's subpoena return and had been produced.  We didn't think it would be necessary to use given our other
evidence about that payment.  Given some of the arguments you made on Friday, we decided that we did want to
introduce it at trial.
Again, we don't see this document as exculpatory, as we would like to offer it tomorrow. Can you let us know your
position on an authenticity stipulation for this document and the other bank records we sent yesterday, as well as
whether you have any issues with the summary charts?

# EXHIBIT 45

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 9:38 AM |
| **To:** | Lake, Stephanie (USANYS); Lynch, Garrett (USANYS) [Contractor]; Krouse, Michael (USANYS) |
| **Subject:** | RE: Proposed email to Brian |

Will send now. Thanks!

-----Original Message-----
From: Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
Sent: Sunday, March 8, 2020 9:37 AM
To: Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
Subject: RE: Proposed email to Brian

Few proposed tweaks below. Thank you for doing this. I'm a wimp.

-----Original Message-----
From: Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
Sent: Sunday, March 08, 2020 9:32 AM
To: Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
Subject: FW: Proposed email to Brian

How's this?

# # #

Brian,

As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of Commerzbank's subpoena return and had been produced.  We didn't think it would be necessary to use given our other evidence about that payment.  Given some of the arguments you made on Friday, we decided that we did want to introduce it at trial.
Again, we don't see this document as exculpatory, as we would like to offer it tomorrow. Can you let us know your position on an authenticity stipulation for this document and the other bank records we sent yesterday, as well as whether you have any issues with the summary charts?

# EXHIBIT 46

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 9:41 AM |
| **To:** | 'Heberlig, Brian'; Lake, Stephanie (USANYS); Weingarten, Reid; Silverman, Nicholas |
| **Cc:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor]; Milione, Shawn (USANYS) [Contractor] |
| **Subject:** | RE: U.S. v. Sadr |

Brian, Reid, and Nick:

As I explained in my last email, when we first saw the document in mid-January, we thought it had been part of Commerzbank's subpoena return and had been produced.  We didn't think it would be necessary to use given our other evidence about that payment.  Given some of the arguments you made on Friday, we decided that we did want to introduce it at trial.

Again, we don't see this document as exculpatory, as we would like to offer it tomorrow.  Can you please let us know your position on an authenticity stipulation for this document and the other bank records we sent yesterday, as well as whether you have any issues with the summary charts?

Thanks,
Jane

---

**From:** Heberlig, Brian <BHeberlig@steptoe.com>
**Sent:** Saturday, March 7, 2020 10:09 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** RE: U.S. v. Sadr

If you have been aware of the letter since mid-January, why wasn't it on the government's pretrial exhibit list instead of appearing the day before the government rests its case?  The exculpatory nature of the exhibit is self-evident.

---

**From:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>
**Sent:** Saturday, March 7, 2020 5:36 PM
**To:** Heberlig, Brian <BHeberlig@steptoe.com>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Brian,

We do not agree with your characterization of GX 430, 431, 432, or 411 as *Brady*.  These are all exhibits the Government has introduced or is seeking to introduce in our case.  Perhaps you can explain how it is you think GX 411 is helpful to your case.

In any event, we have been aware of the letter since mid-January. We thought it was part of the Commerzbank subpoena return that was produced in discovery.  We now understand that it came from an unrelated DANY investigation, and therefore was not in the Commerzbank subpoena return.

It is not clear to us how this document would have been relevant to the OFAC witness's testimony.

Jane

---

**From:** Heberlig, Brian <BHeberlig@steptoe.com>
**Sent:** Saturday, March 7, 2020 4:57 PM
**To:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Weingarten, Reid <RWeingarten@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** RE: U.S. v. Sadr

We request immediate disclosure of (1) where GX411 came from, (2) how long it has been in the government's possession, (3) why we are only receiving it today.  This is the second episode—along with GX430, GX431, and GX432—of the government producing fundamentally exculpatory documents mid-trial.  In this instance, the document was produced after the government's OFAC witness, who would have been subject to cross-examination on this document.  Provide this information by 6 pm or we will see the intervention of the Court.

---

**From:** Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>
**Sent:** Saturday, March 7, 2020 4:24 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>; Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Milione, Shawn (USANYS) [Contractor] <Shawn.Milione@usdoj.gov>
**Subject:** RE: U.S. v. Sadr

Counsel,

We attempted to send you a number of attachments, which will not go through without encryption. It looks like Steptoe's servers are blocking the encrypted email. Shawn will upload the files to the link he has been using.  The descriptions are below.

Stephanie

---

**From:** Lake, Stephanie (USANYS)
**Sent:** Saturday, March 07, 2020 4:04 PM
**To:** Weingarten, Reid <RWeingarten@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Milione, Shawn (USANYS) [Contractor] <SMilione@usa.doj.gov>
**Subject:** U.S. v. Sadr

Counsel,

Mr. Dubowitz is still very ill. As a result, we do not intend to call him as a witness in our case-in-chief.  It's possible that, depending on the defense case, we will call him as a rebuttal witness.

In addition, we've attached the following documents:

- Updated GX 2284D – there were formatting problems with our version. We think the attached corrects them.
- 3508-08 – 3500 from today
- GX 411 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 456 – we intend to offer this on Monday. Let us know if you will stipulate to authenticity.
- GX 495A & B – we intend to offer these on Monday (likely in redacted form), although think a stipulation that the defendant had bank accounts at HSBC from January 2010 through October 2013 might be simpler. Let us know how you prefer to proceed.
- GX 704 – this is the modified version of the travel chart. Please confirm whether you have any remaining concerns.
- GX 705A & B – these are summary charts reflecting the information in GX 2090A. Please confirm whether you have any objections.
- Updated GX 2304A – we enlarged some of the cells, as the formatting of the PDFd excel file was cutting off some of the data. The content is the same.
- 3504-10 – Peri 3500, which was provided in hard copy yesterday morning.
- 3505-06 – Blair 3500, which was provided in hard copy yesterday morning.
- 3513-02 – Paralegal 3500 for summary chart (you may already have this)
- 3513-03 – Paralegal 3500 for summary chart (you may already have this)

We are still working on one additional summary chart, which we expect to provide later today.

Stephanie Lake
Assistant United States Attorney
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
Tel: (212) 637-1066

# EXHIBIT 47

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 12:16 PM |
| **To:** | Kim, Jane (USANYS) 4; Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | FW: GX 411 - Response Requested by 2:00 p.m. or Earlier |

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier

Counsel:

We intend to request the following curative instruction from the Court.  Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:

> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company.  You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law.  The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

**Steptoe**

| | |
|---|---|
| +1 202 429 8096 direct | Steptoe & Johnson LLP |
| +1 617 595 6559 mobile | 1330 Connecticut Avenue, NW |
| +1 202 429 3902 fax | Washington, DC 20036 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 48

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 12:24 PM |
| **To:** | Lake, Stephanie (USANYS) |
| **Cc:** | Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

> Wtf.

> **From:** Silverman, Nicholas <nsilverman@steptoe.com>
> **Sent:** Sunday, March 08, 2020 12:15 PM
> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>;
> Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
> **Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian
> <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
> **Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier

> Counsel:

> We intend to request the following curative instruction from the Court.  Please inform us by 2:00
> p.m. (or earlier) whether you consent to the instruction:

>> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction
>> involving Stratus International Contracting Company.  You saw that evidence this
>> morning instead of earlier in trial because the government failed to turn it over before
>> trial as required by law.  The defendant learned of that evidence on Saturday afternoon
>> when the government disclosed it.

> **Nicholas P. Silverman**
> Associate
> nsilverman@steptoe.com

> **Steptoe**

> +1 202 429 8096 direct   Steptoe & Johnson LLP
> +1 617 595 6559 mobile   1330 Connecticut Avenue, NW
> +1 202 429 3902 fax      Washington, DC 20036
>                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 49

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 12:49 PM |
| **To:** | Lake, Stephanie (USANYS) |
| **Cc:** | Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

> Yeah, we do not consent.
>
> Sent from my iPhone
>
> On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:
>
>> Wtf.
>>
>> ---
>>
>> **From:** Silverman, Nicholas <nsilverman@steptoe.com>
>> **Sent:** Sunday, March 08, 2020 12:15 PM
>> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
>> **Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
>> **Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier
>>
>> Counsel:
>>
>> We intend to request the following curative instruction from the Court.  Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:
>>
>>> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company.  You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law.  The defendant learned of that evidence on Saturday afternoon when the government disclosed it.
>>
>>
>> **Nicholas P. Silverman**
>> Associate
>> nsilverman@steptoe.com
>>
>> 
>>
>> 1

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that
may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute,
or use this information. If you have received this transmission in error, please notify the sender immediately by
reply e-mail and then delete this message.

# EXHIBIT 50

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 12:53 PM |
| **To:** | Krouse, Michael (USANYS) |
| **Cc:** | Kim, Jane (USANYS) 4; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

That's fine, although I feel like it'll just be a scream fest.


On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael
(USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS)
<SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David
<DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>;
Weingarten, Reid <RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier

Counsel:

We intend to request the following curative instruction from the
Court.  Please inform us by 2:00 p.m. (or earlier) whether you
consent to the instruction:

Government Exhibit 411 is a June 2011 letter regarding an
April 2011 transaction involving Stratus International
Contracting Company.  You saw that evidence this
morning instead of earlier in trial because the government
failed to turn it over before trial as required by law.  The
defendant learned of that evidence on Saturday afternoon
when the government disclosed it.

1

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 51

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 1:11 PM |
| **To:** | Lake, Stephanie (USANYS); Krouse, Michael (USANYS) |
| **Cc:** | Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: GX 411 - Response Requested by 2:00 p.m. or Earlier |

It'll just be a screamfest. Unless there's specific information you think we'll get.

---

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 12:53 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.

> On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:
>
> What do you think about proposing a phone call on this and the defense witnesses?
>
> Sent from my iPhone
>
> On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:
>
> Yeah, we do not consent.
>
> Sent from my iPhone
>
> On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:
>
> Wtf.
>
> ---
>
> **From:** Silverman, Nicholas <nsilverman@steptoe.com>
> **Sent:** Sunday, March 08, 2020 12:15 PM
> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
> **Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
> **Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier
>
> Counsel:
>
> We intend to request the following curative instruction from the Court.  Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:

1

Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company.  You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law.  The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct    Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax       Washington, DC 20036
                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 52

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 1:16 PM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Cc:** | Lake, Stephanie (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

I think it's worth a try to avoid having this be a big blowout in court.  I'm happy to speak.  On the train now.

Sent from my iPhone

On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

> It'll just be a screamfest. Unless there's specific information you think we'll get.

> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
> **Sent:** Sunday, March 8, 2020 12:53 PM
> **To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
> **Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor]
> <GLynch@usa.doj.gov>
> **Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier
>
> That's fine, although I feel like it'll just be a scream fest.
>
>
>> On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
>> wrote:
>>
>>  What do you think about proposing a phone call on this and the defense witnesses?
>>
>> Sent from my iPhone
>>
>> On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
>> wrote:
>>
>>> Yeah, we do not consent.
>>>
>>> Sent from my iPhone
>>>
>>> On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS)
>>> <SLake@usa.doj.gov> wrote:
>>>
>>>> Wtf.
>>>>
>>>> **From:** Silverman, Nicholas <nsilverman@steptoe.com>
>>>> **Sent:** Sunday, March 08, 2020 12:15 PM
>>>> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse,
>>>> Michael (USANYS) <MKrouse@usa.doj.gov>; Lake,

Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett
Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale,
David <DFragale@steptoe.com>; Heberlig, Brian
<BHeberlig@steptoe.com>; Weingarten, Reid
<RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or
Earlier

Counsel:

We intend to request the following curative
instruction from the Court.  Please inform us by
2:00 p.m. (or earlier) whether you consent to the
instruction:

> Government Exhibit 411 is a June 2011
> letter regarding an April 2011 transaction
> involving Stratus International Contracting
> Company.  You saw that evidence this
> morning instead of earlier in trial because
> the government failed to turn it over before
> trial as required by law.  The defendant
> learned of that evidence on Saturday
> afternoon when the government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct       Steptoe & Johnson LLP
+1 617 595 6559 mobile     1330 Connecticut Avenue, NW
+1 202 429 3902 fax          Washington, DC 20036
                                        www.steptoe.com

This message and any attached documents contain information from
the law firm Steptoe & Johnson LLP that may be confidential and/or
privileged. If you are not the intended recipient, please do not read,
copy, distribute, or use this information. If you have received this
transmission in error, please notify the sender immediately by reply e-
mail and then delete this message.

# EXHIBIT 53

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 1:16 PM |
| **To:** | Kim, Jane (USANYS) 4 |
| **Cc:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

I talked to Emil. Are you guys here / can we gather?


On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:


It'll just be a screamfest. Unless there's specific information you think we'll get.

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 12:53 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.



On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

 What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake,

Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett
Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale,
David <DFragale@steptoe.com>; Heberlig, Brian
<BHeberlig@steptoe.com>; Weingarten, Reid
<RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or
Earlier

Counsel:

We intend to request the following curative
instruction from the Court.  Please inform us by
2:00 p.m. (or earlier) whether you consent to the
instruction:

> Government Exhibit 411 is a June 2011
> letter regarding an April 2011 transaction
> involving Stratus International Contracting
> Company.  You saw that evidence this
> morning instead of earlier in trial because
> the government failed to turn it over before
> trial as required by law.  The defendant
> learned of that evidence on Saturday
> afternoon when the government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from
the law firm Steptoe & Johnson LLP that may be confidential and/or
privileged. If you are not the intended recipient, please do not read,
copy, distribute, or use this information. If you have received this
transmission in error, please notify the sender immediately by reply e-
mail and then delete this message.

# EXHIBIT 54

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lynch, Garrett (USANYS) [Contractor] |
| **Sent:** | Sunday, March 8, 2020 1:18 PM |
| **To:** | Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4 |
| **Cc:** | Krouse, Michael (USANYS) |
| **Subject:** | RE: GX 411 - Response Requested by 2:00 p.m. or Earlier |

In my office.  Grab me whenever.

---

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 1:16 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

I talked to Emil. Are you guys here / can we gather?


On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:


It'll just be a screamfest. Unless there's specific information you think we'll get.

---

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 12:53 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.


On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

 What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS)
<SLake@usa.doj.gov> wrote:

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse,
Michael (USANYS) <MKrouse@usa.doj.gov>; Lake,
Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett
Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale,
David <DFragale@steptoe.com>; Heberlig, Brian
<BHeberlig@steptoe.com>; Weingarten, Reid
<RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or
Earlier

Counsel:

We intend to request the following curative
instruction from the Court.  Please inform us by
2:00 p.m. (or earlier) whether you consent to the
instruction:

> Government Exhibit 411 is a June 2011
> letter regarding an April 2011 transaction
> involving Stratus International Contracting
> Company.  You saw that evidence this
> morning instead of earlier in trial because
> the government failed to turn it over before
> trial as required by law.  The defendant
> learned of that evidence on Saturday
> afternoon when the government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct      Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from
the law firm Steptoe & Johnson LLP that may be confidential and/or
privileged. If you are not the intended recipient, please do not read,
copy, distribute, or use this information. If you have received this

transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 55

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lynch, Garrett (USANYS) [Contractor] |
| **Sent:** | Sunday, March 8, 2020 1:18 PM |
| **To:** | Krouse, Michael (USANYS); Kim, Jane (USANYS) 4 |
| **Cc:** | Lake, Stephanie (USANYS) |
| **Subject:** | RE: GX 411 - Response Requested by 2:00 p.m. or Earlier |

There will be a blowup either way.  I had a perfectly civil conversation with Heberlig about GX 432 on the phone the night before.  Then he went bananas in court.

---

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 1:16 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Cc:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

I think it's worth a try to avoid having this be a big blowout in court.  I'm happy to speak.  On the train now.

Sent from my iPhone

On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

> It'll just be a screamfest. Unless there's specific information you think we'll get.

>> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
>> **Sent:** Sunday, March 8, 2020 12:53 PM
>> **To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
>> **Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
>> **Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

>> That's fine, although I feel like it'll just be a scream fest.

>>> On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

>>>  What do you think about proposing a phone call on this and the defense witnesses?

>>> Sent from my iPhone

>>> On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

>>>> Yeah, we do not consent.

>>>> Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier

Counsel:

We intend to request the following curative instruction from the Court.  Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:

> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company.  You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law.  The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

Nicholas P. Silverman
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct       Steptoe & Johnson LLP
+1 617 595 6559 mobile      1330 Connecticut Avenue, NW
+1 202 429 3902 fax         Washington, DC 20036
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this

transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 56

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Lake, Stephanie (USANYS) |
| **Sent:** | Sunday, March 8, 2020 1:20 PM |
| **To:** | Lynch, Garrett (USANYS) [Contractor] |
| **Cc:** | Kim, Jane (USANYS) 4; Krouse, Michael (USANYS) |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

Emil thinks we should say we're not offering. Then if they actually want it in themselves / can articulate some real Brady theory, we'll have to deal with it. Apparently Crotty gave a similar instruction in Shulte....

On Mar 8, 2020, at 1:18 PM, Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov> wrote:

In my office.  Grab me whenever.

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 1:16 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
**Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

I talked to Emil. Are you guys here / can we gather?

On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:

It'll just be a screamfest. Unless there's specific information you think we'll get.

**From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 12:53 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.

On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>
**Subject:** GX 411 - Response Requested by 2:00 p.m. or Earlier

Counsel:

We intend to request the following curative instruction from the Court.  Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:

Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company.  You saw that evidence this morning instead of earlier in trial because the

2

government failed to turn it
over before trial as required
by law. The defendant
learned of that evidence on
Saturday afternoon when the
government disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

# Steptoe

+1 202 429 8096 direct    Steptoe & Johnson LLP
+1 617 595 6559 mobile    1330 Connecticut Avenue, NW
+1 202 429 3902 fax       Washington, DC 20036
                          www.steptoe.com

This message and any attached documents
contain information from the law firm Steptoe &
Johnson LLP that may be confidential and/or
privileged. If you are not the intended recipient,
please do not read, copy, distribute, or use this
information. If you have received this transmission
in error, please notify the sender immediately by
reply e-mail and then delete this message.

# EXHIBIT 57

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 1:29 PM |
| **To:** | Lake, Stephanie (USANYS) |
| **Cc:** | Lynch, Garrett (USANYS) [Contractor]; Kim, Jane (USANYS) 4 |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

I'm fine with that.

Sent from my iPhone

On Mar 8, 2020, at 1:19 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

> Emil thinks we should say we're not offering. Then if they actually want it in themselves / can articulate some real Brady theory, we'll have to deal with it. Apparently Crotty gave a similar instruction in Shulte....
>
>> On Mar 8, 2020, at 1:18 PM, Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov> wrote:
>>
>> In my office.  Grab me whenever.
>>
>> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
>> **Sent:** Sunday, March 8, 2020 1:16 PM
>> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
>> **Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
>> **Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier
>>
>> I talked to Emil. Are you guys here / can we gather?
>>
>>> On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:
>>>
>>> It'll just be a screamfest. Unless there's specific information you think we'll get.
>>>
>>> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
>>> **Sent:** Sunday, March 8, 2020 12:53 PM
>>> **To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
>>> **Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
>>> **Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.

On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

 What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

---

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020 12:15 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; 'Garrett Lynch' <LynchG@dany.nyc.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Heberlig, Brian <BHeberlig@steptoe.com>; Weingarten, Reid

<RWeingarten@stepto
e.com>
**Subject:** GX 411 -
Response Requested by
2:00 p.m. or Earlier

Counsel:

We intend to request
the following curative
instruction from the
Court.  Please inform
us by 2:00 p.m. (or
earlier) whether you
consent to the
instruction:

> Government
> Exhibit 411 is
> a June 2011
> letter
> regarding an
> April 2011
> transaction
> involving
> Stratus
> International
> Contracting
> Company.  Yo
> u saw that
> evidence this
> morning
> instead of
> earlier in trial
> because the
> government
> failed to turn it
> over before
> trial as
> required by
> law.  The
> defendant
> learned of that
> evidence on
> Saturday
> afternoon
> when the
> government
> disclosed it.

**Nicholas P. Silverman**
Associate
nsilverman@steptoe.com

## Steptoe

+1 202 429 8096 direct
+1 617 595 6559 mobile
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT 58

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **Sent:** | Sunday, March 8, 2020 1:33 PM |
| **To:** | Krouse, Michael (USANYS) |
| **Cc:** | Lake, Stephanie (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Re: GX 411 - Response Requested by 2:00 p.m. or Earlier |

I'll be in in 30.

On Mar 8, 2020, at 1:29 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

> I'm fine with that.
>
> Sent from my iPhone
>
> On Mar 8, 2020, at 1:19 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:
>
>> Emil thinks we should say we're not offering. Then if they actually want it in themselves / can articulate some real Brady theory, we'll have to deal with it. Apparently Crotty gave a similar instruction in Shulte....
>>
>>> On Mar 8, 2020, at 1:18 PM, Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov> wrote:
>>>
>>> In my office.  Grab me whenever.
>>>
>>> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
>>> **Sent:** Sunday, March 8, 2020 1:16 PM
>>> **To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>
>>> **Cc:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
>>> **Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier
>>>
>>> I talked to Emil. Are you guys here / can we gather?
>>>
>>>> On Mar 8, 2020, at 1:11 PM, Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov> wrote:
>>>>
>>>> It'll just be a screamfest. Unless there's specific information you think we'll get.
>>>>
>>>> **From:** Lake, Stephanie (USANYS) <SLake@usa.doj.gov>
>>>> **Sent:** Sunday, March 8, 2020 12:53 PM

1

**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Cc:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Re: GX 411 - Response Requested by 2:00 p.m. or Earlier

That's fine, although I feel like it'll just be a scream fest.

On Mar 8, 2020, at 12:48 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

 What do you think about proposing a phone call on this and the defense witnesses?

Sent from my iPhone

On Mar 8, 2020, at 12:23 PM, Krouse, Michael (USANYS) <MKrouse@usa.doj.gov> wrote:

Yeah, we do not consent.

Sent from my iPhone

On Mar 8, 2020, at 12:16 PM, Lake, Stephanie (USANYS) <SLake@usa.doj.gov> wrote:

Wtf.

**From:** Silverman, Nicholas <nsilverman@steptoe.com>
**Sent:** Sunday, March 08, 2020

2

12:15 PM
**To:**
Kim, Jane (USANYS) 4 <[JKim4@usa.doj.gov](mailto:JKim4@usa.doj.gov)>; Krouse, Michael (USANYS) <[MKrouse@usa.doj.gov](mailto:MKrouse@usa.doj.gov)>; Lake, Stephanie (USANYS) <[SLake@usa.doj.gov](mailto:SLake@usa.doj.gov)>; 'Garrett Lynch' <[LynchG@dany.nyc.gov](mailto:LynchG@dany.nyc.gov)>
**Cc:**
Bishop, Bruce <[BBishop@steptoe.com](mailto:BBishop@steptoe.com)>; Fragale, David <[DFragale@steptoe.com](mailto:DFragale@steptoe.com)>; Heberlig, Brian <[BHeberlig@steptoe.com](mailto:BHeberlig@steptoe.com)>; Weinga

rten, Reid <[RWeingarten@steptoe.com](mailto:RWeingarten@steptoe.com)>

**Subject**: GX 411 - Response Requested by 2:00 p.m. or Earlier

Counsel:

We intend to request the following curative instruction from the Court. Please inform us by 2:00 p.m. (or earlier) whether you consent to the instruction:

Go

vernment Exhibit 411 is a June 2011 letter regarding an April

2011 transaction involving Stratus International Contrac

ting Company. You saw that evidence this morning instead of

earlier in trial because the government failed to turn it over

r
b
e
f
o
r
e
t
r
i
a
l
a
s
r
e
q
u
i
r
e
d
b
y
l
a
w
.

T
h
e
d
e
f
e
n
d
a
n
t
l
e
a
r
n
e
d
o
f
t

hate evidence on Saturday afternoon when the government disc

losed it.

**Nicholas P. Silverman**
Associate
[nsilverman@steptoe.com](mailto:nsilverman@steptoe.com)

# Steptoe

+1 202 429 8096 direct
+1 617 595 6559 mobile
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
[www.steptoe.com](http://www.steptoe.com)

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in

11

error, please notify the sender immediat ely by reply e-mail and then delete this message.

# EXHIBIT 59

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 3:51 PM |
| **To:** | Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | FW: Activity in Case 1:18-cr-00224-AJN USA v. Nejad Letter Motion |

This could have been worse, I think.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Sunday, March 8, 2020 3:20 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:18-cr-00224-AJN USA v. Nejad Letter Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Heberlig, Brian on 3/8/2020 at 3:20 PM EDT and filed on 3/8/2020
**Case Name:**         USA v. Nejad
**Case Number:**      1:18-cr-00224-AJN
**Filer:**                    Dft No. 1 - Ali Sadr Hashemi Nejad
**Document Number:** 274

**Docket Text:**
**LETTER MOTION addressed to Judge Alison J. Nathan from Brian M. Heberlig dated March 8, 2020 re: Curative Instruction re GX 411 . Document filed by Ali Sadr Hashemi Nejad. (Attachments: # (1) Exhibit A - GX 411, # (2) Exhibit B - Transcript of Curative Instruction)(Heberlig, Brian)**

**1:18-cr-00224-AJN-1 Notice has been electronically mailed to:**

Andrew James DeFilippis     andrew.defilippis@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Brian Matthew Heberlig    bheberlig@steptoe.com, bhamerschlag@steptoe.com, Mwielkop@steptoe.com, nsilverman@steptoe.com

Bruce C. Bishop    bbishop@steptoe.com

David Matthew Fragale    dfragale@steptoe.com

David William Denton , Jr    david.denton@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Jane Kim    jane.kim@usdoj.gov, USANYS.ECF@USDOJ.GOV

Matthew Joseph Laroche    matthew.laroche@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Michael Kim Krouse    michael.krouse@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Michelle Lynn Levin    mlevin@steptoe.com, ehartman@steptoe.com, ocorn@steptoe.com, spu@steptoe.com

Nicholas Paul Silverman    nsilverman@steptoe.com

Rebekah Allen Donaleski    Rebekah.Donaleski@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Reid Weingarten    rweingarten@steptoe.com

Stephanie Lindsay Lake    stephanie.lake@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

**1:18-cr-00224-AJN-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/8/2020] [FileNumber=23689567-0
] [4bcab8d6e997ff1e6849482727f914bc3d85dd9d8edf8ecb49c3f7217cefeb7c7af
8cd1238af5cfa19056c8618d17454222a420a3cd0cc909f049aaf91d78d15]]
**Document description:**Exhibit A - GX 411
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/8/2020] [FileNumber=23689567-1
] [3d6df087e158911cef9c44f9ca5baaa38df82f89da28f73abc12f8758c3ad5f0b57
94476e79bdaf40d2ead63a149cf19f4bf79939288fde4c11e4c8338a95462]]
**Document description:**Exhibit B - Transcript of Curative Instruction
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/8/2020] [FileNumber=23689567-2

] [8042b8d1bf6f842028d3363912338739015f72456ba87b3d4cd7331e9df8d09ce47
6941d511d21705ecc9f2defe8e13b670a5b28df85c794deb65bfe8ad6c7a5]]

# EXHIBIT 60

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Nathan NYSD Chambers <NathanNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Sunday, March 8, 2020 4:04 PM |
| **To:** | Kim, Jane (USANYS) 4; Lake, Stephanie (USANYS); Bbishop_steptoe.com; Fragale, David; Levin, Michelle; Silverman, Nicholas; Weingarten, Reid; Lynch, Garrett; Lynch, Garrett (USANYS) [Contractor]; Heberlig, Brian; Krouse, Michael (USANYS) |
| **Subject:** | RE: Order in 18cr224 |
| **Attachments:** | 18cr224 Order 3.8.2020.pdf |

Counsel,

Attached please find another Order from Judge Nathan that will appear on the docket on Monday.  Please confirm receipt.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:48 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** RE: Order in 18cr224

Counsel,

Please confirm receipt of this Order.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

---

**From:** Nathan NYSD Chambers
**Sent:** Sunday, March 8, 2020 12:41 PM
**To:** Kim, Jane (USANYS) 4 <Jane.Kim@usdoj.gov>; Lake, Stephanie (USANYS) <Stephanie.Lake@usdoj.gov>; Bbishop_steptoe.com <Bbishop@steptoe.com>; Fragale, David <DFragale@steptoe.com>; Levin, Michelle <mlevin@steptoe.com>; Silverman, Nicholas <nsilverman@steptoe.com>; Weingarten, Reid <RWeingarten@steptoe.com>; Lynch, Garrett <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <Garrett.Lynch@usdoj.gov>; Heberlig, Brian <BHeberlig@steptoe.com>; Krouse, Michael (USANYS) <Michael.Krouse@usdoj.gov>
**Subject:** Order in 18cr224

Counsel,

Attached please find an Order from Judge Nathan that will appear on the docket on Monday.

Sincerely,
Alyssa O'Gallagher
Law Clerk to the Hon. Alison J. Nathan

# EXHIBIT 60-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      —v—

Ali Sadr Hashemi Nejad,

           Defendant.

18-cr-224 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 8, 2020, Mr. Sadr filed a letter requesting a curative instruction with respect to

Government Exhibit 411. *See* Dkt. No. 274. The Government shall respond to Mr. Sadr's

March 8 letter by no later than 7 p.m. on March 8, 2020.

SO ORDERED.

Dated: March     , 2020
       New York, New York

3/8/20

ALISON J. NATHAN
United States District Judge

# EXHIBIT 61

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 4:04 PM |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | Defense letter re curative instruction |
| **Attachments:** | Defense letter re curative instruction (March 8, 2020).pdf |

This is what they filed.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279

# EXHIBIT 61-1



Brian M. Heberlig
202 429 8134
bheberlig@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

March 8, 2020

<u>By ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *United States v. Ali Sadr Hashemi Nejad*, Case No. 18-cr-224 (AJN)

Dear Judge Nathan:

On behalf of Defendant Ali Sadr Hashemi Nejad, we write to request a curative instruction.  We have conferred with the government who stated that it opposes this request.

On Saturday afternoon around 4:00 p.m., the government produced GX 411 (attached as Exhibit A), which had not been previously disclosed to the defense.  GX 411 reveals that in connection with the first U.S. dollar payment in this case, the intermediary bank wrote a letter to OFAC disclosing certain information about the transactions.  Among other things, the intermediary bank disclosed to OFAC that Stratus Turkey (Stratus International Contracting J.S.) was affiliated with Stratus Iran (Stratus International Contracting Company) and implied that the two companies were either unitary or cooperating on the Ojeda project in Venezuela.  The intermediary bank attached Stratus Iran's website describing its ongoing work on the Ojeda project.  The intermediary bank concluded that this information was not subject to mandatory disclosure as indicated by its note that it was "voluntarily informing OFAC."  The government has not produced any response from OFAC and to defense counsel's knowledge, no response exists.  *Cf.* Tr. 580, Test. of Ted Kim (Mar. 5, 2020) (agreeing that to his knowledge, "this matter was never investigated by OFAC").

GX 411 is exculpatory evidence that:

- Stratus Turkey's affiliation with Stratus Iran was not material either to OFAC or the intermediary banks;

- intermediary banks conducted independent investigation and could easily identify the affiliation between Stratus Turkey and Stratus Iran or even (erroneously)

The Honorable Alison J. Nathan
March 8, 2020
Page 2



> conclude that the two companies were a single entity that "may be an Iranian company"; and

- neither the intermediary bank nor OFAC deemed the disparities in information about the two Stratus International Contractings working on the Ojeda project as important enough to stop U.S. dollar payments to Stratus International Contracting J.S.

The government should have disclosed GX 411 under *Brady*, *Giglio*, and Rule 16.

In light of the government's failure to disclose this evidence before trial,[1] the defense respectfully requests a curative instruction. Based on a similar mid-trial disclosure in *United States v. Slough*, Judge Lamberth issued the curative instruction attached as Exhibit B. The defense has pasted that instruction below, edited only to reflect the facts of this case:

> Government Exhibit 411 is a June 2011 letter regarding an April 2011 transaction involving Stratus International Contracting Company. You saw that evidence this morning instead of earlier in trial because the government failed to turn it over before trial as required by law. The defendant learned of that evidence on Saturday afternoon when the government disclosed it.

Tr. 6, *United States v. Slough*, No. 08-cr-360-RCL (D.D.C. Aug. 5, 2014) (relevant text highlighted in Ex. B). The defense requests that this instruction be read to the jury on Monday after GX 411 is admitted. The government opposes this request but does not object to the defense admitting this document in its case if the government chooses not to offer it.

Respectfully submitted,

*/s/ Brian M. Heberlig*
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

---

[1] The government represents that it learned of this evidence in mid-January 2020 and that it came from an unrelated DANY investigation. The government states that it believed this document was part of the Commerzbank subpoena return that was produced in discovery. It was not.



The Honorable Alison J. Nathan
March 8, 2020
Page 3

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000Bishop
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Defendant Ali Sadr Hashemi Nejad*

cc:    Counsel of Record (via ECF)

# EXHIBIT 62

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Crowley, Shawn (USANYS) |
| **Sent:** | Sunday, March 8, 2020 4:04 PM |
| **To:** | Krouse, Michael (USANYS); Bove, Emil (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Defense letter re curative instruction |

Thanks.  Can you send us the document itself?

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 4:04 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Defense letter re curative instruction

This is what they filed.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279

# EXHIBIT 63

**Kim, Jane (USANYS) 4**

| | |
|---|---|
| **From:** | Krouse, Michael (USANYS) |
| **Sent:** | Sunday, March 8, 2020 4:07 PM |
| **To:** | Crowley, Shawn (USANYS); Bove, Emil (USANYS); Lake, Stephanie (USANYS); Kim, Jane (USANYS) 4; Garrett Lynch; Lynch, Garrett (USANYS) [Contractor] |
| **Subject:** | RE: Defense letter re curative instruction |
| **Attachments:** | GX 411.pdf |

**From:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>
**Sent:** Sunday, March 8, 2020 4:04 PM
**To:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** RE: Defense letter re curative instruction

Thanks.  Can you send us the document itself?

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Sunday, March 08, 2020 4:04 PM
**To:** Crowley, Shawn (USANYS) <SCrowley@usa.doj.gov>; Bove, Emil (USANYS) <EBove@usa.doj.gov>; Lake, Stephanie (USANYS) <SLake@usa.doj.gov>; Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Garrett Lynch <LynchG@dany.nyc.gov>; Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>
**Subject:** Defense letter re curative instruction

This is what they filed.

Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279

# EXHIBIT 63-1



# COMMERZBANK

### NEW YORK BRANCH

Department of the Treasury
Office of Foreign Assets Control
1500 Pennsylvania Avenue NW
Washington DC 20220

**Vinay Jepal**
2 World Financial Center, New York, NY 10281-1050
Telephone (212) 266-7200
Fax (212) 266-7235
vinay.jepal@commerzbank.com

June 16, 2011

**Re: Information Sharing – Stratus International Contracting Company**

Dear Sir/Madam:

Commerzbank AG, New York Branch (CBNY) would like to share the following information with OFAC. On April 20, 2011 CBNY's AML transaction monitoring system generated an alert, which involved a transaction for USD 29,442,967.57 value April 4, 2011.

The transaction was originated by Banco Del Tesoro, CA Banco Universal Caracas for its client BT / Fideicomiso / Fondo Chino Venezolano in Caracas, Venezuela. The beneficiary of the payment was Stratus International Contracting Company ("Stratus"), a client of Hyposwiss Privatbank AG, Zurich.

As per standard procedure, CBNY initiated a request for information to the remitting bank Banco Del Tesoro, CA Banco Universal Caracas, Venezuela to obtain details on both entities and their relationship. In the interim, CBNY conducted further due diligence and noted the following regarding Stratus from its website:

- Stratus was founded in 1978 in Tehran, Iran
- Stratus International specializes in providing contracting services to infrastructure projects such as roads, railways, dams, tunnels, airports and buildings.
- Stratus is presently working on a 7000 Apartment Unit "New Ojeda" Housing Development Project in Venezuela

On May 12, 2011, CBNY received a response from the bank in Caracas indicating the following:

- Stratus's physical address is Gardenya Plaza 5, K:3 D:3 (Floor 3, Suite3) 34758 Atasehir, Istanbul, Turkey
- Stratus is registered in Istanbul, Turkey (copy of the registration attached)
- Stratus provides construction services in Turkey, Dubai and Venezuela
- The purpose of the payment is for the construction of a 7000 apartment unit project "Proyecto Urbanismo Nueva Ciudad Fabricio Ojeda, in Ciudad Ojeda, Estado Zuila, Venezuela (same address as listed on Stratus' website)

Although Stratus is not listed as an SDN, and the payment does not indicate any direct involvement of Iran or with Iran, due to conflicting information between the website and the response forwarded by the bank in Caracas, CBNY believes it appropriate to share this information with OFAC since Stratus may be an Iranian Company.

Chairman of the Supervisory Board: Klaus-Peter Müller
Board of Managing Directors: Martin Blessing (Chairman),
Frank Annuscheit, Markus Beumer, Achim Kassow, Jochen Klösges,
Michael Reuther, Stefan Schmittmann, Ulrich Sieber, Eric Strutz, Martin Zielke

Commerzbank Aktiengesellschaft, Frankfurt am Main
Registered Office: Frankfurt am Main Reg.No. 32000
VAT No. DE 114 103 514



GOVERNMENT
EXHIBIT
411
18 Cr. 224 (AJN)



**COMMERZBANK**

NEW YORK BRANCH

**Re: Information Sharing – Stratus International Contracting Company– Page 2**

We have added Stratus into our sanctions filter to monitor any future payments.  Please note that apart from this transaction, there have not been any other payments involving Stratus processed by CBNY to date.

The purpose of this letter is to report the good faith efforts of Commerzbank AG, New York Branch in complying with applicable OFAC requirements and voluntarily informing OFAC of any information received during its investigation into possible sanctions-related entities.

Should you have any further questions concerning this matter, please do not hesitate to contact the signatories below.

Respectfully,

Commerzbank AG
New York Branch

Deepa Keswani
Head of AML/Anti-Fraud/Sanctions Compliance

Vinay Jepal
Sanctions Compliance Officer

Encls.

```
                              stratus intl payment

     :LT Address                :COBAUS3XA
     :transaction type          :202 COVER bank tfr favour 3rd bank
     :input from                :COBADEFF
                                COMMERZBANK AG FRANKFURT
                                HEAD OFFICE
                                32-36 NEUE MAINZERSTRASSE
                                60261 FRANKFURT GERMANY
     :Validation Flag           :COV}
--------------------------------------------------------------------
{4: Text block:
     :20 /transaction reference number  :FAAS109400150500
     :21 /related reference     :FAAS109400150500
     :32A/value date            :040411 USD 29,442,967.57
     :52A/ordering institution - BIC    :COBADEFF
                                COMMERZBANK AG
                                FRANKFURT AM MAIN
     :57A/account with inst - BIC       :CHASUS33
                                JPMORGAN CHASE BANK, N.A.
                                NEW YORK,NY
     :58A/beneficiary inst - BIC        :SHHBCHZZ
                                HYPOSWISS PRIVATBANK AG, ZURICH
                                ZURICH
     :50K/ordering customer     :/400887746602USD
                                BT/ FIDEICOMISO / FONDO CHINO
                                VENEZOLANO. AV GUICAIPURO. URB EL
                                ROSAL. TORRE BANCO DEL TESORO.
                                CARACAS - VENEZUELA.
     :52A/ordering institution - BIC    :BDTEVECA
                                BANCO DEL TESORO, C.A. BANCO
                                 UNIVERSAL
                                 CARACAS
     :59 /beneficiary customer  :/CH7708530519663100203
                                STRATUS INTERNATIONAL CONTRACTING
                                J.S.
     :70 /details of payment    :REF: DESEMBOLSO NRO. 386 FONDO
                                CHINO VENEZOLANO. CODIGO NRO.
                                00579.
     :33B/amount                :USD 29,442,967.57}
--------------------------------------------------------------------
  Entry   :       /SWIFT/ Date:110404 Time:02:44:17
                  Info:1111/001781
```

Page 1



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



STRATUS is an Engineering, Construction, Management and Contracting Company by specializing in the field of Building Construction, Road Works and Water Works.
STRATUS is Graded in three major categories: Read more...

*Road & Railway*



STRATUS has succeeded to recieve ISO 9001-2000 certificate for Quality Management System from MIC registered under UKAS, United Kingdom from 2004 which upgraded recently to ISO 9001-2008 in 2010 and intending to extend it by OHSAS 18001:2007.  Read more...

*Dam*



Our memberships:
• Federation of Contractors of Islamic Countries (F.C.I.C.)
• Pakistan Engineering Council
• International Chamber of Commerce (I.C.C.)
• Iran – UK Chamber of Commerce
• Iran – Canada Chamber of Commerce   Read more...

*Building*



Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been
founded in 1978 in Tehran, Iran,with registered paid up share
capital of Rls 100 billions. STRATUS provides contracting
services to infrastructure projects such as Roads, Railways,
Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS
has been the first pioneered company in exporting Engineering
and Technical Services in Iran and received  **"Exemplary
Exporters"** of the year 1999 from his excellency Mr.president.

**Contact Us**

**STRATUS International Contracting Co.**

Address: **No.35, Golestan St., Iran Zamin Ave., Shahrake Ghods, Tehran, Iran.**

Postal Code: **1465865187**

Tell: **(98) 21 8837 3100-6**

Fax: **(98) 21 8808 2882**

E-mail: **stratus@stratusgc.com**

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**Branch Offices**

| **Middle East** | **CIS** | **South America** |
|:---:|:---:|:---:|
| **Iran** | Kazakhstan | **Venezuela** |
| Iraq | | |

Copyright © 2010 Stratus Group Company. All rights reserved



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.



## Sister Companies List

 1.Samaneh Stratus (INVESTMENT CO.)

 2.Iran Construction Investment Co.

 3.Eghtesad - Novin Bank

4.Pishgaman Bazar Novin (BROKERAGE CO.)

 5.Novin Insurance Co.

 6.Pars Shahr Co.

 7.Global Petro Tech CO.

 8.Keyhan Tabadol Co.

 9.Pars Hanza Aluminium CO.

 10.Azarbaijan Industry Development Co.

11.Eghtesad Novin Investment CO.

 12.Samaneh Gostar Novin

Copyright © 2010 Stratus Group Company. All rights reserved





STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran, with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.

**7000 Units 'New Ojeda' Housing Development Project**

| Main Technical Features | Site Gross Area : 318 Hec.<br>Concrete works : 520,000 m³<br>Net Construction Area : 850.000 m²<br>Water & Sewage network : 150 Km<br>Electrical network : 200 Km<br>Communication network : 220 Km<br>Gas network : 30 Km |
|---|---|
| Location | Ciudad Ojeda, Zulia State, Venezuela |
| Employer | Ducolsa 'Urban Development S.A' |
| Contract Duration | 48 Months |
| Date of Award | September 2009 |
| Status | [ Under Construction ] |



[Back to list]

Copyright © 2010 Stratus Group Company. All rights reserved

International Project



STRATUS International Contracting Company has been founded in 1978 in Tehran, Iran,with registered paid up share capital of Rls 100 billions. STRATUS provides contracting services to infrastructure projects such as Roads, Railways, Dams, Tunnels, Airports and Buildings. Since 1994, STRATUS has been the first pioneered company in exporting Engineering and Technical Services in Iran and received **"Exemplary Exporters"** of the year 1999 from his excellency Mr.president.





**Dalbandin – Nokkundi Highway - Section III-B**          Details >>

**Socotra Airport**          Details >>

**Design & Construction of Parliament Building & Commercial Center in Djibouti City**          Details >>

**7000 Units "New Ojeda" Housing Development Project**          Details >>

Copyright © 2010 Stratus Group Company. All rights reserved

(K A D I K Ö Y)
370857 - 2010

T.C.
İSTANBUL
Ticaret Sicil Memurluğu

## SİCİL    TASDİKNAMESİ

| | |
|---|---|
| Ticaret Ünvanı | STRATUS INTERNATIONAL CONTRACTING İNŞAAT VE TAAHHÜT ANONİM ŞİRKETİ |
| Sicil No. | 751671 |
| Tescil Tarihi | 22 / 10 / 2010 |
| İşletme Merkezinin Adresi (Şubenin tescilinde şubenin Adresi ile beraber merkezin adresi de yazılır.) | GARDENYA PLAZA 5 K.3 D.3 ATAŞEHİR |
| İşletmenin uğraştığı işler | Ana sözleşmesinde yazılı olan işler |
| İşletme sahibinin hüviyeti (Hükmi şahıslarda, hükmi şahsın mahiyeti) | Anonim |
| İşletme temsilcileri | 38824643592 TC.No.lu CELAL TATLICIBAŞI |
| Tasdiknamenin düzenlenme Tarih ve Sayısı | 22 EKİM   2010 - 39185 |

RECAİ SÖKMEN
İSTANBUL TİCARET SİCİLİ
MEMURU YARDIMCISI