

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ali Sadr Hashemi Nejad</u>, No. 18 Cr. 224 (AJN)

Dear Judge Nathan:

    Pursuant to the Court's February 17, 2021 order, enclosed are my sworn declaration and accompanying exhibits, which were filed under seal on October 16, 2020.  I do not request any redactions.

        Respectfully submitted,

        /s/
        Michael K. Krouse
        Assistant United States Attorney
        (212) 637-2279

Enclosures

Cc:    Defense Counsel (via ECF)