Exhibits to the October 16, 2020 Declaration of Michael K. Krouse

# EXHIBIT 99

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Bove, Emil (USANYS); Crowley, Shawn (USANYS) |
| **Cc:** | Krouse, Michael (USANYS) |
| **Subject:** | FW: Case |
| **Date:** | Monday, March 9, 2020 7:01:25 PM |
| **Attachments:** | 2017.01.20 SDNY VZ Housing PowerPoint.PPTX |

**From:** Laroche, Matthew (USANYS) <MLaroche@usa.doj.gov>
**Sent:** Monday, March 9, 2020 7:00 PM
**To:** Kim, Jane (USANYS) 4 <JKim4@usa.doj.gov>; Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Subject:** FW: Case

**From:** Lynch, Garrett <LynchG@dany.nyc.gov>
**Sent:** Friday, September 22, 2017 3:12 PM
**To:** 'Michael.Dondarski@treasury.gov' <Michael.Dondarski@treasury.gov>
**Cc:** Laroche, Matthew (USANYS) <MLaroche@usa.doj.gov>
**Subject:** Case

Michael,

Thanks for the call yesterday.  As always, great to chat with you.  Attached is the powerpoint I mentioned which gives a rough sketch of the case, the players, and the evidence.  Obviously, it's the tip of the iceberg – we're happy to share more information, records, etc.

Have a great weekend.  Who know…maybe you'll be a father the next time we speak!

Garrett A. Lynch
Deputy Bureau Chief
Major Economic Crimes Bureau
New York County District Attorney's Office
(212) 335-4335
lynchg@dany.nyc.gov

This email communication and any files transmitted with it contain privileged and confidential information from the New York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

Exhibits to the October 16, 2020 Declaration of Michael K. Krouse

# EXHIBIT 100

| | |
|---|---|
| **From:** | Lynch, Garrett (USANYS) [Contractor] |
| **To:** | Krouse, Michael (USANYS); Lynch, Garrett |
| **Subject:** | RE: What"s the exact date you became a SAUSA |
| **Date:** | Monday, March 9, 2020 7:19:43 PM |

June 6, 2017

**From:** Krouse, Michael (USANYS) <MKrouse@usa.doj.gov>
**Sent:** Monday, March 9, 2020 7:07 PM
**To:** Lynch, Garrett (USANYS) [Contractor] <GLynch@usa.doj.gov>; Lynch, Garrett <LynchG@dany.nyc.gov>
**Subject:** What's the exact date you became a SAUSA


Michael Krouse
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2279

Exhibits to the October 16, 2020 Declaration of Michael K. Krouse

# EXHIBIT 101

| | |
|---|---|
| **From:** | Kim, Jane (USANYS) 4 |
| **To:** | Krouse, Michael (USANYS); Lynch, Garrett (USANYS) [Contractor] |
| **Cc:** | Bove, Emil (USANYS); Crowley, Shawn (USANYS) |
| **Subject:** | Email - if anyone has revisions |
| **Date:** | Monday, March 9, 2020 7:19:29 PM |
| **Attachments:** | 2020.03.09 Government Production.pdf |

Counsel:

Attached are all of the email communications with OFAC about this case that SAUSA Lynch found today. The PowerPoint attached at the end of this PDF was attached to SAUSA Lynch's email on Page 15 of the PDF. Please see, in particular, Pages 7 and 15. We will describe these materials in our letter to the Court this evening, but we are producing all of it to you now.

Also, we agree to the stipulation you presented to the Court this afternoon. If you'd like to discuss any of the attached or revisions to the stipulation, we are available any time.

Jane Kim
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Phone:  (212) 637-2038
Email:  jane.kim@usdoj.gov