Nicholas P. Silverman
202 429 8096
nsilverman@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

February 23, 2021

By ECF

Hon. Alison J. Nathan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States of America v. Ali Sadr Hashemi Nejad* (Case No. 18-cr-224)

Dear Judge Nathan:

    Pursuant to the Court's February 17, 2021 Order, attached is an unsealed version of our November 13, 2020 letter, which was originally filed under seal.

    Respectfully,

/s/ Nicholas P. Silverman
Reid H. Weingarten
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
rweingarten@steptoe.com

Brian M. Heberlig (*Pro Hac Vice*)
Bruce C. Bishop (*Pro Hac Vice*)
David M. Fragale
Nicholas P. Silverman (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
nsilverman@steptoe.com